FILED
2024 Mar-25 PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

**KIM NAUGLE**

**Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**Defendant.**

**Summons**
**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**

**CIVIL ACTION CASE NUMBER: 2:24-00335-ACA**

## Summons in a Civil Action

To: *(Defendant's name and address)*

The Lincoln National Life Insurance Company
c/o Legal Department
1300 S. Clinton St.
Fort Wayne, IN 4680

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Peter H. Burke
CR LEGAL TEAM, LLP
3535 Grandview Parkway, Suite 100
Birmingham, Alabama 35243

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 3-25-24

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203