**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln National Life Insurance Company
c/o Legal Department
1300 S. Clinton St.
Fort Wayne, IN 46802

9590 9402 4636 8323 8659 67

2:24-00335-ACA

2. Article Number (Transfer from service label)

7016 0340 0001 1364 3472

***COMPLETE THIS SECTION ON DELIVERY***

2024 Apr-01 PM 01:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

A. Signature
Louis Andrango
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

FILED

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FORT WAYNE IN 46802 USPS
APR 2 2024

2024 APR -1 A 10:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 4636 8323 8659 67

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
Northern District of Alabama
Hugo Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203