FILED
2024 Apr-22 AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KIM NAUGLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:24-cv-00335-ACA** |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Pursuant to the Text Order (Document 8) entered by the Court on April 21, 2024, granting leave to appear pro hac vice, Iwana Rademaekers of the Law Offices of Iwana Rademaekers, P.C. hereby gives notice of her appearance as additional counsel of record for defendant The Lincoln National Life Insurance Company in the above-styled action. All future correspondence, dockets, orders or any other documents pertaining to this action or said defendant should be directed to both Matthew Robinett and the undersigned at their respective addresses stated below.

/s/ *Iwana Rademaekers*
**IWANA RADEMAEKERS**
(Admitted *Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

AND

*/s/Matthew W. Robinett*

**MATTHEW W. ROBINETT**
ASB-3523-I72M
Attorney for Defendant
**NORMAN, WOOD, KENDRICK & TURNER**
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of April 2024, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Peter H. Burke (ASB-1992-K74P)
Email: phburke@crlegalteam.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers