FILED
2024 Jun-20 PM 05:02
U.S. DISTRICT COURT
N.D. OF ALABAMA



**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/01/2021 to 10/05/2021
Please note that below sections represents the most current data on record and are not specific to the date range: Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

## Patient Details

| Patient name | Contact info | Patient IDs | Sex |
|---|---|---|---|
| Kim Naugle | | 275659<br>275659 | Female |
| | tel | | |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | White | Hispanic or Latino |

| | |
|---|---|
| **Care Giver** | Monica Williams |
| **Contact Info** | 1004 Werrington Dr<br>Holly Springs, NC 27540-3325<br>Tel: 919-552-9952 |
| **Care Giver** | Eric Kelly |
| **Contact Info** | 815 Oberlin Rd<br>Raleigh, NC 27605-1130<br>Tel: 919-237-1337 |
| **Care Giver** | Feyisayo Adeyina |
| **Contact Info** | 1004 Werrington Dr<br>Holly Springs, NC 27540-3325<br>Tel: 919-552-9952 |

## PROBLEMS

| Type | Condition | ICD9-CM Code | ICD10-CM Code | Onset Dates | Condition Status | W/U Status | Risk | SNOMED Code |
|---|---|---|---|---|---|---|---|---|
| Problem | Post-traumatic stress disorder, unspecified | | F43.10 | | Active | confirmed | | 47505003 |
| Problem | Generalized anxiety disorder | | F41.1 | | Active | confirmed | | 21897009 |
| Problem | Adjustment reaction with anxiety and depression | | F43.23 | | Active | confirmed | | 55668003 |
| Problem | Post traumatic stress disorder (PTSD) | | F43.10 | | Active | confirmed | | 47505003 |
| | Severe episode of recurrent major | | | | | | | |



EXHIBIT
3, part 3

| | | | | | |
|---|---|---|---|---|---|
| Problem | depressive disorder, without psychotic features | F33.2 | Active | confirmed | 36474008 |

# ALLERGIES

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| | CEPHLASPORINS | Unknown | Non Drug Allergy | | Active |

# ENCOUNTERS from 2021-01-01 to 2021-10-05

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Avance Care - Central Raleigh | 815 Oberlin Rd Raleigh, NC 27605-1130 | 05 Oct, 2021 | Monica Williams | |
| Avance Care - Virtual Care | 815 Oberlin Rd Raleigh, NC 27605-1130 | 05 Oct, 2021 | Eric Kelly | Generalized anxiety disorder F41.1 |
| Avance Care - Virtual Care | 815 Oberlin Rd Raleigh, NC 27605-1130 | 27 Sep, 2021 | Eric Kelly | Generalized anxiety disorder F41.1 |
| Avance Care - Virtual Care | 815 Oberlin Rd Raleigh, NC 27605-1130 | 07 Sep, 2021 | Eric Kelly | Generalized anxiety disorder F41.1 |
| Avance Care - Virtual Care | 815 Oberlin Rd Raleigh, NC 27605-1130 | 27 Aug, 2021 | Eric Kelly | Generalized anxiety disorder F41.1 |
| Avance Care - Virtual Care | 815 Oberlin Rd Raleigh, NC 27605-1130 | 11 Aug, 2021 | Eric Kelly | Severe episode of recurrent major depressive disorder, without psychotic features F33.2 ; Generalized anxiety disorder F41.1 and Post traumatic stress disorder (PTSD) F43.10 |
| Avance Care - Holly Springs | 1004 Werrington Dr Ste 200 Holly Springs, NC 27540-3325 | 02 Aug, 2021 | Feyisayo Adeyina | |
| Avance Care - Virtual Care | 815 Oberlin Rd Raleigh, NC 27605-1130 | 28 Jul, 2021 | Eric Kelly | Severe episode of recurrent major depressive disorder, without psychotic features F33.2 ; Generalized anxiety disorder F41.1 and Post traumatic stress disorder (PTSD) F43.10 |
| Avance Care - Holly Springs | 1004 Werrington Dr Ste 200 Holly Springs, NC 27540-3325 | 29 Jun, 2021 | Monica Williams | Post traumatic stress disorder (PTSD) F43.10 and Adjustment reaction with anxiety and depression F43.23 |
| Avance Care - Holly Springs | 1004 Werrington Dr Ste 200 Holly Springs, NC 27540-3325 | 25 Jun, 2021 | Feyisayo Adeyina | |
| Avance Care - Holly Springs | 1004 Werrington Dr Ste 200 Holly Springs, NC 27540-3325 | 25 Jun, 2021 | Monica Williams | |

| | | | |
|---|---|---|---|
| Avance Care - Holly Springs | 1004 Werrington Dr Ste 200 Holly Springs, NC 27540-3325 | 25 Jun, 2021 | Monica Williams |

# IMMUNIZATIONS

No Information

# SOCIAL HISTORY

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Unknown |

# REASON FOR REFERRAL from 2021-01-01 to 2021-10-05

| | |
|---|---|
| **Reason** | B on 06/29 (UHC) PTSD, depression/anxiety\|requests Eric Kelly |
| **Diagnosis 1** | Post traumatic stress disorder (PTSD) (F43.10) |
| **Diagnosis 2** | Adjustment reaction with anxiety and depression (F43.23) |
| **Referral Organization** | Avance Care - Holly Springs |
| **Referring Provider First Name** | Monica |
| **Referring Provider Last Name** | Williams |
| **Referring Provider Specialty** | Nurse Practitioner |
| **Referred Provider** | Avance Behavioral, Wellness |
| **Referred Provider Specialty** | Psychotherapist |
| **Referral Priority** | Routine |
| **Referral Appointment Date** | 2021-07-28 |
| **General Notes** | Quigley,Megan 06/29/2021 02:13:52 PM > booked for appt on 07/28@10am. Placed on waitlist |

# VITAL SIGNS

No information

# MEDICATIONS

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| hydrALAZINE 25 mg | 1 tab(s) orally BID | | | | Active |
| metoprolol 100 mg | 1 tab(s) orally once a day for 30 day(s) | | | | Active |

| | | | |
|---|---|---|---|
| clonazePAM 0.5 mg | 1 tab(s) orally 3 times a day for 30 day(s) | | Active |
| metformin 500 mg | 1 tab(s) orally 2 times a day for 90 day(s) | | Active |
| aspirin 81 mg | 1 tab(s) orally once a day for 30 day(s) | | Active |
| PARoxetine 20 mg | 1 tab(s) orally once a day for 30 day(s) | | Active |
| benazepril-hydrochlorothiazide 20 mg-12.5 mg | 1 tab(s) orally once a day for 30 day(s) | | Active |
| atorvastatin 40 mg | 1 tab(s) orally once a day for 30 day(s) | | Active |
| levothyroxine 137 mcg (0.137 mg) | 1 tab(s) orally once a day for 30 day(s) | 2 on sat and sun | Active |

## PROCEDURES

No Information

## RESULTS

No Results

## REASON FOR VISIT

rescheduling

## Goals Section

No Information

## Health Concerns

No Information

## MEDICAL EQUIPMENT

No Information

## MENTAL STATUS

No Information

## FUNCTIONAL STATUS

No Information

# ASSESSMENTS

| Encounter Date | Diagnosis | Treatment Notes |
|---|---|---|
| 05 Oct, 2021 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 27 Sep, 2021 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 07 Sep, 2021 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 27 Aug, 2021 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 11 Aug, 2021 | Severe episode of recurrent major depressive disorder, without psychotic features (ICD-10 - F33.2) | |
| 11 Aug, 2021 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 11 Aug, 2021 | Post traumatic stress disorder (PTSD) (ICD-10 - F43.10) | |
| 11 Aug, 2021 | Other | |
| 28 Jul, 2021 | Severe episode of recurrent major depressive disorder, without psychotic features (ICD-10 - F33.2) | |
| 28 Jul, 2021 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 28 Jul, 2021 | Post traumatic stress disorder (PTSD) (ICD-10 - F43.10) | |
| 28 Jul, 2021 | Other | |
| 29 Jun, 2021 | Post traumatic stress disorder (PTSD) (ICD-10 - F43.10) | PTSD: chronic- stable. Placed referral to therapist per pt request. |
| 29 Jun, 2021 | Adjustment reaction with anxiety and depression (ICD-10 - F43.23) | see ptsd note |

# PLAN OF TREATMENT

Treatment Notes

| Assessment | Notes |
|---|---|
| Post traumatic stress disorder (PTSD) | PTSD: chronic- stable. Placed referral to therapist per pt request. |
| Generalized anxiety disorder | |
| Generalized anxiety disorder | |
| Adjustment reaction with anxiety and depression | see ptsd note |

Referrals

| Referral Date | Details |
|---|---|
| 2021-07-28 | 2021-07-28, B on 06/29 (UHC) PTSD, depression/anxiety\|requests Eric Kelly, Wellness Avance Behavioral |

Next Appt

**Details**

Provider Name:Eric J Kelly, 2021-10-20 11:00:00 AM, 815 Oberlin Rd, Raleigh, NC, 27605-1130, 919-237-1337

Provider Name:Eric J Kelly, 2021-11-03 11:00:00 AM, 815 Oberlin Rd, Raleigh, NC, 27605-1130, 919-237-1337

Provider Name:Eric J Kelly, 2021-11-17 11:00:00 AM, 815 Oberlin Rd, Raleigh, NC, 27605-1130, 919-237-1337

Provider Name:Eric J Kelly, 2021-12-01 11:00:00 AM, 815 Oberlin Rd, Raleigh, NC, 27605-1130, 919-237-1337

Provider Name:Eric J Kelly, 2021-12-15 11:00:00 AM, 815 Oberlin Rd, Raleigh, NC, 27605-1130, 919-237-1337

Provider Name:Eric J Kelly, 2021-12-29 11:00:00 AM, 815 Oberlin Rd, Raleigh, NC, 27605-1130, 919-237-1337

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|
| United Healthcare | P O Box 740800 Atlanta GA 30374-0800 | 877-842-3210 | Naugle, Kim | self | | |

## Care team

| | |
|---|---|
| **Guarantor** | Kim Naugle |
| **Contact info** | Tel: |
| **Emergency contact** | ronald naugle |
| **Contact info** | Tel: |

***©Powered by eClinicalWorks***

Name: Kim Romero Naugle | DOB: | MRN: 4119042 | PCP: Ronald Joseph Prucha Jr., MD

# Progress Notes

Hemant Solomon at 12/4/2020 3:30 PM

## Chief Complaint

**Chief Complaint**
Patient presents with
- Here today to discuss meds

**Problem List Items Addressed This Visit**

**Anxiety**

### Other Visit Diagnoses

**Coronary artery disease involving native coronary artery of native heart without angina pectoris** - Primary

**HPI/ CAD/ S/P CABG**

Kim Naugle is a very pleasant 57-year-old Caucasian female who underwent **CABG 8/7/2018.**

Carotid dopplers **8/1/2018** were essentially normal

2D echo from **8/1/2018** showed:

Summary:
1. There is normal left ventricular systolic function and wall motion,EF 55-60%.
2. No significant valvular abnormalities.
3. Normal left ventricular diastolic filling is observed.
4. No pulmonary hypertension is noted.
5. The inferior vena cava appears normal suggesting normal central venous pressure.

CABG with Dr Kilinger **on 8/7/2018** with a LIMA -LAD and SVG - D2 - had a couple of episodes of PAF post op. Discharged home POD #4

CHADS2-VAsc score = 3.

Patient wore cardiac monitor from **8/22/2018 through 9/4/2018.** Predominant rhythm was normal sinus rhythm. There was no evidence of tachycardia or bradycardia arrhythmias. Symptoms of palpitations/rapid heart rate corresponded with sinus bradycardia and atrial run of 4 beats.

Repeat nuclear perfusion stress test **10/2019:**

Summary:
1. Normal myocardial perfusion study.
2. There are no reversible perfusion defects. No evidence for inducible myocardial

ischemia.
3. LV EF is (73 ) %.
4. The patient exercised for a total of 05:07 min using the Standard Bruce exercise protocol and a max METs of 7.
5. Normal exercise myocardial perfusion with Tc-99m sestamibi imaging.

Works as a project manager for Siemens. Suggest she works from home indefinitely given high risk CV history.

She comes in today with significant concerns for anxiety and or depression. She has visited with Monarch psychiatric services but does not feel confident that they will be able to help her in any significant way. She is requesting leave of absence from work. I have suggested that she go and visit with her PCP for further recommendations regarding anxiolytics, specifically Paxil would be a good alternative for her. Currently taking Lexapro and this does not seem to be helping her.

I would fully support her taking leave of absence from work if her PCP would recommend this. I am pleased to document that she will be meeting with bariatric surgery in the beginning of January to help with weight loss. I have encouraged her to exercise 30 minutes daily. I have made no other changes today.

**Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arachnoid cyst | |
| • Arthritis | |
| • CAD in native artery | |
| • Cervical cancer screening<br>*normal per pt* | 2014 |
| • Congenital heart disease<br>*Congenital heart mumur* | |
| • CTS (carpal tunnel syndrome) | |
| • Disease of thyroid gland | |
| • Fibroid | |
| • Gestational diabetes | |
| • Heart murmur | |
| • Herpes | |
| • High cholesterol<br>*Borderline* | |
| • History of recurrent miscarriages | |
| • Hx of colonoscopy<br>*3 polyps* | 2015 |
| • Hx of mammogram<br>*normal per pt* | 2014 |
| • Hx of pregnancy | |
| • Hypertension | |
| • Meniscus tear | |
| • Sleep apnea | 2009 |
| • STD (sexually transmitted disease)<br>*Genital Herpes* | |
| • Torn ACL | |
| • Urogenital trichomoniasis | |
| • Varicella | |

**Surgical History:**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CARDIAC CATHETERIZATION | | |
| • CARPAL TUNNEL RELEASE | | 2015 |

- CESAREAN SECTION
- COLPOSCOPY
- CONDYLOMA EXCISION/FULGURATION
- CORONARIES LHC WITH OR WITHOUT LV — Left — 8/3/2018
  *Procedure: Coronaries LHC with or without LV; Surgeon: Hemant Solomon, MD; Location: WCH INVASIVE CARDIOLOGY; Service: Cardiovascular; Laterality: Left;*
- CORONARY ARTERY BYPASS GRAFT — 08/07/2018
  *CAB x 2*
- double open heart by pass
- laminectomy — 1989
- LUMBAR DISCECTOMY — 1989
- TONSILECTOMY, ADENOIDECTOMY, BILATERAL MYRINGOTOMY AND TUBES — 1968
- TONSILLECTOMY — 1968
- TUBAL LIGATION — 2011

## Medications:

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT | 90 tablet | 1 |
| • benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | TAKE 2 TABLETS BY MOUTH EVERY DAY | 180 tablet | 1 |
| • calcium carbonate (CALCIUM 600 ORAL) | Take 600 Units by mouth. | | |
| • cetirizine (ZYRTEC) 10 MG tablet | Take 10 mg by mouth daily. | | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | Take 1 tablet (10 mg total) by mouth daily. | 90 tablet | 1 |
| • hydrALAZINE (APRESOLINE) 25 MG tablet | TAKE 2 TABLETS (50 MG TOTAL) BY MOUTH 2 (TWO) TIMES A DAY. | 360 tablet | 3 |
| • metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet | Take 1 tablet (100 mg total) by mouth daily. | 90 tablet | 3 |
| • multivitamin capsule | Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 | | |
| • NON FORMULARY | nightly. CPAP | | |
| • SYNTHROID 137 mcg tablet | TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK | | 1 |

No current facility-administered medications for this visit.

## Allergies:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Cephalosporins | Rash |

## Social History:

**Social History**

Tobacco Use

- Smoking status: Former Smoker
  - Packs/day: 0.50
  - Years: 3.00
  - Pack years: 1.50
  - Types: Cigarettes
  - Last attempt to quit: 1/1/1985
  - Years since quitting: 35.9
- Smokeless tobacco: Never Used
- Tobacco comment: 15 thru 19

Substance Use Topics

- Alcohol use: Yes
  - Alcohol/week: 1.0 standard drinks
  - Types: 1 Glasses of wine per week
  - *Comment: once a month (Rarely)*

## Family History:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Colon polyps | Mother | |
| • Cancer<br>*Cervical & Skin* | Mother | |
| • Diabetes | Mother | |
| • Heart attack | Father | |
| • Hypertension | Father | |
| • Heart disease | Father | |
| • Diabetes | Father | |
| • Vision loss<br>*Macular Degeneration* | Father | |
| • Hypertension | Brother | |
| • Cancer<br>*Breast & Bone* | Maternal Grandmother | |
| • Vision loss | Maternal Grandmother | |
| • Anemia | Maternal Grandmother | |
| • Breast cancer | Maternal Grandmother | 40 |
| • Cancer<br>*Throat* | Maternal Grandfather | |
| • Hypertension | Maternal Grandfather | |
| • Heart disease | Maternal Grandfather | |
| • Diabetes | Maternal Grandfather | |
| • Cancer | Paternal Grandmother | |
| • Vision loss<br>*Macular Degeneration* | Paternal Grandmother | |
| • Cancer<br>*Stomach/Stomach cancer* | Paternal Grandfather | |
| • Alcohol abuse<br>*Both Brothers* | Brother | |
| • Diabetes<br>*Both Brothers* | Brother | |
| • Heart disease<br>*Older Brother* | Brother | |
| • Hypertension<br>*Both Brothers* | Brother | |
| • Diabetes | Brother | |
| • Hypertension | Brother | |
| • Diabetes | Brother | |
| • Hypertension | Brother | |

*Younger Brother*

.

**Review of Systems:**

Negative except
Cardiovascular System - per HPI
All other systems were reviewed and are negative

Objective

Blood pressure 140/80, pulse 67, temperature 97.8 °F (36.6 °C), temperature source Tympanic, height 1.778 m (5' 10"), weight **(!) 161 kg (354 lb 13.3 oz)**, last menstrual period 05/14/2020, SpO2 97 %.

**Physical Exam**

BP 140/80 (BP Location: Left upper arm, BP Position: Sitting, Cuff Size: Large) | Pulse 67 | Temp 97.8 °F (36.6 °C) (Tympanic) | Ht 1.778 m (5' 10") | Wt (!) 161 kg (354 lb 13.3 oz) | LMP 05/14/2020 (Approximate) Comment: pmp had period 3 wks ago | SpO2 97% | BMI 50.91 kg/m²

| | |
|---|---|
| **General Appearance:** | Alert, cooperative, no distress, appears stated age |
| **Head:** | Normocephalic, without obvious abnormality, atraumatic |
| **Eyes:** | PERRL, conjunctiva/corneas clear, EOM's intact, fundi benign, both eyes |
| **Ears:** | Normal TM's and external ear canals, both ears |
| **Nose:** | Nares normal, septum midline, mucosa normal, no drainage or sinus tenderness |
| **Throat:** | Lips, mucosa, and tongue normal; teeth and gums normal |
| **Neck:** | Supple, symmetrical, trachea midline, no adenopathy; thyroid: no enlargement/tenderness/nodules; no carotid bruit or JVD |
| **Back:** | Symmetric, no curvature, ROM normal, no CVA tenderness |
| **Lungs:** | Clear to auscultation bilaterally, respirations unlabored |
| **Chest Wall:** | No tenderness or deformity |
| **Heart:** | Regular rate and rhythm, S1 and S2 normal, no murmur, rub or gallop |
| **Abdomen:** | Soft, non-tender, bowel sounds active all four quadrants, no masses, no organomegaly |
| **Extremities:** | Extremities normal, atraumatic, no cyanosis or edema |
| **Pulses:** | 2+ and symmetric all extremities |
| **Skin:** | Skin color, texture, turgor normal, no rashes or lesions |
| **Lymph nodes:** | Cervical, supraclavicular, and axillary nodes normal |
| **Neurologic:** | CNII-XII intact, normal strength, sensation and reflexes throughout |

**Test Results**

Imaging: Radiology studies were personally reviewed

EKG: normal EKG, normal sinus rhythm.

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOL | 152 | 10/04/2019 |
| LDL | 67 | 10/04/2019 |
| HDL | 66 | 10/04/2019 |
| TRIG | 97 | 10/04/2019 |
| NA | 139 | 09/22/2019 |
| K | 4.4 | 09/22/2019 |
| CL | 102 | 09/22/2019 |
| CO2 | 27 | 09/22/2019 |
| BUN | 26 (H) | 09/22/2019 |
| GFR | >60 | 07/21/2017 |

]

Assessment/Plan

**1. Coronary artery disease involving native coronary artery of native heart without angina pectoris**
- stable

**2. Anxiety**
- as Above

Return for Next scheduled follow up.

**Hemant Solomon, MD, FACC, MRCP (UK), RPVI**

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

Name: Kim Romero Naugle | DOB: | MRN: 4119042 | PCP: Ronald Joseph Prucha Jr., MD

# Progress Notes

Hemant Solomon at 6/18/2021 3:15 PM

## Chief Complaint

**Chief Complaint**
Patient presents with
- Here today for 6mos f/u visit

**Problem List Items Addressed This Visit**

**Essential hypertension**
Relevant Medications
hydrALAZINE (APRESOLINE) 50 MG tablet

**Coronary artery disease of native artery of native heart with stable angina pectoris (CMS/HCC) - Primary**
Relevant Medications
hydrALAZINE (APRESOLINE) 50 MG tablet

**HPI/ CAD/ S/P CABG**

Kim Naugle is a very pleasant 58-year-old Caucasian female who underwent **CABG 8/7/2018.**

Carotid dopplers **8/1/2018** were essentially normal

2D echo from **8/1/2018** showed:

Summary:
1. There is normal left ventricular systolic function and wall motion,EF 55-60%.
2. No significant valvular abnormalities.
3. Normal left ventricular diastolic filling is observed.
4. No pulmonary hypertension is noted.
5. The inferior vena cava appears normal suggesting normal central venous pressure.

CABG with Dr Kilinger **on 8/7/2018** with a LIMA -LAD and SVG - D2 - had a couple of episodes of PAF post op. Discharged home POD #4

CHADS2-VAsc score = 3.

Patient wore cardiac monitor from **8/22/2018 through 9/4/2018.** Predominant rhythm was normal sinus rhythm. There was no evidence of tachycardia or bradycardia arrhythmias. Symptoms of palpitations/rapid heart rate corresponded with sinus bradycardia and atrial run of 4 beats.

Repeat nuclear perfusion stress test **10/2019:**

Summary:
1. Normal myocardial perfusion study.
2. There are no reversible perfusion defects. No evidence for inducible myocardial ischemia.
3. LV EF is (73 ) %.
4. The patient exercised for a total of 05:07 min using the Standard Bruce exercise protocol and a max METs of 7.
5. Normal exercise myocardial perfusion with Tc-99m sestamibi imaging.

I would fully support her taking leave of absence from work if her PCP would recommend this. I am pleased to document that she will be meeting with bariatric surgery in the beginning of January to help with weight loss. I have encouraged her to exercise 30 minutes daily. I have increase her hydralazine to 50mg po tid due to uncontrolled BP currently.

**Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arachnoid cyst | |
| • Arthritis | |
| • CAD in native artery | |
| • Cervical cancer screening<br>*normal per pt* | 2014 |
| • Congenital heart disease<br>*Congenital heart mumur* | |
| • CTS (carpal tunnel syndrome) | |
| • Depression | |
| • Disease of thyroid gland | |
| • Fibroid | |
| • Gestational diabetes | |
| • Heart murmur | |
| • Herpes | |
| • High cholesterol<br>*Borderline* | |
| • History of recurrent miscarriages | |
| • Hx of colonoscopy<br>*3 polyps* | 2015 |
| • Hx of mammogram<br>*normal per pt* | 2014 |
| • Hx of pregnancy | |
| • Hypertension | |
| • Meniscus tear | |
| • Post-traumatic stress | |
| • Sleep apnea | 2009 |
| • STD (sexually transmitted disease)<br>*Genital Herpes* | |
| • Torn ACL | |
| • Urinary tract infection<br>*In the past* | |
| • Urogenital trichomoniasis | |
| • Varicella | |

**Surgical History:**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY | | 1998 |
| • CARDIAC CATHETERIZATION | | |

- CARPAL TUNNEL RELEASE 2015
- CESAREAN SECTION
- COLONOSCOPY 2018
- COLPOSCOPY
- CONDYLOMA EXCISION/FULGURATION
- CORONARIES LHC WITH OR WITHOUT LV Left 8/3/2018
  *Procedure: Coronaries LHC with or without LV; Surgeon: Hemant Solomon, MD; Location: WCH INVASIVE CARDIOLOGY; Service: Cardiovascular; Laterality: Left;*
- CORONARY ARTERY BYPASS GRAFT 08/07/2018
  *CAB x 2*
- double open heart by pass
- FLEXIBLE SIGMOIDOSCOPY
- laminectomy 1989
- LUMBAR DISCECTOMY 1989
- TONSILECTOMY, ADENOIDECTOMY, BILATERAL MYRINGOTOMY AND TUBES 1968
- TONSILLECTOMY 1968
- TUBAL LIGATION 2011

## Medications:

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT | 90 tablet | 1 |
| • benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | Take 2 tablets by mouth daily. | 180 tablet | 1 |
| • calcium carbonate (CALCIUM 600 ORAL) | Take 600 Units by mouth. | | |
| • cetirizine (ZYRTEC) 10 MG tablet | Take 10 mg by mouth daily. | | |
| • clonazepam (KLONOPIN) 0.5 MG tablet | Take 1 tablet (0.5 mg total) by mouth daily as needed for anxiety. | 30 tablet | 0 |
| • hydrALAZINE (APRESOLINE) 50 MG tablet | Take 1 tablet (50 mg total) by mouth 3 (three) times a day. Take at 8am, 2pm and 10pm daily | 360 tablet | 3 |
| • metformin (GLUCOPHAGE-XR) 500 MG 24 hr tablet | Take 2 tablets (1,000 mg total) by mouth daily with breakfast. | 60 tablet | 2 |
| • metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • multivitamin capsule | Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 | | |
| • NON FORMULARY | nightly. CPAP | | |
| • PARoxetine (PAXIL) 20 mg tablet | Take 1 tablet (20 mg total) by mouth daily. | 90 tablet | 1 |
| • SYNTHROID 137 mcg tablet | TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK | | 1 |

No current facility-administered medications for this visit.

## Allergies:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Cephalosporins | Rash |

## Social History:

**Social History**

Tobacco Use

- Smoking status: Former Smoker
  - Packs/day: 0.50
  - Years: 3.00
  - Pack years: 1.50
  - Types: Cigarettes
  - Quit date: 1/1/1985
  - Years since quitting: 36.4
- Smokeless tobacco: Never Used
- Tobacco comment: 15 thru 19

Substance Use Topics

- Alcohol use: Yes
  - Alcohol/week: 1.0 standard drinks
  - Types: 1 Glasses of wine per week
  - *Comment: once a month (Rarely)*

## Family History:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Colon polyps | Mother | |
| • Cancer<br>*Cervical & Skin* | Mother | |
| • Diabetes | Mother | |
| • Heart attack | Father | |
| • Hypertension | Father | |
| • Heart disease | Father | |
| • Diabetes | Father | |
| • Vision loss<br>*Macular Degeneration* | Father | |
| • Hypertension | Brother | |
| • Cancer<br>*Breast & Bone* | Maternal Grandmother | |
| • Vision loss | Maternal Grandmother | |
| • Anemia | Maternal Grandmother | |
| • Breast cancer | Maternal Grandmother | 40 |
| • Cancer<br>*Throat* | Maternal Grandfather | |
| • Hypertension | Maternal Grandfather | |
| • Heart disease | Maternal Grandfather | |
| • Diabetes | Maternal Grandfather | |
| • Cancer | Paternal Grandmother | |
| • Vision loss<br>*Macular Degeneration* | Paternal Grandmother | |
| • Cancer<br>*Stomach/Stomach cancer* | Paternal Grandfather | |
| • Alcohol abuse | Brother | |

*Both Brothers*

| | |
|---|---|
| • Diabetes *Both Brothers* | Brother |
| • Heart disease *Older Brother* | Brother |
| • Hypertension *Both Brothers* | Brother |
| • Diabetes | Brother |
| • Hypertension | Brother |
| • Diabetes | Brother |
| • Hypertension *Younger Brother* | Brother |

•

**Review of Systems:**

Negative except
Cardiovascular System - per HPI
All other systems were reviewed and are negative

Objective

Blood pressure 170/90, pulse 60, temperature 97.7 °F (36.5 °C), temperature source Tympanic, height 1.778 m (5' 10"), weight **(!) 151.4 kg (333 lb 10.7 oz)**, last menstrual period 05/14/2020, SpO2 98 %.

**Physical Exam**

BP 170/90 (BP Location: Left upper arm, BP Position: Sitting, Cuff Size: Large Adult (Burgundy)) | Pulse 60 | Temp 97.7 °F (36.5 °C) (Tympanic) | Ht 1.778 m (5' 10") | Wt (!) 151.4 kg (333 lb 10.7 oz) | LMP 05/14/2020 (Approximate) Comment: pmp had period 3 wks ago | SpO2 98% | BMI 47.88 kg/m²

| | |
|---|---|
| **General Appearance:** | Alert, cooperative, no distress, appears stated age |
| **Head:** | Normocephalic, without obvious abnormality, atraumatic |
| **Eyes:** | PERRL, conjunctiva/corneas clear, EOM's intact, fundi benign, both eyes |
| **Ears:** | Normal TM's and external ear canals, both ears |
| **Nose:** | Nares normal, septum midline, mucosa normal, no drainage or sinus tenderness |
| **Throat:** | Lips, mucosa, and tongue normal; teeth and gums normal |
| **Neck:** | Supple, symmetrical, trachea midline, no adenopathy; thyroid: no enlargement/tenderness/nodules; no carotid bruit or JVD |
| **Back:** | Symmetric, no curvature, ROM normal, no CVA tenderness |
| **Lungs:** | Clear to auscultation bilaterally, respirations unlabored |
| **Chest Wall:** | No tenderness or deformity |
| **Heart:** | Regular rate and rhythm, S1 and S2 normal, no murmur, rub or gallop |
| **Abdomen:** | Soft, non-tender, bowel sounds active all four quadrants, no masses, no organomegaly |
| **Extremities:** | Extremities normal, atraumatic, no cyanosis or edema |
| **Pulses:** | 2+ and symmetric all extremities |

**Skin:** Skin color, texture, turgor normal, no rashes or lesions
**Lymph nodes:** Cervical, supraclavicular, and axillary nodes normal
**Neurologic:** CNII-XII intact, normal strength, sensation and reflexes throughout

**Test Results**

Imaging: Radiology studies were personally reviewed

EKG: normal EKG, normal sinus rhythm.

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOL | 152 | 10/04/2019 |
| LDL | 67 | 10/04/2019 |
| HDL | 66 | 10/04/2019 |
| TRIG | 97 | 10/04/2019 |
| NA | 140 | 02/19/2021 |
| K | 3.8 | 02/19/2021 |
| CL | 97 (L) | 02/19/2021 |
| CO2 | 34 (H) | 02/19/2021 |
| BUN | 21 | 02/19/2021 |
| GFR | >60 | 07/21/2017 |

]

Assessment/Plan

**1. Coronary artery disease of native artery of native heart with stable angina pectoris (CMS/HCC)**
- stable

**2. Essential hypertension**
- stable

Return in about 3 months (around 9/18/2021) for JB - APP for BP control.

**Hemant Solomon, MD, FACC, MRCP (UK), RPVI**

## Patient Instructions

Hemant Solomon at 6/18/2021 3:15 PM
Lets increase your Hydralazine to 50 three times daily at 8am, 2pm and 10pm daily

Keep all your other medicines the same

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

Name: Kim Romero Naugle | DOB: | MRN: 4119042 | PCP: Ronald Joseph Prucha Jr., MD

# Progress Notes

Jennie Baird Buchkovich at 10/1/2021 11:00 AM

**Chief Complaint**

**Chief Complaint**

Patient presents with

- 3mos f/u visit

**Problem List Items Addressed This Visit**

**Essential hypertension**

**Coronary artery disease of native artery of native heart with stable angina pectoris (CMS/HCC) - Primary**

**HPI/ CAD/ S/P CABG**

Kim Naugle is a very pleasant 58-year-old Caucasian female who underwent **CABG 8/7/2018.**

Carotid dopplers **8/1/2018** were essentially normal

2D echo from **8/1/2018** showed:

Summary:
1. There is normal left ventricular systolic function and wall motion,EF 55-60%.
2. No significant valvular abnormalities.
3. Normal left ventricular diastolic filling is observed.
4. No pulmonary hypertension is noted.
5. The inferior vena cava appears normal suggesting normal central venous pressure.

CABG with Dr Kilinger **on 8/7/2018** with a LIMA -LAD and SVG - D2 - had a couple of episodes of PAF post op. Discharged home POD #4

CHADS2-VAsc score = 3.

Patient wore cardiac monitor from **8/22/2018 through 9/4/2018.** Predominant rhythm was normal sinus rhythm. There was no evidence of tachycardia or bradycardia arrhythmias. Symptoms of palpitations/rapid heart rate corresponded with sinus bradycardia and atrial run of 4 beats.

Repeat nuclear perfusion stress test **10/2019:**

Summary:
1. Normal myocardial perfusion study.
2. There are no reversible perfusion defects. No evidence for inducible myocardial ischemia.
3. LV EF is (73 ) %.
4. The patient exercised for a total of 05:07 min using the Standard Bruce exercise protocol and a max METs of 7.
5. Normal exercise myocardial perfusion with Tc-99m sestamibi imaging.

I would fully support her taking leave of absence from work if her PCP would recommend this. I am pleased to document that she will be meeting with bariatric surgery in the beginning of January to help with weight loss. I have encouraged her to exercise 30 minutes daily. I have increase her hydralazine to 50mg po tid due to uncontrolled BP currently.

Patient presents today **10/1/21** for follow-up. BP remains elevated in the office (repeat 160/80) patient notes at home BP is ~130/80. No symptoms of chest pain, dyspnea, palpitations. She continues to wear her CPAP. Working on losing weight.

Current antihypertensive regimen:
Metoprolol XL 100 mg daily
Hydralazine 50 TID
Benazepril/HCTZ 40/25 daily

**Medical History:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arachnoid cyst | |
| • Arthritis | |
| • CAD in native artery | |
| • Cervical cancer screening<br>*normal per pt* | 2014 |
| • Congenital heart disease<br>*Congenital heart mumur* | |
| • CTS (carpal tunnel syndrome) | |
| • Depression | |
| • Disease of thyroid gland | |
| • Fibroid | |
| • Gestational diabetes | |
| • Heart murmur | |
| • Herpes | |
| • High cholesterol<br>*Borderline* | |
| • History of recurrent miscarriages | |
| • Hx of colonoscopy<br>*3 polyps* | 2015 |
| • Hx of mammogram<br>*normal per pt* | 2014 |
| • Hx of pregnancy | |
| • Hypertension | |
| • Meniscus tear | |
| • Post-traumatic stress | |
| • Sleep apnea | 2009 |
| • STD (sexually transmitted disease)<br>*Genital Herpes* | |
| • Torn ACL | |
| • Urinary tract infection<br>*In the past* | |
| • Urogenital trichomoniasis | |
| • Varicella | |

**Surgical History:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY | | 1998 |
| • CARDIAC CATHETERIZATION | | |

| | | |
|---|---|---|
| • CARPAL TUNNEL RELEASE | | 2015 |
| • CESAREAN SECTION | | |
| • COLONOSCOPY | | 2018 |
| • COLPOSCOPY | | |
| • CONDYLOMA EXCISION/FULGURATION | | |
| • CORONARIES LHC WITH OR WITHOUT LV *Procedure: Coronaries LHC with or without LV; Surgeon: Hemant Solomon, MD; Location: WCH INVASIVE CARDIOLOGY; Service: Cardiovascular; Laterality: Left;* | Left | 8/3/2018 |
| • CORONARY ARTERY BYPASS GRAFT *CAB x 2* | | 08/07/2018 |
| • double open heart by pass | | |
| • FLEXIBLE SIGMOIDOSCOPY | | |
| • laminectomy | | 1989 |
| • LUMBAR DISCECTOMY | | 1989 |
| • TONSILECTOMY, ADENOIDECTOMY, BILATERAL MYRINGOTOMY AND TUBES | | 1968 |
| • TONSILLECTOMY | | 1968 |
| • TUBAL LIGATION | | 2011 |

**Medications:**

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT | 90 tablet | 1 |
| • benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | Take 2 tablets by mouth daily. | 180 tablet | 1 |
| • calcium carbonate (CALCIUM 600 ORAL) | Take 600 Units by mouth. | | |
| • cetirizine (ZYRTEC) 10 MG tablet | Take 10 mg by mouth daily. | | |
| • chlorhexidine (PERIDEX) 0.12 % solution | SWISH AND SPIT 15 30ML 3 TIMES A DAY | | |
| • clonazepam (KLONOPIN) 0.5 MG tablet | Take 1 tablet (0.5 mg total) by mouth daily as needed for anxiety. | 30 tablet | 0 |
| • hydrALAZINE (APRESOLINE) 50 MG tablet | Take 1 tablet (50 mg total) by mouth 3 (three) times a day. Take at 8am, 2pm and 10pm daily | 360 tablet | 3 |
| • metformin (GLUCOPHAGE-XR) 500 MG 24 hr tablet | Take 2 tablets (1,000 mg total) by mouth daily with breakfast. | 60 tablet | 2 |
| • metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • multivitamin capsule | Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 | | |
| • NON FORMULARY | nightly. CPAP | | |

| | | | |
|---|---|---|---|
| • PARoxetine (PAXIL) 20 mg tablet | Take 1 tablet (20 mg total) by mouth daily. | 90 tablet | 1 |
| • SYNTHROID 137 mcg tablet | TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK | | 1 |

No current facility-administered medications for this visit.

**Allergies:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Cephalosporins | Rash |

**Social History:**
**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 0.50 |
| Years: | 3.00 |
| Pack years: | 1.50 |
| Types: | Cigarettes |
| Quit date: | 1/1/1985 |
| Years since quitting: | 36.7 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: 15 thru 19 | |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Yes |
| Alcohol/week: | 1.0 standard drinks |
| Types: | 1 Glasses of wine per week |

*Comment: once a month (Rarely)*

**Family History:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Colon polyps | Mother | |
| • Cancer *Cervical & Skin* | Mother | |
| • Diabetes | Mother | |
| • Heart attack | Father | |
| • Hypertension | Father | |
| • Heart disease | Father | |
| • Diabetes | Father | |
| • Vision loss *Macular Degeneration* | Father | |
| • Hypertension | Brother | |
| • Cancer *Breast & Bone* | Maternal Grandmother | |
| • Vision loss | Maternal Grandmother | |
| • Anemia | Maternal Grandmother | |
| • Breast cancer | Maternal Grandmother | 40 |
| • Cancer *Throat* | Maternal Grandfather | |

| | |
|---|---|
| • Hypertension | Maternal Grandfather |
| • Heart disease | Maternal Grandfather |
| • Diabetes | Maternal Grandfather |
| • Cancer | Paternal Grandmother |
| • Vision loss<br>*Macular Degeneration* | Paternal Grandmother |
| • Cancer<br>*Stomach/Stomach cancer* | Paternal Grandfather |
| • Alcohol abuse<br>*Both Brothers* | Brother |
| • Diabetes<br>*Both Brothers* | Brother |
| • Heart disease<br>*Older Brother* | Brother |
| • Hypertension<br>*Both Brothers* | Brother |
| • Diabetes | Brother |
| • Hypertension | Brother |
| • Diabetes | Brother |
| • Hypertension<br>*Younger Brother* | Brother |

.

**Review of Systems:**
.Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations, orthopnea, claudication, leg swelling and PND.
Gastrointestinal: Positive for diarrhea. Negative for constipation, nausea and vomiting.
Musculoskeletal: Negative for back pain, joint pain, myalgias and neck pain.
Skin: Negative for itching and rash.
Neurological: Negative for dizziness, weakness and headaches.
Endo/Heme/Allergies: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for depression.

Objective

Blood pressure 140/80, pulse 64, temperature 97.4 °F (36.3 °C), temperature source Tympanic, height 1.778 m (5' 10"), weight **(!) 145 kg (319 lb 8.9 oz)**, last menstrual period 05/14/2020, SpO2 98 %.

**Physical Exam**
**Physical Exam**
Constitutional:
General: She is not in acute distress.
Appearance: She is well-developed. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Thyroid: No thyromegaly.
Vascular: No carotid bruit or JVD.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Intact distal pulses.
Heart sounds: No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.
Abdominal:
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is no rebound.
Musculoskeletal:
General: No tenderness or deformity. Normal range of motion.
Cervical back: Normal range of motion and neck supple.
Skin:
General: Skin is warm and dry.
Findings: No erythema or rash.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.

**Test Results**

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOL | 152 | 10/04/2019 |
| LDL | 67 | 10/04/2019 |
| HDL | 66 | 10/04/2019 |
| TRIG | 97 | 10/04/2019 |
| NA | 140 | 02/19/2021 |
| K | 3.8 | 02/19/2021 |
| CL | 97 (L) | 02/19/2021 |
| CO2 | 34 (H) | 02/19/2021 |
| BUN | 21 | 02/19/2021 |
| CREAT | 0.92 | 02/19/2021 |
| GFR | >60 | 07/21/2017 |

]

Assessment/Plan

**1. Coronary artery disease of native artery of native heart with stable angina pectoris (CMS/HCC)**
- Continue ASA, Statin, Metoprolol.

**2. Essential hypertension**
- Continue current medications.
- Continue efforts for weight loss
- Consider adjustment of Hydralazine.

Return in about 4 weeks (around 10/29/2021).
**Patient Instructions**
- Continue with current medications
- Continue with weight loss and exercise.

- In general it is good to check blood pressure daily but not more than once a day unless you have symptoms (dizziness, lethargy, chest pain, passing-out). Check your blood pressure at the same time (around 2 pm) everyday. When you do check blood pressure, keep track of the top (systolic) and bottom (diastolic) numbers as well as the pulse (heart rate) in a log. Goal blood pressure is between 130/80 and 90/45. Normal heart rate is 45-100. Call me if you are not in this range. **Bring a log of your blood pressure and heart rate to the next visit.**

**Suggestions for non-pharmacologic prevention and treatment of hypertension.**

1. WEIGHT LOSS. Expect about 1 mmHg reduction in BP with every 1 kg reduction in body weight
2. Dash Diet
3. Reduce Sodium Intake Goal <1500 mg/day
4. Increase intake of dietary potassium (from potassium rich foods as opposed to a supplement).
   Figs, Molasses, Seaweed, Dried dates/prunes, Nuts, Avocado, bran cereal, spinach, broccoli, beets, carrots, bananas, cantaloupe, oranges
5. Increased physical activity 90-150 min/week aerobic exercise, 90-150 min/week dynamic resistant, and isometric resistance.
6. Limit alcohol consumption. Men max of 2 drinks daily, Women max of 1 drink daily

I have seen the patient with the assistance of ancillary staff. However, no physician was involved in the care of Kim Naugle at this time.

**Jennie Baird Buchkovich, PA-C**
**Hemant Solomon, MD, FACC, MRCP (UK), RPVI**
**WakeMed Heart and Vascular - Apex Office**
**120 Healthplex Way Suite 210**
**Apex, NC 27502**
**Phone: (919) 232-0322**

## Patient Instructions

Jennie Baird Buchkovich at 10/1/2021 11:00 AM

- Continue with current medications
- Continue with weight loss and exercise.

- In general it is good to check blood pressure daily but not more than once a day unless you have symptoms (dizziness, lethargy, chest pain, passing-out). Check your blood pressure at the same time (around 2 pm) everyday. When you do check blood pressure, keep track of the top (systolic) and bottom (diastolic) numbers as well as the pulse (heart rate) in a log. Goal blood pressure is between 130/80 and 90/45. Normal heart rate is 45-100. Call me if you are not in this range. **Bring a log of your blood pressure and heart rate to the next visit.**

**Suggestions for non-pharmacologic prevention and treatment of hypertension.**

1. WEIGHT LOSS. Expect about 1 mmHg reduction in BP with every 1 kg reduction in body weight
2. Dash Diet

3. Reduce Sodium Intake Goal <1500 mg/day
4. Increase intake of dietary potassium (from potassium rich foods as opposed to a supplement).
    Figs, Molasses, Seaweed, Dried dates/prunes, Nuts, Avocado, bran cereal, spinach, broccoli, beets, carrots, bananas, cantaloupe, oranges
5. Increased physical activity 90-150 min/week aerobic exercise, 90-150 min/week dynamic resistant, and isometric resistance.
6. Limit alcohol consumption. Men max of 2 drinks daily, Women max of 1 drink daily

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

QUESTIONNAIRE FOR DR. SOLOMON

RE: Kim Naugle
DOB:

Several studies have indicated a link between anxiety and heart conditions. A 2010 study from Tilburg University in the Netherlands determined that anxiety was associated with a 26% increased risk of coronary heart disease.[1] The same study also found that there was a 48% increased risk of death from heart conditions despite adjusting for heart disease risk factors.[2] Likewise, a study from the Karolinska Institute in Sweden found that anxiety more than doubled the subsequent risk of developing coronary blockages or having a heart attack.[3]

1) In your medical opinion as a cardiologist, does an anxiety-related condition raise the risk for developing heart problems?

YES ✓ NO ____

Comments: TAKATSUBO'S CARDIOMYOPATHY

2) Based on your examinations, observation and treatment of Ms. Naugle, do you believe this patient is at risk for developing or suffers from heart disease?

YES ✓ NO ____

Comments: CORONARY ARTERY DISEASE

3) Based on your examinations, observation and treatment of Kim Naugle, do you believe that her diagnosed mental conditions (generalized anxiety, moderate major depression, post-traumatic stress disorder, and work stress) could further elevate her blood pressure?

YES ✓ NO ____

---

[1] https://www.webmd.com/anxiety-panic/news/20100623/anxiety-may-increase-risk-of-heart-disease#:~:text=The%20researchers%20found%20that%20anxiety,known%20heart%20disease%20risk%20factors.
[2] Id.
[3] Id.

Comments: ______________________________

________________________________________________________________

4) Based on your examinations, observation and treatment of Ms. Naugle, would you expect the performance of a high-stress job of 8 hours per day 5 days a week in conjunction with her aforementioned mental conditions could increase her risk of heart disease or related issues?

YES ___✓___ NO ________

Comments: ______________________________

________________________________________________________________

5) Would you expect the exacerbation of Ms. Naugle's conditions would cause her serious distraction from job tasks and result in a failure to complete job tasks in a timely manner on more than an occasional basis during a typical workday or workweek?

YES ___✓___ NO ________

Comments: ______________________________

________________________________________________________________

6) Do you believe Ms. Naugle is exaggerating her complaints of anxiety, depression, PTSD, and/or work stress?

YES NO ___✓___

Comments: ______________________________

________________________________________________________________

7) Could the medications Ms. Naugle takes for her heart conditions, including Lipitor, Aspirin, Lotensln-HCT, Apresoline, and Toprol XL further exacerbate her existing mental conditions?

YES ________ NO ___✓___

Comments: ______________________________

________________________________________________________________

Physician Signature

8/13/2021

Date

QUESTIONNAIRE FOR ERIC KELLY, LCSW

RE: Kim Naugle
DOB:

1) Based on your evaluation of Ms. Naugle's psychiatric status, please give your opinion as to whether her work environment places stress upon Ms. Naugle.

YES X NO ____

If you answered Yes, please circle below the amount of stress.

MILD MODERATE (EXTREME) MARKED

Comments: ____

2) Based on your evaluation of Ms. Naugle's psychiatric status, please give your opinion as to whether her work environment places anxiety upon Ms. Naugle.

YES X NO ____

If you answered Yes, please circle below the amount of anxiety.

MILD MODERATE EXTREME (MARKED)

Comments: ____

3) Based on your examinations, observation and treatment of Kim Naugle, do you believe that Ns. Naugle's diagnosed mental conditions (generalized anxiety, moderate major depression, post-traumatic stress disorder, and work stress) could cause her to have difficulty in concentration, persistence, or pace?

YES X NO ____

Comments: Her severe anxiety/depression symptoms significantly decreases her focus, as well as slowed pace & lower functioning in the workplace.

4) Based on your examinations, observation and treatment of Ms. Naugle, would you expect the performance of a high-stress job of 8 hours per day 5 days a week in conjunction with her aforementioned mental conditions could cause Ms. Naugle to miss work more than 3 days a month?

YES X NO ____

Comments: ____

5) Would you expect the exacerbation of Ms. Naugle's conditions would cause her serious distraction from job tasks and result in a failure to complete job tasks in a timely manner on more than an occasional basis during a typical workday or workweek?

YES X NO ____

Comments: ____

6) Do you believe Ms. Naugle is exaggerating her complaints of anxiety, depression, PTSD, and/or work stress?

YES ____ NO X

Comments: ____

Eric Kelly, MSW, LCSW
Eric Kelly, LCSW
10-20-21
Date:

**DECLARATION OF** KIM NAUGLE **PURSUANT TO 28 U.S.C. § 1746**

I, **Kim R. Naugle**, hereby declare as follows:

1. I am over twenty-one (21) years of age and am competent to give the testimony in this Declaration.

2. I have personal knowledge of the facts set forth herein and state that they are true and correct to the best of my knowledge. I am submitting this Declaration in support of my appeal.

3. I suffer from Severe Anxiety, Depression and Post Traumatic Stress Syndrome (PTSD) that was diagnosed in December 2020, and has been determined that it is likely a result of several things; an extremely high stress work life, as well as emergency open heart surgery/Coronary Artery Bypass Grafting (CABG) procedure I had in August 2018. Since my surgery, my behavior and personality has changed dramatically, and I am no longer the person I was. I am anxious all the time, experience panic attacks and have become extremely sensitive to stress of any kind. I must avoid negative or stressful situations, or my anxiety goes through the roof. Stress also causes me to have rashes all over my body all the time; and I am losing hair. I can't turn my mind off and I suffer insomnia regularly because of it.

4. After six months of open heart surgery and cardiac rehabilitation, I returned to my job at Siemens; which I have been performing for 14 years +/-. Immediately upon my return to work, I noticed a change in my ability to handle stress, which, in turn, affected my ability to multi-task and perform my job effectively as I always had before. My job is extremely stressful, with weekly deadlines, huge financial goals in the hundreds of millions, extremely large workloads with

no assistance, and extensive coordinating and communications with hundreds of people, as well as long hours. As time went by, I did everything I could to try and manage the stress and perform my job simultaneously. I took breaks, walked outside, drank herbal teas, did meditation and breathing exercises, stretching, etc. to no avail. I eventually became so sensitive to stress, that I started losing control of my emotions all the time and experiencing panic attacks. I cried non-stop day and night, was terrified of every little thing, was extremely indecisive, body aches, and had trouble sleeping even though that's all I wanted to do. I lost interest in going anywhere, doing anything or seeing anyone. All I could do was my job, eat, cry and go to bed, and hope that it would get better.

5. After the pandemic hit in March 2020, I was able to start working from home. I was hopeful for less stress and improvement, but after the first month, it quickly became apparent that my change in work location made no difference whatsoever. Also, the work demands became more even more, with lots more micro-managing because everyone was working remotely. As my stress levels soared even more, my behavior and demeanor noticeably changed dramatically. I was no longer a positive person, outgoing, or decisive. I could not decide anything, I was procrastinating and avoiding everything, crying all the time, exhausted all the time, all I wanted to do was sleep, I was in physical pain all over my body, gaining weight, and was/am absolutely terrified that stress will cause me another heart surgery or take my life in the near future. Both my husband and I were/are extremely concerned as these changes were not normal and not going away, so I began seeking medical attention.

6. In Oct/Nov 2020, I contacted a psychiatry group (Monarch) and started the process of trying to find out why all these things were happening to me. During the month of December 2020, Monarch told me that the results of the psychological evaluation they performed showed

that I was suffering from Severe Anxiety, Depression and Post Traumatic Stress Syndrome (PTSD). I was completely shocked and surprised by this diagnosis. When I first started my job with Siemens in 2007, I did start to experience very mild anxiety after I started working there, however it was controlled with a very low dose of medication, with none of the ongoing symptoms I experience now. I just thought it was part of what I had to do to keep me on point to handle my home/work life responsibilities, and I didn't think twice about it. So, when things were getting progressively much worse by October 2020, the first thing I did was contact Monarch because everything had changed for me since my surgery, and the medication I had been taking since 2007, no longer seemed to help me at all.

7. After my psychological evaluation and diagnosis with Monarch, they recommended I switch my medication to Paxil, and start therapy as a course of treatment. After this diagnosis and recommendation, I immediately went to my other physicians to review everything with both my Primary Care (Dr. Ronald Prucha) and my Cardiologist (Dr. Hemant Solomon), to form a plan of action. Both doctors agreed with Monarch's diagnosis and supported a medical leave of absence to address my health issues concerning my emotional and physical health. Dr. Prucha then prescribed both Paxil and Klonopin in agreement with Monarch's recommendations, and I then started therapy at Monarch with Therapist, Eric Kelly. The goal of the therapy is to address the issues causing depression, stress and PTSD, and help me find solutions to manage it because they will most likely never fully resolve. In May 2021, Monarch/Eric Kelly performed a re-evaluation which showed basically no improvement since my original diagnosis in December 2020. I keep both Dr. Prucha and Dr. Solomon apprised of everything at Monarch, and see all of them regularly.

8. **Life Changes/Daily Changes/Issues/ADL**: I have made some changes since I have developed these issues. I am trying to de-stress my life as much as possible, wherever possible. I am seeking assistance from a medical weight loss team to manage my diet to get healthier. I also try and exercise when I am up to it; I am in therapy; I meditate; limit screen time; I'm ending toxic relationships with associates, friends and family; and removing any negativity from my life where I can. I continue to spend a lot of time and money on doctors, medications, and holistic therapies all just trying to find anything that will help me feel better and heal so I can go back to being me. Sometimes, it feels like it's to no avail as my emotional, physical and mental health continues to go up and down, day to day.

9. I have gone from being someone who was very active, outgoing with a positive can-do attitude, who was a work horse, to someone who barely leaves the house or can get out of bed. For many years I was a single mother, worked a full time job and had a second career as a theatre actor nights and weekends. I volunteered and participated in various charities. I was a person of high energy, had lots of desire to try new things, was very organized, had lots of confidence and was extremely social. I liked to travel, be involved in theatre, spend time in nature, garden, work with my chickens, entertain and especially spend time with family and friends. Now, I struggle to get out of bed or bathe every day. I don't want to go anywhere unless I must. I rarely see my family or any friends. I must push myself to do the necessary things like cook, laundry or clean, and I am failing miserably. I avoid any task that is overwhelming, and everything is overwhelming. I start something, and frequently never finish it. I can't decide anything, like what I want to do, what to eat, what to wear, what to watch, etc. I am disorganized, and I have panic attacks. Lost my confidence in most things. I either can't or have no desire to do any of the things I enjoy anymore.

10. NOTHING is fun anymore, because the constant anxiety makes me scared of everything, and causes me mental anguish and tremendous guilt, especially because I am failing myself and my family. I can never turn my mind off from worrying or feeling guilty. I seem to only have any energy for a few hours in the morning, so I must force myself out of bed and try to manage my time very closely so I can at possibly accomplish at least just one thing before I fade. I feel like I'm just trying to get through each day. Nothing more than just trying to survive and hopefully, keep it from getting worse.

11. My Husband works a full time job and now must also carry the load of work, shopping, cleaning, as well as provide all the income at home now. My current inability to help causes me tremendous guilt and anxiety. We have a lot of insecurity concerning our financial future now. And it most certainly adds to my depression. At times I feel hopeless and completely useless.

12. **Medication:** With all the doctors I see, and the current state of my health, I take a lot of medications and supplements multiple times a day. My medications make me go to the bathroom all the time, which causes a lot of sleep loss. Frequently, I cannot always hold my pee till I get to the bathroom; and I leak throughout the day because of the amount of peeing going on. My medications can also make me sick to my stomach, dizzy, and drowsy. Dr. Prucha prescribes me several anxiety/depression medications, Dr. Solomon prescribes me multiple heart related medications such as for blood pressure, cholesterol, blood thinners and heart, Cary Endocrinology prescribes me Synthroid because they treat me for a non-functioning thyroid (multi-nodule toxic goiter) and a vitamin D deficiency. In addition, I also see a Wake Med Bariatrics & Medical Weight Loss Doctor who also prescribes me Metformin for appetite suppression. In addition to all these medications, I also take multiple vitamins, supplements, and Zyrtec for allergies. I must

use portable pill containers and alarms to coordinate all of medications throughout the day. It's almost a full time job coordinating doctors and medications too.

13. **Inability to Perform my Occupation**: I have grave concerns about my ability to work moving forward, because of my extreme sensitivity to stress and the risk it poses to my heart and wellbeing: as well as my lack of energy and focus are severely impacting me and my abilities to function. I am currently unable to sit or stand for long periods of time. I can't focus or make decisions depending on my exhaustion. On any given day, I will show multiple different symptoms that can affect my focus and prevent me from doing my job. I may have any combination of anxiety, panic attacks, extreme fatigue, joint pain, muscle pain or muscle weakness, nausea, dizziness, which makes it impossible to do anything with consistency. Keeping and performing a job is impossible with no consistency. I usually only have enough energy to be productive for maybe 2 - 4 hours a day. My body, mind and emotions just seem to shut down after that point. This time frame would include showering, dressing, eating, medications, and trying to accomplish at least one productive activity. Right now, I don't even know how I would handle my current job and its demands, or any job for that matter. At this point, I am unable to work any job, but I will continue to work to better myself, improve my health and eventually try to find something that I can do that won't kill me. but unfortunately, these are the cards that I have been dealt, and I have no other choice but to make the best of it and be grateful.

14. It took me approximately 2.5 days (20 hrs) to complete this Declaration.

15. Pursuant to 28 U.S.C. § 1746, I further declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of July 2021.

By: Kim R. Naugle

Kim R. Naugle

**DECLARATION OF Ronald Naugle PURSUANT TO 28 U.S.C. § 1746**

I, Ronald L. Naugle, hereby declare as follows:

1. I am over twenty-one (21) years of age and am competent to give the testimony in this Declaration.

2. I have personal knowledge of the facts set forth herein and state that they are true and correct to the best of my knowledge.

3. Ever since August of 2018, our lives have been drastically altered from the multiple surgeries and conditions that my wife, Kim R. Naugle, has suffered through to date. Not only has this been extremely difficult for her, but is has changed our entire family's life and our everyday way of living.

4. For countless days I walk through the door after work to see she is in bed exhausted, crying or sleeping from the day. She's needs to rest because when she gets overly active, stress usually rears its ugly head in one form or another, and then she just falls apart. She has a never ending routine of trying to manager her medications, her doctor appointments, her emotions, accomplish any goals, try to relax her mind or find some peace is all she can barely do, and it takes everything out of her to do it. Over the past two years, my wife has assembled a team of doctors hoping for some help to bring her back to the woman she used to be. To make matters worse, while all her health issues were going on, she also had to deal with the Covid-19 Pandemic and all the fears, delays and bureaucracy that came with it; which slowed everything down and created many challenges getting in for treatment so she could receive proper care. In addition, there were huge delays in receiving required medical records in a timely fashion; which ultimately played a part in

her employer's disability company delaying their decision on approving her Long Term claim. When we finally got them all the records, they still took months to decide even though my wife was in regular contact. This disability insurance was supposed to be a benefit for my wife as a Siemens employee, but dealing with the disability insurance company for months and then finding out that her disability insurance ultimately bucked their responsibility, was just almost too much; especially, while dealing with them the whole time exacerbated her condition for months due to that stress and anxiety from it. Something that was supposed to be there to help her was hurting her even more. Which, frankly makes me very angry. My wife has made little to no progress in her health since the beginning of 2021, because she has had to beg and push for medical records for months and months, and then fight and push the disability company for months to make a decision about her claim; all while not being funded since the end of the Short Term phase; which was in March 2021. Their decision took months and months, and the decision at the beginning of June only came because my wife pushed them like hell and threaten them with a lawyer. While all of this was happening, my wife was also doing the doctor dance with her other doctors. Her 2nd psych evaluation done at the end of May confirms her lack of improvement since the beginning of this year, and we hold her disability insurance company responsible for that. The insurance is a benefit that's supposed to help her, but instead, it's a paperwork game to find ways to not pay; which caused our family financial hardship, and my wife undue stress and anxiety in addition to what she was already experiencing. And that's exactly what happened once it evolved into a long term claim.

5. My wife is an extremely hard-working, honest, loyal and responsible person who always puts her family first. She is the rock of our immediate family, and the matriarch of her family. The fact that she is unable to put others first, nor is she able to take care of any other

individual, including herself sometimes, has prevented her of living her best healthy life. She has done everything that she can do and has followed the instructions of every doctor that she has been to; no matter how frustrating it has been along the way. She always tries to put on a brave face for me every day and hide what's going on inside so I won't worry, but I know she is dealing with a lot and I do what I can to help her. We are very grateful everyday she survived her emergency heart surgery, and we both hope that eventually we will be lucky enough to get our life back to a semblance of what it once was.

6. My wife and I will continue to seek out the answers that will get her health back to normal. We will also fight aggressively for the disability funds for which she is so very much deserving of; especially after so many years of exemplary service to her employer.

Pursuant to 28 U.S.C. § 1746, I further declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of July 2021.

By: ______________________
Ronald L. Naugle

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1744

| | |
|---|---|
| Date: | October 26, 2021 |
| To: | PETER BURKE<br>CRUMLEY ROBERTS ATTORNEYS AT LAW<br>2400 FREEMAN MILL ROAD<br>SUITE 200<br>GREENSBORO NC 27406 |
| Attn: | |
| Fax: | (877) 293-8687 |
| From: | Brook Mikulick<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1744 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 10839136<br>Claimant: Kim Naugle<br><br>Siemens | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1744

October 26, 2021

Peter Burke
Crumley Roberts Attorneys At Law
2400 FREEMAN MILL ROAD
SUITE 200
GREENSBORO, NC 27406

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136
Claimant: Kim Naugle

Dear Peter Burke:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Short Term Disability (STD) benefits under Siemens Corporation's Group Disability Plan. We are writing in reference to Kim Naugle's claim for STD benefits under the Plan.

We received your request for review of the recent claim determination on Ms. Naugle's STD claim on October 21, 2021 along with additional medical information to be included for the review.

Consequently, Ms. Naugle's file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be Ms. Naugle's dedicated Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 14716.

To assist us in evaluating Ms. Naugle's eligibility for benefits, we have referred her file for a medical review and assessment by an independent peer physician, specializing in psychiatry, and an independent peer physician, speciaizing in cardiology.

We anticipate a response from the reviewing independent peer physicians no later than November 24, 2021. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of Ms. Naugle's appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Ms. Naugle's eligibility for benefits under the terms of the Plan.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you

will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brook Mikulick
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 14716
Secure Fax No.: (603) 430-1744

**From:**SiemensLOA
**Sent:**Fri, 22 Oct 2021 19:13:53 +0000
**To:**'K. Naugle';sam.cade@siemens.com;tamika.lynch@siemens.com
**Cc:**Peter H. Burke;Monica L Reynolds Crumley Roberts
**Subject:**RE: Kim Naugle Long Term Disability Appeal 10/21/2021

Thank you for your email.

Your appeal was received and was forwarded to the Appeals Department for processing.

Thank you,


Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

877-824-1724

LincolnFinancial.com

Follow us on:


***Did you know you can access your claim or leave by visiting My Lincoln Portal SM? Track the status of a claim or leave, report an absence, view payment information and MORE…24 hours a day 7 days a week!***

***Remember to visit mylincolnportal.com and start accessing your information when you need it no matter the day or time.***




---

**From:** K. Naugle <
**Sent:** Thursday, October 21, 2021 5:49 PM
**To:** sam.cade@siemens.com; tamika.lynch@siemens.com; SiemensLOA <SiemensLOA@lfg.com>
**Cc:** Peter H. Burke <PHBurke@crumleyroberts.com>; Monica L Reynolds Crumley Roberts <mlreynolds@crumleyroberts.com>
**Subject:** Kim Naugle Long Term Disability Appeal 10/21/2021


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Please be advised that my Attorney officially submitted my Long Term Disability appeal directly to Lincoln Financial today for Claim #: 10839136. At this time, we await LFG's decision.

In addition, I am in receipt of Siemens latest Termination notice, dated 10/14/21, with an effective termination date of 10/29/21.  Please be advised that at no time have I tendered my resignation with Siemens; nor, do I plan to at this time.  I am simply trying to deal with some personal health issues and have been on approved medical leave since 12/24/2020, and have remained in continual contact with Siemens HR during my entire absence.  Initially, I communicated directly with HR Mia Montenez, and my Supervisor Rob Yance; and then subsequently with HR Sam Cade and Legal Tamika Lynch.  As well as having regular conversations with the Morrisville Branch Office Manager, Terry Waldrup.

I was informed by the Morrisville branch Office Manager today, that she was told to shut off my Siemens access because, allegedly, Siemens had been trying to contact me during my leave with no reply at all. As you already know, that is absolutely not true.  Is this why the notice letters have gone from "abandonment" of my job to "termination"? Why is Siemens actively trying to "terminate" me? Please advise.

Respectfully,

Kim R. Naugle

Crumley Roberts
Attorneys At Law

**FAX NUMBER:** 16033345219
**FROM:** Monica L. Reynolds
**DATE:** 10-21-2021 1:40 PM
**SUBJECT:** Kim R. Naugle - 10839136
**TOTAL PAGES:** 92

See attached appeal regarding Kim Naugle.

**Monica L. Reynolds**
**Senior Litigation Case Manager, Long Term Disability**

WE STAND UP FOR YOU®
CrumleyRoberts.com

Crumley Roberts, LLP
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243
Phone: 336-333-9899
Direct Dial No.: 205-747-1915
Fax: 877-293-8687

E-mail: mlreynolds@crumleyroberts.com
Website: http://www.CrumleyRoberts.com

*"Privileged and Confidential - This communication may contain confidential or legally privileged information and is intended only for the use of the individual or entity to whom it is addressed. Any dissemination, distribution, printing or copying of this material by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately."*

Please consider the environment before printing this email.

The information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this fax in error, please notify us by telephone and return the original message to us via U.S. Postal Service to Crumley Roberts LLP. 2400 Freeman Mill Rd, Suite 200, Greensboro, NC 27406.

Crumley Roberts
Attorneys At Law
WE STAND UP FOR YOU®

MAILING ADDRESS:
2400 Freeman Mill Road
Ste. 200
Greensboro, NC 27406
336-333-9899
336-333-9894 Fax
800.288.1.LAW
800.288.1529
CrumleyRoberts.com

October 21, 2021

**Letter and attachments sent via**
**Facsimile 603-334-5219 and US mail**
Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| RE: | Claimant: | Kim R. Naugle |
| | Claim No.: | 10839136 |
| | Policyholder: | Siemens Corporation |

To Whom it May Concern:

I hope this finds you well. Please consider this notice of our appeal of the denial of disability benefits to Ms. Naugle.

By letter dated June 3, 2021, Lincoln informed Ms. Naugle of its decision to deny benefits. The decision to deny benefits to the claimant and basis given is in contrast to the medical evidence already contained in the claim file, the opinions of her treating physicians, as well as the additional evidence provided as part of this appeal.

Enclosed for review on this appeal are the following:

1. February 12, 2021 through October 6, 2021 Medical Records from Dr. Ronald Prucha;
2. July 15, 2021 Letter from Dr. Ronald Prucha;
3. November 24, 2020 through May 20, 2021 Medical Records from Monarch;
4. June 5, 2021 through October 5, 2021 Medical Records from Avance Care;
5. December 4, 2020 through October 1, 2021 Medical Records from Dr. Hemant Solomon;
6. August 13, 2020 Medical Questionnaire from Dr. Hemant Solomon;
7. October 20, 2021 Medical Questionnaire from Eric Kelly, LCSW;
8. Declaration of Kim Naugle; and
9. Declaration of Ronald Naugle.

The insurance contract at issue is subject to the ERISA statute. The traditionally held purpose of the ERISA statute is "to promote the interest of employees and their beneficiaries in

employee benefit plans." With the information provided in this appeal, Lincoln should agree that Ms. Naugle is entitled to all benefits owed under her policy.

**Lincoln's Determination that Ms. Naugle Does Not Meet the Definition of Disability is Erroneous and Unreasonable.**

Lincoln's June 3, 2021 letter wrongfully denies Ms. Naugle's benefits. Lincoln's assertion that Ms. Naugle, a woman fifty-eight years of age suffering from generalized anxiety disorder, major depressive disorder, posttraumatic stress disorder (PTSD), coronary artery disease, hypertension, and history of coronary bypass surgery can perform all the essential functions of his or her position is unreasonable. Due to her ongoing health complications, Ms. Naugle is disabled and unable to perform the essential duties of her own occupation.

The disability policy at issue defines disability as:

> For purposes of the Plan, "Disability" means a physical or mental condition that prevents an eligible employee from performing all the essential function of his or her position, with or without reasonable accommodations, for more than seven consecutive calendar days. The disability must be verified by and under the continuous care of an appropriate legally licensed health care practitioner working within the scope of his or her license. The employee must be actively at work at the time the disability occurs.

Prior to her disability, Ms. Naugle was employed as a Project Coordinator. This position is sedentary in nature. Federal Code 20 C.F.R § 404.1567 defines the physical exertion requirements of sedentary work as work that "involves lifting no more than 10 pounds at a time and occasionally lifting or carrying articles like docket files, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required occasionally and other sedentary criteria are met."

In addition to the physical requirements necessary to perform any reasonable occupation, an insured's non-exertional requirements of an occupation must also be considered. For instance, medical conditions can distract an employee causing them to be "off task" and not as productive as other employees. Federal Courts have held that a person experiencing 10-15% of time off task would not be able to sustain substantial gainful employment. See Mills v. Colvin, 959 F. Supp. 2d 1079, 1084 (2013) stating that "the general tolerance of off-task time is around 10-12% and an individual who needed a ten-minute break every hour would exceed that tolerance." See also Lewis v. Colvin, 973 F. Supp. 2d 985, 992 (2013) stating that "being off task 10-12% of the time [is] the upper limit of what employers will typically tolerate."

Another consideration of non-exertional requirements is an employee's ability to regularly attend work. Frequent absenteeism caused by medical appointments or conditions would preclude employment in any reasonable occupation. A majority of the Federal Courts have found that employers will not tolerate absenteeism averaging two or more days per month. See Conner v. Shalala, 900 F. Supp. 994, 1003-4 (1995) stating that "in unskilled work the

tolerance level would not exceed two absences per month." See also Dennis v. Astrue, 655 F. Supp. 2d 746, 753 (2009) stating that "employers typically will tolerate no more than two absences per month." Spillers v. Colvin, 24 F. Supp. 3d 818, 823 (2014) stated that "if an individual were unable to attend work on a regular basis, missing work two days per month, then full time competitive work was precluded." While Federal Courts have consistently found that an employee may miss up to two absences per month, the absenteeism national average, which includes the employee's peers and coworkers, is significantly less. In 2018, the Bureau of Labor Statistics document that absence in full-time employment averaged 2.9 days per year, substantially less than two days per month or twenty-four days per year. As the Federal Courts and labor market reflects, to perform the main duties of any reasonable occupation an employee must consistently attend work and be absent no more than two days per month, and to be competitive, must limit their absences to less than three days per year.

If an insured is unable to perform the minimal sedentary physical exertional requirements, or is unable to stay on task, or is unable to consistently attend work, the insured is incapable of performing the main duties of any reasonable occupation and thus would meet the disability under the policy. In other words, and when considering the opinions of the Federal Courts, for the claimant to be employable and not disabled under the policy, she must be able to meet the sedentary physical exertional requirements, stay on task at least 85% of the work day, and have no more than two absences per month. If the claimant fails to meet any of these criteria, she must be found disabled under the policy.

**Dr. Goldman's Review is Flawed in Several Material Ways**

By letter dated June 3, 2021, Lincoln denied Ms. Naugle's benefits. In denying her claim, Lincoln utilized a review conducted by a consulting physician, Dr. Marcus Goldman. Dr. Goldman concluded, after reviewing the medical records, that this documentation did not support restrictions which would prevent Ms. Naugle from returning to her former position. To support this stance, Dr. Goldman noted a lack of mental status examinations in the record and what he felt to be insufficient documentation of severe symptoms. Further, Dr. Goldman discounted some information within the file because they included self-reported symptoms or mentioned work-related stress, which was deemed not indicative of disability. This does not give adequate credence to the reports from Ms. Naugle or the observations of her treating physicians.

In his report, Dr. Goldman concluded that the claimant did not suffer from impairments that would prevent her from returning to her regular occupation. Dr. Goldman noted that Ms. Naugle's intensity of care was inconsistent with incapacity, that she did not treat with a psychiatrist or require a transition to a more intense level of care, and that the records available did not include mental status evaluations. Further, Dr. Goldman asserted that Ms. Naugle's work stress, a factor often discussed with her physicians, did not indicate a globally debilitating mental illness and was not in itself disabling. Dr. Goldman's stance is shortsighted. Dr. Goldman made note of a conversation with Ms. Naugle's primary care physician, Dr. Prucha on May 28, 2021, wherein Dr. Prucha noted that he had not seen Ms. Naugle since February 2021 and that Ms. Naugle complained of work stress. Dr. Goldman further noted Dr. Prucha's most recent treatment note on February 12, 2021 to be unremarkable for debilitating psychopathology. At the time of Dr. Goldman's report, Ms. Naugle had indeed not treated with Dr. Prucha for a few

months. However, no attempt was made to speak with her medical provider at Monarch, where Ms. Naugle received regular therapy. Further, the medical records from Monarch document a variety of stressors beyond work and demonstrate Ms. Naugle's inability to tolerate stress and persistent mental health symptoms outside of the workplace parameters asserted by Dr. Goldman. For example, in a therapy note dated April 15, 2021, Ms. Naugle was noted to experience anxiety and stress related to her family, while on April 1, 2021 she reported anxiety regarding household tasks such as paying bills. It seems clear that, while Ms. Naugle did experience significant stress from work, she also experiences significant stress from many aspects of daily life. A more reasonable explanation would be that Ms. Naugle's depression, anxiety, and PTSD leave her incapable of tolerating all manner of stressors including, but not limited to, her work. This is undoubtedly indicative of globally debilitating mental illness, contrary to Dr. Goldman's opinion.

Dr. Goldman's assertion that Ms. Naugle's medical treatment did not rise to the frequency and severity of treatment to indicate disability is also unreasonable. Prior to her denial of benefits on March 22, 2021, Ms. Naugle was obtaining treatment from her primary care physician, Dr. Prucha, as well as a therapist from Monarch. This level of treatment was initially deemed adequate to prove disability and, as Ms. Naugle has maintained regular treatment with these very same medical providers, there is no cause to suddenly deem this treatment regimen insufficient. Ms. Naugle's symptoms remain severe, and she has maintained treatment while also seeking out new medical treatment. On June 25, 2021, Ms. Naugle initiated therapy with Avance Care for further treatment of her PTSD, generalized anxiety disorder, adjustment reaction with anxiety and depression, and major depressive disorder. She has attended frequent sessions with this office, presenting to twelve appointments between June 25, 2021 and October 5, 2021. Ms. Naugle's treatment has been frequent and consistent and is more than enough to demonstrate unrelieved and uncontrolled symptoms.

**Lincoln Should Give Considerable weight to the opinions of Ms. Naugle's Providers**

The support of Ms. Naugle's treating medical providers becomes irrefutable when considering the newest evidence from her treating medical providers. Ms. Naugle has continued to treat with her primary care physician, attending a checkup on June 4, 2021 in which she endorsed severe anxiety, depression, and hypersensitivity to stress. She was noted to have a dysphoric mood and was observed to be nervous and anxious. Major depressive disorder, anxiety, and prediabetes were diagnosed, and her anxiety was noted to be a "[c]hronic worsening problem." Dr. Prucha provided a letter on July 15, 2021 in which he noted that "Ms. Naugle continues to be under my medical care and remains unable to work due to an underlying medical condition. She has not, as yet, been medically cleared to return to work and continues to convalesce from her condition." When she next appeared for an appointment with Dr. Prucha on October 6, 2021, Ms. Naugle continued to experience severe anxiety, and was treated for this and for her history of heart bypass surgery, hypertension, and hypothyroidism.

Meanwhile, Ms. Naugle continued to treat with her cardiologist, Dr. Solomon. On December 4, 2020, Ms. Naugle was treated for her coronary artery disease and anxiety, and Dr. Solomon noted his support for a leave of absence from work. She followed up with cardiology checkups in June and October 2021, in which Dr. Solomon documented continued support for

leave from work. In a letter dated September 13, 2021, Dr. Solomon noted diagnoses of takotsubo cardiomyopathy and coronary artery disease. Further, Dr. Solomon noted that he believed that Ms. Naugle's generalized anxiety, major depression, and PTSD could further elevate her blood pressure. It is clear that Ms. Naugle's mental health conditions affect, and are affected by, her cardiologic conditions, and that the stress and exertion of full-time work would be impossible due to her overall medical state.

On October 20, 2021, Ms. Naugle's therapist, Eric Kelly, LCSW, provided an assessment of Ms. Naugle's impairments. Mr. Kelly noted that Ms. Naugle's work environment placed extreme stress and marked anxiety upon the claimant. He further noted that Ms. Naugle's depression, anxiety, and PTSD caused her difficulty in concentration, persistence, and pace as well as serious distraction which would result in failure to complete job tasks in a timely manner. Her conditions were expected to cause her to miss work more than three days per month. Dr. Kelly noted that "[h]er severe anxiety/depression symptoms significantly decreases her focus, as well as slowed pace & lower functioning in the workplace."

The support for Ms. Naugle's disability expressed by Dr. Prucha and Dr. Solomon are extremely significant when compared to the opinion of Lincoln's paid reviewer, Dr. Goldman. Dr. Prucha and Dr. Solomon have both treated Ms. Naugle for extended periods of time, have spoken with her at length, have examined her in person, and have attained a level of familiarity with Ms. Naugle, her medical condition, and her limitations. Such a level of familiarity into a patient's medical state is unobtainable through record review alone, and as such, Ms. Naugle's own treating physicians' opinions should be recognized as accurate. It was for this reason that the North Carolina legislature specifically addressed the insurance industry's practice of using non-treating and paid reviewers to justify the denial of claims. North Carolina law acknowledges, and codifies, that treating physicians have a greater opportunity than consultants to know and observe the patient, and as such, greater weight should be afforded to the opinions of treating physicians. [1] Failure to recognize and credit the opinions of Ms. Naugle's treating physicians would be improper and in violation of 11 NCAC 04.0319. Accordingly, Dr. Goldman's opinion as a non-treating provider should be subordinate to those of Ms. Naugle's treating doctors.

**Lincoln Failed to Adequately Consider Ms. Naugle's Non-Exertional Limitations.**

While Lincoln's June 3, 2021 denial letter noted Ms. Naugle's diagnoses of anxiety, depression, and PTSD, it failed to adequately consider the full extent of Ms. Naugle's non-exertional limitations in conjunction with her physical limitations. Federal Courts have held that both the physical exertional and non-exertional limitations must be considered in determining whether an insured meets the definition of disability. See Rabuck v. Hartford Life and Accident Ins. Co., 522F. Supp. 2d 844 (2007).

[1] 11 NCAC 04.0319 attached, provides in part: The Commissioner shall consider as prima facie violative of G.S. 58-63-15(11) the failure by an insurer to adhere to the following procedures concerning the settlement of life, accident, health and disability claims when such failure is so frequent as to indicate a general business practice:

(1) Examining Physician's Opinion. When the patient's health is in question, an insurer shall give greater weight to the opinion of a physician who has examined the patient than to the opinion of a physician who has not examined the patient and whose opinion is based solely on a review of the examining physician's notes or reports.

Medical conditions that would prevent Ms. Naugle from performing the duties of her own position, but most specifically would prevent her from staying on task at least 85% of the time and prevent consistent attendance at work, are Ms. Naugle's severe anxiety and depression, as well as the resultant hypersensitivity to stress which results from these conditions. Her treating medical providers have agreed that these conditions would have a negative effect on Ms. Naugle's ability to work. Although Lincoln and its paid reviewer asserted that work stress was not a disabling condition, this ignores the fact that Ms. Naugle's intolerance to work stress is a symptom of her multiple mental health diagnoses. Ms. Naugle's severe anxiety leaves her incapable of adequately coping with the stress and pressures inherent in day-to-day work activity, both within her own occupation and in any occupation. Further, her depression, anxiety, and PTSD would take her off-task a great deal of the workday by impeding her concentration, persistence, and pace. Ms. Naugle would also require excessive unscheduled breaks in order to rest due to symptoms such as panic attacks or fatigue. Unexcused absences would also be commonplace on days that Ms. Naugle's symptoms prevented her from pursuing work, or even from leaving the house, entirely.

Lincoln failed to adequately address all of Ms. Naugle's non-exertional limitations. Ms. Naugle's concentration, persistence, and pace is so severely limited by chronic, severe anxiety, major depression, and PTSD that she is unable to perform her own position as a Project Coordinator on a full-time basis. She is unable to stay on task for an adequate amount of the workday. Both the exertion and inability to rest as needed exacerbate Ms. Naugle's condition. Undoubtedly, a return to work would increase Ms. Naugle's symptoms, leading her to require additional rest, medication, and treatment, which in turn would lead to a further decrease in ability to maintain an acceptable absentee rate. Lincoln must adequately consider the exertional and non-exertional limitations of all Ms. Naugle's conditions and it failed to do so in the previous review.

**Declarations Supporting Ms. Naugle's Disability**

To support Ms. Naugle's appeal, our office has obtained declarations from Ms. Naugle herself as well as from her husband, Ronald Naugle, pursuant to 28 U.S.C. §1746. These statements provide further evidence as to Ms. Naugle's inability to perform her own occupation.

In her declaration, Ms. Naugle reported diagnoses of severe anxiety, depression, and PTSD as well as a history of emergency coronary artery bypass grafting in 2018. She noted that she now experienced constant anxiety, panic attacks, and extreme sensitivity to stress. She noted that, while she tried to manage her stress, she began experiencing panic attacks, crying spells, indecisiveness, body aches, insomnia and loss of interest in activities. After being diagnosed with anxiety, depression, and PTSD, Ms. Naugle reported coordinating her care with her primary care physician and cardiologist as well as initiating therapy. Despite these actions, Ms. Naugle reported continuous debility because of her overwhelming symptoms. "I have gone from being someone who was very active, outgoing with a positive can-do attitude, who was a work horse, to someone who barely leaves the house or can get out of bed." Tasks such as bathing, cooking, laundry, or cleaning were now difficult and overwhelming, and tasks were frequently left unfinished.

Ms. Naugle described her anxiety to cause fearfulness, mental anguish, guilt, and low energy. She reported having to manage her time carefully so as to conserve energy in order to accomplish even minimal tasks. She also voiced concerns as to the effect of stress on her heart. She noted that her husband now had to perform many of the household tasks as well as working a full-time job. Ms. Naugle documented numerous medications for anxiety, depression, as well as her heart condition, which caused negative side effects including urinary frequency and some incontinence, as well as sleep loss. Ms. Naugle described numerous symptoms of her diagnoses, including lack of energy, poor focus, inability to sit or stand for prolonged periods, panic attacks, fatigue, joint and muscle pain, muscle weakness, nausea, and dizziness, "which makes it impossible to do anything with consistency." Even preparing her declaration proved to be arduous, as Ms. Naugle reported that completing this statement took two and a half days. She noted that, due to her medical state, "I don't even know how I would handle my current job and its demands, or any job for that matter."

Mr. Naugle also provided a declaration in support of his wife's STD claim. Mr. Naugle reported his wife's difficulty with stress and exhaustion. "She has a never ending routine of trying to manage her medications, her doctor appointments, her emotions, accomplish any goals, try to relax her mind or find some peace is all she can barely do, and it takes everything out of her to do it." Mr. Naugle reported a lack of improvement in his wife's symptoms, even with regular and extensive treatment. He noted that, while Ms. Naugle was now unable to care for herself or others and was prevented from living "her best healthy life."

**Lincoln Should Reverse its Decision and Reinstate Ms. Naugle's Disability Benefits.**

Lincoln has in its possession medical records and declarations from Ms. Naugle and her husband that support Ms. Naugle's inability to work in her own occupation. It is unclear why Lincoln has chosen to disregard the medical evidence and Ms. Naugle's treating doctors to reach a decision that she is not disabled. Ms. Naugle's medical records do not reflect any appreciable change or improvement in her medical condition. To the contrary, the condition has only worsened as she and her doctors try to bring her symptoms under control. Therefore, Lincoln's decision to change course and deny Ms. Naugle's benefits when her health continues to decline, rather than improve, is arbitrary, capricious, and unreasonable.

When comparing the requirements of Ms. Naugle's sedentary occupation as a Project Coordinator, and considering the substantial evidence from Ms. Naugle's treating providers and sworn statements from those who know Ms. Naugle best, it is clear that she is unable to meet the exertional and non-exertional requirements of her own occupation. Ms. Naugle's generalized anxiety disorder, major depressive disorder, PTSD, coronary artery disease, hypertension, and history of coronary bypass prevent her from consistently working in any employment. Lincoln's denial of Ms. Naugle's claim clearly goes against the provided evidence at this point. Proper consideration was not given to the combination of her physical and non-exertional impairments. Ms. Naugle's treating physicians have indicated that she has restrictions and limitations that would prevent her from performing her own occupation. Ms. Naugle's health has and will

continue to deteriorate since becoming disabled. Ms. Naugle's appeal should reverse the initial denial, and benefits should be approved.

Sincerely,
CRUMLEY ROBERTS, LLP

Peter H. Burke
Attorney

Enclosures

# Progress Notes

Ronald Joseph Prucha at 2/12/2021 11:00 AM

**Subjective:**

**Patient ID:** Kim Romero Naugle is a 57 y.o. female.
**Date of Service:** 02/12/21

Is this a CM Visit?: No

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Follow-up
- Anxiety
- Depression

**History of Present Illness:**

I conducted this encounter via secure, live with the patient. Kim was located at . in North Carolina, with the patient and the provider participating in the encounter. Prior to the interview, the risks and benefits of telemedicine were discussed with the patient and verbal consent was obtained. This is a f/u visit in pursuit of her ongoing depression and struggles with stress-related work burden and diminished quality of life and decrease cognitive and physical functioning secondary to the sheer amount of work stress she was incurring at her job and stress she was bringing home to her family. She was placed on paxil 20 mg daily and has been compliant on this regimen and finds it to be somewhat helpful for her after discussing the efficacy of this medication with her husband as manifested by her mood and level of function since having commenced it early Januaary. She continues to feel she suffers from lack of energy and continues to endorse a fair degree of ongoing depressed feelings, of which the paxil has yet to affect completely. She is due to see her therapist at Monarch March 1, 2021 to address some of her mental health concerns including stress and decreased level of psychosocial and physical functioning and the manner in which this aspect of her life is impacting her family and wellbeing overall. In the midst of her current stress and depression, she has been also dealing with some ortho problems and has had some related gyn issues resurface that have both resulted in visits to specialists in the month of January, which have exacerbated her stress levels and increased her depression somewhat. In addition, she is working closely with her disability company who, while pursuing her claim, are making her feel stressed about the issues surrounding this to include whether it will ultimately be successful in reimbursing her for this time she is required to be away from work for mental health reasons. The multiple phone calls and endless questions from her disablity company surrounding her case are compounding her stress levels and making convalescence difficult and protracted for her. She also had a visit with bariatric surgeon, who at this time, recommended therapy in lieu of surgery and she is in the process of pusuing this entitiy for control of her weitght.
at this time she would like to remain on her paxil at 20 mg and c ontinue to determine if she derives benefit from this medication.

**Patient Active Problem List**
Diagnosis
- Essential hypertension

- Anxiety
- Hypothyroidism
- Cervical cancer screening
- OSA on CPAP
- Gastroenteritis
- Other chest pain
- Coronary artery disease of native artery of native heart with stable angina pectoris (CMS/HCC)
- S/P CABG x 2; Left EVH; Sternal Plating; 8/7/18
- Morbid obesity with BMI of 45.0-49.9, adult (CMS/HCC)
- Healthcare maintenance
- URI, acute
- Need for influenza vaccination
- Need for hepatitis C screening test
- BMI 45.0-49.9, adult (CMS/HCC)
- Bacterial sinusitis
- Work stress
- Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC)
- Depression

**Past Medical History:**

| Diagnosis | Date |
| --- | --- |
| • Anxiety | |
| • Arachnoid cyst | |
| • Arthritis | |
| • CAD in native artery | |
| • Cervical cancer screening<br>*normal per pt* | 2014 |
| • Congenital heart disease<br>*Congenital heart mumur* | |
| • CTS (carpal tunnel syndrome) | |
| • Depression | |
| • Disease of thyroid gland | |
| • Fibroid | |
| • Gestational diabetes | |
| • Heart murmur | |
| • Herpes | |
| • High cholesterol<br>*Borderline* | |
| • History of recurrent miscarriages | |
| • Hx of colonoscopy<br>*3 polyps* | 2015 |
| • Hx of mammogram<br>*normal per pt* | 2014 |
| • Hx of pregnancy | |
| • Hypertension | |
| • Meniscus tear | |
| • Post-traumatic stress | |
| • Sleep apnea | 2009 |
| • STD (sexually transmitted disease)<br>*Genital Herpes* | |
| • Torn ACL | |
| • Urinary tract infection<br>*In the past* | |
| • Urogenital trichomoniasis | |
| • Varicella | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY | | 1998 |
| • CARDIAC CATHETERIZATION | | |
| • CARPAL TUNNEL RELEASE | | 2015 |
| • CESAREAN SECTION | | |
| • COLONOSCOPY | | 2018 |
| • COLPOSCOPY | | |
| • CONDYLOMA EXCISION/FULGURATION | | |
| • CORONARIES LHC WITH OR WITHOUT LV<br>*Procedure: Coronaries LHC with or without LV; Surgeon: Hemant Solomon, MD; Location: WCH INVASIVE CARDIOLOGY; Service: Cardiovascular; Laterality: Left;* | Left | 8/3/2018 |
| • CORONARY ARTERY BYPASS GRAFT<br>*CAB x 2* | | 08/07/2018 |
| • double open heart by pass | | |
| • FLEXIBLE SIGMOIDOSCOPY | | |
| • laminectomy | | 1989 |
| • LUMBAR DISCECTOMY | | 1989 |
| • TONSILECTOMY, ADENOIDECTOMY, BILATERAL MYRINGOTOMY AND TUBES | | 1968 |
| • TONSILLECTOMY | | 1968 |
| • TUBAL LIGATION | | 2011 |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Colon polyps | Mother | |
| • Cancer<br>*Cervical & Skin* | Mother | |
| • Diabetes | Mother | |
| • Heart attack | Father | |
| • Hypertension | Father | |
| • Heart disease | Father | |
| • Diabetes | Father | |
| • Vision loss<br>*Macular Degeneration* | Father | |
| • Hypertension | Brother | |
| • Cancer<br>*Breast & Bone* | Maternal Grandmother | |
| • Vision loss | Maternal Grandmother | |
| • Anemia | Maternal Grandmother | |
| • Breast cancer | Maternal Grandmother | 40 |
| • Cancer<br>*Throat* | Maternal Grandfather | |
| • Hypertension | Maternal Grandfather | |
| • Heart disease | Maternal Grandfather | |
| • Diabetes | Maternal Grandfather | |
| • Cancer | Paternal Grandmother | |
| • Vision loss<br>*Macular Degeneration* | Paternal Grandmother | |
| • Cancer<br>*Stomach/Stomach cancer* | Paternal Grandfather | |
| • Alcohol abuse<br>*Both Brothers* | Brother | |
| • Diabetes<br>*Both Brothers* | Brother | |
| • Heart disease<br>*Older Brother* | Brother | |
| • Hypertension<br>*Both Brothers* | Brother | |
| • Diabetes | Brother | |

| | |
|---|---|
| • Hypertension | Brother |
| • Diabetes | Brother |
| • Hypertension<br>*Younger Brother* | Brother |

**Social History**

Occupational History
- Not on file

Tobacco Use

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 0.50 |
| Years: | 3.00 |
| Pack years: | 1.50 |
| Types: | Cigarettes |
| Quit date: | 1/1/1985 |
| Years since quitting: | 36.1 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: 15 thru 19 | |

Substance and Sexual Activity

| | |
|---|---|
| • Alcohol use: | Yes |
| Alcohol/week: | 1.0 standard drinks |
| Types: | 1 Glasses of wine per week |
| *Comment: once a month (Rarely)* | |
| • Drug use: | No |
| • Sexual activity: | Yes |
| Partners: | Male |
| Birth control/protection: | Surgical |
| *Comment: Tubes Tied* | |

**Outpatient Medications Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT | 90 tablet | 1 |
| • benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | TAKE 2 TABLETS BY MOUTH EVERY DAY | 180 tablet | 1 |
| • calcium carbonate (CALCIUM 600 ORAL) | Take 600 Units by mouth. | | |
| • clonazepam (KLONOPIN) 0.5 MG tablet | Take 1 tablet (0.5 mg total) by mouth daily as needed for anxiety. | 30 tablet | 0 |
| • hydrALAZINE (APRESOLINE) 25 MG tablet | TAKE 2 TABLETS (50 MG TOTAL) BY MOUTH 2 (TWO) TIMES A DAY. | 360 tablet | 3 |
| • metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • multivitamin capsule | Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 | | |

| | | | |
|---|---|---|---|
| • NON FORMULARY | nightly. CPAP | | |
| • PARoxetine (PAXIL) 20 mg tablet | Take 1 tablet (20 mg total) by mouth daily. | 90 tablet | 1 |
| • SYNTHROID 137 mcg tablet | TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK | | 1 |

No facility-administered medications prior to visit.

The following portions of the patient's history were reviewed and updated as appropriate: medications, allergies, past medical history, family history, social history, surgical history, current problems.

**Review of Systems:** All of the patient's ROS were normal except as documented in the HPI.

**Objective:**

LMP 05/14/2020 (Approximate) Comment: pmp had period 3 wks ago

**Physical Exam:**

Gen: alert and oriented, NAD, well appearing
Resp: normal RR, no tachypnea, no retractions
Skin: no visualized rash on observed skin
**Psych:** normal mood, A and O x3

**Assessment and Plan:**

1. **Work stress**
2. Current severe episode of major depressive disorder without psychotic features without prior episode (CMS/HCC)
3. Anxiety

**Work stress**
Chronic stable problem
Will continue her paxil as rx'd
The side effects of this medication were explained in detail to her and she verbalized understanding of these and will contact me to let me know if any occur.
She is toelerating this well and weill continue this w/o change
Will see her hgack ina bout 90 days to check in and see how her visit with therapy went and is going and to assess her response to medication.
She verbalized satisfaction and understanding of this treatment plan and she was afforded the opportunity to ask questions regarding this plan today.

**Depression**

Chronic stable problem
Will continue her paxil as rx'd
The side effects of this medication were explained in detail to her and she verbalized understanding of these and will contact me to let me know if any occur.
She is toelerating this well and weill continue this w/o change
Will see her hgack ina bout 90 days to check in and see how her visit with therapy went and is going and to assess her response to medication.

She verbalized satisfaction and understanding of this treatment plan and she was afforded the opportunity to ask questions regarding this plan today.

**Anxiety**
Chronic stable problem
Will continue her paxil as rx'd
The side effects of this medication were explained in detail to her and she verbalized understanding of these and will contact me to let me know if any occur.
She is toelerating this well and weill continue this w/o change
Will see her hgack ina bout 90 days to check in and see how her visit with therapy went and is going and to assess her response to medication.
She verbalized satisfaction and understanding of this treatment plan and she was afforded the opportunity to ask questions regarding this plan today.

I spent 22 minutes providing patient care, education, and counseling.

**Follow-Up:**

Return in about 3 months (around 5/12/2021).

**Patient Goals:**

**Goals**

- Avoid prcessed foods
  Avoid processed foods or "fast food."
- Blood Pressure < 130/80
  Your blood pressure should generally be less than 130/80. Please let your provider know if your blood pressure numbers are over this goal.
- Increase Daily Activity
  Attempt to increase exertion around daily activities (take the stairs instead of the elevator, walk instead of driving a few blocks, etc.).
- Weight < 68 kg (150 lb)
  3 month goal is to loose 26 lbs based on body fat percent

**Patient Instructions :**

**Patient Instructions**

**Recovering From Depression: Care Instructions**
**Your Care Instructions**



Taking good care of yourself is important as you recover from depression. In time, your symptoms will fade as your treatment takes hold. Do not give up. Instead, focus your energy on getting better.

Your mood will improve. It just takes some time. Focus on things that can help you feel better, such as being with friends and family, eating well, and getting enough rest. But take things slowly. Do not do too much too soon. You will begin to feel better gradually.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

**How can you care for yourself at home?**

**Be realistic**

- If you have a large task to do, break it up into smaller steps you can handle, and just do what you can.
- You may want to put off important decisions until your depression has lifted. If you have plans that will have a major impact on your life, such as marriage, divorce, or a job change, try to wait a bit. Talk it over with friends and loved ones who can help you look at the overall picture first.
- Reaching out to people for help is important. Do not isolate yourself. Let your family and friends help you. Find someone you can trust and confide in, and talk to that person.
- Be patient, and be kind to yourself. Remember that depression is not your fault and is not something you can overcome with willpower alone. Treatment is important for depression, just like for any other illness. Feeling better takes time, and your mood will improve little by little.

**Stay active**

- Stay busy and get outside. Take a walk, or try some other light exercise.
- Talk with your doctor about an exercise program. Exercise can help with mild depression.
- Go to a movie or concert. Take part in a church activity or other social gathering. Go to a ball game.
- Ask a friend to have dinner with you.

**Take care of yourself**

- Eat a balanced diet with plenty of fresh fruits and vegetables, whole grains, and lean protein. If you have lost your appetite, eat small snacks rather than large meals.
- Avoid using illegal drugs or marijuana and drinking alcohol. Do not take medicines that have not been prescribed for you. They may interfere with medicines you may be taking for depression, or they may make your depression worse.
- Take your medicines exactly as they are prescribed. You may start to feel better within 1 to 3 weeks of taking antidepressant medicine. But it can take as many as 6 to 8 weeks to see more improvement. If you have questions or concerns about your medicines, or if you do not notice any improvement by 3 weeks, talk to your doctor.
- Continue to take your medicine after your symptoms improve. Taking your medicine for at least 6 months after you feel better can help keep you from getting depressed again. If this isn't the first time you have been depressed, your doctor may recommend you to take medicine even longer.

- If you have any side effects from your medicine, tell your doctor. Many side effects are mild and will go away on their own after you have been taking the medicine for a few weeks. Some may last longer. Talk to your doctor if side effects are bothering you too much. You might be able to try a different medicine.
- Continue counseling. It may help prevent depression from returning, especially if you've had multiple episodes of depression. Talk with your counselor if you are having a hard time attending your sessions or you think the sessions aren't working. Don't just stop going.
- Get enough sleep. Talk to your doctor if you are having problems sleeping.
- Avoid sleeping pills unless they are prescribed by the doctor treating your depression. Sleeping pills may make you groggy during the day, and they may interact with other medicine you are taking.
- If you have any other illnesses, such as diabetes, heart disease, or high blood pressure, make sure to continue with your treatment. Tell your doctor about all of the medicines you take, including those with or without a prescription.
- If you or someone you know talks about suicide, self-harm, or feeling hopeless, get help right away. Call the National Suicide Prevention Lifeline at 1-800-273-TALK (1-800-273-8255) or text HOME to 741741 to access the Crisis Text Line. Consider saving these numbers in your phone.

**When should you call for help?**

**Call 911** anytime you think you may need emergency care. For example, call if:

- You feel like hurting yourself or someone else.
- Someone you know has depression and is about to attempt or is attempting suicide.

**Call your doctor now** or seek immediate medical care if:

- You hear voices.
- Someone you know has depression and:
  - Starts to give away his or her possessions.
  - Uses illegal drugs or drinks alcohol heavily.
  - Talks or writes about death, including writing suicide notes or talking about guns, knives, or pills.
  - Starts to spend a lot of time alone.
  - Acts very aggressively or suddenly appears calm.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You do not get better as expected.

To learn more about "Recovering From Depression: Care Instructions", log into your personal health record at https://MyChart.WakeMed.org and search for **N529** in the Health Library.

Current as of: September 23, 2020 Content Version: 12.7

© 2006-2021 Healthwise, Incorporated.

Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

## Patient Instructions

Ronald Joseph Prucha at 2/12/2021 11:00 AM

# Recovering From Depression: Care Instructions

## Your Care Instructions



Taking good care of yourself is important as you recover from depression. In time, your symptoms will fade as your treatment takes hold. Do not give up. Instead, focus your energy on getting better.

Your mood will improve. It just takes some time. Focus on things that can help you feel better, such as being with friends and family, eating well, and getting enough rest. But take things slowly. Do not do too much too soon. You will begin to feel better gradually.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

**Be realistic**

- If you have a large task to do, break it up into smaller steps you can handle, and just do what you can.
- You may want to put off important decisions until your depression has lifted. If you have plans that will have a major impact on your life, such as marriage, divorce, or a job change, try to wait a bit. Talk it over with friends and loved ones who can help you look at the overall picture first.
- Reaching out to people for help is important. Do not isolate yourself. Let your family and friends help you. Find someone you can trust and confide in, and talk to that person.
- Be patient, and be kind to yourself. Remember that depression is not your fault and is not something you can overcome with willpower alone. Treatment is important for depression, just like for any other illness. Feeling better takes time, and your mood will improve little by little.

**Stay active**

- Stay busy and get outside. Take a walk, or try some other light exercise.
- Talk with your doctor about an exercise program. Exercise can help with mild depression.
- Go to a movie or concert. Take part in a church activity or other social gathering. Go to a ball game.
- Ask a friend to have dinner with you.

**Take care of yourself**

- Eat a balanced diet with plenty of fresh fruits and vegetables, whole grains, and lean protein. If you have lost your appetite, eat small snacks rather than large meals.
- Avoid using illegal drugs or marijuana and drinking alcohol. Do not take medicines that have not been prescribed for you. They may interfere with medicines you may be taking for depression, or they may make your depression worse.
- Take your medicines exactly as they are prescribed. You may start to feel better within 1 to 3 weeks of taking antidepressant medicine. But it can take as many as 6 to 8 weeks to see more improvement. If you have questions or concerns about your medicines, or if you do not notice any improvement by 3 weeks, talk to your doctor.
- Continue to take your medicine after your symptoms improve. Taking your medicine for at least 6 months after you feel better can help keep you from getting depressed again. If this isn't the first time you have been depressed, your doctor may recommend you to take medicine even longer.
- If you have any side effects from your medicine, tell your doctor. Many side effects are mild and will go away on their own after you have been taking the medicine for a few weeks. Some may last longer. Talk to your doctor if side effects are bothering you too much. You might be able to try a different medicine.
- Continue counseling. It may help prevent depression from returning, especially if you've had multiple episodes of depression. Talk with your counselor if you are having a hard time attending your sessions or you think the sessions aren't working. Don't just stop going.
- Get enough sleep. Talk to your doctor if you are having problems sleeping.
- Avoid sleeping pills unless they are prescribed by the doctor treating your depression. Sleeping pills may make you groggy during the day, and they may interact with other medicine you are taking.
- If you have any other illnesses, such as diabetes, heart disease, or high blood pressure, make sure to continue with your treatment. Tell your doctor about all of the medicines you take, including those with or without a prescription.
- If you or someone you know talks about suicide, self-harm, or feeling hopeless, get help right away. Call the National Suicide Prevention Lifeline at 1-800-273-TALK (1-800-273-8255) or text HOME to 741741 to access the Crisis Text Line. Consider saving these numbers in your phone.

## When should you call for help?

**Call 911** anytime you think you may need emergency care. For example, call if:

- You feel like hurting yourself or someone else.
- Someone you know has depression and is about to attempt or is attempting suicide.

**Call your doctor now** or seek immediate medical care if:

- You hear voices.
- Someone you know has depression and:
  - Starts to give away his or her possessions.
  - Uses illegal drugs or drinks alcohol heavily.
  - Talks or writes about death, including writing suicide notes or talking about guns, knives, or pills.
  - Starts to spend a lot of time alone.

- Acts very aggressively or suddenly appears calm.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You do not get better as expected.

To learn more about "Recovering From Depression: Care Instructions", log into your personal health record at https://MyChart.WakeMed.org and search for **N529** in the Health Library.

Current as of: September 23, 2020 Content Version: 12.7

© 2006-2021 Healthwise, Incorporated.

Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

Name: Kim Romero Naugle | DOB: | MRN: 4119042 | PCP: Ronald Joseph Prucha Jr., MD

# Telephone Encounter

Ronald Joseph Prucha at 5/28/2021 7:38 AM

Returned Dr. Goldman's call from patient's insurance company he has a psychiatrist representing her claim for disability and wanted to discuss her case. I reviewed with him that I have not seen her in follow-up since February where she had a televisit with me. I also shared with him the Video behavioral health note that states she declined the behavioral health services due to financial reasons.

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

Name: Kim Romero Naugle | DOB: | MRN: 4119042 | PCP: Ronald Joseph Prucha Jr., MD

# Progress Notes

Ronald Joseph Prucha at 6/4/2021 9:15 AM
Ms. Naugle:

I have reviewed the results of your XRAY and everything appears to be within normal limits. No fractures or other abnormalities were identified. Please let me know if you have any questions or concerns.

Dr. Prucha

Ronald Joseph Prucha at 6/4/2021 9:15 AM
**Subjective:**

Subjective

**Patient ID:** Kim Romero Naugle is a 58 y.o. female.

Is this a CM Visit?: **(!) Yes**

**Chief Complaint:**
Anxiety (Follow up ) and Ankle Injury (Twisted it, happened Wednesday )

**History of Present Illness:**
Ms. Naugle presents to the office today for anxiety and depression and she is seeing therapist for this. Her disability insurance company is driving her crazy as she states it and it has become a full time job to get her disability for her anxiety and depression and in the interim, this has exacerbated her condition and she is not sleeping and is now using clonazepam. "I'm write where I was in January and I blame them for the situation I am in". She is frustrated with the process. She is seeing a therapist and is seeing him 2 times per month. She sees Monarch. Her anxiety is daily, worsening and she is using clonazepam and Paxil for this, which she feels is helping in the sense that it is making things steady from a moment to moment basis as she puts it. She is ultra hypersensitive to stress as she puts it and the stress of thinking is too much for her and she is having difficulty making decisions and "I'm not happy right now". Her therapist just left the company he was working for and she is having to make a decision as to whether to follow him to his new company or remain with Monarch, his old company. She is w/o SI. She is unable to extract herself from her work situation b/c she needs her employment for her insurance and cannot work due to the stress and states " I can't go back there at alla nd the stress of going back there is stressful". She has not been working since Dec 24 due to the stress she has experienced at work and the anxiety it has created in her life. When asked, itt is the goals, the work, the micro managing and multi millions of dollars worth of projects and deadlines and people. PM's have 60 projects per person and at any time she was juggling 250 construction projects and worked with 35 people and 6 other teams and also trained everyone who walked in the door. Apparently employees are leaving and she is thankful she is not there presently, which she feels would add more stress to her life. She is using her clonazepam for her anxiety and is taking it about 2 to 3 times per wek in the past month as per pt when asked. It is when she has so much anxiety that all she can do is cry and cry and cry and it helps take it down a

notch and she can relax as she puts it. She is in the process of gathering all of her records and has procured a lawyer to help her with her disability struggle. She is prediabetic. She is doing the medical supervised weight loss and refuses to do bariatric surgery. She struggles to lose weight. Her cardiologist is pushing her to get bariatric surgery but she is against this recommendation due to having too many friends with complications. She is on board with losing the weight slowly through medically supervised weight loss given her heart disease and cards ruled out Keto diet.

**Ankle Injury**

The incident occurred 2 days ago. The incident occurred at home. The injury mechanism was a twisting injury. The pain is at a severity of 5/10. The pain is moderate. The pain has been fluctuating since onset. Associated symptoms include an inability to bear weight and a loss of sensation. She reports no foreign bodies present. The symptoms are aggravated by movement. She has tried NSAIDs for the symptoms. The treatment provided mild relief.

**Thyroid Problem**

Presents for follow-up visit. Symptoms include anxiety.

**Outpatient Medications Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT | 90 tablet | 1 |
| • benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | Take 2 tablets by mouth daily. | 180 tablet | 1 |
| • calcium carbonate (CALCIUM 600 ORAL) | Take 600 Units by mouth. | | |
| • cetirizine (ZYRTEC) 10 MG tablet | Take 10 mg by mouth daily. | | |
| • clonazepam (KLONOPIN) 0.5 MG tablet | Take 1 tablet (0.5 mg total) by mouth daily as needed for anxiety. | 30 tablet | 0 |
| • hydrALAZINE (APRESOLINE) 25 MG tablet | TAKE 2 TABLETS (50 MG TOTAL) BY MOUTH 2 (TWO) TIMES A DAY. | 360 tablet | 3 |
| • metformin (GLUCOPHAGE-XR) 500 MG 24 hr tablet | Take 2 tablets (1,000 mg total) by mouth daily with breakfast. | 60 tablet | 2 |
| • metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • multivitamin capsule | Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 | | |
| • NON FORMULARY | nightly. CPAP | | |
| • SYNTHROID 137 mcg tablet | TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK | | 1 |
| • PARoxetine (PAXIL) 20 mg tablet | Take 1 tablet (20 mg total) by mouth daily. | 90 tablet | 1 |

No facility-administered medications prior to visit.

Review of Systems
Constitutional: Negative for activity change and appetite change.
Respiratory: Negative for shortness of breath.
Gastrointestinal: Negative for nausea and vomiting.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

**Objective:**

Objective

BP 146/65 (BP Location: Left upper arm, BP Position: Sitting, Cuff Size: Large Adult (Burgundy)) | Pulse 54 | Temp 98.6 °F (37 °C) (Oral) | Resp 18 | Ht 1.795 m (5' 10.67") | Wt (!) 153.7 kg (338 lb 11.8 oz) | LMP 05/14/2020 (Approximate) Comment: pmp had period 3 wks ago | SpO2 98% | BMI 47.69 kg/m²

**Physical Exam**
Vitals reviewed.
Constitutional:
General: She is not in acute distress.
Appearance: She is well-developed.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat:
Pharynx: No oropharyngeal exudate.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Neck:
Thyroid: No thyromegaly.
Vascular: No JVD.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds.
Abdominal:
General: There is no distension.
Palpations: Abdomen is soft.
Musculoskeletal:
Cervical back: Neck supple.
Skin:
General: Skin is warm and dry.

**Assessment:**

Assessment

1. **Anxiety about health**
2. Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC)
3. Work stress

4. Acute right ankle pain
5. Prediabetes
6. BMI 45.0-49.9, adult (CMS/HCC)
7. Anxiety

**BMI 45.0-49.9, adult (CMS/HCC)**
Chronic worsening problem
This entity was addressed today and she is taking steps to improve control over this aspect of her life through a combination of both increased physical activity as tolerated and selective calorie restriction through reduced frequency of eating and improved food choices overall. We discussed the benefits of weight loss as regards improved quality of life and reduced health problems. she was asked to make an attempt to improve diet and exercise patterns to aid in medical management of this problem.

**Anxiety**
Chronic worsening problem
Will cont her paxil
The side effects of this medication were explained in detail to her and she verbalized understanding of these and will contact me to let me know if any occur.
She will also use her clonazepam prn as detailed int he HPI
She is aware of the risks of increased sedation and decreased reaction time especially when this medication is used in conjunction with other sedating medications or drugs such as alcohol, prescription or over-the-counter sleep medications. She is aware that these combinations can cause respiratory depression and possible unintended harm due to over-sedation and death.

**Plan:**

Plan

Orders Placed This Encounter
Procedures
- XR Ankle Right
- Microalbumin, Urine

Medications Ordered This Encounter
Medications
- PARoxetine (PAXIL) 20 mg tablet
  Sig: Take 1 tablet (20 mg total) by mouth daily.
  Dispense: 90 tablet
  Refill: 1

## Goals

- Avoid processed foods
  Avoid processed foods or "fast food."
- Blood Pressure < 130/80
  Your blood pressure should generally be less than 130/80. Please let your provider know if your blood pressure numbers are over this goal.
- Increase Daily Activity
  Attempt to increase exertion around daily activities (take the stairs instead of the elevator, walk instead of driving a few blocks, etc.).
- Weight < 68 kg (150 lb)

3 month goal is to loose 26 lbs based on body fat percent

**Follow-Up:**

No follow-ups on file.

## Patient Instructions

Ronald Joseph Prucha at 6/4/2021 9:15 AM

# Anxiety Disorder: Care Instructions

## Your Care Instructions



Anxiety is a normal reaction to stress. Difficult situations can cause you to have symptoms such as sweaty palms and a nervous feeling.

In an anxiety disorder, the symptoms are far more severe. Constant worry, muscle tension, trouble sleeping, nausea and diarrhea, and other symptoms can make normal daily activities difficult or impossible. These symptoms may occur for no reason, and they can affect your work, school, or social life. Medicines, counseling, and self-care can all help.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

- Take medicines exactly as directed. Call your doctor if you think you are having a problem with your medicine.
- Go to your counseling sessions and follow-up appointments.
- Recognize and accept your anxiety. Then, when you are in a situation that makes you anxious, say to yourself, "This is not an emergency. I feel uncomfortable, but I am not in danger. I can keep going even if I feel anxious."

- Be kind to your body:
  - Relieve tension with exercise or a massage.
  - Get enough rest.
  - Avoid alcohol, caffeine, nicotine, and illegal drugs. They can increase your anxiety level and cause sleep problems.
  - Learn and do relaxation techniques. See below for more about these techniques.
- Engage your mind. Get out and do something you enjoy. Go to a funny movie, or take a walk or hike. Plan your day. Having too much or too little to do can make you anxious.
- Keep a record of your symptoms. Discuss your fears with a good friend or family member, or join a support group for people with similar problems. Talking to others sometimes relieves stress.
- Get involved in social groups, or volunteer to help others. Being alone sometimes makes things seem worse than they are.
- Get at least 30 minutes of exercise on most days of the week to relieve stress. Walking is a good choice. You also may want to do other activities, such as running, swimming, cycling, or playing tennis or team sports.

**Relaxation techniques**

Do relaxation exercises 10 to 20 minutes a day. You can play soothing, relaxing music while you do them, if you wish.

- Tell others in your house that you are going to do your relaxation exercises. Ask them not to disturb you.
- Find a comfortable place, away from all distractions and noise.
- Lie down on your back, or sit with your back straight.
- Focus on your breathing. Make it slow and steady.
- Breathe in through your nose. Breathe out through either your nose or mouth.
- Breathe deeply, filling up the area between your navel and your rib cage. Breathe so that your belly goes up and down.
- Do not hold your breath.
- Breathe like this for 5 to 10 minutes. Notice the feeling of calmness throughout your whole body.

As you continue to breathe slowly and deeply, relax by doing the following for another 5 to 10 minutes:

- Tighten and relax each muscle group in your body. You can begin at your toes and work your way up to your head.
- Imagine your muscle groups relaxing and becoming heavy.
- Empty your mind of all thoughts.
- Let yourself relax more and more deeply.
- Become aware of the state of calmness that surrounds you.
- When your relaxation time is over, you can bring yourself back to alertness by moving your fingers and toes and then your hands and feet and then stretching and moving your entire body. Sometimes people fall asleep during relaxation, but they usually wake up shortly afterward.
- Always give yourself time to return to full alertness before you drive a car or do anything that might cause an accident if you are not fully alert. Never play a relaxation tape while you drive a car.

## When should you call for help?

**Call 911** anytime you think you may need emergency care. For example, call if:

- You feel you cannot stop from hurting yourself or someone else.

Keep the numbers for these national suicide hotlines: 1-800-273-TALK (1-800-273-8255) and 1-800-SUICIDE (1-800-784-2433). If you or someone you know talks about suicide or feeling hopeless, get help right away.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You have anxiety or fear that affects your life.
- You have symptoms of anxiety that are new or different from those you had before.

To learn more about "Anxiety Disorder: Care Instructions", log into your personal health record at https://MyChart.WakeMed.org and search for **P754** in the Health Library.

Current as of: September 23, 2020 Content Version: 12.9

© 2006-2021 Healthwise, Incorporated.
Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

Name: Kim Romero Naugle | DOB: | MRN: 4119042 | PCP: Ronald Joseph Prucha Jr., MD

# Progress Notes

Ronald Joseph Prucha at 10/6/2021 3:00 PM
**Subjective:**

Subjective

**Patient ID:** Kim Romero Naugle is a 58 y.o. female.

Is this a CM Visit?: **(!) Yes**

**Chief Complaint:**
Anxiety (increasing medication), gag reflex (cpap, choking and coughing, postnasal drip after sleeping), and Skin Problem (redness on neck, no pain, possible rosacea)

**History of Present Illness:**
Ms. Naugle presents to the office today for f/u of her anxiety and she is with her therapist and saw him last week and nothing has changed from an anxiety ptsd standpoint as per pt. She is unvaccinated and is not taking her vaccine and this is a stress in her family about this. She is a legal battle with her job and her disability company and this is stressing her out. She has ocp and uses CPAP. She had a choking episode the other day and lately she has developed a choking coughing epeisode in the AM most mornings of the week. This is every monring and is more frequent and she is w/ more post nasal drip and worse w/ AC in a room. She had an episode during a movie that left her unable to breath for several minutes and she panicked and this was alarming to her and after that seh was fine. She is w/o wheezing. She is feeling better after having left work and she is in a better place and is having some family issues.

**Anxiety**
Presents for follow-up visit. Symptoms include decreased concentration, excessive worry, irritability, nervous/anxious behavior, panic and restlessness. Patient reports no chest pain, nausea, palpitations or shortness of breath. Symptoms occur constantly. The severity of symptoms is moderate. The quality of sleep is fair.

Compliance with medications is 76-100%.
**Hypertension**
This is a chronic problem. The current episode started more than 1 year ago. The problem is unchanged. Associated symptoms include anxiety. Pertinent negatives include no chest pain, palpitations or shortness of breath. There are no associated agents to hypertension. Risk factors for coronary artery disease include obesity. Past treatments include diuretics and ACE inhibitors. The current treatment provides mild improvement. There is no history of heart failure. Identifiable causes of hypertension include a thyroid problem. There is no history of chronic renal disease.
**Thyroid Problem**
Presents for follow-up visit. Symptoms include anxiety. Patient reports no cold intolerance, diarrhea, fatigue, heat intolerance, palpitations or visual change. The symptoms have been stable. There is no history of heart failure.

BP 130/80 Comment: she is taking her home reaedings. and her cards doc is in on htis as well. | Pulse 51 | Temp 98.3 °F (36.8 °C) (Oral) | Resp 16 | Wt (!) 146.3 kg (322 lb 10.3 oz)

| LMP 05/14/2020 (Approximate) Comment: pmp had period 3 wks ago | SpO2 96% | BMI 46.29 kg/m²

**Outpatient Medications Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT | 90 tablet | 1 |
| • benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | Take 2 tablets by mouth daily. | 180 tablet | 1 |
| • calcium carbonate (CALCIUM 600 ORAL) | Take 600 Units by mouth. | | |
| • cetirizine (ZYRTEC) 10 MG tablet | Take 10 mg by mouth daily. | | |
| • clonazepam (KLONOPIN) 0.5 MG tablet | Take 1 tablet (0.5 mg total) by mouth daily as needed for anxiety. | 30 tablet | 0 |
| • hydrALAZINE (APRESOLINE) 50 MG tablet | Take 1 tablet (50 mg total) by mouth 3 (three) times a day. Take at 8am, 2pm and 10pm daily | 360 tablet | 3 |
| • metformin (GLUCOPHAGE-XR) 500 MG 24 hr tablet | Take 2 tablets (1,000 mg total) by mouth daily with breakfast. | 60 tablet | 2 |
| • metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • multivitamin capsule | Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 | | |
| • SYNTHROID 137 mcg tablet | TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK | | 1 |
| • PARoxetine (PAXIL) 20 mg tablet | Take 1 tablet (20 mg total) by mouth daily. | 90 tablet | 1 |
| • NON FORMULARY | nightly. CPAP | | |
| • chlorhexidine (PERIDEX) 0.12 % solution | SWISH AND SPIT 15 30ML 3 TIMES A DAY | | |

No facility-administered medications prior to visit.

Review of Systems
Constitutional: Positive for irritability. Negative for activity change, appetite change, fatigue, fever and unexpected weight change.
HENT: Negative for congestion and nosebleeds.
Eyes: Negative for discharge.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, blood in stool, diarrhea, nausea and vomiting.
Endocrine: Negative for cold intolerance, heat intolerance, polydipsia, polyphagia and polyuria.
Genitourinary: Negative for dysuria, flank pain and hematuria.

Musculoskeletal: Negative for arthralgias.
Skin: Negative for rash.
Allergic/Immunologic: Negative for immunocompromised state.
Neurological: Negative for seizures, weakness and light-headedness.
Hematological: Negative for adenopathy.
Psychiatric/Behavioral: Positive for decreased concentration. Negative for self-injury. The patient is nervous/anxious.

**Objective:**

Objective

BP 130/80 Comment: she is taking her home reaedings. and her cards doc is in on htis as well. | Pulse 51 | Temp 98.3 °F (36.8 °C) (Oral) | Resp 16 | Wt (!) 146.3 kg (322 lb 10.3 oz) | LMP 05/14/2020 (Approximate) Comment: pmp had period 3 wks ago | SpO2 96% | BMI 46.29 kg/m²

**Physical Exam**
Vitals reviewed.
Constitutional:
General: She is not in acute distress.
Appearance: She is well-developed.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat:
Pharynx: No oropharyngeal exudate.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Neck:
Thyroid: No thyromegaly.
Vascular: No JVD.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds.
Abdominal:
General: There is no distension.
Palpations: Abdomen is soft.
Musculoskeletal:
Cervical back: Neck supple.
Skin:
General: Skin is warm and dry.

**Assessment:**

Assessment

1. **Anxiety**
2. Post-nasal drip
3. Choking due to phlegm in larynx, initial encounter
4. Essential hypertension

5. BMI 45.0-49.9, adult (CMS/HCC)
6. H/O heart bypass surgery
7. Hypothyroidism, unspecified type
8. Morbid obesity with BMI of 45.0-49.9, adult (CMS/HCC)

**Essential hypertension**
Hypertension control:

Medications:
Medication Management:
Home blood pressure monitoring recommended

The patient's care plan was reviewed and updated. Instructions and counseling were provided regarding patient goals and barriers. She was counseled to adopt a healthy lifestyle. Educational resources and self-management tools have been provided.

**Anxiety**
Chronic worsening problem
Will increase her paxil to 40 mg
The side effects of this medication were explained in detail to her and she verbalized understanding of these and will contact me to let me know if any occur.

**Hypothyroidism**
Chronic stable problem
This problem is presently well controlled and she see cary endo for this and her pre-diabetes as well.
She will continue her levothyoxine as prescribed and f/u with them as regards this entity of her health.

**Morbid obesity with BMI of 45.0-49.9, adult (CMS/HCC)**
Chronic worsening problem
This entity was addressed today and she is taking steps to improve control over this aspect of her life through a combination of both increased physical activity as tolerated and selective calorie restriction through reduced frequency of eating and improved food choices overall. We discussed the benefits of weight loss as regards improved quality of life and reduced health problems. she was asked to make an attempt to improve diet and exercise patterns to aid in medical management of this problem.

**Plan:**

Plan

**Orders Placed This Encounter**
Procedures
- Referral to ENT

**Medications Ordered This Encounter**
Medications
- PARoxetine (PAXIL) 40 MG tablet
  Sig: Take 1 tablet (40 mg total) by mouth daily.
  Dispense: 30 tablet
  Refill: 2

## Goals

- Avoid prcessed foods
  Avoid processed foods or "fast food."
- Blood Pressure < 130/80
  Your blood pressure should generally be less than 130/80. Please let your provider know if your blood pressure numbers are over this goal.
- Increase Daily Activity
  Attempt to increase exertion around daily activities (take the stairs instead of the elevator, walk instead of driving a few blocks, etc.).
- Weight < 68 kg (150 lb)
  3 month goal is to loose 26 lbs based on body fat percent

**Follow-Up:**

No follow-ups on file.

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

WakeMed

WakeMed, 3000 New Bern Avenue, Raleigh, NC 27610, 919-350-8000

Name: Kim Romero Naugle | DOB: | MRN: 4119042 | PCP: Ronald Joseph Prucha Jr., MD

# Letter Details

WakeMed
Primary Care
110 Kildaire Park Drive
Suite 305
Cary NC 27518-6130
Phone: 919-235-6575
Fax: 919-235-6598

re:
Kim Romero Naugle

07/15/21

To whom it may concern:

Ms. Naugle continues to be under my medical care and remains unable to work due to an underlying medical condition She has not, as yet, been medically cleared to return to work and continues to convalesce from her condition.

Sincerely,

Ronald Joseph Prucha Jr., M.D.
PRIMARY CARE-KILDAIRE FARM RD
WAKEMED PRIMARY CARE-KILDAIRE
110 KILDAIRE PARK DRIVE
SUITE 305
CARY NC 27518-6130
Dept: 919-235-6575
Dept Fax: 919-235-6598
Loc: 919-235-6575

*This letter was initially viewed by Kim Romero Naugle at 7/16/2021 11:49 AM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

Monarch

**Monarch**
130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | **58** | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Ind Ther Telehealth GT 90834** | Program: | **OP** |
| Date/Time: | **4/15/2021 9:00 AM to 9:45 AM** | Duration (Mins): | **45** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PIE SERVICE NOTE

**Date of Birth:**

**Credible Patient ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Type of Contact:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Adress 1:**
**City:**
**State:**
**Zip:**
**Phone:**
**The patient has given verbal consent for treatment by telehealth/telephone:** Yes
**Privacy:** I have verified that the patient is alone
**Place of Service:** Home

**EBP Utilized:** Solution Focused Therapy

**Purpose**
***(Please check box to add notes - This field is mandatory):*** .
To engage PWS in more Solution Focused based conversation related to her preferred future and identifying her resources that have gotten her through things; To supportively listen as PWS voluntarily shared family history connected to mom.

**Intervention *(Please check box to add notes):*** .
This OPT utilized anticipatory guidance with PWS to encourage a reduction in bothersome thoughts/feelings related to anxiety while using "miracle questions" to allow her to focus on hopeful possibilities as she reported waking up in a very good mood this morning. This OPT challenged PWS to look at exception periods to the problems happening and to identify what was, is, and could be different and how she might be able to elicit some early changes beginning today. This OPT acknowledged her positive changes, efforts, strengths, and skills (All of her personal resources) that are continually contributing to PWS's most desired outcome of her getting back to "taking care of business."

**Effectiveness *(Please check box to add notes):*** .
PWS is making a greater effort to manage the presenting problems to also include the unresolved issues with her mother as evidenced by showing an improved ability and desire to change by imagining what her "best hopes/preferred future" would look like as she continues to explore and apply solutions to reduce the intensity of problems. PWS also appears to be paying closer attention to the signs/clues that are making the problems feel less intense, such as when her husband notices and acknowledges her improvements. PWS also managed to identify

some new solutions, such as tackling things she had put off as opposed to avoiding them, to get her closer to feeling like she was "taking care of business" again.

**Was Individual admitted to Hospital, reported an ER visit, or released from Incarceration since date of last service?:** No

## EXISTING PLAN INFORMATION

Employee Signature

4/15/2021 10:53 AM
Eric Kelly - Behavioral Health Therapist V
LCSW

Approved by 42214 on 4/19/2021

Monarch

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Ind Ther Telehealth GT 90837** | Program: | **OP** |
| Date/Time: | **4/1/2021 10:00 AM to 11:00 AM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PIE SERVICE NOTE

**Date of Birth:**

**Credible Patient ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Type of Contact:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Adress 1:**
**City:**
**State:**
**Zip**
**Phone:**

**The patient has given verbal consent for treatment by telehealth/telephone:** Yes

**Privacy:** I have verified that the patient is alone

**Place of Service:** Home

**EBP Utilized:** Solution Focused Therapy

**Purpose**
***(Please check box to add notes - This field is mandatory):*** .
To assist PWS by collaboratively deriving at solutions to get closer to her desired outcome of wanting to resume the feeling of "taking care of business."

**Intervention *(Please check box to add notes):*** .
OPT utilized anticipatory guidance with PWS to encourage a reduction in bothersome thoughts/feelings related to feeling unmotivated and overwhelmed. OPT challenged PWS to look at exception periods to the problem happening and to identify what was and could be different and how she might be able to elicit some early changes. OPT acknowledged her positive changes, efforts, strengths, and skills that have previously contributed to PWS's most desired outcome as well.

**Effectiveness *(Please check box to add notes):*** .
PWS is making a greater effort to manage her feelings as evidenced by showing an improved ability and desire to change them by imagining what her "best hopes/preferred future" could look like as she continues to explore and apply solutions towards reducing the problems. PWS was asked to pay closer attention to signs and clues that are making the problem feel less intense/bothersome as she starts taking steps towards getting things done in her life. PWS also managed to identify new solutions, such as sitting at her desk to begin sifting through bills that are past due, to better manage her stress level while reducing overwhelming feelings.

**Was Individual admitted to Hospital, reported an ER visit, or released from Incarceration since date of last service?:** No

## EXISTING PLAN INFORMATION

Employee Signature

4/1/2021 11:18 AM
Eric Kelly - Behavioral Health Therapist V
LCSW

Approved by 40015 on 4/4/2021

Monarch

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | **58** | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Ind Ther Telehealth GT 90837** | Program: | **OP** |
| Date/Time: | **3/1/2021 9:00 AM to 10:00 AM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PIE SERVICE NOTE

**Date of Birth:**

**Credible Patient ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Type of Contact:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Adress 1:**
**City:**
**Zip:**
**Phone:**

**The patient has given verbal consent for treatment by telehealth/telephone:** Yes

**Privacy:** I have verified that the patient is alone

**Place of Service:** Home

**EBP Utilized:** Solution Focused Therapy

**Purpose**
***(Please check box to add notes - This field is mandatory):*** .
To engage PWS in developing/completing the initial treatment plan; To provide new grounding exercises to help PWS cope better with her anxiety/panic symptoms.

**Intervention *(Please check box to add notes):*** .
This OPT collaborated with PWS on developing/creating new short- and long-range goals. This OPT reviewed the initial plan contents following completion to ensure PWS agreed with her initial treatment goals. This OPT also educated PWS on the benefits to practicing grounding exercises to minimize anxiety/panic symptoms.

**Effectiveness *(Please check box to add notes):*** .
PWS assisted with the development of her treatment goals this session. PWS provided "verbal consent" due to Covid-19. The next 90- day review is scheduled for 06/1/21 and the annual review will be held on or before 02/28/22. PWS also appeared interested in receiving grounding exercises reviewed this session and agreed to begin practicing those she finds most helpful to her.

**Was Individual admitted to Hospital, reported an ER visit, or released from Incarceration since date of last service?:** No

## EXISTING PLAN INFORMATION

Employee Signature

3/1/2021 10:37 AM
Eric Kelly - Behavioral Health Therapist V
LCSW

Approved by 40015 on 3/1/2021

Monarch

# Monarch
130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | **58** | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Tx Plan NB** | Program: | **OP** |
| Date/Time: | **3/1/2021 9:00 AM to 10:00 AM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## TREATMENT PLAN

**Master Plan Start/End Dates**

**Description:**
3/1/21-2/28/22

**Start Date:**
3/1/2021

**End Date:**
2/28/2022

---

**Long Range Outcome**

1.

**Description:**
"How to manage multiple life stressors. I would like to know why I'm having anxiety/PTSD/depression and to learn tools to

**How would you rate your progress in achieving this outcome? (0 = no progress; 10 = fully achieved):**
Kim reports a current score of "2" as it relates to her long range outcome.

---

**WHAT (Short-Range Goal)**

1a.

**Description:**
Close-to-daily actions/steps to help me better cope with anxiety and to better manage life stressors:<ul><li>To eventually run current company with husband. </li><li>To distance self from family members who create drama for me (To improve relationships with some family members).</li><li>To obtain a more fulfilling job (Acting, outdoors, and gardening are big interests).</li><li>Used to "act" (Resume acting?--Used to be in theater). </li><li>To get through several unfinished tasks (Taxes, medical bills, home repairs, yardwork, "end of life" documents, centralize monies with husband, etc.) to help me get back to doing more exciting things. </li><li>To be "happy, healthy, and have enough income to survive" (To not always be "right," but to do the right things and be happy). </li><li>To listen better as opposed to "overtalking" others in my life. </li><li>To build better tolerance for things that annoy me.</li><li>To use grounding techniques to help with anxiety/panic symptoms as well. </li></ul>

**Documentation:**

**Who is Responsible?:**
Kim Naugle (PWS) and Monarch therapist.

**Service, Frequency, and Intervention:**
Individual OPT up to once per week.

**Target Date (Not to exceed 12 months):**
3/1/2021

**Date Goal was reviewed (Enter the date progress towards the goal was reviewed.):**
N/A. New goal.

**Status Codes (Based on progress review, enter the status code.):**
New

**Progress toward goal and justification for continuation or discontinuation of goal:**
New goal remains in place. Next review period (In 90 days) will determine the status change of this goal.

---

## OTHER PLAN DETAILS

**Tx Plan Start Date:** 03/01/2021

**Tx Plan End Date:** 02/28/2022

### I. PERSON RECEIVING SERVICES

---

**I confirm and agree with my involvement in the development of this Treatment Plan. My signature means that I agree with the services/supports to be provided.:** CONFIRMED

**I understand that I have the choice of service providers and may change service providers at any time, by contacting the person responsible for this Treatment Plan.:** CONFIRMED

**Legally Responsible Person: Self:** Yes

**Medical necessity for services requested is present and constitutes the service order:** Yes

| Employee Signature | Client Signature |
|---|---|
| 3/1/2021 10:27 AM<br>Eric Kelly - Behavioral Health Therapist V<br>LCSW | 3/1/2021 10:28 AM<br>Verbal consent due to Covid-19. |

Approved by 39742 on 3/1/2021

Monarch

**Monarch**
130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Maimouna Diop , NP** |
| DOB/Age: | | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **EM Est Telehealth GT 99214** | Program: | **MEDMGMT** |
| Date/Time: | **11/24/2020 1:30 PM to 2:30 PM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PSYCH E/M ESTABLISHED

**Date of Birth:**

**Credible Client ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Age:**
**57**

**Identified Gender:**
**Female**

**Diagnosis:**
**Effective Date:** 11/3/2020
**Last Updated:** 11/3/2020
1(300.02 / F41.1) GENERALIZED ANXIETY DISORDER
2(296.32 / F33.1) Major depressive disorder, Recurrent episode, Moderate
3(309.81 / F43.10) POSTTRAUMATIC STRESS DISORDER
**WHODAS 2.0 General Disability**

**Contact Type:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Address 1:** on file

**Phone Number if Disconnected:** on file

**The patient has given verbal consent for treatment by telehealth/telephone:** Yes

**Privacy:** The patient is not alone but has identified anyone in the room with him/her and verified that they consent to having their telephone appointment in the presence of others. I have noted any individuals reported to me in the section below.

**Sources of Information Contained in this Assessment (check all that apply):**

**Patient:** .

**Parent or Guardian:** .

**Spouse/ Friend/ Family Member:** .
Ronald

**Other Treating Provider:** .
Sirrell Butler, LCSW

**Identifying Data:** Kim Naugle is a 57 yo white woman presenting to establish care. Prior diagnoses: anxiety, depression and PTSD

**Chief Complaint / Presenting Problem:**

***(in patient's own words, use quotations)* :** anxious and having panic attacks

**History of the Present Illness:**

***1-3 Elements = Brief***
***4+ elements = Extended***
***Elements: location, quality, severity, duration, timing, content, modifying factors, associated signs/symptoms***

Monarch

MONARCH
350 Pee Dee Ave.
Suite 101
Albemarle, NC
28001

**Client Name**: Kim Naugle
**Employee Name**: Eric Kelly , LCSW

**Date / Time**: 05/06/2021 09:00 AM to 10:00 AM
**DOB / Axis I**: / 296.32

## PHQ-9 ADULT

**1. Little interest or pleasure in doing things:** 2

**2. Feeling down, depressed, or hopeless:** 2

**3. Trouble falling asleep or staying asleep, or sleeping too much:** 3

**4. Feeling tired or having little energy:** 3

**5. Poor appetite or overeating:** 1

**6. Feeling bad about yourself or that you are a failure or have let yourself or your family down.:** 3

**7. Trouble concentrating on things, such as reading the newspaper or watching television:** 1

**8. Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual.:**

0

**9. Thoughts that you would be better off dead or of hurting yourself.:** 0

**10. If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people?:**

Very difficult

**Score**: 15

**Today's Date**: 5/6/2021

MONARCH
350 Pee Dee Ave.
Suite 101
Albemarle, NC
28001

**Client Name:** Kim Naugle
**Employee Name:** Eric Kelly , LCSW
**Date / Time:** 05/06/2021 09:00 AM to 10:00 AM
**DOB / Axis I:** / 296.32

## PIE Service Note

**Credible Patient ID:**

**894744**

**Type of Contact:** Telehealth / Video
**Patient's Location:** Home or other location (not a Monarch facility)
**Adress 1:**
**City:**
**State:**
**Zip**
**Phone:**
**The patient has given verbal consent for treatment by telehealth/telephone:** Yes
**Privacy:** I have verified that the patient is alone
**Place of Service:** Home
**EBP Utilized:** Solution Focused Therapy
**Purpose**
***(Please check box to add notes - This field is mandatory)***: .

To engage PWS in f/u PHQ9 inventory (Scores in the moderate to severe range for depression); To assist with coordination of PWS to finance department to correct billing for services issues; To announce departure from Monarch as of 5/28/21.

**Intervention *(Please check box to add notes)***: .

This OPT engaged PWS in PHQ9 while also using it as an intervention tool to assess and provide insight and solutions to some of her increased symptoms this session. This OPT also reached out to his immediate supervisor via "Teams" to inquire about who to contact for billing/financial questions regarding claims for OPT. Lastly, this OPT also announced to PWS that he was leaving the agency the end of this month to which she took fairly well. This OPT explained that he would assist with making the re-assignment as smooth as possible as well.

**Effectiveness *(Please check box to add notes)*:** .

PWS presents as rather stressed with home responsibilities and the long administrative wait times via Monarch's staff for a medical records request. PWS continues to vent her feelings during the sessions held and expressed appreciation to this OPT for assisting with some of her administrative questions as well. She also took this OPT's announcement of leaving the agency fairly well and wished him well as he departs by the end of this month. PWS spoke of having to use her anti-anxiety medication as needed given spike in her anxiety recently and also has sleeping difficulties to date. PWS looks forward to meeting with this OPT at least one more time later this month.

**Was Individual admitted to Hospital, reported an ER visit, or released from Incarceration since date of last service?:**

No

MONARCH
350 Pee Dee Ave.
Suite 101
Albemarle, NC
28001

**Client Name**: Kim Naugle
**Employee Name**: Eric Kelly , LCSW
**Date / Time**: 05/20/2021 10:00 AM to 11:00 AM
**DOB / Axis I**: / 300.02

## PIE Service Note

**Credible Patient ID:**

**894744**

**Type of Contact:** Telehealth / Video
**Patient's Location:** Home or other location (not a Monarch facility)
**Adress 1:**
**City:**
**State:**
**Zip:**
**Phone:**
**The patient has given verbal consent for treatment by telehealth/telephone:** Yes
**Privacy:** I have verified that the patient is alone
**Place of Service:** Home
**EBP Utilized**: Solution Focused Therapy
**Purpose**
***(Please check box to add notes - This field is mandatory)***: .

To allow PWS to emotionally vent her feelings connected to employment/disability related issues; To also have some discussion around upcoming OPT change as she has requested a new OPT because of this OPT preparing to leave Monarch; To educate PWS about PTSD and varying expressions and presentations.

**Intervention *(Please check box to add notes)***: .

This OPT validated PWS' feelings regarding her current situation with employer and having to phase into long term disability giveh her medical and mental health complications. This OPT also inquired as to what she would like shared with her "insurance adjuster" during follow up phone call (PWS signed a release form granting this OPT permission to communicate with this individual about her treatment as well). This OPT praised PWS for actively working through these challenges to reduce her stress level to date. This OPT processed/explored next treatment steps and talked of potential therapist she may begin to work with following this OPT's departure. This

OPT also educated PWS on the various trauma expressions and unique experiences per each person who is diagnosed with a trauma related disorder as well.

**Effectiveness *(Please check box to add notes)*:** .

PWS managed to use this session to effectively express her feelings related to work stress while trying to acquire her LT disability benefits while on temporary leave. PWS sent over the necessary release and exchange of information forms allowing Monarch to share treatment information to further justify her need for LT disability. PWS voiced her appreciation to this OPT for helping with this matter. PWS voiced being okay with next possible OPT to be assigned to her as well. PWS also asked about trauma and the varying degrees and ways it is presented across those who experience it to help her broaden her view of how it impacts individuals in different ways. PWS thanked this OPT for all of his help and wished him luck moving forward in his new therapy position before ending.

**Was Individual admitted to Hospital, reported an ER visit, or released from Incarceration since date of last service?:**

No

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 01/01/2021 to 10/05/2021
Please note that below sections represents the most current data on record and are not specific to the date range: Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

## Patient Details

| Patient name | Contact info | Patient IDs | Sex |
|---|---|---|---|
| Kim Naugle | tel | 275659<br>275659 | Female |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | White | Hispanic or Latino |

| | |
|---|---|
| **Care Giver** | Monica Williams |
| **Contact Info** | 1004 Werrington Dr<br>Holly Springs, NC 27540-3325<br>Tel: 919-552-9952 |
| **Care Giver** | Eric Kelly |
| **Contact Info** | 815 Oberlin Rd<br>Raleigh, NC 27605-1130<br>Tel: 919-237-1337 |
| **Care Giver** | Feyisayo Adeyina |
| **Contact Info** | 1004 Werrington Dr<br>Holly Springs, NC 27540-3325<br>Tel: 919-552-9952 |

# PROBLEMS

| Type | Condition | ICD9-CM Code | ICD10-CM Code | Onset Dates | Condition Status | W/U Status | Risk | SNOMED Code |
|---|---|---|---|---|---|---|---|---|
| Problem | Post-traumatic stress disorder, unspecified | | F43.10 | | Active | confirmed | | 47505003 |
| Problem | Generalized anxiety disorder | | F41.1 | | Active | confirmed | | 21897009 |
| Problem | Adjustment reaction with anxiety and depression | | F43.23 | | Active | confirmed | | 55668003 |
| Problem | Post traumatic stress disorder (PTSD) | | F43.10 | | Active | confirmed | | 47505003 |
| | Severe episode of recurrent major | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Problem | depressive disorder, without psychotic features | F33.2 | Active | confirmed | 36474008 |

# ALLERGIES

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| | CEPHLASPORINS | Unknown | Non Drug Allergy | | Active |

# ENCOUNTERS from 2021-01-01 to 2021-10-05

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| Avance Care - Central Raleigh | 815 Oberlin Rd Raleigh, NC 27605-1130 | 05 Oct, 2021 | Monica Williams | |
| Avance Care - Virtual Care | 815 Oberlin Rd Raleigh, NC 27605-1130 | 05 Oct, 2021 | Eric Kelly | Generalized anxiety disorder F41.1 |
| Avance Care - Virtual Care | 815 Oberlin Rd Raleigh, NC 27605-1130 | 27 Sep, 2021 | Eric Kelly | Generalized anxiety disorder F41.1 |
| Avance Care - Virtual Care | 815 Oberlin Rd Raleigh, NC 27605-1130 | 07 Sep, 2021 | Eric Kelly | Generalized anxiety disorder F41.1 |
| Avance Care - Virtual Care | 815 Oberlin Rd Raleigh, NC 27605-1130 | 27 Aug, 2021 | Eric Kelly | Generalized anxiety disorder F41.1 |
| Avance Care - Virtual Care | 815 Oberlin Rd Raleigh, NC 27605-1130 | 11 Aug, 2021 | Eric Kelly | Severe episode of recurrent major depressive disorder, without psychotic features F33.2 ; Generalized anxiety disorder F41.1 and Post traumatic stress disorder (PTSD) F43.10 |
| Avance Care - Holly Springs | 1004 Werrington Dr Ste 200 Holly Springs, NC 27540-3325 | 02 Aug, 2021 | Feyisayo Adeyina | |
| Avance Care - Virtual Care | 815 Oberlin Rd Raleigh, NC 27605-1130 | 28 Jul, 2021 | Eric Kelly | Severe episode of recurrent major depressive disorder, without psychotic features F33.2 ; Generalized anxiety disorder F41.1 and Post traumatic stress disorder (PTSD) F43.10 |
| Avance Care - Holly Springs | 1004 Werrington Dr Ste 200 Holly Springs, NC 27540-3325 | 29 Jun, 2021 | Monica Williams | Post traumatic stress disorder (PTSD) F43.10 and Adjustment reaction with anxiety and depression F43.23 |
| Avance Care - Holly Springs | 1004 Werrington Dr Ste 200 Holly Springs, NC 27540-3325 | 25 Jun, 2021 | Feyisayo Adeyina | |
| Avance Care - Holly Springs | 1004 Werrington Dr Ste 200 Holly Springs, NC 27540-3325 | 25 Jun, 2021 | Monica Williams | |

| | | | |
|---|---|---|---|
| Avance Care - Holly Springs | 1004 Werrington Dr Ste 200 Holly Springs, NC 27540-3325 | 25 Jun, 2021 | Monica Williams |

# IMMUNIZATIONS

No Information

# SOCIAL HISTORY

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Unknown |

# REASON FOR REFERRAL from 2021-01-01 to 2021-10-05

| | |
|---|---|
| **Reason** | B on 06/29 (UHC) PTSD, depression/anxiety\|requests Eric Kelly |
| **Diagnosis 1** | Post traumatic stress disorder (PTSD) (F43.10) |
| **Diagnosis 2** | Adjustment reaction with anxiety and depression (F43.23) |
| **Referral Organization** | Avance Care - Holly Springs |
| **Referring Provider First Name** | Monica |
| **Referring Provider Last Name** | Williams |
| **Referring Provider Specialty** | Nurse Practitioner |
| **Referred Provider** | Avance Behavioral, Wellness |
| **Referred Provider Specialty** | Psychotherapist |
| **Referral Priority** | Routine |
| **Referral Appointment Date** | 2021-07-28 |
| **General Notes** | Quigley,Megan 06/29/2021 02:13:52 PM > booked for appt on 07/28@10am. Placed on waitlist |

# VITAL SIGNS

No information

# MEDICATIONS

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| hydrALAZINE 25 mg | 1 tab(s) orally BID | | | | Active |
| metoprolol 100 mg | 1 tab(s) orally once a day for 30 day(s) | | | | Active |

| | | | |
|---|---|---|---|
| clonazePAM 0.5 mg | 1 tab(s) orally 3 times a day for 30 day(s) | | Active |
| metformin 500 mg | 1 tab(s) orally 2 times a day for 90 day(s) | | Active |
| aspirin 81 mg | 1 tab(s) orally once a day for 30 day(s) | | Active |
| PARoxetine 20 mg | 1 tab(s) orally once a day for 30 day(s) | | Active |
| benazepril-hydrochlorothiazide 20 mg-12.5 mg | 1 tab(s) orally once a day for 30 day(s) | | Active |
| atorvastatin 40 mg | 1 tab(s) orally once a day for 30 day(s) | | Active |
| levothyroxine 137 mcg (0.137 mg) | 1 tab(s) orally once a day for 30 day(s) | 2 on sat and sun | Active |

# PROCEDURES

No Information

# RESULTS

No Results

# REASON FOR VISIT

rescheduling

# Goals Section

No Information

# Health Concerns

No Information

# MEDICAL EQUIPMENT

No Information

# MENTAL STATUS

No Information

# FUNCTIONAL STATUS

No Information

# ASSESSMENTS

| Encounter Date | Diagnosis | Treatment Notes |
|---|---|---|
| 05 Oct, 2021 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 27 Sep, 2021 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 07 Sep, 2021 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 27 Aug, 2021 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 11 Aug, 2021 | Severe episode of recurrent major depressive disorder, without psychotic features (ICD-10 - F33.2) | |
| 11 Aug, 2021 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 11 Aug, 2021 | Post traumatic stress disorder (PTSD) (ICD-10 - F43.10) | |
| 11 Aug, 2021 | Other | |
| 28 Jul, 2021 | Severe episode of recurrent major depressive disorder, without psychotic features (ICD-10 - F33.2) | |
| 28 Jul, 2021 | Generalized anxiety disorder (ICD-10 - F41.1) | |
| 28 Jul, 2021 | Post traumatic stress disorder (PTSD) (ICD-10 - F43.10) | |
| 28 Jul, 2021 | Other | |
| 29 Jun, 2021 | Post traumatic stress disorder (PTSD) (ICD-10 - F43.10) | PTSD: chronic- stable. Placed referral to therapist per pt request. |
| 29 Jun, 2021 | Adjustment reaction with anxiety and depression (ICD-10 - F43.23) | see ptsd note |

# PLAN OF TREATMENT

Treatment Notes

| Assessment | Notes |
|---|---|
| Post traumatic stress disorder (PTSD) | PTSD: chronic- stable. Placed referral to therapist per pt request. |
| Generalized anxiety disorder | |
| Generalized anxiety disorder | |
| Adjustment reaction with anxiety and depression | see ptsd note |

Referrals

| Referral Date | Details |
|---|---|
| 2021-07-28 | 2021-07-28, B on 06/29 (UHC) PTSD, depression/anxiety\|requests Eric Kelly, Wellness Avance Behavioral |

Next Appt

| Details |
|---|
| Provider Name:Eric J Kelly, 2021-10-20 11:00:00 AM. 815 Oberlin Rd, Raleigh, NC, 27605-1130, 919-237-1337 |

Provider Name:Eric J Kelly, 2021-11-03 11:00:00 AM, 815 Oberlin Rd, Raleigh, NC, 27605-1130, 919-237-1337

Provider Name:Eric J Kelly, 2021-11-17 11:00:00 AM, 815 Oberlin Rd, Raleigh, NC, 27605-1130, 919-237-1337

Provider Name:Eric J Kelly, 2021-12-01 11:00:00 AM, 815 Oberlin Rd, Raleigh, NC, 27605-1130, 919-237-1337

Provider Name:Eric J Kelly, 2021-12-15 11:00:00 AM, 815 Oberlin Rd, Raleigh, NC, 27605-1130, 919-237-1337

Provider Name:Eric J Kelly, 2021-12-29 11:00:00 AM, 815 Oberlin Rd, Raleigh, NC, 27605-1130, 919-237-1337

# Insurance Providers

| Payer Name | Payer Address | Payer Phone | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|
| United Healthcare | P O Box 740800 Atlanta GA 30374-0800 | 877-842-3210 | Naugle, Kim | self | | |

# Care team

| | |
|---|---|
| **Guarantor** | Kim Naugle |
| **Contact info** | |
| **Emergency contact** | ronald naugle |
| **Contact info** | Tel: |

*©Powered by eClinicalWorks*

Name: Kim Romero Naugle | DOB: | MRN: 4119042 | PCP: Ronald Joseph Prucha Jr., MD

# Progress Notes

Hemant Solomon at 12/4/2020 3:30 PM

## Chief Complaint

**Chief Complaint**
Patient presents with
- Here today to discuss meds

**Problem List Items Addressed This Visit**
**Anxiety**

Other Visit Diagnoses
**Coronary artery disease involving native coronary artery of native heart without angina pectoris** - Primary

**HPI/ CAD/ S/P CABG**

Kim Naugle is a very pleasant 57-year-old Caucasian female who underwent **CABG 8/7/2018.**

Carotid dopplers **8/1/2018** were essentially normal

2D echo from **8/1/2018** showed:

Summary:
1. There is normal left ventricular systolic function and wall motion,EF 55-60%.
2. No significant valvular abnormalities.
3. Normal left ventricular diastolic filling is observed.
4. No pulmonary hypertension is noted.
5. The inferior vena cava appears normal suggesting normal central venous pressure.

CABG with Dr Kilinger **on 8/7/2018** with a LIMA -LAD and SVG - D2 - had a couple of episodes of PAF post op. Discharged home POD #4

CHADS2-VAsc score = 3.

Patient wore cardiac monitor from **8/22/2018 through 9/4/2018.** Predominant rhythm was normal sinus rhythm. There was no evidence of tachycardia or bradycardia arrhythmias. Symptoms of palpitations/rapid heart rate corresponded with sinus bradycardia and atrial run of 4 beats.

Repeat nuclear perfusion stress test **10/2019:**

Summary:
1. Normal myocardial perfusion study.
2. There are no reversible perfusion defects. No evidence for inducible myocardial

ischemia.
3. LV EF is (73 ) %.
4. The patient exercised for a total of 05:07 min using the Standard Bruce exercise protocol and a max METs of 7.
5. Normal exercise myocardial perfusion with Tc-99m sestamibi imaging.

Works as a project manager for Siemens. Suggest she works from home indefinitely given high risk CV history.

She comes in today with significant concerns for anxiety and or depression. She has visited with Monarch psychiatric services but does not feel confident that they will be able to help her in any significant way. She is requesting leave of absence from work. I have suggested that she go and visit with her PCP for further recommendations regarding anxiolytics, specifically Paxil would be a good alternative for her. Currently taking Lexapro and this does not seem to be helping her.

I would fully support her taking leave of absence from work if her PCP would recommend this. I am pleased to document that she will be meeting with bariatric surgery in the beginning of January to help with weight loss. I have encouraged her to exercise 30 minutes daily. I have made no other changes today.

## Medical History:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arachnoid cyst | |
| • Arthritis | |
| • CAD in native artery | |
| • Cervical cancer screening<br>*normal per pt* | 2014 |
| • Congenital heart disease<br>*Congenital heart mumur* | |
| • CTS (carpal tunnel syndrome) | |
| • Disease of thyroid gland | |
| • Fibroid | |
| • Gestational diabetes | |
| • Heart murmur | |
| • Herpes | |
| • High cholesterol<br>*Borderline* | |
| • History of recurrent miscarriages | |
| • Hx of colonoscopy<br>*3 polyps* | 2015 |
| • Hx of mammogram<br>*normal per pt* | 2014 |
| • Hx of pregnancy | |
| • Hypertension | |
| • Meniscus tear | |
| • Sleep apnea | 2009 |
| • STD (sexually transmitted disease)<br>*Genital Herpes* | |
| • Torn ACL | |
| • Urogenital trichomoniasis | |
| • Varicella | |

## Surgical History:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CARDIAC CATHETERIZATION | | |
| • CARPAL TUNNEL RELEASE | | 2015 |

- CESAREAN SECTION
- COLPOSCOPY
- CONDYLOMA EXCISION/FULGURATION
- CORONARIES LHC WITH OR WITHOUT LV — Left — 8/3/2018
  *Procedure: Coronaries LHC with or without LV; Surgeon: Hemant Solomon, MD; Location: WCH INVASIVE CARDIOLOGY; Service: Cardiovascular; Laterality: Left;*
- CORONARY ARTERY BYPASS GRAFT — 08/07/2018
  *CAB x 2*
- double open heart by pass
- laminectomy — 1989
- LUMBAR DISCECTOMY — 1989
- TONSILECTOMY, ADENOIDECTOMY, BILATERAL MYRINGOTOMY AND TUBES — 1968
- TONSILLECTOMY — 1968
- TUBAL LIGATION — 2011

## Medications:

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT | 90 tablet | 1 |
| • benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | TAKE 2 TABLETS BY MOUTH EVERY DAY | 180 tablet | 1 |
| • calcium carbonate (CALCIUM 600 ORAL) | Take 600 Units by mouth. | | |
| • cetirizine (ZYRTEC) 10 MG tablet | Take 10 mg by mouth daily. | | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | Take 1 tablet (10 mg total) by mouth daily. | 90 tablet | 1 |
| • hydrALAZINE (APRESOLINE) 25 MG tablet | TAKE 2 TABLETS (50 MG TOTAL) BY MOUTH 2 (TWO) TIMES A DAY. | 360 tablet | 3 |
| • metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet | Take 1 tablet (100 mg total) by mouth daily. | 90 tablet | 3 |
| • multivitamin capsule | Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 | | |
| • NON FORMULARY | nightly. CPAP | | |
| • SYNTHROID 137 mcg tablet | TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK | | 1 |

No current facility-administered medications for this visit.

## Allergies:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Cephalosporins | Rash |

**Social History:**

**Social History**

Tobacco Use

- Smoking status: Former Smoker
  - Packs/day: 0.50
  - Years: 3.00
  - Pack years: 1.50
  - Types: Cigarettes
  - Last attempt to quit: 1/1/1985
  - Years since quitting: 35.9
- Smokeless tobacco: Never Used
- Tobacco comment: 15 thru 19

Substance Use Topics

- Alcohol use: Yes
  - Alcohol/week: 1.0 standard drinks
  - Types: 1 Glasses of wine per week
  - *Comment: once a month (Rarely)*

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Colon polyps | Mother | |
| • Cancer<br>*Cervical & Skin* | Mother | |
| • Diabetes | Mother | |
| • Heart attack | Father | |
| • Hypertension | Father | |
| • Heart disease | Father | |
| • Diabetes | Father | |
| • Vision loss<br>*Macular Degeneration* | Father | |
| • Hypertension | Brother | |
| • Cancer<br>*Breast & Bone* | Maternal Grandmother | |
| • Vision loss | Maternal Grandmother | |
| • Anemia | Maternal Grandmother | |
| • Breast cancer | Maternal Grandmother | 40 |
| • Cancer<br>*Throat* | Maternal Grandfather | |
| • Hypertension | Maternal Grandfather | |
| • Heart disease | Maternal Grandfather | |
| • Diabetes | Maternal Grandfather | |
| • Cancer | Paternal Grandmother | |
| • Vision loss<br>*Macular Degeneration* | Paternal Grandmother | |
| • Cancer<br>*Stomach/Stomach cancer* | Paternal Grandfather | |
| • Alcohol abuse<br>*Both Brothers* | Brother | |
| • Diabetes<br>*Both Brothers* | Brother | |
| • Heart disease<br>*Older Brother* | Brother | |
| • Hypertension<br>*Both Brothers* | Brother | |
| • Diabetes | Brother | |
| • Hypertension | Brother | |
| • Diabetes | Brother | |
| • Hypertension | Brother | |

*Younger Brother*

.

**Review of Systems:**

Negative except
Cardiovascular System - per HPI
All other systems were reviewed and are negative

Objective

Blood pressure 140/80, pulse 67, temperature 97.8 °F (36.6 °C), temperature source Tympanic, height 1.778 m (5' 10"), weight **(!) 161 kg (354 lb 13.3 oz)**, last menstrual period 05/14/2020, SpO2 97 %.

**Physical Exam**

BP 140/80 (BP Location: Left upper arm, BP Position: Sitting, Cuff Size: Large) | Pulse 67 | Temp 97.8 °F (36.6 °C) (Tympanic) | Ht 1.778 m (5' 10") | Wt (!) 161 kg (354 lb 13.3 oz) | LMP 05/14/2020 (Approximate) Comment: pmp had period 3 wks ago | SpO2 97% | BMI 50.91 kg/m²

| | |
|---|---|
| **General Appearance:** | Alert, cooperative, no distress, appears stated age |
| **Head:** | Normocephalic, without obvious abnormality, atraumatic |
| **Eyes:** | PERRL, conjunctiva/corneas clear, EOM's intact, fundi benign, both eyes |
| **Ears:** | Normal TM's and external ear canals, both ears |
| **Nose:** | Nares normal, septum midline, mucosa normal, no drainage or sinus tenderness |
| **Throat:** | Lips, mucosa, and tongue normal; teeth and gums normal |
| **Neck:** | Supple, symmetrical, trachea midline, no adenopathy; thyroid: no enlargement/tenderness/nodules; no carotid bruit or JVD |
| **Back:** | Symmetric, no curvature, ROM normal, no CVA tenderness |
| **Lungs:** | Clear to auscultation bilaterally, respirations unlabored |
| **Chest Wall:** | No tenderness or deformity |
| **Heart:** | Regular rate and rhythm, S1 and S2 normal, no murmur, rub or gallop |
| **Abdomen:** | Soft, non-tender, bowel sounds active all four quadrants, no masses, no organomegaly |
| **Extremities:** | Extremities normal, atraumatic, no cyanosis or edema |
| **Pulses:** | 2+ and symmetric all extremities |
| **Skin:** | Skin color, texture, turgor normal, no rashes or lesions |
| **Lymph nodes:** | Cervical, supraclavicular, and axillary nodes normal |
| **Neurologic:** | CNII-XII intact, normal strength, sensation and reflexes throughout |

**Test Results**

Imaging: Radiology studies were personally reviewed

EKG: normal EKG, normal sinus rhythm.

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOL | 152 | 10/04/2019 |
| LDL | 67 | 10/04/2019 |
| HDL | 66 | 10/04/2019 |
| TRIG | 97 | 10/04/2019 |
| NA | 139 | 09/22/2019 |
| K | 4.4 | 09/22/2019 |
| CL | 102 | 09/22/2019 |
| CO2 | 27 | 09/22/2019 |
| BUN | 26 (H) | 09/22/2019 |
| GFR | >60 | 07/21/2017 |

]

Assessment/Plan

**1. Coronary artery disease involving native coronary artery of native heart without angina pectoris**
- stable

**2. Anxiety**
- as Above

Return for Next scheduled follow up.

**Hemant Solomon, MD, FACC, MRCP (UK), RPVI**

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

# Progress Notes

Hemant Solomon at 6/18/2021 3:15 PM

## Chief Complaint

**Chief Complaint**

Patient presents with

- Here today for 6mos f/u visit

**Problem List Items Addressed This Visit**

**Essential hypertension**

Relevant Medications

hydrALAZINE (APRESOLINE) 50 MG tablet

**Coronary artery disease of native artery of native heart with stable angina pectoris (CMS/HCC) - Primary**

Relevant Medications

hydrALAZINE (APRESOLINE) 50 MG tablet

**HPI/ CAD/ S/P CABG**

Kim Naugle is a very pleasant 58-year-old Caucasian female who underwent **CABG 8/7/2018.**

Carotid dopplers **8/1/2018** were essentially normal

2D echo from **8/1/2018** showed:

Summary:
1. There is normal left ventricular systolic function and wall motion,EF 55-60%.
2. No significant valvular abnormalities.
3. Normal left ventricular diastolic filling is observed.
4. No pulmonary hypertension is noted.
5. The inferior vena cava appears normal suggesting normal central venous pressure.

CABG with Dr Kilinger **on 8/7/2018** with a LIMA -LAD and SVG - D2 - had a couple of episodes of PAF post op. Discharged home POD #4

CHADS2-VAsc score = 3.

Patient wore cardiac monitor from **8/22/2018 through 9/4/2018.** Predominant rhythm was normal sinus rhythm. There was no evidence of tachycardia or bradycardia arrhythmias. Symptoms of palpitations/rapid heart rate corresponded with sinus bradycardia and atrial run of 4 beats.

Repeat nuclear perfusion stress test **10/2019:**

Summary:
1. Normal myocardial perfusion study.
2. There are no reversible perfusion defects. No evidence for inducible myocardial ischemia.
3. LV EF is (73 ) %.
4. The patient exercised for a total of 05:07 min using the Standard Bruce exercise protocol and a max METs of 7.
5. Normal exercise myocardial perfusion with Tc-99m sestamibi imaging.

I would fully support her taking leave of absence from work if her PCP would recommend this. I am pleased to document that she will be meeting with bariatric surgery in the beginning of January to help with weight loss. I have encouraged her to exercise 30 minutes daily. I have increase her hydralazine to 50mg po tid due to uncontrolled BP currently.

**Medical History:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arachnoid cyst | |
| • Arthritis | |
| • CAD in native artery | |
| • Cervical cancer screening *normal per pt* | 2014 |
| • Congenital heart disease *Congenital heart mumur* | |
| • CTS (carpal tunnel syndrome) | |
| • Depression | |
| • Disease of thyroid gland | |
| • Fibroid | |
| • Gestational diabetes | |
| • Heart murmur | |
| • Herpes | |
| • High cholesterol *Borderline* | |
| • History of recurrent miscarriages | |
| • Hx of colonoscopy *3 polyps* | 2015 |
| • Hx of mammogram *normal per pt* | 2014 |
| • Hx of pregnancy | |
| • Hypertension | |
| • Meniscus tear | |
| • Post-traumatic stress | |
| • Sleep apnea | 2009 |
| • STD (sexually transmitted disease) *Genital Herpes* | |
| • Torn ACL | |
| • Urinary tract infection *In the past* | |
| • Urogenital trichomoniasis | |
| • Varicella | |

**Surgical History:**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY | | 1998 |
| • CARDIAC CATHETERIZATION | | |

- CARPAL TUNNEL RELEASE 2015
- CESAREAN SECTION
- COLONOSCOPY 2018
- COLPOSCOPY
- CONDYLOMA EXCISION/FULGURATION
- CORONARIES LHC WITH OR WITHOUT LV Left 8/3/2018
  *Procedure: Coronaries LHC with or without LV; Surgeon: Hemant Solomon, MD; Location: WCH INVASIVE CARDIOLOGY; Service: Cardiovascular; Laterality: Left;*
- CORONARY ARTERY BYPASS GRAFT 08/07/2018
  *CAB x 2*
- double open heart by pass
- FLEXIBLE SIGMOIDOSCOPY
- laminectomy 1989
- LUMBAR DISCECTOMY 1989
- TONSILECTOMY, ADENOIDECTOMY, BILATERAL MYRINGOTOMY AND TUBES 1968
- TONSILLECTOMY 1968
- TUBAL LIGATION 2011

## Medications:

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT | 90 tablet | 1 |
| • benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | Take 2 tablets by mouth daily. | 180 tablet | 1 |
| • calcium carbonate (CALCIUM 600 ORAL) | Take 600 Units by mouth. | | |
| • cetirizine (ZYRTEC) 10 MG tablet | Take 10 mg by mouth daily. | | |
| • clonazepam (KLONOPIN) 0.5 MG tablet | Take 1 tablet (0.5 mg total) by mouth daily as needed for anxiety. | 30 tablet | 0 |
| • hydrALAZINE (APRESOLINE) 50 MG tablet | Take 1 tablet (50 mg total) by mouth 3 (three) times a day. Take at 8am, 2pm and 10pm daily | 360 tablet | 3 |
| • metformin (GLUCOPHAGE-XR) 500 MG 24 hr tablet | Take 2 tablets (1,000 mg total) by mouth daily with breakfast. | 60 tablet | 2 |
| • metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • multivitamin capsule | Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 | | |
| • NON FORMULARY | nightly. CPAP | | |
| • PARoxetine (PAXIL) 20 mg tablet | Take 1 tablet (20 mg total) by mouth daily. | 90 tablet | 1 |
| • SYNTHROID 137 mcg tablet | TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK | | 1 |

No current facility-administered medications for this visit.

**Allergies:**

**Allergies**

| Allergen | Reactions |
|---|---|
| • Cephalosporins | Rash |

**Social History:**

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 0.50 |
| Years: | 3.00 |
| Pack years: | 1.50 |
| Types: | Cigarettes |
| Quit date: | 1/1/1985 |
| Years since quitting: | 36.4 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: 15 thru 19 | |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Yes |
| Alcohol/week: | 1.0 standard drinks |
| Types: | 1 Glasses of wine per week |

*Comment: once a month (Rarely)*

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Colon polyps | Mother | |
| • Cancer *Cervical & Skin* | Mother | |
| • Diabetes | Mother | |
| • Heart attack | Father | |
| • Hypertension | Father | |
| • Heart disease | Father | |
| • Diabetes | Father | |
| • Vision loss *Macular Degeneration* | Father | |
| • Hypertension | Brother | |
| • Cancer *Breast & Bone* | Maternal Grandmother | |
| • Vision loss | Maternal Grandmother | |
| • Anemia | Maternal Grandmother | |
| • Breast cancer | Maternal Grandmother | 40 |
| • Cancer *Throat* | Maternal Grandfather | |
| • Hypertension | Maternal Grandfather | |
| • Heart disease | Maternal Grandfather | |
| • Diabetes | Maternal Grandfather | |
| • Cancer | Paternal Grandmother | |
| • Vision loss *Macular Degeneration* | Paternal Grandmother | |
| • Cancer *Stomach/Stomach cancer* | Paternal Grandfather | |
| • Alcohol abuse | Brother | |

*Both Brothers*

| | |
|---|---|
| • Diabetes *Both Brothers* | Brother |
| • Heart disease *Older Brother* | Brother |
| • Hypertension *Both Brothers* | Brother |
| • Diabetes | Brother |
| • Hypertension | Brother |
| • Diabetes | Brother |
| • Hypertension *Younger Brother* | Brother |

•

**Review of Systems:**

Negative except
Cardiovascular System - per HPI
All other systems were reviewed and are negative

Objective

Blood pressure 170/90, pulse 60, temperature 97.7 °F (36.5 °C), temperature source Tympanic, height 1.778 m (5' 10"), weight (!) **151.4 kg (333 lb 10.7 oz)**, last menstrual period 05/14/2020, SpO2 98 %.

**Physical Exam**

BP 170/90 (BP Location: Left upper arm, BP Position: Sitting, Cuff Size: Large Adult (Burgundy)) | Pulse 60 | Temp 97.7 °F (36.5 °C) (Tympanic) | Ht 1.778 m (5' 10") | Wt (!) 151.4 kg (333 lb 10.7 oz) | LMP 05/14/2020 (Approximate) Comment: pmp had period 3 wks ago | SpO2 98% | BMI 47.88 kg/m²

| | |
|---|---|
| **General Appearance:** | Alert, cooperative, no distress, appears stated age |
| **Head:** | Normocephalic, without obvious abnormality, atraumatic |
| **Eyes:** | PERRL, conjunctiva/corneas clear, EOM's intact, fundi benign, both eyes |
| **Ears:** | Normal TM's and external ear canals, both ears |
| **Nose:** | Nares normal, septum midline, mucosa normal, no drainage or sinus tenderness |
| **Throat:** | Lips, mucosa, and tongue normal; teeth and gums normal |
| **Neck:** | Supple, symmetrical, trachea midline, no adenopathy; thyroid: no enlargement/tenderness/nodules; no carotid bruit or JVD |
| **Back:** | Symmetric, no curvature, ROM normal, no CVA tenderness |
| **Lungs:** | Clear to auscultation bilaterally, respirations unlabored |
| **Chest Wall:** | No tenderness or deformity |
| **Heart:** | Regular rate and rhythm, S1 and S2 normal, no murmur, rub or gallop |
| **Abdomen:** | Soft, non-tender, bowel sounds active all four quadrants, no masses, no organomegaly |
| **Extremities:** | Extremities normal, atraumatic, no cyanosis or edema |
| **Pulses:** | 2+ and symmetric all extremities |

**Skin:** Skin color, texture, turgor normal, no rashes or lesions
**Lymph nodes:** Cervical, supraclavicular, and axillary nodes normal
**Neurologic:** CNII-XII intact, normal strength, sensation and reflexes throughout

**Test Results**

Imaging: Radiology studies were personally reviewed

EKG: normal EKG, normal sinus rhythm.

Lab Results

| Component | Value | Date |
|---|---|---|
| CHOL | 152 | 10/04/2019 |
| LDL | 67 | 10/04/2019 |
| HDL | 66 | 10/04/2019 |
| TRIG | 97 | 10/04/2019 |
| NA | 140 | 02/19/2021 |
| K | 3.8 | 02/19/2021 |
| CL | 97 (L) | 02/19/2021 |
| CO2 | 34 (H) | 02/19/2021 |
| BUN | 21 | 02/19/2021 |
| GFR | >60 | 07/21/2017 |

]

Assessment/Plan

**1. Coronary artery disease of native artery of native heart with stable angina pectoris (CMS/HCC)**
- stable

**2. Essential hypertension**
- stable

Return in about 3 months (around 9/18/2021) for JB - APP for BP control.

**Hemant Solomon, MD, FACC, MRCP (UK), RPVI**

# Patient Instructions

Hemant Solomon at 6/18/2021 3:15 PM
Lets increase your Hydralazine to 50 three times daily at 8am, 2pm and 10pm daily

Keep all your other medicines the same

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

Name: Kim Romero Naugle | DOB: | MRN: 4119042 | PCP: Ronald Joseph Prucha Jr., MD

# Progress Notes

Jennie Baird Buchkovich at 10/1/2021 11:00 AM

**Chief Complaint**

**Chief Complaint**

Patient presents with

- 3mos f/u visit

**Problem List Items Addressed This Visit**

**Essential hypertension**

**Coronary artery disease of native artery of native heart with stable angina pectoris (CMS/HCC) - Primary**

**HPI/ CAD/ S/P CABG**

Kim Naugle is a very pleasant 58-year-old Caucasian female who underwent **CABG 8/7/2018.**

Carotid dopplers **8/1/2018** were essentially normal

2D echo from **8/1/2018** showed:

Summary:
1. There is normal left ventricular systolic function and wall motion,EF 55-60%.
2. No significant valvular abnormalities.
3. Normal left ventricular diastolic filling is observed.
4. No pulmonary hypertension is noted.
5. The inferior vena cava appears normal suggesting normal central venous pressure.

CABG with Dr Kilinger **on 8/7/2018** with a LIMA -LAD and SVG - D2 - had a couple of episodes of PAF post op. Discharged home POD #4

CHADS2-VAsc score = 3.

Patient wore cardiac monitor from **8/22/2018 through 9/4/2018.** Predominant rhythm was normal sinus rhythm. There was no evidence of tachycardia or bradycardia arrhythmias. Symptoms of palpitations/rapid heart rate corresponded with sinus bradycardia and atrial run of 4 beats.

Repeat nuclear perfusion stress test **10/2019:**

Summary:
1. Normal myocardial perfusion study.
2. There are no reversible perfusion defects. No evidence for inducible myocardial ischemia.
3. LV EF is (73 ) %.
4. The patient exercised for a total of 05:07 min using the Standard Bruce exercise protocol and a max METs of 7.
5. Normal exercise myocardial perfusion with Tc-99m sestamibi imaging.

I would fully support her taking leave of absence from work if her PCP would recommend this. I am pleased to document that she will be meeting with bariatric surgery in the beginning of January to help with weight loss. I have encouraged her to exercise 30 minutes daily. I have increase her hydralazine to 50mg po tid due to uncontrolled BP currently.

Patient presents today **10/1/21** for follow-up. BP remains elevated in the office (repeat 160/80) patient notes at home BP is ~130/80. No symptoms of chest pain, dyspnea, palpitations. She continues to wear her CPAP. Working on losing weight.

Current antihypertensive regimen:
Metoprolol XL 100 mg daily
Hydralazine 50 TID
Benazepril/HCTZ 40/25 daily

**Medical History:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arachnoid cyst | |
| • Arthritis | |
| • CAD in native artery | |
| • Cervical cancer screening<br>*normal per pt* | 2014 |
| • Congenital heart disease<br>*Congenital heart mumur* | |
| • CTS (carpal tunnel syndrome) | |
| • Depression | |
| • Disease of thyroid gland | |
| • Fibroid | |
| • Gestational diabetes | |
| • Heart murmur | |
| • Herpes | |
| • High cholesterol<br>*Borderline* | |
| • History of recurrent miscarriages | |
| • Hx of colonoscopy<br>*3 polyps* | 2015 |
| • Hx of mammogram<br>*normal per pt* | 2014 |
| • Hx of pregnancy | |
| • Hypertension | |
| • Meniscus tear | |
| • Post-traumatic stress | |
| • Sleep apnea | 2009 |
| • STD (sexually transmitted disease)<br>*Genital Herpes* | |
| • Torn ACL | |
| • Urinary tract infection<br>*In the past* | |
| • Urogenital trichomoniasis | |
| • Varicella | |

**Surgical History:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY | | 1998 |
| • CARDIAC CATHETERIZATION | | |

- CARPAL TUNNEL RELEASE 2015
- CESAREAN SECTION
- COLONOSCOPY 2018
- COLPOSCOPY
- CONDYLOMA EXCISION/FULGURATION
- CORONARIES LHC WITH OR WITHOUT LV Left 8/3/2018
  *Procedure: Coronaries LHC with or without LV; Surgeon: Hemant Solomon, MD; Location: WCH INVASIVE CARDIOLOGY; Service: Cardiovascular; Laterality: Left;*
- CORONARY ARTERY BYPASS GRAFT 08/07/2018
  *CAB x 2*
- double open heart by pass
- FLEXIBLE SIGMOIDOSCOPY
- laminectomy 1989
- LUMBAR DISCECTOMY 1989
- TONSILECTOMY, ADENOIDECTOMY, BILATERAL MYRINGOTOMY AND TUBES 1968
- TONSILLECTOMY 1968
- TUBAL LIGATION 2011

**Medications:**

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT | 90 tablet | 1 |
| • benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | Take 2 tablets by mouth daily. | 180 tablet | 1 |
| • calcium carbonate (CALCIUM 600 ORAL) | Take 600 Units by mouth. | | |
| • cetirizine (ZYRTEC) 10 MG tablet | Take 10 mg by mouth daily. | | |
| • chlorhexidine (PERIDEX) 0.12 % solution | SWISH AND SPIT 15 30ML 3 TIMES A DAY | | |
| • clonazepam (KLONOPIN) 0.5 MG tablet | Take 1 tablet (0.5 mg total) by mouth daily as needed for anxiety. | 30 tablet | 0 |
| • hydrALAZINE (APRESOLINE) 50 MG tablet | Take 1 tablet (50 mg total) by mouth 3 (three) times a day. Take at 8am, 2pm and 10pm daily | 360 tablet | 3 |
| • metformin (GLUCOPHAGE-XR) 500 MG 24 hr tablet | Take 2 tablets (1,000 mg total) by mouth daily with breakfast. | 60 tablet | 2 |
| • metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • multivitamin capsule | Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 | | |
| • NON FORMULARY | nightly. CPAP | | |

| | | | |
|---|---|---|---|
| • PARoxetine (PAXIL) 20 mg tablet | Take 1 tablet (20 mg total) by mouth daily. | 90 tablet | 1 |
| • SYNTHROID 137 mcg tablet | TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK | | 1 |

No current facility-administered medications for this visit.

**Allergies:**

**Allergies**

| Allergen | Reactions |
|---|---|
| • Cephalosporins | Rash |

**Social History:**

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 0.50 |
| Years: | 3.00 |
| Pack years: | 1.50 |
| Types: | Cigarettes |
| Quit date: | 1/1/1985 |
| Years since quitting: | 36.7 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: 15 thru 19 | |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Yes |
| Alcohol/week: | 1.0 standard drinks |
| Types: | 1 Glasses of wine per week |

*Comment: once a month (Rarely)*

**Family History:**

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Colon polyps | Mother | |
| • Cancer *Cervical & Skin* | Mother | |
| • Diabetes | Mother | |
| • Heart attack | Father | |
| • Hypertension | Father | |
| • Heart disease | Father | |
| • Diabetes | Father | |
| • Vision loss *Macular Degeneration* | Father | |
| • Hypertension | Brother | |
| • Cancer *Breast & Bone* | Maternal Grandmother | |
| • Vision loss | Maternal Grandmother | |
| • Anemia | Maternal Grandmother | |
| • Breast cancer | Maternal Grandmother | 40 |
| • Cancer *Throat* | Maternal Grandfather | |

| | |
|---|---|
| • Hypertension | Maternal Grandfather |
| • Heart disease | Maternal Grandfather |
| • Diabetes | Maternal Grandfather |
| • Cancer | Paternal Grandmother |
| • Vision loss<br>*Macular Degeneration* | Paternal Grandmother |
| • Cancer<br>*Stomach/Stomach cancer* | Paternal Grandfather |
| • Alcohol abuse<br>*Both Brothers* | Brother |
| • Diabetes<br>*Both Brothers* | Brother |
| • Heart disease<br>*Older Brother* | Brother |
| • Hypertension<br>*Both Brothers* | Brother |
| • Diabetes | Brother |
| • Hypertension | Brother |
| • Diabetes | Brother |
| • Hypertension<br>*Younger Brother* | Brother |

•

**Review of Systems:**
.Review of Systems
Constitutional: Negative for chills, fever and weight loss.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations, orthopnea, claudication, leg swelling and PND.
Gastrointestinal: Positive for diarrhea. Negative for constipation, nausea and vomiting.
Musculoskeletal: Negative for back pain, joint pain, myalgias and neck pain.
Skin: Negative for itching and rash.
Neurological: Negative for dizziness, weakness and headaches.
Endo/Heme/Allergies: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for depression.

Objective

Blood pressure 140/80, pulse 64, temperature 97.4 °F (36.3 °C), temperature source Tympanic, height 1.778 m (5' 10"), weight (!) **145 kg (319 lb 8.9 oz)**, last menstrual period 05/14/2020, SpO2 98 %.

**Physical Exam**
**Physical Exam**
Constitutional:
General: She is not in acute distress.
Appearance: She is well-developed. She is obese.
HENT:
Head: Normocephalic and atraumatic.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Thyroid: No thyromegaly.
Vascular: No carotid bruit or JVD.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Intact distal pulses.
Heart sounds: No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.
Abdominal:
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is no rebound.
Musculoskeletal:
General: No tenderness or deformity. Normal range of motion.
Cervical back: Normal range of motion and neck supple.
Skin:
General: Skin is warm and dry.
Findings: No erythema or rash.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.

**Test Results**

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOL | 152 | 10/04/2019 |
| LDL | 67 | 10/04/2019 |
| HDL | 66 | 10/04/2019 |
| TRIG | 97 | 10/04/2019 |
| NA | 140 | 02/19/2021 |
| K | 3.8 | 02/19/2021 |
| CL | 97 (L) | 02/19/2021 |
| CO2 | 34 (H) | 02/19/2021 |
| BUN | 21 | 02/19/2021 |
| CREAT | 0.92 | 02/19/2021 |
| GFR | >60 | 07/21/2017 |

]

Assessment/Plan

**1. Coronary artery disease of native artery of native heart with stable angina pectoris (CMS/HCC)**
- Continue ASA, Statin, Metoprolol.

**2. Essential hypertension**
- Continue current medications.
- Continue efforts for weight loss
- Consider adjustment of Hydralazine.

Return in about 4 weeks (around 10/29/2021).
**Patient Instructions**
- Continue with current medications
- Continue with weight loss and exercise.

- In general it is good to check blood pressure daily but not more than once a day unless you have symptoms (dizziness, lethargy, chest pain, passing-out). Check your blood pressure at the same time (around 2 pm) everyday. When you do check blood pressure, keep track of the top (systolic) and bottom (diastolic) numbers as well as the pulse (heart rate) in a log. Goal blood pressure is between 130/80 and 90/45. Normal heart rate is 45-100. Call me if you are not in this range. **Bring a log of your blood pressure and heart rate to the next visit.**

**Suggestions for non-pharmacologic prevention and treatment of hypertension.**

1. WEIGHT LOSS. Expect about 1 mmHg reduction in BP with every 1 kg reduction in body weight
2. Dash Diet
3. Reduce Sodium Intake Goal <1500 mg/day
4. Increase intake of dietary potassium (from potassium rich foods as opposed to a supplement).
   Figs, Molasses, Seaweed, Dried dates/prunes, Nuts, Avocado, bran cereal, spinach, broccoli, beets, carrots, bananas, cantaloupe, oranges
5. Increased physical activity 90-150 min/week aerobic exercise, 90-150 min/week dynamic resistant, and isometric resistance.
6. Limit alcohol consumption. Men max of 2 drinks daily, Women max of 1 drink daily

I have seen the patient with the assistance of ancillary staff. However, no physician was involved in the care of Kim Naugle at this time.

**Jennie Baird Buchkovich, PA-C**
**Hemant Solomon, MD, FACC, MRCP (UK), RPVI**
**WakeMed Heart and Vascular - Apex Office**
**120 Healthplex Way Suite 210**
**Apex, NC 27502**
**Phone: (919) 232-0322**

# Patient Instructions

Jennie Baird Buchkovich at 10/1/2021 11:00 AM

- Continue with current medications
- Continue with weight loss and exercise.

- In general it is good to check blood pressure daily but not more than once a day unless you have symptoms (dizziness, lethargy, chest pain, passing-out). Check your blood pressure at the same time (around 2 pm) everyday. When you do check blood pressure, keep track of the top (systolic) and bottom (diastolic) numbers as well as the pulse (heart rate) in a log. Goal blood pressure is between 130/80 and 90/45. Normal heart rate is 45-100. Call me if you are not in this range. **Bring a log of your blood pressure and heart rate to the next visit.**

**Suggestions for non-pharmacologic prevention and treatment of hypertension.**

1. WEIGHT LOSS. Expect about 1 mmHg reduction in BP with every 1 kg reduction in body weight
2. Dash Diet

3. Reduce Sodium Intake Goal <1500 mg/day
4. Increase intake of dietary potassium (from potassium rich foods as opposed to a supplement).
   Figs, Molasses, Seaweed, Dried dates/prunes, Nuts, Avocado, bran cereal, spinach, broccoli, beets, carrots, bananas, cantaloupe, oranges
5. Increased physical activity 90-150 min/week aerobic exercise, 90-150 min/week dynamic resistant, and isometric resistance.
6. Limit alcohol consumption. Men max of 2 drinks daily, Women max of 1 drink daily

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

QUESTIONNAIRE FOR DR. SOLOMON

RE: Kim Naugle
DOB:

Several studies have indicated a link between anxiety and heart conditions. A 2010 study from Tilburg University in the Netherlands determined that anxiety was associated with a 26% increased risk of coronary heart disease.[1] The same study also found that there was a 48% increased risk of death from heart conditions despite adjusting for heart disease risk factors.[2] Likewise, a study from the Karolinska Institute in Sweden found that anxiety more than doubled the subsequent risk of developing coronary blockages or having a heart attack.[3]

1) In your medical opinion as a cardiologist, does an anxiety-related condition raise the risk for developing heart problems?

YES ✓ NO ____

Comments: Takatsubo's Cardiomyopathy

2) Based on your examinations, observation and treatment of Ms. Naugle, do you believe this patient is at risk for developing or suffers from heart disease?

YES ✓ NO ____

Comments: Coronary Artery Disease

3) Based on your examinations, observation and treatment of Kim Naugle, do you believe that her diagnosed mental conditions (generalized anxiety, moderate major depression, post-traumatic stress disorder, and work stress) could further elevate her blood pressure?

YES ✓ NO ____

[1] https://www.webmd.com/anxiety-panic/news/20100623/anxiety-may-increase-risk-of-heart-disease#:~:text=The%20researchers%20found%20that%20anxiety,known%20heart%20disease%20risk%20factors.
[2] Id.
[3] Id.

Comments: ______

______

4) Based on your examinations, observation and treatment of Ms. Naugle, would you expect the performance of a high-stress job of 8 hours per day 5 days a week in conjunction with her aforementioned mental conditions could increase her risk of heart disease or related issues?

YES ✓ NO ______

Comments:

______

5) Would you expect the exacerbation of Ms. Naugle's conditions would cause her serious distraction from job tasks and result in a failure to complete job tasks in a timely manner on more than an occasional basis during a typical workday or workweek?

YES ✓ NO ______

Comments: ______

______

6) Do you believe Ms. Naugle is exaggerating her complaints of anxiety, depression, PTSD, and/or work stress?

YES NO ✓

Comments:

______

7) Could the medications Ms. Naugle takes for her heart conditions, including Lipitor, Aspirin, Lotensin-HCT, Apresoline, and Toprol XL further exacerbate her existing mental conditions?

YES ______ NO ✓

Comments: ______

______

Physician Signature

8/13/2021

Date

QUESTIONNAIRE FOR ERIC KELLY, LCSW

RE: Kim Naugle
DOB:

1) Based on your evaluation of Ms. Naugle's psychiatric status, please give your opinion as to whether her work environment places stress upon Ms. Naugle.

YES X NO ____

If you answered Yes, please circle below the amount of stress.

MILD MODERATE (EXTREME) MARKED

Comments: ____

2) Based on your evaluation of Ms. Naugle's psychiatric status, please give your opinion as to whether her work environment places anxiety upon Ms. Naugle.

YES X NO ____

If you answered Yes, please circle below the amount of anxiety.

MILD MODERATE EXTREME (MARKED)

Comments: ____

3) Based on your examinations, observation and treatment of Kim Naugle, do you believe that Ns. Naugle's diagnosed mental conditions (generalized anxiety, moderate major depression, post-traumatic stress disorder, and work stress) could cause her to have difficulty in concentration, persistence, or pace?

YES X NO ____

Comments: Her severe anxiety/depression symptoms significantly decreases her focus, as well as slowed pace & lower functioning in the workplace.

4) Based on your examinations, observation and treatment of Ms. Naugle, would you expect the performance of a high-stress job of 8 hours per day 5 days a week in conjunction with her aforementioned mental conditions could cause Ms. Naugle to miss work more than 3 days a month?

YES X NO ____

Comments: ____

5) Would you expect the exacerbation of Ms. Naugle's conditions would cause her serious distraction from job tasks and result in a failure to complete job tasks in a timely manner on more than an occasional basis during a typical workday or workweek?

YES X NO ____

Comments: ____

6) Do you believe Ms. Naugle is exaggerating her complaints of anxiety, depression, PTSD, and/or work stress?

YES ____ NO X

Comments: ____

Eric Kelly, MSW, LCSW

Eric Kelly, LCSW

10-20-21

Date:

**DECLARATION OF** KIM NAUGLE **PURSUANT TO 28 U.S.C. § 1746**

I, **Kim R. Naugle**, hereby declare as follows:

1. I am over twenty-one (21) years of age and am competent to give the testimony in this Declaration.

2. I have personal knowledge of the facts set forth herein and state that they are true and correct to the best of my knowledge. I am submitting this Declaration in support of my appeal.

3. I suffer from Severe Anxiety, Depression and Post Traumatic Stress Syndrome (PTSD) that was diagnosed in December 2020, and has been determined that it is likely a result of several things; an extremely high stress work life, as well as emergency open heart surgery/Coronary Artery Bypass Grafting (CABG) procedure I had in August 2018. Since my surgery, my behavior and personality has changed dramatically, and I am no longer the person I was. I am anxious all the time, experience panic attacks and have become extremely sensitive to stress of any kind. I must avoid negative or stressful situations, or my anxiety goes through the roof. Stress also causes me to have rashes all over my body all the time; and I am losing hair. I can't turn my mind off and I suffer insomnia regularly because of it.

4. After six months of open heart surgery and cardiac rehabilitation, I returned to my job at Siemens; which I have been performing for 14 years +/-. Immediately upon my return to work, I noticed a change in my ability to handle stress, which, in turn, affected my ability to multi-task and perform my job effectively as I always had before. My job is extremely stressful, with weekly deadlines, huge financial goals in the hundreds of millions, extremely large workloads with

no assistance, and extensive coordinating and communications with hundreds of people, as well as long hours. As time went by, I did everything I could to try and manage the stress and perform my job simultaneously. I took breaks. walked outside, drank herbal teas, did meditation and breathing exercises, stretching, etc. to no avail. I eventually became so sensitive to stress, that I started losing control of my emotions all the time and experiencing panic attacks. I cried non-stop day and night, was terrified of every little thing, was extremely indecisive, body aches, and had trouble sleeping even though that's all I wanted to do. I lost interest in going anywhere, doing anything or seeing anyone. All I could do was my job, eat, cry and go to bed, and hope that it would get better.

5. After the pandemic hit in March 2020, I was able to start working from home. I was hopeful for less stress and improvement, but after the first month, it quickly became apparent that my change in work location made no difference whatsoever. Also, the work demands became more even more, with lots more micro-managing because everyone was working remotely. As my stress levels soared even more, my behavior and demeanor noticeably changed dramatically. I was no longer a positive person, outgoing, or decisive. I could not decide anything, I was procrastinating and avoiding everything, crying all the time, exhausted all the time, all I wanted to do was sleep, I was in physical pain all over my body, gaining weight, and was/am absolutely terrified that stress will cause me another heart surgery or take my life in the near future. Both my husband and I were/are extremely concerned as these changes were not normal and not going away, so I began seeking medical attention.

6. In Oct/Nov 2020, I contacted a psychiatry group (Monarch) and started the process of trying to find out why all these things were happening to me. During the month of December 2020, Monarch told me that the results of the psychological evaluation they performed showed

that I was suffering from Severe Anxiety, Depression and Post Traumatic Stress Syndrome (PTSD). I was completely shocked and surprised by this diagnosis. When I first started my job with Siemens in 2007, I did start to experience very mild anxiety after I started working there, however it was controlled with a very low dose of medication, with none of the ongoing symptoms I experience now. I just thought it was part of what I had to do to keep me on point to handle my home/work life responsibilities, and I didn't think twice about it. So, when things were getting progressively much worse by October 2020, the first thing I did was contact Monarch because everything had changed for me since my surgery, and the medication I had been taking since 2007, no longer seemed to help me at all.

7. After my psychological evaluation and diagnosis with Monarch, they recommended I switch my medication to Paxil, and start therapy as a course of treatment. After this diagnosis and recommendation, I immediately went to my other physicians to review everything with both my Primary Care (Dr. Ronald Prucha) and my Cardiologist (Dr. Hemant Solomon), to form a plan of action. Both doctors agreed with Monarch's diagnosis and supported a medical leave of absence to address my health issues concerning my emotional and physical health. Dr. Prucha then prescribed both Paxil and Klonopin in agreement with Monarch's recommendations, and I then started therapy at Monarch with Therapist, Eric Kelly. The goal of the therapy is to address the issues causing depression, stress and PTSD, and help me find solutions to manage it because they will most likely never fully resolve. In May 2021, Monarch/Eric Kelly performed a re-evaluation which showed basically no improvement since my original diagnosis in December 2020. I keep both Dr. Prucha and Dr. Solomon apprised of everything at Monarch, and see all of them regularly.

8. **Life Changes/Daily Changes/Issues/ADL:** I have made some changes since I have developed these issues. I am trying to de-stress my life as much as possible, wherever possible. I am seeking assistance from a medical weight loss team to manage my diet to get healthier. I also try and exercise when I am up to it; I am in therapy; I meditate; limit screen time; I'm ending toxic relationships with associates, friends and family; and removing any negativity from my life where I can. I continue to spend a lot of time and money on doctors, medications, and holistic therapies all just trying to find anything that will help me feel better and heal so I can go back to being me. Sometimes, it feels like it's to no avail as my emotional, physical and mental health continues to go up and down, day to day.

9. I have gone from being someone who was very active, outgoing with a positive can-do attitude, who was a work horse, to someone who barely leaves the house or can get out of bed. For many years I was a single mother, worked a full time job and had a second career as a theatre actor nights and weekends. I volunteered and participated in various charities. I was a person of high energy, had lots of desire to try new things, was very organized, had lots of confidence and was extremely social. I liked to travel, be involved in theatre, spend time in nature, garden, work with my chickens, entertain and especially spend time with family and friends. Now, I struggle to get out of bed or bathe every day. I don't want to go anywhere unless I must. I rarely see my family or any friends. I must push myself to do the necessary things like cook, laundry or clean, and I am failing miserably. I avoid any task that is overwhelming, and everything is overwhelming. I start something, and frequently never finish it. I can't decide anything, like what I want to do, what to eat, what to wear, what to watch, etc. I am disorganized, and I have panic attacks. Lost my confidence in most things. I either can't or have no desire to do any of the things I enjoy anymore.

10. NOTHING is fun anymore, because the constant anxiety makes me scared of everything, and causes me mental anguish and tremendous guilt, especially because I am failing myself and my family. I can never turn my mind off from worrying or feeling guilty. I seem to only have any energy for a few hours in the morning, so I must force myself out of bed and try to manage my time very closely so I can at possibly accomplish at least just one thing before I fade. I feel like I'm just trying to get through each day. Nothing more than just trying to survive and hopefully, keep it from getting worse.

11. My Husband works a full time job and now must also carry the load of work, shopping, cleaning, as well as provide all the income at home now. My current inability to help causes me tremendous guilt and anxiety. We have a lot of insecurity concerning our financial future now. And it most certainly adds to my depression. At times I feel hopeless and completely useless.

12. **Medication:** With all the doctors I see, and the current state of my health, I take a lot of medications and supplements multiple times a day. My medications make me go to the bathroom all the time, which causes a lot of sleep loss. Frequently, I cannot always hold my pee till I get to the bathroom; and I leak throughout the day because of the amount of peeing going on. My medications can also make me sick to my stomach, dizzy, and drowsy. Dr. Prucha prescribes me several anxiety/depression medications, Dr. Solomon prescribes me multiple heart related medications such as for blood pressure, cholesterol, blood thinners and heart, Cary Endocrinology prescribes me Synthroid because they treat me for a non-functioning thyroid (multi-nodule toxic goiter) and a vitamin D deficiency. In addition, I also see a Wake Med Bariatrics & Medical Weight Loss Doctor who also prescribes me Metformin for appetite suppression. In addition to all these medications, I also take multiple vitamins, supplements, and Zyrtec for allergies. I must

use portable pill containers and alarms to coordinate all of medications throughout the day. It's almost a full time job coordinating doctors and medications too.

13. **Inability to Perform my Occupation**: I have grave concerns about my ability to work moving forward, because of my extreme sensitivity to stress and the risk it poses to my heart and wellbeing; as well as my lack of energy and focus are severely impacting me and my abilities to function. I am currently unable to sit or stand for long periods of time. I can't focus or make decisions depending on my exhaustion. On any given day, I will show multiple different symptoms that can affect my focus and prevent me from doing my job. I may have any combination of anxiety, panic attacks, extreme fatigue, joint pain, muscle pain or muscle weakness, nausea, dizziness, which makes it impossible to do anything with consistency. Keeping and performing a job is impossible with no consistency. I usually only have enough energy to be productive for maybe 2 - 4 hours a day. My body, mind and emotions just seem to shut down after that point. This time frame would include showering, dressing, eating, medications, and trying to accomplish at least one productive activity. Right now, I don't even know how I would handle my current job and its demands, or any job for that matter. At this point, I am unable to work any job, but I will continue to work to better myself, improve my health and eventually try to find something that I can do that won't kill me, but unfortunately, these are the cards that I have been dealt, and I have no other choice but to make the best of it and be grateful.

14. It took me approximately 2.5 days (20 hrs) to complete this Declaration.

15. Pursuant to 28 U.S.C. § 1746, I further declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of July 2021.

By: *Kim R. Naugle*

Kim R. Naugle

**DECLARATION OF Ronald Naugle PURSUANT TO 28 U.S.C. § 1746**

I, Ronald L. Naugle, hereby declare as follows:

1. I am over twenty-one (21) years of age and am competent to give the testimony in this Declaration.

2. I have personal knowledge of the facts set forth herein and state that they are true and correct to the best of my knowledge.

3. Ever since August of 2018, our lives have been drastically altered from the multiple surgeries and conditions that my wife, Kim R. Naugle, has suffered through to date. Not only has this been extremely difficult for her, but is has changed our entire family's life and our everyday way of living.

4. For countless days I walk through the door after work to see she is in bed exhausted, crying or sleeping from the day. She's needs to rest because when she gets overly active, stress usually rears its ugly head in one form or another, and then she just falls apart. She has a never ending routine of trying to manager her medications, her doctor appointments, her emotions, accomplish any goals, try to relax her mind or find some peace is all she can barely do, and it takes everything out of her to do it. Over the past two years, my wife has assembled a team of doctors hoping for some help to bring her back to the woman she used to be. To make matters worse, while all her health issues were going on, she also had to deal with the Covid-19 Pandemic and all the fears, delays and bureaucracy that came with it; which slowed everything down and created many challenges getting in for treatment so she could receive proper care. In addition, there were huge delays in receiving required medical records in a timely fashion; which ultimately played a part in

her employer's disability company delaying their decision on approving her Long Term claim. When we finally got them all the records, they still took months to decide even though my wife was in regular contact. This disability insurance was supposed to be a benefit for my wife as a Siemens employee, but dealing with the disability insurance company for months and then finding out that her disability insurance ultimately bucked their responsibility, was just almost too much; especially, while dealing with them the whole time exacerbated her condition for months due to that stress and anxiety from it. Something that was supposed to be there to help her was hurting her even more. Which, frankly makes me very angry. My wife has made little to no progress in her health since the beginning of 2021, because she has had to beg and push for medical records for months and months, and then fight and push the disability company for months to make a decision about her claim; all while not being funded since the end of the Short Term phase; which was in March 2021. Their decision took months and months, and the decision at the beginning of June only came because my wife pushed them like hell and threaten them with a lawyer. While all of this was happening, my wife was also doing the doctor dance with her other doctors. Her 2nd psych evaluation done at the end of May confirms her lack of improvement since the beginning of this year, and we hold her disability insurance company responsible for that. The insurance is a benefit that's supposed to help her, but instead, it's a paperwork game to find ways to not pay; which caused our family financial hardship, and my wife undue stress and anxiety in addition to what she was already experiencing. And that's exactly what happened once it evolved into a long term claim.

5. My wife is an extremely hard-working, honest, loyal and responsible person who always puts her family first. She is the rock of our immediate family, and the matriarch of her family. The fact that she is unable to put others first, nor is she able to take care of any other

individual, including herself sometimes, has prevented her of living her best healthy life. She has done everything that she can do and has followed the instructions of every doctor that she has been to; no matter how frustrating it has been along the way. She always tries to put on a brave face for me every day and hide what's going on inside so I won't worry, but I know she is dealing with a lot and I do what I can to help her. We are very grateful everyday she survived her emergency heart surgery, and we both hope that eventually we will be lucky enough to get our life back to a semblance of what it once was.

6. My wife and I will continue to seek out the answers that will get her health back to normal. We will also fight aggressively for the disability funds for which she is so very much deserving of; especially after so many years of exemplary service to her employer.

Pursuant to 28 U.S.C. § 1746, I further declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of July 2021.

By: [signature]
Ronald L. Naugle



PAGE 92/92 * RCVD AT 10/21/2021 2:40:12 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/0 * DNIS:6033345219 * CSID:Fax Services * ANI:16308830690 * DURATION (mm-ss):33-

**From:**Moreau, Allyson
**Sent:**Fri, 24 Sep 2021 11:32:59 +0000
**To:**Chase, Will;Cade, Sam
**Subject:**RE: Kim Naugle - Employee ID: 337827 - Claim #108391136

Good morning,

To date, we have not received a Personal Leave request for Kim Naugle.
Please let me know if you have additional questions.

Thank you!

Allyson Moreau
Manager
Group Protection – STD/Leave

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

877-824-1724
Ext 16628

LincolnFinancial.com

Follow us on:




***Did you know you can access your claim or leave by visiting My Lincoln Portal*** ℠***? Track the status of a claim or leave, report an absence, view payment information and MORE…24 hours a day 7 days a week! Remember to visit mylincolnportal.com (Company Code: SIEMENS) and start accessing your information when you need it no matter the day or time.***

---

**From:** Chase, Will <Will.Chase@lfg.com>
**Sent:** Thursday, September 23, 2021 4:59 PM
**To:** Cade, Sam <sam.cade@siemens.com>
**Cc:** Moreau, Allyson <Allyson.Moreau@lfg.com>
**Subject:** RE: Kim Naugle - Employee ID: 337827 - Claim #108391136

Good Afternoon Sam,

As of right now, I do not see any Personal Leave of Absence has been initiated for Kim. I have also CC'd Allyson Moreau, the team manager on this email as well. She would be able to provide any further

information on if Kim has reached out to the Siemens team at Lincoln Financial as I am no longer in the STD Department.

Thank You,


Will Chase
Absence Consultant
Group Protection
Lincoln Financial Group

(603) 200-6697 Direct

LincolnFinancial.com

Follow us on:



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Cade, Sam <sam.cade@siemens.com>
**Sent:** Thursday, September 23, 2021 4:14 PM
**To:** Chase, Will <Will.Chase@lfg.com>
**Subject:** RE: Kim Naugle - Employee ID: 337827 - Claim #108391136

Hi Will.  Has Mr. Naugle requested a Personal Leave of Absence (our counsel and her counsel discussed this request per Siemens policy) and I've seen nothing to date.  Thanks

Sam Cade

---

**From:** Chase, Will <Will.Chase@lfg.com>
**Sent:** Thursday, July 15, 2021 11:46 AM
**To:** Cade, Sam (RC-US HR OPS) <sam.cade@siemens.com>
**Subject:** RE: Kim Naugle - Employee ID: 337827 - Claim #108391136

Good Afternoon,

Kim has been advised of her denial and she is still within the timeframe of her appeal (180 days from the date she received her denial letter). Her attorney has requested a copy of her claim file, which was provided to them on 7/7/21. As of now, that is the newest status we would have in regards to Kim's claim. Moving forward, we would need to await Kim's official appeal in order to proceed with the appeal of her claim.

Please reach out if you have any further questions.

Thanks

**Will Chase**

Absence Consultant

(603) 200-6697 Office
(603) 273-2152 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Cade, Sam <sam.cade@siemens.com>
**Sent:** Thursday, July 15, 2021 11:34 AM
**To:** Chase, Will <Will.Chase@lfg.com>
**Cc:** Cade, Sam <sam.cade@siemens.com>
**Subject:** Kim Naugle - Employee ID: 337827 - Claim #108391136

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning Will. I left you a voice message this morning. I am trying to determine last actions regarding this employee. I have been in contact with her as she has not returned to work. She indicated that she has not received any communication from LF. Can you confirm her latest status and is she appealing the decision? Has she provided any paperwork. Your assistance is appreciated. Thanks

Sam Cade
Human Resources
Siemens Corporation
1000 Deerfield Pkwy
Buffalo Grove, IL 60089
847-271-0639

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** LincolnAbsenceNotification@lfg.com
**To:** GINA.WEINER@SIEMENS.COM;ROBERT.YANCE@SIEMENS.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Acknowledgement of Short Term Disability/Leave request for Kim Naugle 337827 Claim 11680231

**This e-mail is to inform you Kim Naugle applied for a short term disability leave of absence.** The disability claim and Leave requests are currently under review. You will receive an additional notification once a determination is made.
The employee reported a Last Day Worked of 12/24/2020.
If your employee works a variable work schedule that deviates from the typical Monday- Friday workweek, please contact Lincoln immediately to provide the accurate work schedule. Failure to provide this information timely could impact your employee's disability pay.
**IMPORTANT NOTE** -- *If the Last Day Worked by the employee reflected above is different than your records please advise Lincoln immediately of the discrepancy.*
If you have further questions, please call Lincoln Financial at (877) 294-3423 ext. 68954 or contact the assigned Case Manager at diana.martinez@lfg.com. Please be sure to reference claim number 11680231.
**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

KIM NAUGLE

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

August 11, 2021

KIM NAUGLE

RE: SIEMENS CORPORATION
Short Term Disability Benefits
Claim #: 11680231

MS. NAUGLE

Your application for Short Term Disability (STD) benefits has been received and is currently under review.

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) will be working with your treating provider to gather additional information in order to evaluate your claim. Your treating provider may require a signed authorization to release requested information. A copy of the "Authorization to Release Information" form is attached for your convenience. Please encourage your treating provider to comply timely with our requests to avoid any delay or denial of your STD benefits.

We will notify you of the status of your STD claim once a decision has been made. Your STD benefit will be reduced by other income or benefits you are receiving or are eligible for (e.g., State Disability Benefits).

**Important Information About your Return to Work (RTW)**

Please see the attached instructions for reporting your RTW date from STD. You will need to know your employee ID #, **337827**, to report your return to work date. Once you are ready to return to work, you will also need to provide documentation from your treating provider that you are released to return to full-duty. If there is an opportunity to return to work with restrictions, Lincoln Financial Group will work with your treating provider and Siemens to review and approve a return to work with restrictions plan.

If you have questions regarding your claim or you have returned to work, please contact me at the phone number listed below. In addition to calling, you may check the status of your disability claim online at www.mylincolnportal.com. First time users will need to register using the Company Code of SIEMENS. If you are accessing the website through Siemens' intranet you will not need to complete the registration process.

Sincerely,

Diana Martinez
Disability Case Manager
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Diana Martinez

EMPLOYEE/CLAIMANT NAME: KIM NAUGLE
CLAIM NO: 11680231
EMPLOYER/SPONSOR: SIEMENS CORPORATION DATE OF BIRTH: ____________

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Lincoln Financial Group to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Lincoln Financial Group to which I submit a claim.

______________________________ ______________________________
Print Name Date of Birth

______________________________ ______________________________
Signature Date

DP 432 Rev 02/09

# Reporting Your Short Term Disability Return to Work Date

*Follow the steps below to report your return to work date associated with your Short Term Disability claim 24 hours a day, 7 days a week.*

## Is a release required for Return to Work (RTW)?

- If there is an opportunity to return to work with a reduced schedule or with restrictions, your disability case manager will facilitate the process with Siemens and your treating provider(s) to finalize the RTW plan. The RTW plan must be approved before you return to work.
- When you return to work full-time with no restrictions, you are required to have a release to return to work from your treating provider(s) submitted to Lincoln Financial Group (fax: 603-422-0117).

## When Do I Report My RTW Date Associated with my Short Term Disability Claim?

- Report your RTW date when you have a known date, no more than 7 days in advance

## How Do I Report My Part-time or Full-time Return to Work Date?

- To report your RTW date, contact Lincoln Financial Group's automated disability reporting line at

**(877) 294-3423, Option #4**

## What Will I Be Asked When Reporting My Return To Work Date?

- Your Siemens employee ID # - see your STD acknowledgement letter for your employee ID#
- Date of birth (for verification purposes)
- Return to work date
- Return to work type: full-time or part-time

## Things to Remember When Reporting Return To Work

- Notify your Disability Case Manager immediately if your plans for RTW change
- Lincoln Financial Group will notify Siemens of your RTW date, including your manager

## What Will I Be Provided?

- You will receive a confirmation number. Please have a pen and paper available. **PLEASE DO NOT HANG UP UNTIL YOU HAVE RECEIVED YOUR CONFIRMATION NUMBER OR YOUR RETURN TO WORK DATE WILL NOT BE COMPLETED & REPORTED.**

**From:** LincolnAbsenceNotification@lfg.com
**To:** GINA.WEINER@SIEMENS.COM;ROBERT.YANCE@SIEMENS.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Acknowledgement of Short Term Disability/Leave request for Kim Naugle 337827 Claim 11680231

**This e-mail is to inform you Kim Naugle applied for a short term disability leave of absence.** The disability claim and Leave requests are currently under review. You will receive an additional notification once a determination is made.
The employee reported a Last Day Worked of 12/24/2020.
If your employee works a variable work schedule that deviates from the typical Monday- Friday workweek, please contact Lincoln immediately to provide the accurate work schedule. Failure to provide this information timely could impact your employee's disability pay.
**IMPORTANT NOTE** -- *If the Last Day Worked by the employee reflected above is different than your records please advise Lincoln immediately of the discrepancy.*
If you have further questions, please call Lincoln Financial at (877) 294-3423 ext. 68954 or contact the assigned Case Manager at diana.martinez@lfg.com. Please be sure to reference claim number 11680231.
**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

KIM NAUGLE

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln/Naugle 0891

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

August 11, 2021

KIM NAUGLE

RE: SIEMENS CORPORATION
Short Term Disability Benefits
Claim #: 11680231

MS. NAUGLE

Your application for Short Term Disability (STD) benefits has been received and is currently under review.

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) will be working with your treating provider to gather additional information in order to evaluate your claim. Your treating provider may require a signed authorization to release requested information. A copy of the “Authorization to Release Information” form is attached for your convenience. Please encourage your treating provider to comply timely with our requests to avoid any delay or denial of your STD benefits.

We will notify you of the status of your STD claim once a decision has been made. Your STD benefit will be reduced by other income or benefits you are receiving or are eligible for (e.g., State Disability Benefits).

**Important Information About your Return to Work (RTW)**

Please see the attached instructions for reporting your RTW date from STD. You will need to know your employee ID #, **337827**, to report your return to work date. Once you are ready to return to work, you will also need to provide documentation from your treating provider that you are released to return to full-duty. If there is an opportunity to return to work with restrictions, Lincoln Financial Group will work with your treating provider and Siemens to review and approve a return to work with restrictions plan.

If you have questions regarding your claim or you have returned to work, please contact me at the phone number listed below. In addition to calling, you may check the status of your disability claim online at www.mylincolnportal.com. First time users will need to register using the Company Code of SIEMENS. If you are accessing the website through Siemens' intranet you will not need to complete the registration process.

Sincerely,

Diana Martinez
Disability Case Manager
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Diana Martinez

EMPLOYEE/CLAIMANT NAME: KIM NAUGLE
CLAIM NO: 11680231
EMPLOYER/SPONSOR: SIEMENS CORPORATION DATE OF BIRTH: ______

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Lincoln Financial Group to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Lincoln Financial Group to which I submit a claim.

______________________________ ______________________________
Print Name Date of Birth

______________________________ ______________________________
Signature Date

# Reporting Your Short Term Disability Return to Work Date

Lincoln Financial Group®

*Follow the steps below to report your return to work date associated with your Short Term Disability claim 24 hours a day, 7 days a week.*

## Is a release required for Return to Work (RTW)?

- If there is an opportunity to return to work with a reduced schedule or with restrictions, your disability case manager will facilitate the process with Siemens and your treating provider(s) to finalize the RTW plan. The RTW plan must be approved before you return to work.
- When you return to work full-time with no restrictions, you are required to have a release to return to work from your treating provider(s) submitted to Lincoln Financial Group (fax: 603-422-0117).

## When Do I Report My RTW Date Associated with my Short Term Disability Claim?

- Report your RTW date when you have a known date, no more than 7 days in advance

## How Do I Report My Part-time or Full-time Return to Work Date?

- To report your RTW date, contact Lincoln Financial Group's automated disability reporting line at

**(877) 294-3423, Option #4**

## What Will I Be Asked When Reporting My Return To Work Date?

- Your Siemens employee ID # - see your STD acknowledgement letter for your employee ID#
- Date of birth (for verification purposes)
- Return to work date
- Return to work type: full-time or part-time

## Things to Remember When Reporting Return To Work

- Notify your Disability Case Manager immediately if your plans for RTW change
- Lincoln Financial Group will notify Siemens of your RTW date, including your manager

## What Will I Be Provided?

- You will receive a confirmation number. Please have a pen and paper available. **PLEASE DO NOT HANG UP UNTIL YOU HAVE RECEIVED YOUR CONFIRMATION NUMBER OR YOUR RETURN TO WORK DATE WILL NOT BE COMPLETED & REPORTED.**

**From:**Chase, Will
**Sent:**Thu, 15 Jul 2021 16:45:52 +0000
**To:**Cade, Sam
**Subject:**RE: Kim Naugle - Employee ID: 337827 - Claim #108391136

Good Afternoon,

Kim has been advised of her denial and she is still within the timeframe of her appeal (180 days from the date she received her denial letter). Her attorney has requested a copy of her claim file, which was provided to them on 7/7/21. As of now, that is the newest status we would have in regards to Kim's claim. Moving forward, we would need to await Kim's official appeal in order to proceed with the appeal of her claim.

Please reach out if you have any further questions.

Thanks

**C Wil hase**
Absence Consultant

(603) 200-6697 Office
(603) 273-2152 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Cade, Sam <sam.cade@siemens.com>
**Sent:** Thursday, July 15, 2021 11:34 AM
**To:** Chase, Will <Will.Chase@lfg.com>
**l c:** Cade, Sam <sam.cade@siemens.com>
**Subject:** Kim Naugle - Employee ID: 337827 - Claim #108391136

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning Will. I left you a voice message this morning. I am trying to determine last actions regarding this employee. I have been in contact with her as she has not returned to work. She indicated that she has not received any communication from LF. Can you confirm her latest status and is she appealing the decision? Has she provided any paperwork. Your assistance is appreciated. Thanks

Sam Cade
Human Resources
Siemens Corporation
1000 Deerfield Pkwy
Buffalo Grove, IL 60089
847-271-0639

Crumley Roberts
Attorneys At Law
WE STAND UP FOR YOU®

**MAILING ADDRESS:**
2400 Freeman Mill Road
Ste. 200
Greensboro, NC 27406
336-333-9899
336-333-9894 Fax

**800.288.1.LAW**
800.288.1529

**CrumleyRoberts.com**

June 30, 2021

**SENT VIA FACSIMILE 603-334-5219**
**AND US MAIL**

Robert Chase
Lincoln Life Assurance Company of Boston
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9668

**RE:** **KIM NAUGLE**
**CLAIM NO.:** **10839136**
**SIEMENS CORPORATION**

Dear Chase:

This firm has been retained to represent Ms. Naugle in her claim for disability benefits. Please show me as Ms. Naugle's representative and include me on all future correspondence concerning her claim. Please inform me of any impending appeal deadlines, time limit or statute of limitation of which you are aware.

ERISA Document Production Request:

If it is your company's contention that the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. § 1001 et. seq. applies to these benefits, then please produce any and all "relevant" (as defined within 29 C.F.R. § 2560.503-1) documents to include the policy, summary plan description, or any other documents specified within 29 U.S.C. § 1001 et. seq. and C.F.R. § 2560.503-1. Further, please be advised that pursuant to 29 U.S.C.A. § 1021 (a)(1) & (2) and 29 U.S.C.A. § 1024(b)(4), a Plan Administrator is required to supply a participant with the Summary Plan Description ("SPD") and, upon written request, with a copy of any "... trust agreement, contract, or other instruments under which the plan is established or operated..." These documents should include any and all information regarding any claim for benefits, and all documents pertaining to or referencing the employee welfare benefit plan(s) and/or employee pension plans under the terms of which the above-referenced individuals are or were beneficiaries and/or participants.

Your response should include any "relevant" ERISA documents, plan documents, claim file documents, any manuals or any other documents pertaining to the guidelines under which claims are to be determined, and any brochures, handbooks, benefit guides, plan documents

detailing any and all benefits provided to the above-referenced individual. This request pertains to any benefits available to the above-referenced individual. This request seeks production of materials generated during the course of this claim from persons performing services for the Plan. Please direct those additional entities to respond to our requests.

The Secretary of Labor's ERISA claim procedures regulations, set out in 29 C.F.R. 2560.503-1 (h)(2)(iii) further describe what documents an administrator must provide. The regulations state that, in order to provide a full and fair review, the Plan must provide a claimant, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits. Pursuant to this provision, your production should include but not be limited to the following:

A. The complete claim file, including but not limited to:
   1. All medical evidence, whether considered and mentioned in the evaluation process or not.
   2. Correspondence from Lincoln to Ms. Naugle regarding this claim.
   3. Internal notes, updates and daily activity reports regarding this claim.
   4. Opinions of any "independent medical examiners" or other medical professionals paid or employed by Lincoln to review their claim.
   5. The initial application for Long Term Disability benefits submitted by Ms. Naugle.

B. A copy of the policy or policies of insurance in effect at the time Ms. Naugle claimed her disability.

C. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos, to or from Ms. Naugle's employer.

D. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos to or from Mr. Naugle's treating physicians.

Thank you in advance for your cooperation in this matter. If the claim file is being sent via email please send to my assistant, Monica Reynolds at mlreynolds@crumleyroberts.com

Sincerely,
CRUMLEY ROBERTS, LLP

Peter H. Burke
Attorney

PHB/mlr
Enclosure

# PRIVACY RELEASE

I, Kim Naugle (Client), _______________(Social Security Number), am currently seeking a reassessment of my claim for Long Term Disability Benefits by Lincoln Life Assurance Company of Boston (insurance company), Policy Number N/A, Claim Number 10839136. I have retained Crumley Roberts, LLP to be my legal representative in this review and intend for this legal representative to have immediate access to my claim file, including any medical records regarding my physical and mental conditions prior and subsequent to the date and authorization. This authorization shall be deemed to comply with all requirements of HIPAA (45 CFR § 16.509).

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on this authorization by sending written notice to the record providers and/or the person named as personal representative.

______________________________
Signature

Kim R Naugle
Printed or Typed Name

06/30/2021
Date

**From:**Monica L. Reynolds <MLReynolds@crumleyroberts.com>
**Sent:**Tue, 6 Jul 2021 15:07:30 +0000
**To:**Moreau, Allyson
**Cc:**Peter H. Burke
**Subject:**RE: Kim Naugle, Claim 10839136

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Allyson,

Sorry for any confusion regarding our request. We are requesting the claim file for Ms. Naugle's Short Term Disability claim file – 10839136.

Also, do you have the contact information for us to request the STD policy from Siemens Corporation? Thank you.

Monica L. Reynolds
*Senior Litigation Case Manager, Crumley Roberts, LLP*
*Office: 336-333-9899 | mlreynolds@crumleyroberts.com*

---

**From:** Moreau, Allyson [mailto:Allyson.Moreau@lfg.com]
**Sent:** Tuesday, July 6, 2021 9:56 AM
**To:** Monica L. Reynolds <MLReynolds@crumleyroberts.com>
**Subject:** Kim Naugle, Claim 10839136

**[EXTERNAL]**

Good morning,

We have received your request for Siemens Employee Kim Naugle's disability claim file, 10839136. I am happy to request that a copy of the claim file be emailed to you for review, however I wanted to confirm that you will receive the claim file for 10839136 which is a Short Term Disability claim. Your request and Ms. Naugle's Privacy Release both reference a claim for Long Term Disability.

Also, your request for a copy of Siemens Short Term Disability policy will need to be directed to Siemens Corporation as they would be able to provide you with a copy of their policy.

Please confirm that you are requesting the file for her Short Term Disability claim, 10839136 and we will process the request.

Thank you,

Allyson



**Allyson Moreau**
Manager, Group Protection
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**Moreau, Allyson
**Sent:**Tue, 6 Jul 2021 17:03:46 +0000
**To:**ClaimsHOAdmin
**Subject:**File Copy Request Form K Naugle, STD Claim 10839136
**Attachments:**File Copy Request Form K Naugle.docx


**Allyson Moreau**
Manager, Group Protection
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Crumley Roberts
Attorneys At Law

**FAX NUMBER:** 16033345219
**FROM:** Lauren Best
**DATE:** 07-01-2021 8:20 AM
**SUBJECT:** Kim Naugle, Claim # 10839136
**TOTAL PAGES:** 4

Please see attached letter of representation and request for claim file for Kim Naugle, Claim # 10839136.

**Lauren Best**
Case Manager

Crumley Roberts, LLP
2400 Freeman Mill Rd., Suite 200
Greensboro, NC 27406
Telephone: (800) 288-1529 Ext. 1601
Fax: (866) 916-8059
E-mail: labest@crumleyroberts.com
Web site: http://www.crumleyroberts.com
"We Stand Up For You!"
Privileged and Confidential - This communication may contain confidential or legally privileged information and is intended
only for the use of the individual or entity to whom it is addressed. Any dissemination, distribution, printing or copying of this
material by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error,
please notify us immediately.

The information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this fax in error, please notify us by telephone and return the original message to us via U.S. Postal Service to Crumley Roberts LLP. 2400 Freeman Mill Rd, Suite 200, Greensboro, NC 27406.

Crumley Roberts
Attorneys At Law
WE STAND UP FOR YOU®

**MAILING ADDRESS:**
2400 Freeman Mill Road
Suite 200
Greensboro, NC 27406
336-333-9899
336-333-9894 FAX

**1-800-288-1-LAW**
(1-800-288-1529)

**www.CrumleyRoberts.com**

June 30, 2021

**SENT VIA FACSIMILE 603-334-5219**
**AND US MAIL**

Robert Chase
Lincoln Life Assurance Company of Boston
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9668

**RE: KIM NAUGLE**
**CLAIM NO.: 10839136**
**SIEMENS CORPORATION**

Dear Chase:

This firm has been retained to represent Ms. Naugle in her claim for disability benefits. Please show me as Ms. Naugle's representative and include me on all future correspondence concerning her claim. Please inform me of any impending appeal deadlines, time limit or statute of limitation of which you are aware.

ERISA Document Production Request:

If it is your company's contention that the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. § 1001 et. seq. applies to these benefits, then please produce any and all "relevant" (as defined within 29 C.F.R. § 2560.503-1) documents to include the policy, summary plan description, or any other documents specified within 29 U.S.C. § 1001 et. seq. and C.F.R. § 2560.503-1. Further, please be advised that pursuant to 29 U.S.C.A. § 1021 (a)(1) & (2) and 29 U.S.C.A. § 1024(b)(4), a Plan Administrator is required to supply a participant with the Summary Plan Description ("SPD") and, upon written request, with a copy of any "… trust agreement, contract, or other instruments under which the plan is established or operated…" These documents should include any and all information regarding any claim for benefits, and all documents pertaining to or referencing the employee welfare benefit plan(s) and/or employee pension plans under the terms of which the above-referenced individuals are or were beneficiaries and/or participants.

Your response should include any "relevant" ERISA documents, plan documents, claim file documents, any manuals or any other documents pertaining to the guidelines under which claims are to be determined, and any brochures, handbooks, benefit guides, plan documents

detailing any and all benefits provided to the above-referenced individual. This request pertains to any benefits available to the above-referenced individual. This request seeks production of materials generated during the course of this claim from persons performing services for the Plan. Please direct those additional entities to respond to our requests.

The Secretary of Labor's ERISA claim procedures regulations. set out in 29 C.F.R. 2560.503-1 (h)(2)(iii) further describe what documents an administrator must provide. The regulations state that, in order to provide a full and fair review, the Plan must provide a claimant, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits. Pursuant to this provision, your production should include but not be limited to the following:

A. The complete claim file, including but not limited to:
   1. All medical evidence, whether considered and mentioned in the evaluation process or not.
   2. Correspondence from Lincoln to Ms. Naugle regarding this claim.
   3. Internal notes, updates and daily activity reports regarding this claim.
   4. Opinions of any "independent medical examiners" or other medical professionals paid or employed by Lincoln to review their claim.
   5. The initial application for Long Term Disability benefits submitted by Ms. Naugle.

B. A copy of the policy or policies of insurance in effect at the time Ms. Naugle claimed her disability.

C. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos, to or from Ms. Naugle's employer.

D. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos to or from Mr. Naugle's treating physicians.

Thank you in advance for your cooperation in this matter. If the claim file is being sent via email please send to my assistant, Monica Reynolds at mlreynolds@crumleyroberts.com

Sincerely,
CRUMLEY ROBERTS, LLP

Peter H. Burke
Attorney

PHB/mlr
Enclosure



PAGE 3/4 * RCVD AT 7/1/2021 8:20:34 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6033345219 * CSID:Fax Services * ANI:12064716116 * DURATION (mm-ss):01-31

**PRIVACY RELEASE**

I, Kim Naugle (Client), (Social Security Number), am currently seeking a reassessment of my claim for Long Term Disability Benefits by Lincoln Life Assurance Company of Boston (insurance company), Policy Number N/A, Claim Number 10839136. I have retained Crumley Roberts, LLP to be my legal representative in this review and intend for this legal representative to have immediate access to my claim file, including any medical records regarding my physical and mental conditions prior and subsequent to the date and authorization. This authorization shall be deemed to comply with all requirements of HIPAA (45 CFR § 16.509).

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on this authorization by sending written notice to the record providers and/or the person named as personal representative.

Kim Naugle

Signature

Kim R Naugle

Printed or Typed Name

06/30/2021

Date

Subject: FW: Claim 10839136 & Leave 11002515
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-06-17 12:35:33

From: K. Naugle <
Sent: Thursday, June 17, 2021 11:43 AM
To: DisabilityDocuments <DisabilityDocuments@lfg.com>
Subject: Fwd: Claim 10839136 & Leave 11002515

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

---------- Forwarded message ---------
From: K. Naugle <
Date: Wed, Jun 2, 2021 at 5:33 PM
Subject: Claim 10839136 & Leave 11002515
To: <disabilitydocuments@lfg.com>

I would like to request a complete copy of all files for Claim 10839136 & Leave 11002515.

Please return the documents to me via email at

Please let me know if you have any questions, or need anything else from me to complete this request.

Thank You!

Kim R. Naugle

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, June 7, 2021 10:04:35 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Siemens Claim No. 10839136 Kim Naugle |
| Attachments: | lx2sfsa32exelfyjad4i_10604297.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

June 7, 2021

Ms. Kim R. Naugle

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136

Dear Ms. Kim Naugle:

Please see the attached copy of your closure letter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Chase
Disabil Claims Case Mgr I
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334-5219

Attachments: 10839136-CLOSE-NOT DISABLED-06.02.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIM NAUGLE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

June 3, 2021

Ms. Kim R. Naugle

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136

Dear Ms. Kim Naugle:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Siemens's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond March 22, 2021. Siemens's STD Plan requires that to receive benefits you must meet the following definition of disability:

> *For purposes of the Plan, "Disability" means a physical or mental condition that prevents an eligible employee from performing all the essential functions of his or her position, with or without reasonable accommodations, for more than seven consecutive calendar days. The disability must be verified by and under the continuous care of an appropriate legally licensed health care practitioner working within the scope of his or her license. The employee must be actively at work at the time the disability occurs.*

You have been receiving STD benefits for your disability since December 31, 2020.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for depression, anxiety and PTSD and your claim file contains the following medical documentation:

- A November 24, 2020 office visit note with Nurse Practitioner Dlop. You were seen for generalized anxiety, depression and PTSD. You reported difficulty with symptoms after undergoing emergency open heart surgery. It was reported you have had a history of

treatment with Xanax and Lexapro for many years for depression and anxiety.

- A December 2020 office visit with Dr. Prucha. You noted that you were experiencing significant stress due to your work situation and also noted stressors in your family atmosphere. You were started on Paxil and Klonopin.
- A February 12, 2021 office visit with Dr. Prucha. You were seen for a follow up in relation to depression. You noted that you were experiencing diminished cognitive and physical functioning secondary to the sheer amount of work stress that was incurred in your normal job duties as well as stress in your home life. You noted that your prescription of Paxil had been somewhat helpful. You noted that you still had a lack of energy and ongoing depressed feelings.
- A Functional status evaluation form from Dr. Prucha dated February 17, 2021. The form noted that you were unable to work in your current work environment due to ongoing mental health condition through June 14, 2021.
- A March 1, 2021 telehealth visit with Eric Kelly, LCSW. You were seen for an initial evaluation to assist in providing new grounding exercises to cope better with your anxiety and panic symptoms. You worked to create new short and long range goals for your treatment.
- A March 1, 2021 master treatment plan from Eric Kelly, LCSW. You noted that you would like to better cope with anxiety and to manage life stressors. You would also like to eventually run a company with your husband and to improve relationships with other family members. You also noted that you would like to obtain a more fulfilling job more in relation with your interests of acting and gardening. You also noted that you would like to use further grounding techniques to help with anxiety and panic symptoms as well.
- An April 1, 2021 telehealth visit note with Eric Kelly, LCSW. You were seen for Solution Focused Therapy with the goal of resuming the feeling of "taking care of business".
- An April 15, 2021 telehealth visit with Eric Kelly, LCSW. You were seen for a follow up visit for Solution Focused Therapy. You noted that you had been working on addressing unresolved issues with your mother and worked to explore and apply further solutions to reduce the intensity of your problems.
- A May 6, 2021 telehealth visit with Eric Kelly, LCSW. You presented as rather stressed with home responsibilities and long administrative wait times for your medical records request. You noted a recent spike in anxiety and were advised you would follow up later in the month.
- A May 20, 2021 telehealth visit with Eric Kelly, LCSW. You noted stress related to employment/disability related issues.
- A Teleconference with Dr. Ronald Prucha on May 28, 2021. Dr. Prucha noted that your last contact with him was via telephone in February. Dr. Prucha noted that you had a history of stress due to work but could not provide any further information.

- Contact of Eric Kelly/Monarch behavioral health was attempted however the practicing provider was left on hold and unable to contact a provider nor leave a message.

In order to ensure a thorough review of your claim, your file was reviewed by an independent consulting physician board certified in Psychiatry. On June 1, 2021 a call was made to Dr. Prucha to better evaluate your medical restrictions from working. Dr. Prucha advised that the last contact he had with you was in February and you have not treated with him since that time. It was reported that the most recent information suggested that you had a history of work stress and you were looking to get bariatric surgery, which was your main focus at that time. Dr. Prucha also noted that he did not know you very well.

The review concluded that the notes on file contained limited mental status exam findings. The therapy notes on file are brief and again do not contain any mental status examinations. The patient health questionnaire administered on May 6, 2021 was a self-reported symptom checklist and did not address or assess functionality. Furthermore, the records on file note that most often you had been treating for ongoing work stress, which in and of itself would not be a disabling condition. Lastly, the records provided from your ongoing therapy notes provide no detail of any symptoms of a severity or an intensity that would support ongoing restrictions and limitations from your everyday job duties. Therefore, no further benefits are payable, and we must close your claim.

Based on the medical documentation received in relation to the requirements of your job, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Plan continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Lincoln Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Plan. Should Lincoln Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

We reserve the right to make a determination on any additional information that may be submitted.

Under the terms of the Siemens Corporation STD Plan and under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please

include the following documentation:

Copies of all office treatment notes, diagnostic test results, prescription histories, treatment plans, physical therapy records, procedure or operative reports, and any hospital discharge summaries from December 1, 2020 through the present. This medical information is needed from all treating providers, specialists or therapists, along with any additional information or specific restrictions and limitations established with the objective evidence to support disability.

Since your health benefit plan is subject to the Employee Retirement Income Security Act of 1974 (ERISA), once you have exhausted all mandatory appeal rights, you have the right to bring a civil action in federal court under section 502(a)(1)(B) of ERISA; however under the provisions of the Siemens Corporation Group Insurance and Flexible Benefits Program you must bring such civil actions within **three years** of the date you or your covered dependent, as applicable, are notified in writing of the final decision on your or your covered dependent's claim, or you or your covered dependent, as applicable, lose any rights to bring such civil action.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodííłnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the Siemens Corporation STD Plan, and all of these rights and defenses are reserved to Siemens Corporation, as sponsor of the Siemens Corporation whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Chase
Disabil Claims Case Mgr I
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334-5219

WakeMed

**WakeMed Physician Practices**
**Primary Care- Kildaire**
**110 Kildaire Park Drive Suite 305**
**Cary, North Carolina 27518**
**PH: (919)235-6575**
**FAX: (919)235-6598**

# Fax

**TO:** Lincoln Financial **FROM:** Ronald Prucha

**FAX:** 1 866-841-1415 **PH:**

**DATE:** 6-4-2021 **PAGES:** 3 (including cover sheet)

**RE:** FLMA

☐ Urgent ☒ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

• **Comments:** The documents accompanying this transmission may contain confidential information that is legally privileged and or legally protected. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents. If any of this transmission is missing or is not clearly received, please contact me at the number listed above.

Marcus Goldman, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
841-1415

Date: June 1, 2021
Name: Dr. Prucha
Fax: 919-235-6590

Re: Disability Benefits
Claimant Name: Kim Naugle
Claimant DOB:
Claim Number: 10839136

Dear Dr. Prucha,

Thank you for taking my call. As the physician who was asked by Lincoln Financial Group to review the medical records your patient submitted to request disability benefits, the chance to speak with you was appreciated. Please review this summary of our conversation for accuracy.

Dr. Ronald Prucha: contact occurred on May 28, 2021 at 7:35 AM Eastern. The provider noted that the last contact was by telephone in February. The claimant is a history of stress because of work but the provider has not seen or heard from her since. The most recent information suggests that the claimant is trying to get bariatric surgery and that her focus has been on that. There is no suicidal or homicidal thinking or psychosis, the provider noted that the claimant has a terrible job, and that he does not know her very well.

Current Situation

Your patient's disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance

-Electronically Signed-
Marcus Goldman, M.D.
Board Certified, Psychiatry

__ No changes/comments, OR
✓ With changes/comments as noted above

__________ ______
[AP Name] Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**From:** LincolnAbsenceNotification@lfg.com
**To:** GINA.WEINER@SIEMENS.COM;ROBERT.YANCE@SIEMENS.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Short Term Disability/Leave ClosedStatus Update for Kim Naugle 337827 Claim 10839136

This is to notify you that there has been a change in the status of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Benefit Payments Period: 12/31/2020 thru 3/22/2021

**Please note:** *The "Benefits Payment Period" is the amount of time that the short term disability claim was approved. If the status below is now "closed" or "denied," this would indicate the employee is no longer covered by short term disability.*

Disability Claim Status: Closed Not Totally Disabled For Own Occupation

**Family Medical Leave Information:**

Approved Leave Period: Not Applicable

**Please note:** *The "Approved Leave Period" is the amount of time that the leave was approved. If the status below is now "closed" or "denied," this would indicate that the employee is was not or is no longer eligible or entitled to job protected leave.*

Leave Status: Not Applicable

If you have further questions, please call Lincoln Financial at (877) 294-3423 ext. 16119 or contact the assigned Case Manager at Robert.Chase@lfg.com. Please be sure to reference claim number 10839136.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Subject: FW: Claim 10839136 & Leave 11002515
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-06-03 07:39:27

From: K. Naugle <
Sent: Wednesday, June 2, 2021 5:33 PM
To: DisabilityDocuments <DisabilityDocuments@lfg.com>
Subject: Claim 10839136 & Leave 11002515

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I would like to request a complete copy of all files for Claim 10839136 & Leave 11002515.

Please return the documents to me via email at

Please let me know if you have any questions, or need anything else from me to complete this request.

Thank You!

Kim R. Naugle

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KIM NAUGLE

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

June 3, 2021

Ms. Kim R. Naugle

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136

Dear Ms. Kim Naugle:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Siemens's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond March 22, 2021. Siemens's STD Plan requires that to receive benefits you must meet the following definition of disability:

> *For purposes of the Plan, "Disability" means a physical or mental condition that prevents an eligible employee from performing all the essential functions of his or her position, with or without reasonable accommodations, for more than seven consecutive calendar days. The disability must be verified by and under the continuous care of an appropriate legally licensed health care practitioner working within the scope of his or her license. The employee must be actively at work at the time the disability occurs.*

You have been receiving STD benefits for your disability since December 31, 2020.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for depression, anxiety and PTSD and your claim file contains the following medical documentation:

- A November 24, 2020 office visit note with Nurse Practitioner Dlop. You were seen for generalized anxiety, depression and PTSD. You reported difficulty with symptoms after undergoing emergency open heart surgery. It was reported you have had a history of

treatment with Xanax and Lexapro for many years for depression and anxiety.

- A December 2020 office visit with Dr. Prucha. You noted that you were experiencing significant stress due to your work situation and also noted stressors in your family atmosphere. You were started on Paxil and Klonopin.
- A February 12, 2021 office visit with Dr. Prucha. You were seen for a follow up in relation to depression. You noted that you were experiencing diminished cognitive and physical functioning secondary to the sheer amount of work stress that was incurred in your normal job duties as well as stress in your home life. You noted that your prescription of Paxil had been somewhat helpful. You noted that you still had a lack of energy and ongoing depressed feelings.
- A Functional status evaluation form from Dr. Prucha dated February 17, 2021. The form noted that you were unable to work in your current work environment due to ongoing mental health condition through June 14, 2021.
- A March 1, 2021 telehealth visit with Eric Kelly, LCSW. You were seen for an initial evaluation to assist in providing new grounding exercises to cope better with your anxiety and panic symptoms. You worked to create new short and long range goals for your treatment.
- A March 1, 2021 master treatment plan from Eric Kelly, LCSW. You noted that you would like to better cope with anxiety and to manage life stressors. You would also like to eventually run a company with your husband and to improve relationships with other family members. You also noted that you would like to obtain a more fulfilling job more in relation with your interests of acting and gardening. You also noted that you would like to use further grounding techniques to help with anxiety and panic symptoms as well.
- An April 1, 2021 telehealth visit note with Eric Kelly, LCSW. You were seen for Solution Focused Therapy with the goal of resuming the feeling of "taking care of business".
- An April 15, 2021 telehealth visit with Eric Kelly, LCSW. You were seen for a follow up visit for Solution Focused Therapy. You noted that you had been working on addressing unresolved issues with your mother and worked to explore and apply further solutions to reduce the intensity of your problems.
- A May 6, 2021 telehealth visit with Eric Kelly, LCSW. You presented as rather stressed with home responsibilities and long administrative wait times for your medical records request. You noted a recent spike in anxiety and were advised you would follow up later in the month.
- A May 20, 2021 telehealth visit with Eric Kelly, LCSW. You noted stress related to employment/disability related issues.
- A Teleconference with Dr. Ronald Prucha on May 28, 2021. Dr. Prucha noted that your last contact with him was via telephone in February. Dr. Prucha noted that you had a history of stress due to work but could not provide any further information.

- Contact of Eric Kelly/Monarch behavioral health was attempted however the practicing provider was left on hold and unable to contact a provider nor leave a message.

In order to ensure a thorough review of your claim, your file was reviewed by an independent consulting physician board certified in Psychiatry. On June 1, 2021 a call was made to Dr. Prucha to better evaluate your medical restrictions from working. Dr. Prucha advised that the last contact he had with you was in February and you have not treated with him since that time. It was reported that the most recent information suggested that you had a history of work stress and you were looking to get bariatric surgery, which was your main focus at that time. Dr. Prucha also noted that he did not know you very well.

The review concluded that the notes on file contained limited mental status exam findings. The therapy notes on file are brief and again do not contain any mental status examinations. The patient health questionnaire administered on May 6, 2021 was a self-reported symptom checklist and did not address or assess functionality. Furthermore, the records on file note that most often you had been treating for ongoing work stress, which in and of itself would not be a disabling condition. Lastly, the records provided from your ongoing therapy notes provide no detail of any symptoms of a severity or an intensity that would support ongoing restrictions and limitations from your everyday job duties. Therefore, no further benefits are payable, and we must close your claim.

Based on the medical documentation received in relation to the requirements of your job, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Plan continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Lincoln Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Plan. Should Lincoln Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

We reserve the right to make a determination on any additional information that may be submitted.

Under the terms of the Siemens Corporation STD Plan and under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please

include the following documentation:

Copies of all office treatment notes, diagnostic test results, prescription histories, treatment plans, physical therapy records, procedure or operative reports, and any hospital discharge summaries from December 1, 2020 through the present. This medical information is needed from all treating providers, specialists or therapists, along with any additional information or specific restrictions and limitations established with the objective evidence to support disability.

Since your health benefit plan is subject to the Employee Retirement Income Security Act of 1974 (ERISA), once you have exhausted all mandatory appeal rights, you have the right to bring a civil action in federal court under section 502(a)(1)(B) of ERISA; however under the provisions of the Siemens Corporation Group Insurance and Flexible Benefits Program you must bring such civil actions within three years of the date you or your covered dependent, as applicable, are notified in writing of the final decision on your or your covered dependent's claim, or you or your covered dependent, as applicable, lose any rights to bring such civil action.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any rights and defenses under the Siemens Corporation STD Plan, and all of these rights and defenses are reserved to Siemens Corporation, as sponsor of the Siemens Corporation whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Chase
Disabil Claims Case Mgr I
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334-5219

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| Siemens Corporation | Kim Naugle | 10839136 |

| | | | |
|---|---|---|---|
| **Referred By:** | Rachael Robertson | **Claimant DOB:** | |
| **Referral Date:** | 05/17/2021 | **Job Title:** | Project Coordinator |
| **Due Date:** | 06/01/2021 | **Medical/ Surgical Condition:** | Anxiety/Depression |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | STD |
| **Other Considerations** | | **LDW:** | 12/23/2020 |
| **Report Date:** | 6/1/21 | **DOD:** | 12/24/2020 |
| **Physical Demands:** | | **BBD:** | |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

The claimant's providers have noted the following conditions:

- generalized anxiety, F41.1
- moderate major depression, F33.1
- PTSD, F43.10
- Work stress, Z56.6

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

The claimant's medical conditions are noted, however there assessment is beyond my purview.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 03/22/21 to ongoing, and comment on the expected duration.
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

The medical record historically supported restrictions as limitations. However ***from March 22, 2021 and ongoing, restrictions/limitations are not supported by the available medical record.***

The available medical record demonstrates:

- an intensity of care inconsistent with incapacity
- situational issues in the context of work stress rather than a globally debilitating mental illness
- clinical and mental status data that do not support restrictions/limitations

Provider contact with Dr. Prucha indicated that there has been no clinical contact since well prior to the dates in question and that most recently the data suggest that the claimant is pursuing bariatric surgery. The provider noted that the claimant has a terrible job, was not suicidal, homicidal or psychotic, and presented with complaints of work stress (which is a situational issue). The most recent primary care progress note from the treating provider from February 12, 2021 contains a limited mental status examination unremarkable for debilitating psychopathology (Alert, oriented, no distress, well appearing, normal respiratory effort, normal mood), and with findings that contrast with the corresponding form which indicates cognitive dysfunction, severe anxiety and fatigue. Therapy notes are brief, and do not contain mental status examinations. The patient health questionnaire, administered on May 6, 2021, is a self-reported symptom checklist that does not address or assess functionality. The notes do not convey a sense of debilitating distress or incapacity due to a mental illness. The medical records do not establish treatment with a psychiatrist, ongoing and aggressive alteration in pharmacotherapy or the need for transition to a more intense level of care for functional incapacity. The medical record does not demonstrate vegetative signs, outward and debilitating anxiety, gross dysregulation of affect, impairments in speech, language, processing or cognition or sedation from medications. The medical record does not reasonably establish limiting deficits in decision-making or problem-solving, multitasking, maintaining adequate pace or focus, interacting appropriately, conveying information clearly or managing activities and instrumental activities of daily living due to a mental disorder.

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

Please see above

5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?

The medical record demonstrates complaints of work-related stress.

6. If AP contact may clarify any significant areas such as diagnosis, R&L’s, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

**Teleconference**

Dr. Ronald Prucha: contact occurred on May 28, 2021 at 7:35 AM Eastern. The provider noted that the last contact was by telephone in February. The claimant is a history of stress because of work but the provider has not seen or heard from her since. The most recent information suggests that the claimant is trying to get bariatric surgery and that her focus has been on that. There is no suicidal or homicidal thinking or psychosis, the provider noted that the claimant has a terrible job, and that he does not know her very well. No further data were forthcoming.

Eric Kelly/Monarch Behavioral Health: on both May 27, 2021 at 1:56 PM Eastern and May 28, 2021 at 12:10 PM Eastern I was placed on hold and unable to leave a message.

**Clinical summary**

The claimant is a female, date of birth who carries diagnoses of depression and anxiety. At issue is whether restrictions/limitations are supported as of March 22, 2021. A review of all available medical data was undertaken.

*Lincoln claim data*

Memorandum January 28, 2021: morbidly obese, nighttime sleep disorder, history of open-heart surgery in 2018, high blood pressure. Worsening anxiety due to very high stress job and high drama in the family.

Memorandum May 17, 2021: claimant is seen once every two or three weeks for therapy, working on standard outpatient coping skills and interventions.

*NP Dlop*

Progress note November 24, 2020: generalized anxiety, F41.1, moderate major depression F33.1, PTSD F 43.10. Claimant reports difficulty with symptoms after she underwent emergency open-heart surgery. History of treatment with Xanax and Lexapro for many years. Medication list includes Lexapro, and medical agents.

*Eric Kelly LCSW and Associates/Monarch*

Progress notes historically indicate discussion about how to better cope with anxiety and manage life stressors. Severity of symptoms has increased over the last several years since her open-heart surgery. Main stressors are identified as job. Anxiety and panic attacks are endorsed.

Progress note April 1, 2021: management of feelings and processing issues reviewed.

Progress note April 15, 2021: general life related issues were explored and reviewed.

Progress note May 6, 2021: rather stressed with all responsibilities at home and long administrative wait times for medical record request. Data suggest therapist is leaving. PHQ score 15, not at all suicidal.

Progress note May 20, 2021: purpose of therapy to allow claimant to emotionally vent feelings connected to employment/disability related issues.

*Dr. Prucha*

The claimant was seen in December 2020 for medical complaints as well as stress from heart surgery and her job. Claimant has a very high stress job and also has high drama in the family. Claimant endorses anxiety symptoms and was started on Paxil and Klonopin.

Progress note February 12, 2021: follow-up visit in pursuit of ongoing depression struggles with stress related work burden and diminished quality of life and diminished cognitive and physical functioning secondary to the sheer amount of work stress she was incurring her job and stress she was going home to the family. Claimant was placed on Paxil and has been compliant and find it somewhat helpful. Continues to endorse lack of energy and a fair degree of ongoing depressed feelings. Medical issues are also contributory. Alert, oriented, no distress, well appearing, normal respiratory effort, normal mood. Work stress Z56.6, severe major depression, anxiety. Chronic stable problem, Paxil continued.

Form February 17, 2021: unable to function in any work environment due to ongoing mental health condition through June 14, 2021. Depressed mood, severe anxiety, fatigue, slow cognition, concentration deficits.

**Marcus Goldman, M.D.**
**Board certified, ABPN, psychiatry**
Electronically signed

Marcus Goldman, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
841-1415

Date: June 1, 2021
Name: Dr. Prucha
Fax: 919-235-6590

Re: Disability Benefits
Claimant Name: Kim Naugle
Claimant DOB:
Claim Number: 10839136

Dear Dr. Prucha,

Thank you for taking my call. As the physician who was asked by Lincoln Financial Group to review the medical records your patient submitted to request disability benefits, the chance to speak with you was appreciated. Please review this summary of our conversation for accuracy.

Dr. Ronald Prucha: contact occurred on May 28, 2021 at 7:35 AM Eastern. The provider noted that the last contact was by telephone in February. The claimant is a history of stress because of work but the provider has not seen or heard from her since. The most recent information suggests that the claimant is trying to get bariatric surgery and that her focus has been on that. There is no suicidal or homicidal thinking or psychosis, the provider noted that the claimant has a terrible job, and that he does not know her very well.

Your patient's disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance

-Electronically Signed-
Marcus Goldman, M.D.
Board Certified, Psychiatry

__ No changes/comments, OR
__ With changes/comments as noted above

_____________ ______
[AP Name] Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Subject: FW: Lincoln
From: DisabilityDocuments <DisabilityDocuments@lfg.com>
To: S1MavroIngest <S1MavroIngest@lfg.com>
Date: 2021-05-28 08:12:42

From: K. N. <
Sent: Thursday, May 27, 2021 12:59 PM
To: DisabilityDocuments <DisabilityDocuments@lfg.com>
Subject: Fwd: Lincoln

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please tell me who I may contact in Medical review concerning my Claim: 10839136.

This is urgent as I have been supplying documents for months to no avail. Now, my therapist is leaving practice and has been trying to contact LFG on my behalf since the 20th to no avail. See below.

This LFG policy is supposed to be an employee benefit and help me in time of need. Instead it?s been a nightmare. I have gone months and months not being funded, as well as jumping through hopes, to still not have my claim approved. The stress and anxiety dealing with Lincoln has actual exacerbated my medical condition.

SOMEBODY PLEASE HELP ME!

Kim Naugle

Sent from my iPhone

Begin forwarded message:

> From: Eric Kelly <Eric.Kelly@monarchnc.org>
> Date: May 27, 2021 at 10:42:21 AM EDT
> To: "K. N." <
> Subject: Re: Lincoln

The person who I contacted directly that you provided release on I left a voicemail for, but I have not heard back from him yet. My last day with Monarch is tomorrow so hopefully he will call me back. I will keep you posted.

Thanks!

Eric J. Kelly, MSW, LCSW | Outpatient Therapist

130 North Judd Parkway | Fuquay Varina, NC | 27526

---

From: K. N. <
Sent: Thursday, May 27, 2021 10:15 AM
To: Eric Kelly <Eric.Kelly@monarchnc.org>
Subject: Lincoln

Hi Eric,

Did you ever speak with Lincoln's medical review team? They told me they got your voicemail.

Thanks!

Kim Naugle

Please consider the environment before printing this email.
WARNING: This email is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of the email by persons or entities other than the addressee is prohibited. If you have received this email in error, please contact the sender immediately and delete the material from any computer. If you are unable to determine the sender of this email, please email Monarch athelpdesk@monarchnc.org or contact us at toll free (844) 343-1439, and advise us of the error.

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Lincoln Financial , the authorized requestor. C00386 MONARCH BEHAVIORAL HEALTH - N... contracts with ScanSTAT Technologies or one of its' affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations including the Health Insurance Portability and Accountability Act (HIPAA).**

**ScanSTAT and its affiliates provide service only at the discretion and instruction of C00386 MONARCH BEHAVIORAL HEALTH - NC R 018. All authorized requests must be made directly to C00386 MONARCH BEHAVIORAL HEALTH - NC R 018.**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

LINCOLN FINANCIAL
PO BOX 2578

OMAHA, NE 68172

722036D0482942A3A478

ScanSTAT TECHNOLOGIES
P.O. Box 791522
Baltimore, MD 21279-1522
(770) 569-2445

Billing Date: **5/24/2021**
Due Date: **6/23/2021**
Amount Due: **$12.90**
Invoice #: **722036D0482942A3A478**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| LINCOLN FINANCIAL<br>PO BOX 2578<br>OMAHA, NE 68172 | NAME: KIM NAUGLE<br>MRN: 894744<br>REQUEST ID: | LINCOLN FINANCIAL<br>PO BOX 2578<br>OMAHA, NE 68172 |

**MEDICAL RECORD SOURCE**

Records were ordered from: C00386 Monarch Behavioral Health - Nc R 018
350 PEE DEE AVENUE, SUITE 101
ALBEMARTE, NC 28001

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Release Basic Fees | $10.00 | $10.00 |
| 2 | Duplication Fee 1-14 | | $0.00 |
| | | | ------------ |
| | Subtotal | | $10.00 |
| | Shipping | | $2.90 |
| | | | ------------ |
| | **AMOUNT DUE** | | **$12.90** |

## IMPORTANT NOTICE:

In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days. Otherwise, it is our policy to defer to a collection agency.

**MESSAGES**

These records were processed by a ScanSTAT professional. All of our professionals work hard to process your records quickly, securely and accurately. On behalf of all our employees, affiliates and their families, thanks for paying promptly.

--- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS ---

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

LINCOLN FINANCIAL
PO BOX 2578
OMAHA, NE 68172

**We accept credit card payments by phone or online by visiting www.scanstat.com**

**INSTRUCTIONS**

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

**For questions regarding your account or invoice**
(770) 569-2445
Email - cust-service@ScanSTAT.com

**Federal Tax ID#: 27-0786975**

Billing Date: **5/24/2021**
Due Date: **6/23/2021**
Amount Due: **$12.90**
Invoice #: **722036D0482942A3A478**

**ScanSTAT Technologies**
P.O. Box 791522
Baltimore, MD 21279-1522

**(MUST SUBMIT BARCODE BELOW WITH PAYMENT)**

722036D0482942A3A478

# AUTHORIZATION TO RELEASE MEDICAL RECORDS

| | |
|---|---|
| Patient Name: Kim R. Naugle | Date of Birth: |
| Address: | Last 4 of SSN: |
| City, State, Zip: | Phone: ( ) |
| E-mail: | |

| RELEASE FROM (check all that apply): | RELEASE TO: |
|---|---|
| [x] Monarch (all locations, *except* those listed below) | Name of Individual: Robert Chase |
| [ ] DWI Program or MAT Program | Name of Organization: Lincoln Financial |
| [ ] Tanglewood Arbor | Street Address or P.O. Box: PO Box 2578 |
| | City, State, Zip: Omaha, NE 68172-9688 |
| | Fax: (603) 334-5219 |
| | E-mail: disabilitydocuments@lfg.com |

**REASON FOR RELEASE** (check all that apply):

[ ] Personal [ ] Legal [ ] Continued Patient Care
[x] Insurance [ ] Personal Injury/Social Security [ ] Workers' Compensation
[ ] Other (specify):

**DATES OF RECORDS TO RELEASE** (check one):

[x] All Dates [x] From 05 / 20 / 2021 to 05 / 20 / 2021

**WHAT TO RELEASE** (check all that apply):

[x] All Records (not including psychotherapy notes) [ ] Comprehensive Clinical Assessments [ ] Dates/Times/Locations of Treatment
[ ] Discharge Summaries [ ] Medication Reports [ ] Service Notes
[ ] Other (specify):

**DELIVERY METHOD** (check all that apply; charges may apply):

[ ] U.S. Mail [ ] Encrypted E-mail (this may require setting up an account) [x] Fax
[ ] Other (specify):

**I understand that:**

- I can cancel this authorization at any time. I must cancel in writing and send or deliver the cancellation to Monarch. Any cancellation will apply only to information not yet released by Monarch.
- This is a full release, including information related to behavioral/mental health, drug and alcohol abuse treatment (in compliance with 42 CFR Part 2), genetic information, HIV/AIDS, and other sexually transmitted diseases.
- Once my health information is released, the recipient may disclose or share my information with others and my information may no longer be protected by federal and state privacy protections.
- Monarch may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization.
- A fee may be charged for providing the protected health information.
- I have a right to receive a copy of this form, upon request.

This permission expires one year after the date of my signature, unless another date or event is written here: ________________

| If you are requesting your own records: | If you are requesting records on behalf of another person: |
|---|---|
| Signature: Kim R. Naugle | Signature: |
| Print Name: Kim R. Naugle | Print Name: |
| Date: 5/20/2021 | Date: |
| | Relationship to Patient (written proof may be required): [ ] Parent/Guardian [ ] Executor/Administrator [ ] Healthcare Agent [ ] Other (specify): |

Please return completed forms to Monarch's Medical Records Department: 350 Pee Dee Avenue, Suite 101, Albemarle, NC 28001; e-mail: medicalrecordsrequest@monarchnc.org (please note that unencrypted e-mail may not be secure); fax: (844) 892-3419; or drop them off at any Monarch location.

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Ind Ther Telehealth GT 90837** | Program: | **OP** |
| Date/Time: | **5/20/2021 10:00 AM to 11:00 AM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PIE SERVICE NOTE

**Date of Birth:**

**Credible Patient ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Type of Contact:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Adress 1:**
**City:**
**State:**
**Zip:**
**Phone:**
**The patient has given verbal consent for treatment by telehealth/telephone:** Yes
**Privacy:** I have verified that the patient is alone
**Place of Service:** Home

**EBP Utilized:** Solution Focused Therapy

**Purpose**
***(Please check box to add notes - This field is mandatory):*** .
To allow PWS to emotionally vent her feelings connected to employment/disability related issues; To also have some discussion around upcoming OPT change as she has requested a new OPT because of this OPT preparing to leave Monarch; To educate PWS about PTSD and varying expressions and presentations.

**Intervention *(Please check box to add notes):*** .
This OPT validated PWS' feelings regarding her current situation with employer and having to phase into long term disability giveh her medical and mental health complications. This OPT also inquired as to what she would like shared with her "insurance adjuster" during follow up phone call (PWS signed a release form granting this OPT permission to communicate with this individual about her treatment as well). This OPT praised PWS for actively working through these challenges to reduce her stress level to date. This OPT processed/explored next treatment steps and talked of potential therapist she may begin to work with following this OPT's departure. This OPT also educated PWS on the various trauma expressions and unique experiences per each person who is diagnosed with a trauma related disorder as well.

**Effectiveness *(Please check box to add notes):*** .
PWS managed to use this session to effectively express her feelings related to work stress while trying to acquire her LT disability benefits while on temporary leave. PWS sent over the necessary release and exchange of information forms allowing Monarch to share treatment information to further justify her need for LT disability. PWS voiced her appreciation to this OPT for helping with this matter. PWS voiced being okay with next possible OPT to be assigned

to her as well. PWS also asked about trauma and the varying degrees and ways it is presented across those who experience it to help her broaden her view of how it impacts individuals in different ways. PWS thanked this OPT for all of his help and wished him luck moving forward in his new therapy position before ending.

**Was Individual admitted to Hospital, reported an ER visit, or released from Incarceration since date of last service?:** No

**EXISTING PLAN INFORMATION**

Employee Signature

Eric Kelly, LCSW

5/20/2021 2:09 PM
Eric Kelly - Behavioral Health Therapist V
LCSW

Approved by 42214 on 5/23/2021

Lincoln Financial Group®

Date: May 17, 2021

Subject: Behavioral Health Memorandum

*Claim#: 10839139*

*Claimant: Kim Naugle*

*Clinical Assessment:*

Claim has been reviewed including; clinical reviews on 01/28/21 and 04/23/21, along with all updated medical records. Please see prior clinical reviews for additional information. R&L's supported from 12/24/21 through 03/22/21.

Updated medical records include; OVN's {04/01/21, 04/15/21, and 05/06/21} from Eric Kelly, LCSW {Therapist}. Summary of records indicates clmnt being seen once every 2-3 weeks for therapy, records note clmnt working on standard outpatient coping skills and interventions. Clmnt notes issues with treatment providers and releasing records to LFG on 05/06/21. Reports periods of spiked anxiety where she takes "as needed" medication for anxiety and notes at times some difficulty sleeping. However, records provide no exam findings or indication of severity of psychiatric symptoms/significant impairment in functioning, or escalation in care. Clmnt has not RTW, there is no reported RTW plan indicated in s1 note report by CS, and CS notes clmnt unable to get records to LFG for review. There are no updated medical records from Ronald Prucha, MD {FM} or any psychiatrist on file. CS request AP to AP contact.

Based on the medical records provided and prior clinical reviews on 01/28/21 and 04/23/21, information provided is insufficient to determine R&L's beyond 03/22/21. Clmnt has been seen every 2-3 weeks for therapy by Mr. Kelly, where records provided do not indicate evidence of significant impairing psychiatric symptoms, impairment in functioning, or escalation in treatment. However, CS has noted lack of ability to obtain records from providers and is requesting and AP to AP contact along with no RTW or ERTW plan. As such, BHC will refer claim to ICP for review and AP to AP contact to review for R&L's beyond 03/22/21. BHC to complete ICP review. CS updated.

Rachael R, MSW, LICSW

Behavioral Health Consultant, Lincoln Financial Group

MONARCH

350 Pee Dee Ave.
Suite 101
Albemarle, NC
28001

**Client Name**: Kim Naugle

**Employee Name**: Eric Kelly , LCSW

**Date / Time**: 05/06/2021 09:00 AM to 10:00 AM

**DOB / Axis I**: / 296.32

## PHQ-9 ADULT

**1. Little interest or pleasure in doing things:** 2

**2. Feeling down, depressed, or hopeless:** 2

**3. Trouble falling asleep or staying asleep, or sleeping too much:** 3

**4. Feeling tired or having little energy:** 3

**5. Poor appetite or overeating:** 1

**6. Feeling bad about yourself or that you are a failure or have let yourself or your family down.:** 3

**7. Trouble concentrating on things, such as reading the newspaper or watching television:** 1

**8. Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual.:**

0

**9. Thoughts that you would be better off dead or of hurting yourself.:** 0

**10. If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people?:**

Very difficult

**Score:** 15

**Today's Date:** 5/6/2021

MONARCH
350 Pee Dee Ave.
Suite 101
Albemarle, NC
28001

**Client Name**: Kim Naugle
**Employee Name**: Eric Kelly , LCSW
**Date / Time**: 05/06/2021 09:00 AM to 10:00 AM
**DOB** / **Axis I**: / 296.32

## PIE Service Note

**Credible Patient ID:**

**894744**

**Type of Contact:** Telehealth / Video
**Patient's Location:** Home or other location (not a Monarch facility)
**Adress 1:**
**City:**
**State:**
**Zip:**
**Phone:**
**The patient has given verbal consent for treatment by telehealth/telephone:** Yes
**Privacy:** I have verified that the patient is alone
**Place of Service:** Home
**EBP Utilized:** Solution Focused Therapy
**Purpose**
***(Please check box to add notes - This field is mandatory)*:** .

To engage PWS in f/u PHQ9 inventory (Scores in the moderate to severe range for depression); To assist with coordination of PWS to finance department to correct billing for services issues; To announce departure from Monarch as of 5/28/21.

**Intervention *(Please check box to add notes)*:** .

This OPT engaged PWS in PHQ9 while also using it as an intervention tool to assess and provide insight and solutions to some of her increased symptoms this session. This OPT also reached out to his immediate supervisor via "Teams" to inquire about who to contact for billing/financial questions regarding claims for OPT. Lastly, this OPT also announced to PWS that he was leaving the agency the end of this month to which she took fairly well. This OPT explained that he would assist with making the re-assignment as smooth as possible as well.

**Effectiveness *(Please check box to add notes)*:** .

PWS presents as rather stressed with home responsibilities and the long administrative wait times via Monarch's staff for a medical records request. PWS continues to vent her feelings during the sessions held and expressed appreciation to this OPT for assisting with some of her administrative questions as well. She also took this OPT's announcement of leaving the agency fairly well and wished him well as he departs by the end of this month. PWS spoke of having to use her anti-anxiety medication as needed given spike in her anxiety recently and also has sleeping difficulties to date. PWS looks forward to meeting with this OPT at least one more time later this month.

**Was Individual admitted to Hospital, reported an ER visit, or released from Incarceration since date of last service?:**

No

**From:**K. Naugle <
**Sent:**Wed, 12 May 2021 16:06:35 -0500
**To:**DisabilityDocuments
**Subject:**5/12/2021 - Med Records for Claim 10839136
**Attachments:**Monarch Assessment 5-6-2021.pdf, Monarch Visit 5-6-2021.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Thank You!

Kim Naugle

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Lincoln Life Assurance , the authorized requestor. C00386 MONARCH BEHAVIORAL HEALTH - N... contracts with ScanSTAT Technologies or one of its' affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations including the Health Insurance Portability and Accountability Act (HIPAA).**

**ScanSTAT and its affiliates provide service only at the discretion and instruction of C00386 MONARCH BEHAVIORAL HEALTH - NC R 018. All authorized requests must be made directly to C00386 MONARCH BEHAVIORAL HEALTH - NC R 018.**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

ATTN: LINCOLN FINANCIAL
LINCOLN LIFE ASSURANCE
PO BOX 2578

OMAHA, NE 68172

0B118F3AA9A24C1F9011

ScanSTAT TECHNOLOGIES
P.O. Box 791522
Baltimore, MD 21279-1522
(770) 569-2445

Billing Date: **5/7/2021**
Due Date: **6/6/2021**
Amount Due: **$27.65**
Invoice #: **0B118F3AA9A24C1F9011**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| LINCOLN LIFE ASSURANCE<br>PO BOX 2578<br>OMAHA, NE 68172 | NAME: KIM NAUGLE<br>MRN: 894744<br>REQUEST ID: | LINCOLN LIFE ASSURANCE<br>PO BOX 2578<br>OMAHA, NE 68172 |

**MEDICAL RECORD SOURCE**

Records were ordered from: C00386 Monarch Behavioral Health - Nc R 018
350 PEE DEE AVENUE, SUITE 101
ALBEMARTE, NC 28001

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Release Basic Fees | $10.00 | $10.00 |
| 14 | Duplication Fee 1-14 | | $0.00 |
| 11 | Duplication Fee 15-25 | $0.75 | $8.25 |
| 13 | Duplication Fee 26-100 | $0.50 | $6.50 |
| | Subtotal | | $24.75 |
| | Shipping | | $2.90 |
| | **AMOUNT DUE** | | **$27.65** |

## IMPORTANT NOTICE:

In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days. Otherwise, it is our policy to defer to a collection agency.

**MESSAGES**

These records were processed by a ScanSTAT professional. All of our professionals work hard to process your records quickly, securely and accurately. On behalf of all our employees, affiliates and their families, thanks for paying promptly.

---------- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS ----------

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

**INSTRUCTIONS**

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

**For questions regarding your account or invoice**
(770) 569-2445
Email - cust-service@ScanSTAT.com

**Federal Tax ID#: 27-0786975**

LINCOLN LIFE ASSURANCE
PO BOX 2578
OMAHA, NE 68172

**We accept credit card payments by phone or online by visiting www.scanstat.com**

VISA DISCOVER

Billing Date: **5/7/2021**
Due Date: **6/6/2021**
Amount Due: **$27.65**
Invoice #: **0B118F3AA9A24C1F9011**

**ScanSTAT Technologies**
P.O. Box 791522
Baltimore, MD 21279-1522

**(MUST SUBMIT BARCODE BELOW WITH PAYMENT)**

0B118F3AA9A24C1F9011

# AUTHORIZATION TO RELEASE MEDICAL RECORDS

| | |
|---|---|
| Patient Name: Kim R. Naugle | Date of Birth: |
| Address: | Last 4 of SSN: |
| City, State, Zip: | Phone: ( |
| E-mail: | |

| RELEASE FROM (check all that apply): | RELEASE TO: |
|---|---|
| ■ Monarch (all locations, *except* those listed below) | Name of Individual: Robert Chase |
| ☐ DWI Program or MAT Program | Name of Organization: Lincoln Financial |
| ☐ Tanglewood Arbor | Street Address or P.O. Box: PO Box 2578 |
| | City, State, Zip: Omaha, NE 68172-9688 |
| | Fax: (603) 334-5219 |
| | E-mail: |

**REASON FOR RELEASE** (check all that apply):

| | | |
|---|---|---|
| ☐ Personal | ☐ Legal | ☐ Continued Patient Care |
| ■ Insurance | ☐ Personal Injury/Social Security | ☐ Workers' Compensation |
| ☐ Other (specify): | | |

**DATES OF RECORDS TO RELEASE** (check one):

■ All Dates ☐ From ___/___/____ to ___/___/____

**WHAT TO RELEASE** (check all that apply):

| | | |
|---|---|---|
| ■ All Records (not including psychotherapy notes) | ☐ Comprehensive Clinical Assessments | ☐ Dates/Times/Locations of Treatment |
| ☐ Discharge Summaries | ☐ Medication Reports | ☐ Service Notes |
| ☐ Other (specify): | | |

**DELIVERY METHOD** (check all that apply; charges may apply):

| | | |
|---|---|---|
| ☐ U.S. Mail | ☐ Encrypted E-mail (this may require setting up an account) | ■ Fax (603) 334-5219 |
| ☐ Other (specify): | | |

**I understand that:**

- I can cancel this authorization at any time. I must cancel in writing and send or deliver the cancellation to Monarch. Any cancellation will apply only to information not yet released by Monarch.
- This is a full release, including information related to behavioral/mental health, drug and alcohol abuse treatment (in compliance with 42 CFR Part 2), genetic information, HIV/AIDS, and other sexually transmitted diseases.
- Once my health information is released, the recipient may disclose or share my information with others and my information may no longer be protected by federal and state privacy protections.
- Monarch may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization.
- A fee may be charged for providing the protected health information.
- I have a right to receive a copy of this form, upon request.

This permission expires one year after the date of my signature, unless another date or event is written here: ____________

| If you are requesting your own records: | If you are requesting records on behalf of another person: |
|---|---|
| Signature: Kim R. Naugle | Signature: |
| Print Name: Kim R. Naugle | Print Name: |
| Date: 4/21/2021 | Date: |
| | Relationship to Patient (written proof may be required): ☐ Parent/Guardian ☐ Executor/Administrator ☐ Healthcare Agent ☐ Other (specify): |

Please return completed forms to Monarch's Medical Records Department: 350 Pee Dee Avenue, Suite 101, Albemarle, NC 28001; e-mail: medicalrecordsrequest@monarchnc.org (please note that unencrypted e-mail may not be secure); fax: (844) 592-3419; or drop them off at any Monarch location.

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Ind Ther Telehealth GT 90837** | Program: | **OP** |
| Date/Time: | **5/6/2021 9:00 AM to 10:00 AM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PIE SERVICE NOTE

**Date of Birth:**

**Credible Patient ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Type of Contact:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Adress 1:**
**City:**
**State:**
**Zip:**
**Phone:**

**The patient has given verbal consent for treatment by telehealth/telephone:** Yes

**Privacy:** I have verified that the patient is alone

**Place of Service:** Home

**EBP Utilized:** Solution Focused Therapy

**Purpose**
***(Please check box to add notes - This field is mandatory)***: .
To engage PWS in f/u PHQ9 inventory (Scores in the moderate to severe range for depression); To assist with coordination of PWS to finance department to correct billing for services issues; To announce departure from Monarch as of 5/28/21.

**Intervention *(Please check box to add notes)***: .
This OPT engaged PWS in PHQ9 while also using it as an intervention tool to assess and provide insight and solutions to some of her increased symptoms this session. This OPT also reached out to his immediate supervisor via "Teams" to inquire about who to contact for billing/financial questions regarding claims for OPT. Lastly, this OPT also announced to PWS that he was leaving the agency the end of this month to which she took fairly well. This OPT explained that he would assist with making the re-assignment as smooth as possible as well.

**Effectiveness *(Please check box to add notes)***: .
PWS presents as rather stressed with home responsibilities and the long administrative wait times via Monarch's staff for a medical records request. PWS continues to vent her feelings during the sessions held and expressed appreciation to this OPT for assisting with some of her administrative questions as well. She also took this OPT's announcement of leaving the agency fairly well and wished him well as he departs by the end of this month. PWS spoke of having to use her anti-anxiety medication as needed given spike in her anxiety recently and also has sleeping difficulties to date. PWS looks forward to meeting with this OPT at least one more time later this month.

**Was individual admitted to Hospital, reported an ER visit, or released from incarceration since date of last service?:** No

**EXISTING PLAN INFORMATION**

**Employee Signature**

Eric Kelly, LCSW

5/6/2021 11:02 AM
Eric Kelly - Behavioral Health Therapist V
LCSW

**Approved by 42214 on 5/6/2021**

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Ind Ther Telehealth GT 90834** | Program: | **OP** |
| Date/Time: | **4/15/2021 9:00 AM to 9:45 AM** | Duration (Mins): | **45** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PIE SERVICE NOTE

**Date of Birth:**

**Credible Patient ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Type of Contact:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Adress 1:**
**City:**
**State:**
**Zip:**
**Phone:**
**The patient has given verbal consent for treatment by telehealth/telephone:** Yes
**Privacy:** I have verified that the patient is alone
**Place of Service:** Home

**EBP Utilized:** Solution Focused Therapy

**Purpose**
***(Please check box to add notes - This field is mandatory)*:** .
To engage PWS in more Solution Focused based conversation related to her preferred future and identifying her resources that have gotten her through things; To supportively listen as PWS voluntarily shared family history connected to mom.

**Intervention *(Please check box to add notes)*:** .
This OPT utilized enticipatory guidance with PWS to encourage a reduction in bothersome thoughts/feelings related to anxiety while using "miracle questions" to allow her to focus on hopeful possibilities as she reported waking up in a very good mood this morning. This OPT challenged PWS to look at exception periods to the problems happening and to identify what was, is, and could be different and how she might be able to elicit some early changes beginning today. This OPT acknowledged her positive changes, efforts, strengths, and skills (All of her personal resources) that are continually contributing to PWS's most desired outcome of her getting back to "taking care of business."

**Effectiveness *(Please check box to add notes)*:** .
PWS is making a greater effort to manage the presenting problems to also include the unresolved issues with her mother as evidenced by showing an improved ability and desire to change by imagining what her "best hopes/preferred future" would look like as she continues to explore and apply solutions to reduce the intensity of problems. PWS also appears to be paying closer attention to the signs/clues that are making the problems feel less intense, such as when her husband notices and acknowledges her improvements. PWS also managed to identify

some new solutions, such as tackling things she had put off as opposed to avoiding them, to get her closer to feeling like she was "taking care of business" again.

**Was Individual admitted to Hospital, reported an ER visit, or released from Incarceration since date of last service?:** No

## EXISTING PLAN INFORMATION

Employee Signature

Eric Kelly, LCSW

4/15/2021 10:53 AM
Eric Kelly - Behavioral Health Therapist V
LCSW

Approved by 42214 on 4/19/2021

**Monarch**
130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Ind Ther Telehealth GT 90837** | Program: | **OP** |
| Date/Time: | **4/1/2021 10:00 AM to 11:00 AM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PIE SERVICE NOTE

**Date of Birth:**

**Credible Patient ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Type of Contact:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Adress 1:**
**City:**
**State:**
**Zip:**
**Phone:**
**The patient has given verbal consent for treatment by telehealth/telephone:** Yes
**Privacy:** I have verified that the patient is alone
**Place of Service:** Home

**EBP Utilized:** Solution Focused Therapy

**Purpose**
***(Please check box to add notes - This field is mandatory)*:** .
To assist PWS by collaboratively deriving at solutions to get closer to her desired outcome of wanting to resume the feeling of "taking care of business."

**Intervention *(Please check box to add notes)*:** .
OPT utilized anticipatory guidance with PWS to encourage a reduction in bothersome thoughts/feelings related to feeling unmotivated and overwhelmed. OPT challenged PWS to look at exception periods to the problem happening and to identify what was and could be different and how she might be able to elicit some early changes. OPT acknowledged her positive changes, efforts, strengths, and skills that have previously contributed to PWS's most desired outcome as well.

**Effectiveness *(Please check box to add notes)*:** .
PWS is making a greater effort to manage her feelings as evidenced by showing an improved ability and desire to change them by imagining what her "best hopes/preferred future" could look like as she continues to explore and apply solutions towards reducing the problems. PWS was asked to pay closer attention to signs and clues that are making the problem feel less intense/bothersome as she starts taking steps towards getting things done in her life. PWS also managed to identify new solutions, such as sitting at her desk to begin sifting through bills that are past due, to better manage her stress level while reducing overwhelming feelings.

**Was Individual admitted to Hospital, reported an ER visit, or released from Incarceration since date of last service?:** No

**EXISTING PLAN INFORMATION**

Employee Signature

Eric Kelly, LCSW

4/1/2021 11:18 AM
Eric Kelly - Behavioral Health Therapist V
LCSW

**Approved by 40015 on 4/4/2021**

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Ind Ther Telehealth GT 90837** | Program: | **OP** |
| Date/Time: | **3/1/2021 9:00 AM to 10:00 AM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PIE SERVICE NOTE

**Date of Birth:**

**Credible Patient ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Type of Contact:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Adress 1:**
**City:**
**Zip:**
**Phone:**
**The patient has given verbal consent for treatment by telehealth/telephone:** Yes
**Privacy:** I have verified that the patient is alone
**Place of Service:** Home

**EBP Utilized:** Solution Focused Therapy

**Purpose**
***(Please check box to add notes - This field is mandatory):*** .
To engage PWS in developing/completing the initial treatment plan; To provide new grounding exercises to help PWS cope better with her anxiety/panic symptoms.

**Intervention *(Please check box to add notes):*** .
This OPT collaborated with PWS on developing/creating new short- and long-range goals. This OPT reviewed the initial plan contents following completion to ensure PWS agreed with her initial treatment goals. This OPT also educated PWS on the benefits to practicing grounding exercises to minimize anxiety/panic symptoms.

**Effectiveness *(Please check box to add notes):*** .
PWS assisted with the development of her treatment goals this session. PWS provided "verbal consent" due to Covid-19. The next 90- day review is scheduled for 06/1/21 and the annual review will be held on or before 02/28/22. PWS also appeared interested in receiving grounding exercises reviewed this session and agreed to begin practicing those she finds most helpful to her.

**Was Individual admitted to Hospital, reported an ER visit, or released from incarceration since date of last service?:** No

## EXISTING PLAN INFORMATION

Employee Signature

Eric Kelly, LCSW

3/1/2021 10:37 AM
Eric Kelly - Behavioral Health Therapist V
LCSW

Approved by 40015 on 3/1/2021

Monarch

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | **58** | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Tx Plan NB** | Program: | **OP** |
| Date/Time: | **3/1/2021 9:00 AM to 10:00 AM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## TREATMENT PLAN

**Master Plan Start/End Dates**

**Description:**
3/1/21-2/28/22

**Start Date:**
3/1/2021

**End Date:**
2/28/2022

---

**Long Range Outcome**

1.

**Description:**
"How to manage multiple life stressors. I would like to know why I'm having anxiety/PTSD/depression and to learn tools to

**How would you rate your progress in achieving this outcome? (0 = no progress; 10 = fully achieved):**
Kim reports a current score of "2" as it relates to her long range outcome.

---

**WHAT (Short-Range Goal)**

1a.

**Description:**
Close-to-daily actions/steps to help me better cope with anxiety and to better manage life stressors:<ul><li>To eventually run current company with husband. </li><li>To distance self from family members who create drama for me (To improve relationships with some family members).</li><li>To obtain a more fulfilling job (Acting, outdoors, and gardening are big interests).</li><li>Used to "act" (Resume acting?--Used to be in theater). </li><li>To get through several unfinished tasks (Taxes, medical bills, home repairs, yardwork, "end of life" documents, centralize monies with husband, etc.) to help me get back to doing more exciting things. </li><li>To be "happy, healthy, and have enough income to survive" (To not always be "right," but to do the right things and be happy). </li><li>To listen better as opposed to "overtalking" others in my life. </li><li>To build better tolerance for things that annoy me.</li><li>To use grounding techniques to help with anxiety/panic symptoms as well. </li></ul>

**Documentation:**

**Who Is Responsible?:**
Kim Naugle (PWS) and Monarch therapist.

**Service, Frequency, and Intervention:**
Individual OPT up to once per week.

**Target Date (Not to exceed 12 months):**
3/1/2021

**Date Goal was reviewed (Enter the date progress towards the goal was reviewed.):**
N/A. New goal.

**Status Codes (Based on progress review, enter the status code.):**
New

**Progress toward goal and justification for continuation or discontinuation of goal:**
New goal remains in place. Next review period (in 90 days) will determine the status change of this goal.

---

## OTHER PLAN DETAILS

**Tx Plan Start Date:** 03/01/2021

**Tx Plan End Date:** 02/28/2022

### I. PERSON RECEIVING SERVICES

---

**I confirm and agree with my involvement in the development of this Treatment Plan. My signature means that I agree with the services/supports to be provided.:** CONFIRMED

**I understand that I have the choice of service providers and may change service providers at any time, by contacting the person responsible for this Treatment Plan.:** **CONFIRMED**

**Legally Responsible Person: Self:** Yes

**Medical necessity for services requested is present and constitutes the service order:** Yes

| Employee Signature | Client Signature |
| --- | --- |
| Eric Kelly, LCSW | |
| 3/1/2021 10:27 AM<br>Eric Kelly - Behavioral Health Therapist V<br>LCSW | 3/1/2021 10:28 AM<br>Verbal consent due to Covid-19. |

Approved by 39742 on 3/1/2021

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | Kim Naugle | Employee Name: | Maimouna Diop , NP |
| DOB/Age: | 58 | Insurance ID: | 914229840 |
| Service/Modifier/CPT: | RISKASMT NB | Program: | MEDMGMT |
| Date/Time: | 11/24/2020 1:30 PM to 2:30 PM | Duration (Mins): | 60 |
| Recipient: | ClientOnly | Location: | BH-WakeJud(OF) |
| Medicaid Number: | | | |
| Record Number | 894744 | External ID (ECHO) | |

Employee Signature

Maimouna Diop
DNP-PMHNP-BC

11/29/2020 8:28 PM
Maimouna Diop - Nurse Practioner
NP

Approved by 41906 on 11/29/2020

Monarch

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | Kim Naugle | Employee Name: | Maimouna Diop , NP |
| DOB/Age: | 58 | Insurance ID: | 914229840 |
| Service/Modifier/CPT: | RISKASMT NB | Program: | MEDMGMT |
| Date/Time: | 11/24/2020 1:30 PM to 2:30 PM | Duration (Mins): | 60 |
| Recipient: | ClientOnly | Location: | BH-WakeJud(OF) |
| Medicaid Number: | | | |
| Record Number | 894744 | External ID (ECHO) | |

Employee Signature

Maimouna Diop
DNP-PMHNP-BC

11/29/2020 8:28 PM
Maimouna Diop - Nurse Practioner
NP

Approved by 41906 on 11/29/2020

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Maimouna Diop , NP** |
| DOB/Age: | **58** | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **EM Est Telehealth GT 99214** | Program: | **MEDMGMT** |
| Date/Time: | **11/24/2020 1:30 PM to 2:30 PM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PSYCH E/M ESTABLISHED

**Date of Birth:**

**Credible Client ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Age:**
**57**

**Identified Gender:**
**Female**

**Diagnosis:**
**Effective Date:** 11/3/2020
**Last Updated:** 11/3/2020
1(300.02 / F41.1) GENERALIZED ANXIETY DISORDER
2(296.32 / F33.1) Major depressive disorder, Recurrent episode, Moderate
3(309.81 / F43.10) POSTTRAUMATIC STRESS DISORDER
**WHODAS 2.0 General Disability**

**Contact Type:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Address 1:** on file

**Phone Number If Disconnected:** on file

**The patient has given verbal consent for treatment by telehealth/telephone:** Yes

**Privacy:** The patient is not alone but has identified anyone in the room with him/her and verified that they consent to having their telephone appointment in the presence of others. I have noted any individuals reported to me in the section below.

**Sources of Information Contained in this Assessment (check all that apply):**

**Patient:** .

**Parent or Guardian:** .

**Spouse/ Friend/ Family Member:** .
Ronald

**Other Treating Provider:** .
Sirrell Butler, LCSW

**Identifying Data:** Kim Naugle is a 57 yo white woman presenting to establish care. Prior diagnoses: anxiety, depression and PTSD

**Chief Complaint / Presenting Problem:**

***(in patient's own words, use quotations)*** : anxious and having panic attacks

**History of the Present Illness:**

***1-3 Elements = Brief***
***4+ elements = Extended***
***Elements: location, quality, severity, duration, timing, content, modifying factors, associated signs/symptoms***

.
Kim has had difficulties with anxiety, depression, and PTSD.
She reports her symptoms started after she underwent an emergency open heart surgery.
She says she has been treated with psychotherapy and trialed Xanax (adequate response). She says she has been on Lexapro 10 mg for 10 years; " attempted to stop Lexapro but had bad discontinuation symptoms."

Today, she endorses anxiety AEB by waking up with severe anxiety attacks, difficulty unwinding, and relaxing. She states she is "failing her responsibility and failing her spouse's business."
She complains of palpitations, sweating, trembling, and chest pain.
She reports sleep disturbances, crying spells, feeling down, guilt feelings, "I can't perform the way I used to do, and I can't deal with the negativity." She is terrified about abandoning her husband and spouse. She feels like she is in a revolving circling.
Stressors: morbid obesity, thyroid problem, and perimenopausal, menopause, Stressors: high-stress job and family
She denies SI, HI, and AVH.

**Past, Family, Social History**

**No change from previous visit:** Confirmed

**Medical History / Medication Reconciliation:**

**Medications:**
**Medication:**escitalopram 10 mg tablet
**Start Date:**11/9/2020
**Sig:**Take 1 Tablet By Oral Route 1 time per day

**Medication:**hydralazine 25 mg tablet
**Start Date:**11/9/2020
**Sig:**Take 2 Tablet By Oral Route 2 times per day with food

**Medication:**Synthroid 137 mcg tablet
**Start Date:**11/9/2020
**Dosage:**
**Frequency:**

**Medication:**metoprolol tartrate 100 mg tablet
**Start Date:**11/9/2020
**Dosage:**
**Frequency:**

**Medication:**benazepril 20 mg-hydrochlorothiazide 12.5 mg tablet
**Start Date:**11/9/2020
**Dosage:**
**Frequency:**

**Medication:**aspirin 81 mg chewable tablet
**Start Date:**11/9/2020
**Dosage:**
**Frequency:**

**Medication:**ireds multivitamin
**Start Date:**11/9/2020
**Dosage:**
**Frequency:**

**Medication:**turmeric 400 mg capsule
**Start Date:**11/9/2020
**Dosage:**
**Frequency:**

**Medication:**Collagen Plus Vitamin C 125 mg-740 mg capsule
**Start Date:**11/9/2020
**Dosage:**
**Frequency:**

**Medication:**MSM
**Start Date:**11/9/2020
**Dosage:**
**Frequency:**

**Medication:**bendadryl
**Start Date:**11/9/2020
**Dosage:**
**Frequency:**

**Patient medication list was reconciled. I attest that it accurately lists all prescribed medications, OTC medications, herbal medications and supplements the patient is currently taking.:** Yes

**The patient's medication list was provided to the patient, who was encouraged to share it with their other providers.:** Yes

**Medical History:**
**Date Created:**11/9/2020**Created By:**Barbara Bailey
**Vision:**Normal with correction
**Hearing:**Normal without correction
**Mobility:**Walks independently
**Other Specified:**Thyroid issues

**Medical Conditions:**High Blood Pressure, High Cholesterol, Heart Attack, Congestive Heart Failure, Acid Reflux, Obesity, Pain

**Allergies:**
**Allergy:** Cephalosporins **Reaction:** rash **Severity:**

**Medical Review of Systems:**

**1. Constitutional:** pos

**2. Eyes:** neg

**3. Ears/Nose/Mouth/Throat:** neg

**4. Cardiovascular:** pos
Chest discomfort and heart condition

**5. Respiratory:** neg

**6. Gastrointestinal:** neg

**7. Genitourinary:** neg

**8. Muscular:** neg

**9. Skin:** neg

**10. Neurological:** neg

**11. Endocrine:** pos
Thyroid

**12. Hematologic / Lymphatic:** neg

**13. Allergies / Immune:** neg

**Psychiatric Examination:**

**Vitals:**
**Height:**5 ft 10in**Weight:**350lbs**BMI:**50.21

**Pain Location:**knee**Pain (None/Chronic/Acute):**chronic**Pain Level (0-10):**6

**Musculoskeletal:**

**Muscle strength and tone (e.g. flaccid, cogwheel, spastic; note any atrophy or abnormal movements):** Within Normal Limits

**Examination of gait and station:** Within Normal Limits

**Mental Status Exam**

**Appearance:** Appropriate
**Hygiene:** Good
**Cooperative:** Yes
**Psychomotor:** Within Normal Limits
**Speech/Language:** Within normal limits
**Mood:** In the individual's own words:
depressed
**Affect:** Full range, Restricted, Sad, Tearful
**Thought Process:** Linear and logical
**Thought Content:** Unremarkable
**Perceptual Disturbances:** Unremarkable
**Suicidal Ideation/Plan/Intent:** None
**Homicidal Ideation/Plan/Intent:** None
**Cognition:** Intact
**Insight:** Good
**Judgement:** Good
**Orientation:** Person, Place, Time
**Mental Status Exam Notes:** .

**Medical Decision Making**

**Depression Screening**

**Patient's age group:** Adult (18+ years old)
**Most Recent PHQ9/9A Score:**
**16**
**Most Recent PHQ9/9A Date:**
**11/3/2020**
**A PHQ9 was performed for today's visit:** Yes - Positive Result (Score >= 5)

**Case Formulation** ***(Indicate whether problems are new/existing and stable/improving/worsening; comment on whether comorbidities/complications/side effects are stable/requiring independent management; check box to add notes):*** **:** .
A 57 year old married white female presenting for the management of previous conditions consistent with GAD, MDD and PTSD reports worsening of anxiety and depressive symptoms since she underwent an opened heart surgery. There appears that this patient is undecided about her plan of care. It seems that she needs to consult with her cardiologist prior to starting a new med.
It seems that she is pushing for short acting benzos.

Based on the severity of symptoms,
Discussed increasing Lexapro to 15 mg daily

**Based on results of risk assessment tools, combined with analysis of risk and protective factors, this individual is at:**
**risk for suicide:** Low
**risk for violence/homicide.:** Low

**Diagnosis: :**
**Effective Date:** 11/3/2020
**Last Updated:** 11/3/2020
1(300.02 / F41.1) GENERALIZED ANXIETY DISORDER
2(296.32 / F33.1) Major depressive disorder, Recurrent episode, Moderate
3(309.81 / F43.10) POSTTRAUMATIC STRESS DISORDER
**WHODAS 2.0 General Disability**

**Plan:**

**Medication:** .

Discussed increasing Lexapro to 15 mg daily. No med refill, patient has a 90-day supply

**Follow-Up:** .
4 weeks

**The following safety measures were implemented (check all that apply):** Emergency services were reviewed, including 911 and National Suicide Prevention Lifeline

**Psychotherapy was provided during this session:** No

**Does this visit involve Interactive Complexity? *(Only answer yes if psychotherapy was provided)*:** No
**Interactive Complexity *(Check all that apply)***

**Have you used tobacco in the last 30 days?:** No
**Tobacco smoking status:** Never Smoker

**Smoking cessation intervention was completed *(complete smoking cessation intervention form)* :** No

## RISK ASSESSMENT

### Initial Asmt, Adult

**Complete Risk Assessment?:** Yes

**Columbia-Suicide Severity Rating Scale, Adult Screening Version (Recent History)**

**During the past 30 days have you wished you were dead or wished you could go to sleep and not wake up?**

***Individual endorses thoughts about a wish to be dead or not alive anymore, or a wish to fall asleep and not wake up.***

Item 1, **Wish to be Dead:** No, which does not indicate risk.

**During the past 30 days, have you actually had any thoughts of killing yourself?**

***General non-specific thoughts of wanting to end one's life/die by suicide, i.e., 'I've thought about killing myself', without general thoughts of ways to kill oneself/associated methods, intent, or plan.***

Item 2, **Suicidal Thoughts:** No, which does not indicate risk.

**During the past 30 days, have you been thinking about how you might do this?**

***Person endorses thoughts of suicide and has thought of a least one method during the assessment period. This is different than a specific plan with time, place or method details worked out. 'I thought about taking an overdose but I never made a specific plan as to when where or how I would actually do it... and I would never go through with it.'***

Item 3, **Suicidal Thoughts with Method, without Specific Plan or Intent to Act:** Client answered 'No' to item 2. Item 3 is not applicable.

**During the past 30 days, have you had these thoughts and had some intention of acting on them?**

***Active suicidal thoughts of killing oneself and patient reports having some intent to act on such thoughts, as opposed to 'I have the thoughts but I definitely will not do anything about them.'***

Item 4, **Suicidal Intent without Specific Plan:** Client answered 'No' to item 2. Item 4 is not applicable.

**During the past 30 days, have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?**

***Thoughts of killing oneself with details of plan fully or partially worked out and person has some intent to carry it out.***

**Item 5, Suicidal Intent with Specific Plan:** Client answered 'No' to item 2. Item 5 is not applicable.

**Have you ever done anything, started to do anything, or prepared to do anything to end your life?**

***Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc.***

**Item 6A, Suicidal Behavior:** No, which does not indicate risk.

**During the past 90 days, have you done anything, started to do anything, or prepared to do anything to end your life?**

***Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc.***

**Item 6B, Suicidal Behavior (Continued):** Client answered 'No' to item 6A. Item 6B is not applicable.

**Risk Level:** Low Risk

**Risk Assessment completion date:** 11/18/2020

**Violence / Homicidal Assessment:** I have performed a clinical assessment and the client denies thoughts of homicide and violence. Further homicide and violence risk assessment will not be performed at this time.

**Risk Factors *(check all that apply)***

**Current and Past Psychiatric Dx:** Mood Disorder, PTSD

**Presenting Symptoms:** Anxiety and/or panic, Insomnia

**Precipitants / Stressors:** Social isolation

**Protective Factors *(check all that apply)***

**Internal:** Ability to cope with stress, Frustration tolerance

**External:** Supportive social network of family or friends, Positive therapeutic relationships

## Since Last Contact, Adult

**Complete Risk Assessment?:** Yes

**Columbia-Suicide Severity Rating Scale, Adult Screening Version (Since Last Contact)**

**Since the last contact, have you wished you were dead or wished you could go to sleep and not wake up?**

***Individual endorses thoughts about a wish to be dead or not alive anymore, or a wish to fall asleep and not wake up.***

**Item 1, Wish to be Dead:** No, which does not indicate risk.

**Since the last contact, have you actually had any thoughts of killing yourself?**

***General non-specific thoughts of wanting to end one's life/die by suicide, i.e., 'I've thought about killing myself', without general thoughts of ways to kill oneself/associated methods, intent, or plan.***

**Item 2, Suicidal Thoughts:** No, which does not indicate risk.

**Since the last contact, have you been thinking about how you might do this?**

***Person endorses thoughts of suicide and has thought of a least one method during the assessment period. This is different than a specific plan with time, place or method details worked out. 'I thought about taking an overdose but I never made a specific plan as to when where or how I would actually do it... and I would never go through with it.'***

**Item 3, Suicidal Thoughts with Method, without Specific Plan or Intent to Act:** Client answered 'No' to item 2. Item 3 is not applicable.

**Since the last contact, have you had these thoughts and had some intention of acting on them?**

***Active suicidal thoughts of killing oneself and patient reports having some intent to act on such thoughts, as opposed to 'I have the thoughts but I definitely will not do anything about them.'***

**Item 4, Suicidal Intent without Specific Plan:** Client answered 'No' to item 2. Item 4 is not applicable.

**Since the last contact, have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?**

***Thoughts of killing oneself with details of plan fully or partially worked out and person has some intent to carry it out.***

**Item 5, Suicidal Intent with Specific Plan:** Client answered 'No' to item 2. Item 5 is not applicable.

**Since the last contact, have you done anything, started to do anything, or prepared to do anything to end your life?**

***Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc.***

**Item 6, Suicidal Behavior:** No, which does not indicate heightened risk beyond the previous questions.

**Risk Level:** Low Risk

**Risk Assessment completion date:** 11/24/2020

**Violence / Homicidal Assessment:** I have performed a clinical assessment and the client denies thoughts of homicide and violence. Further homicide and violence risk assessment will not be performed at this time.

**Violence / Homicide Risk Assessment, Adult (Since Last Contact)**

**Since the last contact, have you started to work out or worked out the details of how to kill that person or group of people, and do you intend to carry out this plan?**

**Risk Factors *(check all that apply)***

**Current and Past Psychiatric Dx:** Mood Disorder, PTSD

**Presenting Symptoms:** Anhedonia, Hopelessness or despair

**Protective Factors *(check all that apply)***

**Internal:** Fear of death or the actual act of killing self

**External:** Supportive social network of family or friends, Positive therapeutic relationships

Employee Signature

Maimouna Diop
DNP-PMHNP-BC

11/29/2020 8:28 PM
Maimouna Diop - Nurse Practioner
NP

**Approved by 41523 on 11/30/2020**

Monarch

# Monarch

1002 Dogwood Dr
Zebulon, NC 275976814

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Sirrell Butler , LCSW** |
| DOB/Age: | | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **CCA Telehealth 95 90791** | Program: | **OP** |
| Date/Time: | **11/3/2020 3:15 PM to 4:30 PM** | Duration (Mins): | **75** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeDgw(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## INITIAL ASMT

### Clinical Assessment

**Date of Birth:**

**Credible Client ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Legal Guardian:**

**Legal Guardian Phone:**

CLIENT INFORMATION

**I attest that I have reviewed the information contained in the Registration Program, including but not limited to demographic information, guardianship status, and assessment results.:** Yes

**Patient's Current Location:** Home/Community

**Contact Type:** Telehealth / Video

**Address1:**

**City:**

**The patient has given verbal consent for treatment by telehealth/telephone:** Yes

**Privacy:** I have verified the patient is alone.

**Sources of Information Contained in this Assessment (check all that apply):**

**Patient:** .

**Chief Complaint / Presenting Problem *(In patient's own words, use quotations):*:**
" None stop anxiety. I couldn't function all day yesterday. I had open heart surgery 2 years ago. I use to shut down . I don't want to do anything. I do have health issues
high stress job that is very demanding. Im working anymore. Hard to clean , yard work. i cant do anything" I dont have a personal life Im a wreck"

**History of Present Illness *(Describe presenting problems and any associated problems/symptoms. What is the timeframe of the presenting symptoms? Any recent precipitating factors/events? Any recent treatment / treatment changes? Does anything make the symptoms bettor or worse?)*::**
Pws is a married. 57 -year-old Caucasian female who presented for assessment via telehealth services due to covid-19 pandemic. Expressed that the severity of her anxiety has increase over the last two years since her open heart surgery. Reported that she has been worried about his health , dying and having more health issues leading to heart surgery. Reported main stressors as her job and how its impacting various aspects of her personal and social life. over time she has too reports an increase in severe panics attacks. Reports taking Lexapro 10mg over the past 12 years and engaging in Therapy at different times in her life.

### Substance Use Assessment

**CAGE-AID Score:**

**CAGE-AID Score Date:**

**AUDIT-C Score:**

**AUDIT-C Score Date:**

**Patient's Substance Use Status:** Active Use

**Alcohol:** .

**Specify Type:** wine , beer, liquor

**Route:** Oral

**Frequency:** 1 - 3 times a month

**Average amount used per episode / unit time:** Varies

**Last use:** 1 month ago

**Age of first use:** D. 15-18YRS

**Method of acquiring substance:** store

**Marijuana / Cannabis:** .

**Route:** Oral

**Frequency:** 1 - 2 times a week

**Average amount used per episode / unit time:** joint a day

**Last use:** 2 years ago

**Age of first use:** D. 15-18YRS

**Method of acquiring substance:** Peers

**Comments *(Please add any additional relevant information about primary substance here. If there is a secondary substance in this category, please list route, frequency, average amount used, last use, and age of first use):*:** Use to use it sleep and manage her stress

**For all substance use documented above, please answer the following questions regarding to each substance.**

**Meets criteria for Substance Use Disorder mild (2-3) / moderate (4-5) / severe (6 or more)**

**M.H. Symptom Inventory**

**Mood Disorders**

**PHQ-9 / 9A Score:**
**16**

**PHQ 9 / 9A Score Date:**
**11/3/2020**

**PHQ-9 / 9A score Interpretation Information:**

**0-4 Minimal Depressive Symptoms**

**5-9 Mild Depressive Symptoms**

**10-14 Moderate Depressive Symptoms**

**15-19 Moderate/Severe Depressive Symptoms**

**20-27 Severe Depression**

**Depression and related conditions *(Check all that apply)*:**

**Low Mood:** .

**Loss of interest/pleasure in previously enjoyed activities *(Specify which activities)*:** .
Task around the home.

**Appetite changes *(Specify and comment on weight loss)*:** .
The more anxious the less I'm eat
fluctuating 40 lbs. over the past 2 year

**Feelings of worthlessness or guilt:** .
worthlessness or guilt

**Trouble concentrating *(Describe and provide examples)*:** .
work and house chores,

**Excessive fatigue:** .
low energy

**Regarding above symptoms, comment on severity and duration** ***(Specify whether episodic or persistent for at least 2 years):*****:** Episodic ,

**Discuss any precipitating factors related to the above checked symptoms** ***(Multiple chronic stressors, one major stressor in the last 3 months, death of a loved one, menstrual-cycle related, or pregnancy/postpartum):*****:** Health , heart surgery 2 years ago fear ( sever blockage) , not keeping up with work, weight, head of house hold,

**^ If both of these questions are answered 'yes', consider screening for borderline personality disorder (add any comments below).**

**Anxiety and Related Disorders**

**GAD-7 Score:**

**GAD-7 Score Date:**

**GAD-7 score interpretation information:**

**0-4 Minimal**

**5-9 Mild**

**10-14 Moderate**

**15-21 Severe**

**GAD-7 Score 10 or higher?:** Yes, proceed to follow-up questions *(recommended)*

**Comment on any contributing factors to anxiety symptoms** ***(distinguishing between chronic stressors and an acute recent stressor):*****:** Anxiety uncontrollable worries about about various things, insomnia - cant shut my mind off , on edged, anticipating something for happen , muscles lower back, shoulder , neck , agitate/ easily annoyed.
Trigger - job, health, family
Medication is not as effective
Over the past several months

**Screen for panic episodes** ***(Panic symptoms should occur together at the same time, and episodes should last only minutes. Panic symptoms include heart palpitations, sweating, trembling/shaking, shortness of breath, feelings of choking, chest pain/discomfort, nausea/belly pain, dizziness/lightheadedness, chills/heat sensations, numbness/tingling, feeling detached from ones body, fear of losing control, and fear of dying):***
**:** Panic episodes are occurring

**Comment on triggers** ***(consider specific phobias, social anxiety, or trauma-related), anticipatory anxiety, or any other relevant details:*** **:** last week
severity - increasing

**Trauma-Related Disorders**

**LEC-5 Trauma Score:**

**LEC-5 Score Date:**

**Re-experiencing Domain** ***(check all that apply, using most traumatic experience identified)*****:** Flashbacks *(feeling able to see, hear, smell, or physically feel the experience all over again)*, Unwanted, repeated upsetting memories of the experience, Feeling very emotionally or physically upset when reminded of the experience

**Avoidance Domain** ***(check all that apply, using most traumatic experience identified)*****:** Avoiding thoughts, feelings, or physical sensations that trigger memories of the experience, Avoiding people, places, activities, or other things that trigger memories of the experience

**Negative Alterations in Cognition / Mood Domain** ***(check all that apply, using most traumatic experience identified)*****:** Persistent negative thoughts about one's self or the world, e.g. 'I am unlovable' or 'The world is an evil place', Feeling to blame for some or all aspects of the experience, Negative emotional state (fear, anger, guilt, shame, horror) after the experience, Loss of interest in previously enjoyed activities, Feeling detached from others

**Comments:** Fear

**Hyperarousal Domain** ***(check all that apply, using most traumatic experience identified)*****:** Feeling constantly 'on guard' (over self, others, and/or surroundings) or 'super alert', Trouble concentrating, Trouble falling asleep, staying asleep, or both

**Psychosis**

**Check all that apply:** ***(explain under each one if checked)***

**Eating Disorders**

**ADHD**

**Oppositional Defiant Disorder**

**Other Symptoms/Disorders - Not Categorized**

## MH / SUD / Med History

**Treatment History**

**MH/SUD Treatment (include outpatient and inpatient)**

**a. Type of Treatment / Facility:** medication management

**a. When:** 2008

**b. Type of Treatment / Facility:** Therapy

**b. When:** 2015

**MH/SA Treatment Summary: (include relevant details about treatment history, response to past treatments, factors that have contributed to or inhibited previous recovery efforts include attitude about recovery over time) - include information about plan to obtain information if individual is a poor historian. :** .
Reported that she began taking medication in 2008 but reported that she has engaged in therapy at different points through out her life.

**Medical Conditions:**
**Date Created:**11/3/2020**Created By:**Patricia Pipkin
**Vision:**Normal with correction
**Hearing:**Normal without correction
**Mobility:**Walks independently
**Other Specified:**Thyroid issues

**Medical Conditions:**High Blood Pressure, High Cholesterol, Heart Attack, Congestive Heart Failure, Obesity

**Current Medications (Self Report):** Lexapro 10 mg.

**Family Psychiatric History:**

**Psychiatric Illness:** .

**a. Family Member:** OCD

**a. Diagnosis / Symptoms:** Biologicals

**b. Family Member:** Father and older Brother

**b. Diagnosis / Symptoms:** Anxiety

## Mental Status Exam

**Appearance:** Appropriate

**Hygiene:** Good

**Cooperative:** Yes

**Psychomotor:** Within Normal Limits

**Speech/Language:** Within normal limits

**Mood:** In the individual's own words:
Better day

**Affect:** Full range

**Thought Process:** Linear and logical

**Thought Content:** Unremarkable

**Perceptual Disturbances:** Unremarkable

**Suicidal Ideation/Plan/Intent:** None

**Homicidal Ideation/Plan/Intent:** None

**Cognition:** Intact

**Insight:** Good

**Judgement:** Good

**Orientation:** Person, Place, Time, Situation

**Dx/Summary/Recommendation**

**DSM-V Diagnosis:**
**Effective Date** : 11/03/2020
1 (300.02 / F41.1) GENERALIZED ANXIETY DISORDER
**Diagnosed By** : Sirrell Butler **Diagnosed Date** :
**Onset Date** : **Previous Onset Date** :
**Onset Prior to Admission:**
**R/O:** No
**Notes:**
**Date Updated:** 11/03/2020
**SNOMED:** 21897009 - Generalized anxiety disorder (disorder)

2 (296.32 / F33.1) Major depressive disorder, Recurrent episode, Moderate
**Diagnosed By** : Sirrell Butler **Diagnosed Date** :
**Onset Date** : **Previous Onset Date** :
**Onset Prior to Admission:**
**R/O:** No
**Notes:**
**Date Updated:** 11/03/2020
**SNOMED:** -

3 (309.9 / F43.9) Unspecified trauma- and stressor-related disorder
**Diagnosed By** : Sirrell Butler **Diagnosed Date** :
**Onset Date** : **Previous Onset Date** :
**Onset Prior to Admission:**
**R/O:** No
**Notes:**
**Date Updated:** 11/03/2020
**SNOMED:** -

**WHODAS 2.0 General Disability** **Assessment Date:**
**Raw Score:** **Avg Score:**
**Cognition:**
**Mobility:**
**Self-care:**
**Getting along:**
**Life activities:**
**Participation:**

**Summary/Case Formulation, Including Summary of Strengths*(Presenting problem, justification for diagnosis, risk, history of diagnosis, includes biological, social, psychological formulation, include treatment recommendations, evidenced-based practices, enhanced service justification, summary of strengths, and other support recommendations)*:**
Pws is a married, 57 -year-old Caucasian female who presented for assessment via telehealth services due to covid-19 pandemic. pw presented to assessment alert, oriented and expressed feeling " better today " and displaying a neutral affect. Pws appeared to be dressed appropriate for appointment and was cooperative in providing information for assessment. Pws was observed having crying spells as she provided information for the assessment. Pws currently reports the severity of her anxiety has increase over the last two years since her open heart surgery. AEB uncontrollable worries about about various things, insomnia - cant shut my mind off , feeling on edged, anticipating something bad to happen , muscles tension in lower back, shoulder , neck .Ps too reports being easily agitate/ annoyed and keyed up. pws also reported episodic sxs of depression low mood , Loss of interest/pleasure in previously enjoyed activities, feelings of worthlessness or guilty due to feeling as if she letting family down due to not having handle on her work life, reports fluctuating appetite and difficulty sleeping. PTSD sxs were also reported AEB intrusive flashbacks ,blaming self for some or all aspects of the experience, repeated unwanted upsetting memories. Also there were of reports avoiding behaviors towards memories/activities, places and thoughts related to events, difficulty connecting with others, having negative thoughts about herself, and staying in a negative emotional state of fear after experience and being super alert over herself others. Pws reported that she has been worried about his health , dying and having more health issues leading to heart surgery. Reported main stressors as her job and how its impacting various aspects of her personal and social life. Over time she has too reports an increase in severe panics attacks. Reports taking Lexapro 10mg over the past 12 years and engaging in Therapy at different times in her life. Came to agency seeking services to assist in reducing stress in order to be herself again.
At this time pws meets the criteria for:
(300.02 / F41.1) GENERALIZED ANXIETY DISORDER
(296.32 / F33.1) Major depressive disorder, Recurrent episode, Moderate
309.81/F43.10) POSTTRAUMATIC STRESS DISORDER
Pws is being recommended to engage in Individual outpatient services ( accepts) and medication management

services ( accepts) to aid in managing sxs.

**Based on results of risk assessment tools, combined with analysis of risk and protective factors, this Individual is at the following risk for suicide:** Low

**And the following risk for violence / homicide:** Low

**The following safety measures were implemented *(check all that apply)*:** Emergency services were reviewed, including 911 and National Suicide Prevention Lifeline

**Target Population *(Check all that apply)*:** Mental Health Assessment Only (AMAO)

**Recommendations for Services/Supports/Treatment:**

**Outpatient Psychotherapy *(specify group or individual)*:** .
Individual

**Individualized education provided to the individual/family regarding diagnosis and plan of care, and all involved parties expressed understanding:** Yes

**Conclusions and recommendations were reviewed with the individual/family and any appropriate referrals were made.:** Yes

Employee Signature

S Butler, MSW, LCSW

11/3/2020 6:28 PM
Sirrell Butler - Behavioral Health Therapist V
LCSW

**Approved by 40015 on 11/6/2020**

# Monarch

1002 Dogwood Dr
Zebulon, NC 275976814

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Sirrell Butler , LCSW** |
| DOB/Age: | **58** | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Social Dimensions NB** | Program: | **OP** |
| Date/Time: | **11/3/2020 3:15 PM to 4:30 PM** | Duration (Mins): | **75** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeDgw(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## DIMENSIONS

**Date of Birth:**

**Credible Client ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**FAMILIAL/SOCIAL DIMENSION:**

**Childhood History *(Where did you grow up? Who raised you? Who lived in the home with you? Any history of domestic violence in the home? Include any other aspects of childhood history that might be relevant to the present context):*:** .
Grew up in FL Raised by biological parents 2 parents and siblings. expressed having a good childhood. However, her teen years felt as if she was living on her own and was taking care of herself by 16 years old. Parents divorced at 12 years old.

**How do you get along with your family of origin (parents/siblings/others)?:** .
" I'm at odds with my mother and older brother but with everyone one else it good"

**How would you describe your sexual preferences?:** Heterosexual / streight

**Marital Status:**
**Married**

**Marital history *(please document any past marriages with outcomes, and any additional pertinent details related to current or past marriages):*:** Current Marriage - 7 years
First - Marriage 23 year Reported that she experienced psychological abuse and did seek therapy after divorce.

**If not currently married, are you in a relationship with someone who you would consider a significant other?:** No

**Do you have any children? *(Check all that apply)*:** Biological
Daughter 22,

**Do you have any friendships that you would consider close?:** Yes
1 good friend

**Any relevant current relationship/family dynamics? *(Check all that apply)*:** Conflict in the marriage/home, Death of a spouse/significant other/loved one

**None identified:** .

**None identified:** .

**None identified:** .

**None identified:** .

**DEVELOPMENTAL DIMENSION:**

**Any known maternal complications in pregnancy, birth, or post-partum period *(check all that apply)?***

**Do you have a history of difficulties or developmental delays in any of these areas *(check all that apply)?***

**None Identified:** .

**None identified:** .

**None identified:** .

**None identified:** .

**ENVIRONMENTAL/CULTURAL DIMENSION:**

**Describe your current housing situation *(Apartment or house? Rent or own? Who lives with you? Any additional pertinent information, including length of time in current home, ability to retain current living situation, and perception of safety in the home/neighborhood):* :** Current location - 4 years

**Do you have any future goals involving housing?:** No goals identified

**What do you enjoy doing in your free time? How often do you do the activities you enjoy? Are you involved in your community in any way?:** socialize and hang out with friends , Actor, gardening, yard work with farm animals, Tv , read books , play guitar

**Do you identify with a particular religion or faith tradition? If so, is this an important part of your life and/or recovery? Do you attend faith-based services?:** spiritual

**Do you have any future goals involving hobbies, community involvement, or religious activities?:** No goals identified

**None identified:** .

**None identified:** .

**None identified:** .

**None Identified:** .

**BIOLOGICAL DIMENSION:**

***(consider health history, ability to complete activities of daily living, nutrition, and self-care)***

**Comments:** Medical Conditions 'High Blood Pressure, High Cholesterol, Heart Attack, Congestive Heart Failure, Obesity'
sleep- ' it hard to fall asleep
Appetite 'It's fluctuating'
Energy ' low. I don't have any'
ADL 'intact despite - walking being hard at times due to knee problems and surgery in the past.

**None identified:** .

**None identified:** .

**None identified:** .

**PSYCHOLOGICAL DIMENSION**

***(consider resilience factors such as ability to plan, self-image, communication skills, and emotion regulation skills)***

**Comments:** .
Esteem " "feel like I' m failing. disappointed in my self and guilty and burden to her husband"
Stress management I'm very worried about my health and wanting to be okay for my kids. I focus on it all the time.
Communication " im verbal. People who know me knows how im feeling"
Regulating moods and emotions" when anxiety is high i cannot control it. on a regular day .. i can"

**None identified:** .

**None identified:** .

**None identified:** .

**None identified:** .

**EDUCATION/EMPLOYMENT DIMENSION:**

**Are you currently enrolled in school?:** No
**Would you say your grades in school are:** Average

**Highest grade completed:** Some College

**Do you have any future goals involving school / education?:** Yes

**Are you currently in the military, or are you a veteran?:** No

**Are you currently working?:** Yes

**Employer name:** Ciminen

**Is the job full-time or part-time?:** Full-time

**Are you paid at least minimum wage?:** No

**Do you feel like you are under employed?:** No

**Are finances a source of stress for you and/or your family?:** No

**Do you have any future goals involving work/employment?:** Yes
I want to get another to help reduce level of stress

**Have you had difficulties getting or keeping a job in the past?:** Yes
Difficulty getting employment du ageism, not finishing her degree,

**None identified:** .

**None identified:** .

**None identified:** .

**None identified:** .

**LEGAL DIMENSION:**

**Have you ever had trouble with the law?:** No

**Check all that apply:**

**None identified:** .

**None identified:** .

**None identified:** .

**None identified:** .

Employee Signature

S Butler, MSW, LCSW

11/3/2020 6:27 PM
Sirrell Butler - Behavioral Health Therapist V
LCSW

**Approved by 41867 on 11/3/2020**

# Monarch

1002 Dogwood Dr
Zebulon, NC 275976814

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Sirrell Butler , LCSW** |
| DOB/Age: | **58** | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **LOCUS NB** | Program: | **OP** |
| Date/Time: | **11/3/2020 3:15 PM to 4:30 PM** | Duration (Mins): | **75** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeDgw(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## LOCUS ASSESSMENT

**Date of Evaluation:** 11/03/2020

**Reason for Scoring:** Initial

**DIMENSION I: RISK OF HARM**

**1- Minimal Risk of Harm:** a - No indication of sucidial or homicidal thoughts or impulses, and no history of suicidal or homicidal ideation, and no indication of significant distress.

**If 4 then level of intensity = Level 5 / If 5 then level of intensity = level 6**

**Dimension 1: Risk of Harm - Score (Reporting):** 1 - Minimal Risk of Harm

**Risk of Harm Score:** 1

**DIMENSION II: FUNCTIONAL STATUS**

**3- Moderate Functional Impairment:** a- Becoming conflicted, withdrawn, alienated or otherwise troubled in most significant relationships, but maintains control of any impulsive, aggressive or abusive behaviors., c- Significant disturbances in physical functioning such as sleep, eating habits, activity level, or sexual appetite but without a serious threat to health, d- Significant deterioration in ability to fulfill responsibilities and obligations to job, school, self, or significant others and these may be avoided or neglected on some occasions., e- Ongoing and/or variably severe deficits in interpersonal relationships, ability to engage in socially constructive activities, and ability to maintain responsibilities.

**If 4 then level of intensity = Level 5 / If 5 then level of intensity = level 6**

**Dimension 2: Functional Status - Score (Reporting):** 3 - Moderate Impairment

**Functional Status Score:** 3

**DIMENSION III: CO-MORBIDITY**

**4- Major Co-Morbidity:** a- Medical conditions exist, or have a very high likelihood of developing (such as a moderate, but uncomplicated, alcohol, sedative, or opiate withdrawal syndrome, mild pneumonia, or uncontrolled hypertension),, b- Medical conditions exist which are clearly exacerbated by the existence of the presenting disorder., c- Medical conditions exist which are clearly detrimental to the course and outcome of the presenting disorder.

**If 4 then level of intensity = Level 5 / If 5 then level of intensity = level 6**

**Dimension 3: Co-Morbidity - Score (Reporting):** 4 - Major Co-Morbidity

**Co-Morbidity Score:** 4

**DIMENSION IV: RECOVERY ENVIRONMENT - ENVIROMENTAL SUPPORT**

**IV-A ENVIRONMENTAL STRESS**

**1- Low Stress Environment:** a- Essentially no significant or enduring difficulties in interpersonal interactions and significant life circumstances are stable., b- No recent transitions of consequence., c- No major losses of interpersonal relationships or material status have been experienced recently.

**Dimension 4A - Environmental Stress - Score (Reporting):** 1 - Low Stress Environment

**Environmental Stress Score:** 1

**IV-B ENVIRONMENTAL SUPPORT**

**1- Highly Supportive Environment:** a- Abundant sources of support with ample time and interest to provide for both material and emotional needs in all circumstance.

**Dimension 4B - Environmental Support - Score (Reporting):** 1 - Highly Supportive Environment

**Environmental Support Score:** 1

**TX RECOVERY HISTORY**

**2- Significant Response to Treatment and Recovery Management:** a- Previous or current experience in treatment has been successful in controlling most symptoms but intensive or repeated exposures may have been required., b-

Recovery has been managed for moderate periods of time with limited support or structure.

**Dimension 5: Treatment and Recovery - Score (Reporting):** 2 - Significant Response to Treatment and Recovery Management

**Tx & Recovery History Score:** 2

**DIMENSION VI: ENGAGEMENT**

**1- Optimal Engagement and Recovery:** a- Complete understanding and acceptance of illness and its effect on function., c- Is enthusiastic about treatment, is trusting, and shows strong ability to utilize available resources., d- Understands recovery process and takes on personal role and responsiblitiy in a successful recovery plan.

**Dimension 6: Engagement - Score (Reporting):** 1 - Optimal Engagement and Recovery

**Engagement Score:** 1

**LOCUS SCORE**

**LOCUS Composite Score (Reporting):** 13

**Level of Care Composite Score Table**

| Level | Description | Score |
|---|---|---|
| **Zero** | **Basic Services for Prevention and Maintenance** | **7-9** |
| **One** | **Recovery Maintenance and Health Management** | **10-13** |
| **Two** | **Low Intensity Community Based Services** | **14-16** |
| **Three** | **High Intensity Community Based Services** | **17-19** |
| **Four** | **Medically Monitored Community Based Services** | **20-22** |
| **Five** | **Medically Monitored Residence Based Services** | **23-27** |
| **Six** | **Medically Managed Residence Based Services** | **28+** |

**Preliminary Level of Intensity:** One

**Clinician Level of Care Recommendation:** One

Employee Signature

S Butler, MSW, LCSW

11/3/2020 4:58 PM
Sirrell Butler - Behavioral Health Therapist V
LCSW

Approved by 41867 on 11/3/2020

# Monarch

1002 Dogwood Dr
Zebulon, NC 275976814

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Sirrell Butler , LCSW** |
| DOB/Age: | **58** | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Service Order NB** | Program: | **OP** |
| Date/Time: | **11/3/2020 3:15 PM to 4:30 PM** | Duration (Mins): | **75** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeDgw(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## SERVICE ORDER

**Date of Service Order:** 11/03/2020

**Choose Service(s):** Outpatient Treatment, Other (please specify)
Psychiatrics/ Medication Evaluation

**Treatment with the services selected above is medically necessary.**

**Screening, case coordination, and evaluation are delivered under Monarch standing service orders.**

**Name of professional ordering the above services:** Sirrell Butler, MSW. LCSW

**Name of prescribing provider authorizing the above services:** Adam J Cheyunski

**<u>My signature below confirms the following: (Check all appropriate boxes.)</u>**

**Medical necessity for services requested is present, and constitutes the Service Order(s).:** Y

**The licensed professional who signs this service order has had direct contact with the individual.:** N

**The licensed professional who signs this service order has reviewed the individual's assessment..:** N

**Signature Date:** 11/04/2020

Adam J Cheyunski, NP

Employee Signature

S Butler, MSW, LCSW

11/3/2020 4:48 PM
Sirrell Butler - Behavioral Health Therapist V
LCSW

Approved by 36947 on 11/4/2020

# Monarch

1002 Dogwood Dr
Zebulon, NC 275976814

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Sirrell Butler , LCSW** |
| DOB/Age: | **58** | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **RISKASMT NB** | Program: | **OP** |
| Date/Time: | **11/3/2020 3:15 PM to 4:30 PM** | Duration (Mins): | **75** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeDgw(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## INITIAL ASMT, ADULT

**Date of Birth:**

**Credible Patient ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Columbia-Suicide Severity Rating Scale, Adult Screening Version (Recent History)**

**During the past 30 days have you wished you were dead or wished you could go to sleep and not wake up?**

***Individual endorses thoughts about a wish to be dead or not alive anymore, or a wish to fall asleep and not wake up.***

**Item 1, Wish to be Dead:** No, which does not indicate risk.

**During the past 30 days, have you actually had any thoughts of killing yourself?**

***General non-specific thoughts of wanting to end one's life/die by suicide, i.e., 'I've thought about killing myself', without general thoughts of ways to kill oneself/associated methods, intent, or plan.***

**Item 2, Suicidal Thoughts:** No, which does not indicate risk.

**During the past 30 days, have you been thinking about how you might do this?**

***Person endorses thoughts of suicide and has thought of a least one method during the assessment period. This is different than a specific plan with time, place or method details worked out. 'I thought about taking an overdose but I never made a specific plan as to when where or how I would actually do it... and I would never go through with it.'***

**Item 3, Suicidal Thoughts with Method, without Specific Plan or Intent to Act:** No, which does not indicate risk.

**During the past 30 days, have you had these thoughts and had some intention of acting on them?**

***Active suicidal thoughts of killing oneself and patient reports having some intent to act on such thoughts, as opposed to 'I have the thoughts but I definitely will not do anything about them.'***

**Item 4, Suicidal Intent without Specific Plan:** No, which does not indicate risk.

**During the past 30 days, have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?**

***Thoughts of killing oneself with details of plan fully or partially worked out and person has some intent to carry it out.***

**Item 5, Suicidal Intent with Specific Plan:** No, which does not indicate risk.

**Have you ever done anything, started to do anything, or prepared to do anything to end your life?**

***Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc.***

**Item 6A, Suicidal Behavior:** No, which does not indicate risk.

**During the past 90 days, have you done anything, started to do anything, or prepared to do anything to end your life?**

***Examples: Collected pills, obtained a gun, gave away valuables, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc.***

**Item 6B, Suicidal Behavior (Continued):** No, which does not indicate heightened risk beyond the previous question.

**Risk Level:** No Risk Indicated

**Risk Assessment completion date:** 11/03/2020

**Violence / Homicide Risk Assessment, Adult (Recent History)**

**During the past 30 days, have you wished that a specific person or group of people would be hurt or would die?**

**During the past 30 days, have you actually had any thoughts about hurting or killing that person or group of people?**

**During the past 30 days, have you been thinking about how you might do this?**

**During the past 30 days, have you had these thoughts and had some intention of acting on them?**

**During the past 30 days, have you started to work out or worked out the details of how to kill that person or group of people, and do you intend to carry out this plan?**

**Have you ever:**
**Caused serious bodily harm to someone or killed someone?**
**Started to hurt or kill someone but stopped?**
**Made preparations to hurt or kill someone?**

**During the past 90 days, have you ever:**
**Caused serious bodily harm to someone or killed someone?**

**Started to hurt or kill someone but stopped?**
**Made preparations to hurt or kill someone?**

**Risk Factors *(check all that apply)***

**Current and Past Psychiatric Dx:** Mood Disorder

**Presenting Symptoms:** Anhedonia, Hopelessness or despair, Anxiety and/or panic

**Precipitants / Stressors:** Triggering events leading to humiliation, shame, and/or despair (e.g. Loss of relationship, financial or health status) (real or anticipated), Perceived burden on others

**Change in treatment:** Hopeless or dissatisfied with provider or treatment

**Protective Factors *(check all that apply)***

**Internal:** Fear of death or the actual act of killing self

**External:** Responsibility to children, Positive therapeutic relationships, Engaged in work or school

Employee Signature

S Butler, MSW, LCSW

11/3/2020 4:47 PM
Sirrell Butler - Behavioral Health Therapist V
LCSW

**Approved by 41867 on 11/3/2020**

CONFIDENTIALITY/REDISCLOSURE NOTICE
The attached documents contain confidential health information protected by State and Federal Regulations. You are prohibited from re-releasing this information except as permitted by law, or the individual signs and authorization granting re-release of the information.

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Ind Ther Telehealth GT 90834** | Program: | **OP** |
| Date/Time: | **4/15/2021 9:00 AM to 9:45 AM** | Duration (Mins): | **45** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PIE SERVICE NOTE

**Date of Birth:**

**Credible Patient ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Type of Contact:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Adress 1:**
**City:**
**State:**
**Zip**
**Phone:**
**The patient has given verbal consent for treatment by telehealth/telephone:** Yes
**Privacy:** I have verified that the patient is alone
**Place of Service:** Home

**EBP Utilized:** Solution Focused Therapy

**Purpose**
***(Please check box to add notes - This field is mandatory)*:** .
To engage PWS in more Solution Focused based conversation related to her preferred future and identifying her resources that have gotten her through things; To supportively listen as PWS voluntarily shared family history connected to mom.

**Intervention *(Please check box to add notes)*:** .
This OPT utilized anticipatory guidance with PWS to encourage a reduction in bothersome thoughts/feelings related to anxiety while using "miracle questions" to allow her to focus on hopeful possibilities as she reported waking up in a very good mood this morning. This OPT challenged PWS to look at exception periods to the problems happening and to identify what was, is, and could be different and how she might be able to elicit some early changes beginning today. This OPT acknowledged her positive changes, efforts, strengths, and skills (All of her personal resources) that are continually contributing to PWS's most desired outcome of her getting back to "taking care of business."

**Effectiveness *(Please check box to add notes)*:** .
PWS is making a greater effort to manage the presenting problems to also include the unresolved issues with her mother as evidenced by showing an improved ability and desire to change by imagining what her "best hopes/preferred future" would look like as she continues to explore and apply solutions to reduce the intensity of problems. PWS also appears to be paying closer attention to the signs/clues that are making the problems feel less intense, such as when her husband notices and acknowledges her improvements. PWS also managed to identify



Lincoln/Naugle 0992

some new solutions, such as tackling things she had put off as opposed to avoiding them, to get her closer to feeling like she was "taking care of business" again.

**Was Individual admitted to Hospital, reported an ER visit, or released from Incarceration since date of last service?:** No

## EXISTING PLAN INFORMATION

Employee Signature

4/15/2021 10:53 AM
Eric Kelly - Behavioral Health Therapist V
LCSW

Approved by 42214 on 4/19/2021

Monarch

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Ind Ther Telehealth GT 90837** | Program: | **OP** |
| Date/Time: | **4/1/2021 10:00 AM to 11:00 AM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PIE SERVICE NOTE

**Date of Birth:**

**Credible Patient ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Type of Contact:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Adress 1:**

**City:**

**State:**

**Zip:**

**Phone:**

**The patient has given verbal consent for treatment by telehealth/telephone:** Yes

**Privacy:** I have verified that the patient is alone

**Place of Service:** Home

**EBP Utilized:** Solution Focused Therapy

**Purpose**
***(Please check box to add notes - This field is mandatory)*:** .
To assist PWS by collaboratively deriving at solutions to get closer to her desired outcome of wanting to resume the feeling of "taking care of business."

**Intervention *(Please check box to add notes)*:** .
OPT utilized anticipatory guidance with PWS to encourage a reduction in bothersome thoughts/feelings related to feeling unmotivated and overwhelmed. OPT challenged PWS to look at exception periods to the problem happening and to identify what was and could be different and how she might be able to elicit some early changes. OPT acknowledged her positive changes, efforts, strengths, and skills that have previously contributed to PWS's most desired outcome as well.

**Effectiveness *(Please check box to add notes)*:** .
PWS is making a greater effort to manage her feelings as evidenced by showing an improved ability and desire to change them by imagining what her "best hopes/preferred future" could look like as she continues to explore and apply solutions towards reducing the problems. PWS was asked to pay closer attention to signs and clues that are making the problem feel less intense/bothersome as she starts taking steps towards getting things done in her life. PWS also managed to identify new solutions, such as sitting at her desk to begin sifting through bills that are past due, to better manage her stress level while reducing overwhelming feelings.



Lincoln/Naugle 0994

**Was Individual admitted to Hospital, reported an ER visit, or released from Incarceration since date of last service?:** No

**EXISTING PLAN INFORMATION**

Employee Signature

4/1/2021 11:18 AM
Eric Kelly - Behavioral Health Therapist V
LCSW

Approved by 40015 on 4/4/2021

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Ind Ther Telehealth GT 90837** | Program: | **OP** |
| Date/Time: | **3/1/2021 9:00 AM to 10:00 AM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PIE SERVICE NOTE

**Date of Birth:**

**Credible Patient ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Type of Contact:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Adress 1:**
**City:**
**Zip:**
**Phone:**

**The patient has given verbal consent for treatment by telehealth/telephone:** Yes

**Privacy:** I have verified that the patient is alone

**Place of Service:** Home

**EBP Utilized:** Solution Focused Therapy

**Purpose**
***(Please check box to add notes - This field is mandatory)*:** .
To engage PWS in developing/completing the initial treatment plan; To provide new grounding exercises to help PWS cope better with her anxiety/panic symptoms.

**Intervention *(Please check box to add notes)*:** .
This OPT collaborated with PWS on developing/creating new short- and long-range goals. This OPT reviewed the initial plan contents following completion to ensure PWS agreed with her initial treatment goals. This OPT also educated PWS on the benefits to practicing grounding exercises to minimize anxiety/panic symptoms.

**Effectiveness *(Please check box to add notes)*:** .
PWS assisted with the development of her treatment goals this session. PWS provided “verbal consent” due to Covid-19. The next 90- day review is scheduled for 06/1/21 and the annual review will be held on or before 02/28/22. PWS also appeared interested in receiving grounding exercises reviewed this session and agreed to begin practicing those she finds most helpful to her.

**Was Individual admitted to Hospital, reported an ER visit, or released from Incarceration since date of last service?:** No

## EXISTING PLAN INFORMATION

Employee Signature



Lincoln/Naugle 0996

3/1/2021 10:37 AM
Eric Kelly - Behavioral Health Therapist V
LCSW

Approved by 40015 on 3/1/2021

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Eric Kelly , LCSW** |
| DOB/Age: | **58** | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **Tx Plan NB** | Program: | **OP** |
| Date/Time: | **3/1/2021 9:00 AM to 10:00 AM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |



Lincoln/Naugle 0998

## TREATMENT PLAN

**Master Plan Start/End Dates**

**Description:**
3/1/21-2/28/22

**Start Date:**
3/1/2021

**End Date:**
2/28/2022

---

**Long Range Outcome**

1.

**Description:**
"How to manage multiple life stressors. I would like to know why I'm having anxiety/PTSD/depression and to learn tools to

**How would you rate your progress in achieving this outcome? (0 = no progress; 10 = fully achieved):**
Kim reports a current score of "2" as it relates to her long range outcome.

---

**WHAT (Short-Range Goal)**

1a.

**Description:**
Close-to-daily actions/steps to help me better cope with anxiety and to better manage life stressors:<ul><li>To eventually run current company with husband. </li><li>To distance self from family members who create drama for me (To improve relationships with some family members).</li><li>To obtain a more fulfilling job (Acting, outdoors, and gardening are big interests).</li><li>Used to "act" (Resume acting?--Used to be in theater). </li><li>To get through several unfinished tasks (Taxes, medical bills, home repairs, yardwork, "end of life" documents, centralize monies with husband, etc.) to help me get back to doing more exciting things. </li><li>To be "happy, healthy, and have enough income to survive" (To not always be "right," but to do the right things and be happy). </li><li>To listen better as opposed to "overtalking" others in my life. </li><li>To build better tolerance for things that annoy me.</li><li>To use grounding techniques to help with anxiety/panic symptoms as well. </li></ul>

**Documentation:**

**Who is Responsible?:**
Kim Naugle (PWS) and Monarch therapist.

**Service, Frequency, and Intervention:**
Individual OPT up to once per week.

**Target Date (Not to exceed 12 months):**
3/1/2021

**Date Goal was reviewed (Enter the date progress towards the goal was reviewed.):**
N/A. New goal.

**Status Codes (Based on progress review, enter the status code.):**
New

**Progress toward goal and justification for continuation or discontinuation of goal:**
New goal remains in place. Next review period (In 90 days) will determine the status change of this goal.

---

## OTHER PLAN DETAILS

**Tx Plan Start Date:** 03/01/2021

**Tx Plan End Date:** 02/28/2022

### I. PERSON RECEIVING SERVICES

**I confirm and agree with my involvement in the development of this Treatment Plan. My signature means that I agree with the services/supports to be provided.:** **CONFIRMED**

**I understand that I have the choice of service providers and may change service providers at any time, by contacting the person responsible for this Treatment Plan.:** **CONFIRMED**

**Legally Responsible Person: Self:** Yes

**Medical necessity for services requested is present and constitutes the service order:** Yes

| Employee Signature | Client Signature |
|---|---|
| 3/1/2021 10:27 AM<br>Eric Kelly - Behavioral Health Therapist V<br>LCSW | 3/1/2021 10:28 AM<br>Verbal consent due to Covid-19. |

Approved by 39742 on 3/1/2021

# Monarch

130 N Judd Pkwy NE
Fuquay-Varina, NC 275262367

| | | | |
|---|---|---|---|
| Client Name: | **Kim Naugle** | Employee Name: | **Maimouna Diop , NP** |
| DOB/Age: | **58** | Insurance ID: | **914229840** |
| Service/Modifier/CPT: | **EM Est Telehealth GT 99214** | Program: | **MEDMGMT** |
| Date/Time: | **11/24/2020 1:30 PM to 2:30 PM** | Duration (Mins): | **60** |
| Recipient: | **ClientOnly** | Location: | **BH-WakeJud(OF)** |
| Medicaid Number: | | | |
| Record Number | **894744** | External ID (ECHO) | |

## PSYCH E/M ESTABLISHED

**Date of Birth:**

**Credible Client ID:**
**894744**

**Medicaid Number:**

**External (Echo) ID:**

**Age:**
**57**

**Identified Gender:**
**Female**

**Diagnosis:**
**Effective Date:** 11/3/2020
**Last Updated:** 11/3/2020
1(300.02 / F41.1) GENERALIZED ANXIETY DISORDER
2(296.32 / F33.1) Major depressive disorder, Recurrent episode, Moderate
3(309.81 / F43.10) POSTTRAUMATIC STRESS DISORDER
**WHODAS 2.0 General Disability**

**Contact Type:** Telehealth / Video

**Patient's Location:** Home or other location (not a Monarch facility)

**Address 1:** on file

**Phone Number if Disconnected:** on file

**The patient has given verbal consent for treatment by telehealth/telephone:** Yes

**Privacy:** The patient is not alone but has identified anyone in the room with him/her and verified that they consent to having their telephone appointment in the presence of others. I have noted any individuals reported to me in the section below.

**Sources of Information Contained in this Assessment (check all that apply):**

**Patient:** .

**Parent or Guardian:** .

**Spouse/ Friend/ Family Member:** .
Ronald

**Other Treating Provider:** .
Sirrell Butler, LCSW

**Identifying Data:** Kim Naugle is a 57 yo white woman presenting to establish care. Prior diagnoses: anxiety, depression and PTSD

**Chief Complaint / Presenting Problem:**

***(in patient's own words, use quotations)* :** anxious and having panic attacks

**History of the Present Illness:**

***1-3 Elements = Brief***
***4+ elements = Extended***
***Elements: location, quality, severity, duration, timing, content, modifying factors, associated signs/symptoms***

**From:**K. Naugle <
**Sent:**Sat, 1 May 2021 12:16:26 -0500
**To:**disability.documents@lfg.com;DisabilityDocuments
**Subject:**Fwd: Med Records for Claim 10839136
**Attachments:**Monarch Records for Kim Naugle 4-30-21.pdf.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

---------- Forwarded message ---------
From: **K. Naugle** <
Date: Sat, May 1, 2021 at 12:01 PM
Subject: Med Records for Claim 10839136
To: <disability.documents@lincolnfinancial.com>, <disabilitydocuments@lincolnfinancial.com>

Kim Naugle - Claim 10839136

**To the attention of Robert Chase**

# AUTHORIZATION TO RELEASE MEDICAL RECORDS

| | |
|---|---|
| Patient Name: Kim R. Naugle | Date of Birth: |
| Address: | Last 4 of SSN: |
| City, State, Zip: | Phone: ( ) |
| E-mail: | |

| RELEASE FROM (check all that apply): | RELEASE TO: |
|---|---|
| ■ Monarch (all locations, *except* those listed below) | Name of Individual: Robert Chase |
| ☐ DWI Program or MAT Program | Name of Organization: Lincoln Financial |
| ☐ Tanglewood Arbor | Street Address or P.O. Box: PO Box 2578 |
| | City, State, Zip: Omaha, NE 68172-9688 |
| | Fax: (603) 334-5219 |
| | E-mail: |

**REASON FOR RELEASE** (check all that apply):

☐ Personal ☐ Legal ☐ Continued Patient Care
■ Insurance ☐ Personal Injury/Social Security ☐ Workers' Compensation
☐ Other (specify):

**DATES OF RECORDS TO RELEASE** (check one):

■ All Dates ☐ From ___/___/_____ to ___/___/_____

**WHAT TO RELEASE** (check all that apply):

■ All Records (not including psychotherapy notes) ☐ Comprehensive Clinical Assessments ☐ Dates/Times/Locations of Treatment
☐ Discharge Summaries ☐ Medication Reports ☐ Service Notes
☐ Other (specify):

**DELIVERY METHOD** (check all that apply; charges may apply):

☐ U.S. Mail ☐ Encrypted E-mail (this may require setting up an account) ■ Fax (603) 334-5219
☐ Other (specify):

**I understand that:**

- I can cancel this authorization at any time. I must cancel in writing and send or deliver the cancellation to Monarch. Any cancellation will apply only to information not yet released by Monarch.
- This is a full release, including information related to behavioral/mental health, drug and alcohol abuse treatment (in compliance with 42 CFR Part 2), genetic information, HIV/AIDS, and other sexually transmitted diseases.
- Once my health information is released, the recipient may disclose or share my information with others and my information may no longer be protected by federal and state privacy protections.
- Monarch may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization.
- A fee may be charged for providing the protected health information.
- I have a right to receive a copy of this form, upon request.

This permission expires one year after the date of my signature, unless another date or event is written here: __________

| If you are requesting your own records: | If you are requesting records on behalf of another person: |
|---|---|
| Signature: Kim R. Naugle | Signature: |
| Print Name: Kim R. Naugle | Print Name: |
| Date: 4/21/2021 | Date: |
| | Relationship to Patient (written proof may be required): |
| | ☐ Parent/Guardian ☐ Executor/Administrator |
| | ☐ Healthcare Agent ☐ Other (specify): |

Please return completed forms to Monarch's Medical Records Department: 350 Pee Dee Avenue, Suite 101, Albemarle, NC 28001; e-mail: medicalrecordsrequest@monarchnc.org (please note that unencrypted e-mail may not be secure); fax: (844) 892-3419; or drop them off at any Monarch location.

DocuSign Envelope ID: 4A286CB1-84A5-494A-8A18-18BA20234BE3

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Kim R Naugle

Name of legal representative, if applicable (print) NA Relationship Self

Signature of claimant or legal representative DocuSigned by: Kim Naugle E6FD0005E805422 Date: 3/22/2021

Date of Birth: __ ________ Claim Number: 10839136

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

| | |
|---|---|
| Date: | March 18, 2021 |
| To: | WAKE MED BARIATRIC SURGERY & WEIGHT LOSS<br>210 ASHVILLE AVE 2ND FLR<br>CARY NC 27518 |
| Attn: | |
| Fax: | (919) 851-6757 |
| From: | Lynn Boyce<br>Claims Manager II<br>On Behalf Of: Robert Chase<br>Phone No.: Phone No.: (877) 294-3423<br>Secure Fax No.: (603) 334-5219 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10839136<br>Claimant: Kim Naugle<br><br>Siemens |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 294-3423 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

March 18, 2021

Wake Med Bariatric Surgery & Weight Loss
210 ASHVILLE AVE 2ND FLR
CARY, NC 27518

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136
Claimant: Kim Naugle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kim Naugle.

To evaluate Ms. Naugle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2021 through present

- Completion of the Enclosed Forms:

_X_ Restrictions Form
__ Other

We ask that you provide this information by March 25, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5219 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Lynn Boyce
Claims Manager II
On Behalf Of: Robert Chase
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334-5219

Attachments: Restrictions Form

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

# Restrictions Form

**Return To:** Robert Chase

| Kim Naugle | | 10839136 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | March 18, 2021 |
| To: | MONARCH BEHAVIORAL HEALTH<br>350 PEE DEE AVE.<br>STE. 101<br>ALBEMARLE NC 28001 |
| Attn: | Eric Kelly |
| Fax: | (844) 892-3419 |
| From: | Lynn Boyce<br>Claims Manager II<br>Phone No.: Phone No.: (877) 294-3423<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 10839136<br>Claimant: Kim Naugle<br><br>Siemens | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 294-3423 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-0401

March 18, 2021

Monarch Behavioral Health
350 PEE DEE AVE.
STE. 101
ALBEMARLE, NC 28001

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136
Claimant: Kim Naugle
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Kim Naugle.

To evaluate Ms. Naugle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 8, 2021 through present

- Completion of the Enclosed Forms:

  _X_ Functional Status Evaluation
  ___ Other

We ask that you provide this information by March 25, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other

entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Lynn Boyce
Claims Manager II
Phone No.: (877) 294-3423 Ext. 69706
Secure Fax No.: (603) 334-0401

Attachments: Functional Status Evaluation

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-0401

**Return To:** Robert Chase



EMPLOYEE/CLAIMANT NAME: Kim Naugle

CLAIM NO: 10839136

EMPLOYER/SPONSOR: Siemens DATE OF BIRTH: ____________

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ____________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ____________

**Short Term:** ____________

**Long Term:** ____________

Lincoln Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________

Comments:

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ____________ Date: ____________

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: ____________ Claim Number: 10839136

**A copy of this authorization will be considered as valid as the original**

From: LFGNotifications@LFG.com
Sent: Thursday, March 18, 2021 12:39:09 PM
To:
CC:
BCC:
Subject: [Send Secure]Siemens Claim No. 10839136 Kim Naugle
Attachments: wshdfhsy5phb39qk4ap6_10133008.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

March 18, 2021

Ms. Kim R. Naugle

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136

Dear Ms. Kim Naugle:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Siemens's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On March 18, 2021, we requested medical records from Eric Kelly - Monarch and Wake Med Bariatric . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from March 1, 2021 through present from your medical providers

Siemens's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation. In the absence of this information, your claim may be denied. We ask that you provide us with this information no later than May 1, 2021 as required under the terms of the Plan.

IMPORTANT NOTE: You will receive Short Term Disability (STD) pay from Siemens on your regular Siemens pay dates and payment will be based on the approval status in place for your Short Term Disability (STD) the Saturday prior to your regularly scheduled pay date.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Your claim is currently approved through March 22, 2021.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lynn Boyce
Claims Manager II
On Behalf Of: Robert Chase
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334-5219

**From:** LincolnAbsenceNotification@lfg.com
**To:** GINA.WEINER@SIEMENS.COM;ROBERT.YANCE@SIEMENS.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Kim Naugle 337827 Claim 10839136

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 12/23/2020

Date of Disability: 12/24/2020

Benefit Payments Period: 12/31/2020 thru 3/22/2021
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: 12/24/2020 thru 3/17/2021
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Approved

If you have further questions, please call Lincoln Financial at (888) 440-6118 ext. 16119 or contact the assigned Case Manager at Robert.Chase@lfg.com. Please be sure to reference claim number 10839136.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

Date: February 24, 2021

Subject: **Behavioral Health Memorandum**

***Claim#:*** *10839136*

***Claimant: Kim Naugle***

***Clinical Assessment:***

Claim has been reviewed including NDC review on 01/28/21, and all updated medical records. Please see prior review for additional information.

Updated OVN's from Ronald Prucha, MD {FM} on 02/12/21 notes clmnt indicated minimal improvement in symptoms of anxiety and depression. Primary triggers are noted related to works stress. Clmnt was started on Paxil at LOV on 12/14/21, notes have not found medication to be fully effective yet. Clmnt continues to suffer from lack of energy, depressed feelings, and decreased level of functioning. Clmnt has compounding health issues, struggles with STD, and deferral of bariatric surgery that contribute to severity of symptoms. Noted unable to access therapy until 03/01/21. There is no medication adjustment made at this OV and that Dr. Prucha notes clmnt needs continued period to see if medication is effective. Follow up recommended in 90 days. Restrictions form {02/07/21} recommends clmnt OOW through 06/14/21 due to underlying mental health condition. As such, it may be reasonable to extend previously supported R&L's through 03/22/21 to allow for 4 weeks of psychotherapy treatment and additional 4 weeks of medication adjustment period. However, medical records provided do not provide sufficient evidence to support R&L's through 06/14/21 {as recommended by AP}. Follow up in 90 days would be significantly less than expected and inconsistent if symptoms are not improving, and medications are not effective.

If clmnt has not RTW by 03/23/21, escalation in treatment, follow up with Dr. Prucha to evaluate medications, and/or consult with psychiatry would be expected. CS is recommended to request all updated OVN's from Ronald Prucha, MD {FM} and clmnts therapist, including FMSE, exam findings, treatment plans, and ERTW plan. Once all updated medical records are received. CS may refer back to clinical for a BH full file review. CS updated.

Rachael R, MSW, LICSW

Behavioral Health Consultant, Lincoln Financial Group

Siemens STD Self-Audit Worksheet for Extending Benefits

- Did I call the Employee to advise of status? yes
- What is the Employee's Work State? Is it Stat? Are there Offsets? nc, no stat offset applied
- Did I calculate the Stat Benefit and add the Stat Benefit calculation to a claim note? Did you review Stat with Will or Allyson? na
- If Partial Payment, did I review with Will or Allyson? na
- Does my approved through and payment through date match? yes
- Did I set a Payment Review task for Payment Buddy? yes
- Did I drag and drop all documents and correspondence to Doc List? yes
- Did I add an Extension/Action and Status Note? yes
- Did I set a Follow up Task? yes
- Did I notify Leave Specialist if needed? na
- Did I double check payment / work state / stat offset again and set task for a payment review? yes
- STOP! Did I review all of the above and drag this audit into the claim completed?

WakeMed

**WakeMed Physician Practices**
**Primary Care- Kildiare Farm**
**222 Ashville Ave. Suite 10 ,Cary,NC 27518**
**PH: (919)235-6575**
**FAX: (919)235-6598**

# Fax

**TO:** Lincoln Financial
**FROM:**
**FAX:** (603) 334-5219
**PH:** (877) 204-3423
**DATE:** 2/18/21
**PAGES:** 18 (including cover sheet)
**RE:**

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

Allen Robert Chase.

• **Comments:** The documents accompanying this transmission may contain confidential information that is legally privileged and or legally protected. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents. If any of this transmission is missing or is not clearly received, please contact me at the number listed above.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294 3423
Secure Fax No.: (603) 334-5219

February 17, 2021

Ronald Prucha

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136
Claimant: Kim Naugle
Claimant D.O.B.:

Dear Ronald Prucha:

We are the Disability Claim Administrator for your patient, Kim Naugle.

To evaluate Ms. Naugle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2021 through the present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  ___ Other

We ask that you provide this information by February 24, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5219 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Robert Chase
Disabil Claims Case Mgr I
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334 5219

Attachments: Restrictions Form



PAGE 3/18 * RCVD AT 2/18/2021 10:09:38 AM [Eastern Standard Time] * SVR:VA1PWFAX401/0 * DNIS:6033345219 * CSID:WakeMed Urgent Care * ANI:19192330899 * DURATION (mm-ss):

Lincoln Financial Group®

Lincoln Life Assurance Company of Bosto
Disability and Life Clain
PO Box 257
Omaha, NE 68172-968
Phone No.: (877) 294-342
Secure Fax No.: (603) 334-521

# Restrictions Form

Return To: Robert Chase

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|
| Kim Naugle | | 10839136 |

**To be completed by physician:**

1. DATE FIRST TREATED — 12-14-20
   DATE LAST TREATED — 2-12-21
   NEXT OFFICE VISIT — 5-12-21

   Z56.6 F33.2
   " "
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

| | | |
|---|---|---|
| ☐ | **SEDENTARY** | Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally. |
| ☐ | **LIGHT** | Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently. |
| ☐ | **MEDIUM** | Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly. |
| ☐ | **HEAVY** | Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly. |
| ☐ | **VERY HEAVY** | Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly. |

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).**
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   Presently unable to function in any work environment due to her underlying mental health condition.

4. **RESTRICTIONS IMPOSED FROM** 12-14-20 **TO** 6-14-21.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**

   Mental health counseling; close follow-up & me and pharmacotherapy

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   Depressed mood, severe anxiety, fatigue, slowed cognition, concentration deficits, irritability, insomnia

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ~~12-14~~ 2/12 **TO** Present.

| | | |
|---|---|---|
| Ronald Prucha | MD ; Family medicine | |
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 222 Ashville Ave Suite 10 | (919) 235-1675 | 919·235·4598 |
| Street Address | Telephone Number | Fax Number |
| Cary, NC 27518 | | 2/17/21 |
| City, State & Zip Code | Signature | Date |

# Naugle, Kim Romero

MRN: 4119042

**Telemedicine** 2/12/2021
WakeMed Primary Care-Kildaire Farm Rd

Provider: Ronald Joseph Prucha Jr., MD (Family Medicine)
Primary diagnosis: Work stress
Reason for Visit: Follow-up, Anxiety, Depression

## Progress Notes

Ronald Joseph Prucha Jr., MD (Physician) • Family Medicine

**Subjective:**

**Patient ID:** Kim Romero Naugle is a 57 y.o. female.
**Date of Service:** 02/12/21

Is this a CM Visit?: No

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Follow-up
- Anxiety
- Depression

**History of Present Illness:**

I conducted this encounter via secure, live with the patient. Kim was located at . in North Carolina, with the patient and the provider participating in the encounter. Prior to the interview, the risks and benefits of telemedicine were discussed with the patient and verbal consent was obtained. This is a f/u visit in pursuit of her ongoing depression and struggles with stress-related work burden and diminished quality of life and decrease cognitive and physical functioning secondary to the sheer amount of work stress she was incurring at her job and stress she was bringing home to her family. She was placed on paxil 20 mg daily and has been compliant on this regimen and finds it to be somewhat helpful for her after discussing the efficacy of this medication with her husband as manifested by her mood and level of function since having commenced it early Januaary. She continues to feel she suffers from lack of energy and continues to endorse a fair degree of ongoing depressed feelings, of which the paxil has yet to affect completely. She is due to see her therapist at Monarch March 1, 2021 to address some of her mental health concerns including stress and decreased level of psychosocial and physical functioning and the manner in which this aspect of her life is impacting her family and wellbeing overall. In the midst of her current stress and depression, she has been also dealing with some ortho problems and has had some related gyn issues resurface that have both resulted in visits to specialists in the month of January, which have exacerbated her stress levels and increased her depression somewhat. In addition, she is working closely with her disability company who, while pursuing her claim, are making her feel stressed about the issues surrounding this to include whether it will ultimately be successful in reimbursing her for this time she is required to be away from work for mental health reasons. The multiple phone calls and endless questions from her disablity company surrounding her case are compounding her stress levels and making convalescence difficult and protracted for her. She also had a visit with bariatric surgeon, who at this time, recommended therapy in lieu of surgery and she is in the process of pusuing this entitiy for control of her weitght.

at this time she would like to remain on her paxil at 20 mg and c ontinue to determine if she derives benefit from this medication.

**Patient Active Problem List**

Diagnosis

- Essential hypertension
- Anxiety
- Hypothyroidism
- Cervical cancer screening
- OSA on CPAP
- Gastroenteritis
- Other chest pain
- Coronary artery disease of native artery of native heart with stable angina pectoris (CMS/HCC)
- S/P CABG x 2; Left EVH; Sternal Plating; 8/7/18
- Morbid obesity with BMI of 45.0-49.9, adult (CMS/HCC)
- Healthcare maintenance
- URI, acute
- Need for influenza vaccination
- Need for hepatitis C screening test
- BMI 45.0-49.9, adult (CMS/HCC)
- Bacterial sinusitis
- Work stress
- Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC)
- Depression

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arachnoid cyst | |
| • Arthritis | |
| • CAD in native artery | |
| • Cervical cancer screening<br>*normal per pt* | 2014 |
| • Congenital heart disease<br>*Congenital heart mumur* | |
| • CTS (carpal tunnel syndrome) | |
| • Depression | |
| • Disease of thyroid gland | |
| • Fibroid | |
| • Gestational diabetes | |
| • Heart murmur | |
| • Herpes | |
| • High cholesterol<br>*Borderline* | |
| • History of recurrent miscarriages | |
| • Hx of colonoscopy<br>*3 polyps* | 2015 |
| • Hx of mammogram<br>*normal per pt* | 2014 |
| • Hx of pregnancy | |

| | |
|---|---|
| • Hypertension | |
| • Meniscus tear | |
| • Post-traumatic stress | |
| • Sleep apnea | 2009 |
| • STD (sexually transmitted disease)<br>*Genital Herpes* | |
| • Torn ACL | |
| • Urinary tract infection<br>*In the past* | |
| • Urogenital trichomoniasis | |
| • Varicella | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL SURGERY | | 1998 |
| • CARDIAC CATHETERIZATION | | |
| • CARPAL TUNNEL RELEASE | | 2015 |
| • CESAREAN SECTION | | |
| • COLONOSCOPY | | 2018 |
| • COLPOSCOPY | | |
| • CONDYLOMA EXCISION/FULGURATION | | |
| • CORONARIES LHC WITH OR WITHOUT LV<br>*Procedure: Coronaries LHC with or without LV; Surgeon: Hemant Solomon, MD; Location: WCH INVASIVE CARDIOLOGY; Service: Cardiovascular; Laterality: Left;* | Left | 8/3/2018 |
| • CORONARY ARTERY BYPASS GRAFT<br>*CAB x 2* | | 08/07/2018 |
| • double open heart by pass | | |
| • FLEXIBLE SIGMOIDOSCOPY | | |
| • laminectomy | | 1989 |
| • LUMBAR DISCECTOMY | | 1989 |
| • TONSILECTOMY, ADENOIDECTOMY, BILATERAL MYRINGOTOMY AND TUBES | | 1968 |
| • TONSILLECTOMY | | 1968 |
| • TUBAL LIGATION | | 2011 |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Colon polyps | Mother | |
| • Cancer<br>*Cervical & Skin* | Mother | |
| • Diabetes | Mother | |
| • Heart attack | Father | |
| • Hypertension | Father | |
| • Heart disease | Father | |
| • Diabetes | Father | |
| • Vision loss<br>*Macular Degeneration* | Father | |
| • Hypertension | Brother | |
| • Cancer<br>*Breast & Bone* | Maternal Grandmother | |

| | | |
|---|---|---|
| • Vision loss | Maternal Grandmother | |
| • Anemia | Maternal Grandmother | |
| • Breast cancer | Maternal Grandmother | 40 |
| • Cancer<br>*Throat* | Maternal Grandfather | |
| • Hypertension | Maternal Grandfather | |
| • Heart disease | Maternal Grandfather | |
| • Diabetes | Maternal Grandfather | |
| • Cancer | Paternal Grandmother | |
| • Vision loss<br>*Macular Degeneration* | Paternal Grandmother | |
| • Cancer<br>*Stomach/Stomach cancer* | Paternal Grandfather | |
| • Alcohol abuse<br>*Both Brothers* | Brother | |
| • Diabetes<br>*Both Brothers* | Brother | |
| • Heart disease<br>*Older Brother* | Brother | |
| • Hypertension<br>*Both Brothers* | Brother | |
| • Diabetes | Brother | |
| • Hypertension | Brother | |
| • Diabetes | Brother | |
| • Hypertension<br>*Younger Brother* | Brother | |

**Social History**

Occupational History
- Not on file

Tobacco Use

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 0.50 |
| Years: | 3.00 |
| Pack years: | 1.50 |
| Types: | Cigarettes |
| Quit date: | 1/1/1985 |
| Years since quitting: | 36.1 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: 15 thru 19 | |

Substance and Sexual Activity

| | |
|---|---|
| • Alcohol use: | Yes |
| Alcohol/week: | 1.0 standard drinks |
| Types: | 1 Glasses of wine per week |
| *Comment: once a month (Rarely)* | |
| • Drug use: | No |
| • Sexual activity: | Yes |
| Partners: | Male |
| Birth control/protection: | Surgical |
| *Comment: Tubes Tied* | |

**Outpatient Medications Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT | 90 tablet | 1 |
| • benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | TAKE 2 TABLETS BY MOUTH EVERY DAY | 180 tablet | 1 |
| • calcium carbonate (CALCIUM 600 ORAL) | Take 600 Units by mouth. | | |
| • clonazepam (KLONOPIN) 0.5 MG tablet | Take 1 tablet (0.5 mg total) by mouth daily as needed for anxiety. | 30 tablet | 0 |
| • hydrALAZINE (APRESOLINE) 25 MG tablet | TAKE 2 TABLETS (50 MG TOTAL) BY MOUTH 2 (TWO) TIMES A DAY. | 360 tablet | 3 |
| • metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • multivitamin capsule | Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 | | |
| • NON FORMULARY | nightly. CPAP | | |
| • PARoxetine (PAXIL) 20 mg tablet | Take 1 tablet (20 mg total) by mouth daily. | 90 tablet | 1 |
| • SYNTHROID 137 mcg tablet | TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK | | 1 |

No facility-administered medications prior to visit.

The following portions of the patient's history were reviewed and updated as appropriate: medications, allergies, past medical history, family history, social history, surgical history, current problems.

**Review of Systems:** All of the patient's ROS were normal except as documented in the HPI.

**Objective:**

LMP 05/14/2020 (Approximate) Comment: pmp had period 3 wks ago

**Physical Exam:**

Gen: alert and oriented, NAD, well appearing
Resp: normal RR, no tachypnea, no retractions
Skin: no visualized rash on observed skin
**Psych:** normal mood, A and O x3

**Assessment and Plan:**

1. **Work stress**
2. Current severe episode of major depressive disorder without psychotic features without prior episode (CMS/HCC)
3. Anxiety

**Work stress**
Chronic stable problem
Will continue her paxil as rx'd
The side effects of this medication were explained in detail to her and she verbalized understanding of these and will contact me to let me know if any occur.
She is toelerating this well and weill continue this w/o change
Will see her hgack ina bout 90 days to check in and see how her visit with therapy went and is going and to assess her response to medication.
She verbalized satisfaction and understanding of this treatment plan and she was afforded the opportunity to ask questions regarding this plan today.

**Depression**

Chronic stable problem
Will continue her paxil as rx'd
The side effects of this medication were explained in detail to her and she verbalized understanding of these and will contact me to let me know if any occur.
She is toelerating this well and weill continue this w/o change
Will see her hgack ina bout 90 days to check in and see how her visit with therapy went and is going and to assess her response to medication.
She verbalized satisfaction and understanding of this treatment plan and she was afforded the opportunity to ask questions regarding this plan today.

**Anxiety**
Chronic stable problem
Will continue her paxil as rx'd
The side effects of this medication were explained in detail to her and she verbalized understanding of these and will contact me to let me know if any occur.
She is toelerating this well and weill continue this w/o change
Will see her hgack ina bout 90 days to check in and see how her visit with therapy went and is going and to assess her response to medication.
She verbalized satisfaction and understanding of this treatment plan and she was afforded the opportunity to ask questions regarding this plan today.

I spent 22 minutes providing patient care, education, and counseling.

**Follow-Up:**

Return in about 3 months (around 5/12/2021).

**Patient Goals:**

**Goals**

- Avoid prcessed foods
  Avoid processed foods or "fast food."

---

- Blood Pressure < 130/80
  Your blood pressure should generally be less than 130/80. Please let your provider know if your blood pressure numbers are over this goal.

---

- Increase Daily Activity
  Attempt to increase exertion around daily activities (take the stairs instead of the elevator, walk instead of driving a few blocks, etc.).

---

- Weight < 68 kg (150 lb)
  3 month goal is to loose 26 lbs based on body fat percent

**Patient Instructions :**

**Patient Instructions**

**Recovering From Depression: Care Instructions**
**Your Care Instructions**



Taking good care of yourself is important as you recover from depression. In time, your symptoms will fade as your treatment takes hold. Do not give up. Instead, focus your energy on getting better.

Your mood will improve. It just takes some time. Focus on things that can help you feel better, such as being with friends and family, eating well, and getting enough rest. But take things slowly. Do not do too much too soon. You will begin to feel better gradually.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

**How can you care for yourself at home?**

**Be realistic**

- If you have a large task to do, break it up into smaller steps you can handle, and just do what you can.
- You may want to put off important decisions until your depression has lifted. If you have plans that will have a major impact on your life, such as marriage, divorce, or a job change, try to wait a bit. Talk it over with friends and loved ones who can help you look at the overall picture first.
- Reaching out to people for help is important. Do not isolate yourself. Let your family and friends help you. Find someone you can trust and confide in, and talk to that person.
- Be patient, and be kind to yourself. Remember that depression is not your fault and is not something you can overcome with willpower alone. Treatment is important for depression, just like for any other illness. Feeling better takes time, and your mood will improve little by little.

**Stay active**

- Stay busy and get outside. Take a walk, or try some other light exercise.
- Talk with your doctor about an exercise program. Exercise can help with mild depression.
- Go to a movie or concert. Take part in a church activity or other social gathering. Go to a ball game.
- Ask a friend to have dinner with you.

**Take care of yourself**

- Eat a balanced diet with plenty of fresh fruits and vegetables, whole grains, and lean protein. If you have lost your appetite, eat small snacks rather than large meals.
- Avoid using illegal drugs or marijuana and drinking alcohol. Do not take medicines that have not been prescribed for you. They may interfere with medicines you may be taking for depression, or they may make your depression worse.
- Take your medicines exactly as they are prescribed. You may start to feel better within 1 to 3 weeks of taking antidepressant medicine. But it can take as many as 6 to 8 weeks to

see more improvement. If you have questions or concerns about your medicines, or if you do not notice any improvement by 3 weeks, talk to your doctor.

- Continue to take your medicine after your symptoms improve. Taking your medicine for at least 6 months after you feel better can help keep you from getting depressed again. If this isn't the first time you have been depressed, your doctor may recommend you to take medicine even longer.
- If you have any side effects from your medicine, tell your doctor. Many side effects are mild and will go away on their own after you have been taking the medicine for a few weeks. Some may last longer. Talk to your doctor if side effects are bothering you too much. You might be able to try a different medicine.
- Continue counseling. It may help prevent depression from returning, especially if you've had multiple episodes of depression. Talk with your counselor if you are having a hard time attending your sessions or you think the sessions aren't working. Don't just stop going.
- Get enough sleep. Talk to your doctor if you are having problems sleeping.
- Avoid sleeping pills unless they are prescribed by the doctor treating your depression. Sleeping pills may make you groggy during the day, and they may interact with other medicine you are taking.
- If you have any other illnesses, such as diabetes, heart disease, or high blood pressure, make sure to continue with your treatment. Tell your doctor about all of the medicines you take, including those with or without a prescription.
- If you or someone you know talks about suicide, self-harm, or feeling hopeless, get help right away. Call the National Suicide Prevention Lifeline at 1-800-273-TALK (1-800-273-8255) or text HOME to 741741 to access the Crisis Text Line. Consider saving these numbers in your phone.

**When should you call for help?**

**Call 911** anytime you think you may need emergency care. For example, call if:

- You feel like hurting yourself or someone else.
- Someone you know has depression and is about to attempt or is attempting suicide.

**Call your doctor now** or seek immediate medical care if:

- You hear voices.
- Someone you know has depression and:
  - Starts to give away his or her possessions.
  - Uses illegal drugs or drinks alcohol heavily.
  - Talks or writes about death, including writing suicide notes or talking about guns, knives, or pills.
  - Starts to spend a lot of time alone.
  - Acts very aggressively or suddenly appears calm.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You do not get better as expected.

To learn more about "Recovering From Depression: Care Instructions", log into your personal health record at https://MyChart.WakeMed.org and search for **N529** in the Health Library.
Current as of: September 23, 2020 Content Version: 12.7
© 2006-2021 Healthwise, Incorporated.
Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

PAGE 15/18 * RCVD AT 2/18/2021 10:09:38 AM [Eastern Standard Time] * SVR:VA1PWFAX401/0 * DNIS:6033345219 * CSID:WakeMed Urgent Care * ANI:19192330899 * DURATION (mm-ss



## Instructions

Return in about 3 months (around 5/12/2021).

# Recovering From Depression: Care Instructions

## Your Care Instructions



Taking good care of yourself is important as you recover from depression. In time, your symptoms will fade as your treatment takes hold. Do not give up. Instead, focus your energy on getting better.

Your mood will improve. It just takes some time. Focus on things that can help you feel better, such as being with friends and family, eating well, and getting enough rest. But take things slowly. Do not do too much too soon. You will begin to feel better gradually.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

**Be realistic**

- If you have a large task to do, break it up into smaller steps you can handle, and just do what you can.
- You may want to put off important decisions until your depression has lifted. If you have plans that will have a major impact on your life, such as marriage, divorce, or a job change, try to wait a bit. Talk it over with friends and loved ones who can help you look at the overall picture first.
- Reaching out to people for help is important. Do not isolate yourself. Let your family and friends help you. Find someone you can trust and confide in, and talk to that person.
- Be patient, and be kind to yourself. Remember that depression is not your fault and is not something you can overcome with willpower alone. Treatment is important for depression, just like for any other illness. Feeling better takes time, and your mood will improve little by little.



2021-02-18 09:48 WakeMed Urgent Care 919 859 4240 >> Lincoln Financial p 15/18

**Stay active**

- Stay busy and get outside. Take a walk, or try some other light exercise.
- Talk with your doctor about an exercise program. Exercise can help with mild depression.
- Go to a movie or concert. Take part in a church activity or other social gathering. Go to a ball game.
- Ask a friend to have dinner with you.

**Take care of yourself**

- Eat a balanced diet with plenty of fresh fruits and vegetables, whole grains, and lean protein. If you have lost your appetite, eat small snacks rather than large meals.
- Avoid using illegal drugs or marijuana and drinking alcohol. Do not take medicines that have not been prescribed for you. They may interfere with medicines you may be taking for depression, or they may make your depression worse.
- Take your medicines exactly as they are prescribed. You may start to feel better within 1 to 3 weeks of taking antidepressant medicine. But it can take as many as 6 to 8 weeks to see more improvement. If you have questions or concerns about your medicines, or if you do not notice any improvement by 3 weeks, talk to your doctor.
- Continue to take your medicine after your symptoms improve. Taking your medicine for at least 6 months after you feel better can help keep you from getting depressed again. If this isn't the first time you have been depressed, your doctor may recommend you to take medicine even longer.
- If you have any side effects from your medicine, tell your doctor. Many side effects are mild and will go away on their own after you have been taking the medicine for a few weeks. Some may last longer. Talk to your doctor if side effects are bothering you too much. You might be able to try a different medicine.
- Continue counseling. It may help prevent depression from returning, especially if you've had multiple episodes of depression. Talk with your counselor if you are having a hard time attending your sessions or you think the sessions aren't working. Don't just stop going.
- Get enough sleep. Talk to your doctor if you are having problems sleeping.
- Avoid sleeping pills unless they are prescribed by the doctor treating your depression. Sleeping pills may make you groggy during the day, and they may interact with other medicine you are taking.
- If you have any other illnesses, such as diabetes, heart disease, or high blood pressure, make sure to continue with your treatment. Tell your doctor about all of the medicines you take, including those with or without a prescription.
- If you or someone you know talks about suicide, self-harm, or feeling hopeless, get help right away. Call the National Suicide Prevention Lifeline at 1-800-273-TALK (1-800-273-8255) or text HOME to 741741 to access the Crisis Text Line. Consider saving these numbers in your phone.

## When should you call for help?

**Call 911** anytime you think you may need emergency care. For example, call if:

PAGE 17/18 * RCVD AT 2/18/2021 10:09:38 AM [Eastern Standard Time] * SVR:VA1PWFAX401/0 * DNIS:6033345219 * CSID:WakeMed Urgent Care * ANI:19192330899 * DURATION (mm-ss



- You feel like hurting yourself or someone else.
- Someone you know has depression and is about to attempt or is attempting suicide.

**Call your doctor now** or seek immediate medical care if:

- You hear voices.
- Someone you know has depression and:
  - Starts to give away his or her possessions.
  - Uses illegal drugs or drinks alcohol heavily.
  - Talks or writes about death, including writing suicide notes or talking about guns, knives, or pills.
  - Starts to spend a lot of time alone.
  - Acts very aggressively or suddenly appears calm.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You do not get better as expected.

To learn more about "Recovering From Depression: Care Instructions", log into your personal health record at https://MyChart.WakeMed.org and search for **N529** in the Health Library.

Current as of: September 23, 2020 Content Version: 12.7

© 2006-2021 Healthwise, Incorporated.
Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

After Visit Summary (Automatic SnapShot taken 2/12/2021)

## Additional Documentation

| | |
|---|---|
| Vitals: | LMP 05/14/2020 (Approximate) |
| Flowsheets: | Appriss Scores, Travel Screening, Nurse Questions, PCMH Documentation, PHQ-9 Depression Scale, GAD-7 Anxiety Scale |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 2/12/2021 11:20 AM

None

## Visit Diagnoses

Work stress Z56.6



2021-02-18 09:49 WakeMed Urgent Care 919 859 4240 >> Lincoln Financial p 17/18

Current severe episode of major depressive disorder without psychotic features without prior episode (CMS/HCC) F32.2
Anxiety F41.9

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

| | |
|---|---|
| Date: | February 17, 2021 |
| To: | RONALD PRUCHA |
| Attn: | Medical Records |
| Fax: | (919) 235-6598 |
| From: | Robert Chase<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (877) 294-3423<br>Secure Fax No.: (603) 334-5219 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 10839136<br>Claimant: Kim Naugle<br><br>Siemens |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 294-3423 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

February 17, 2021

Ronald Prucha

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136
Claimant: Kim Naugle
Claimant D.O.B.:

Dear Ronald Prucha:

We are the Disability Claim Administrator for your patient, Kim Naugle.

To evaluate Ms. Naugle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2021 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by February 24, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5219 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Robert Chase
Disabil Claims Case Mgr I
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334-5219

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

# Restrictions Form

**Return To:** Robert Chase

| Kim Naugle | | 10839136 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________________
   **DATE LAST TREATED** — ____________ ____________________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ **.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**From:** LincolnAbsenceNotification@lfg.com
**To:** GINA.WEINER@SIEMENS.COM;ROBERT.YANCE@SIEMENS.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Kim Naugle 337827 Claim 10839136

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 12/23/2020

Date of Disability: 12/24/2020

Benefit Payments Period: 12/31/2020 thru 2/14/2021
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: 12/24/2020 thru 2/14/2021
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Approved

If you have further questions, please call Lincoln Financial at (888) 440-6118 ext. 16119 or contact the assigned Case Manager at Robert.Chase@lfg.com. Please be sure to reference claim number 10839136.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Siemens STD Self-Audit Worksheet for Extending Benefits

- Did I call the Employee to advise of status? yes
- What is the Employee's Work State? Is it Stat? Are there Offsets? nc , no stat offset applied
- Did I calculate the Stat Benefit and add the Stat Benefit calculation to a claim note? Did you review Stat with Will or Allyson? na
- If Partial Payment, did I review with Will or Allyson? na
- Does my approved through and payment through date match? yes
- Did I set a Payment Review task for Payment Buddy? yes
- Did I drag and drop all documents and correspondence to Doc List? yes
- Did I add an Extension/Action and Status Note? yes
- Did I set a Follow up Task? yes
- Did I notify Leave Specialist if needed? na
- Did I double check payment / work state / stat offset again and set task for a payment review? yes
- STOP! Did I review all of the above and drag this audit into the claim completed?

**From:** LincolnAbsenceNotification@lfg.com
**To:** GINA.WEINER@SIEMENS.COM;ROBERT.YANCE@SIEMENS.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Kim Naugle 337827 Claim 10839136

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 12/23/2020

Date of Disability: 12/24/2020

Benefit Payments Period: 12/31/2020 thru 1/31/2021
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: 12/24/2020 thru 1/31/2021
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Approved

If you have further questions, please call Lincoln Financial at (888) 440-6118 ext. 16119 or contact the assigned Case Manager at Robert.Chase@lfg.com. Please be sure to reference claim number 10839136.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

Date: January 28, 2021

Subject: **Nursing Memorandum**

***Claim #: 10839136***

***Claimant: Kim Naugle***

***Clinical Assessment:***

The EE is an older, morbidly obese female with a night time breathing disorder, a history of open heart bypass surgery (2 blocked heart vessels bypassed) in 2018 and with high blood pressure. She remains on multiple heart/blood pressure medications under the direction of cardiologist Dr. Solomon (MD). She treats with PCP Dr. Prucha (MD) who noted on 12/11/20 she was on an antidepressant Lexapro due to chronic anxiety/depression/post traumatic stress disorder since her heart surgery. She was treated on 12/11/20 for acute sinusitis (F32.9) and intestinal complaints. She then returned to Dr. Prucha on 12/14/20 reporting aches and pains in her elbows/knee. She reported worsening anxiety due to her very high stress job and also due to high drama family. She reported previous treatment with Monarch psychiatry but it is not clear if she remains a current patient or not as no records are provided but per S1 notes the EE reports she did undergo some level of evaluation. She reported excessive worry, insomnia, irritability, anxious behavior, panic, restlessness so severe they were causing significant distress and poor sleep and it was noted she was seen with her spouse. Dr. Prucha indicated she had a chronic worsening problem of severe recurrent major depression (F33.2) and anxiety F41.8 that was now poorly controlled. He started her on another antidepressant also used to treat anxiety called Paxil, prescribed an anxiety medication Klonopin to take as needed and instructed her to follow-up in 6 weeks (i.e. around 1/25/2021). On FMSE dated 1/5/2021 Dr. Prucha indicated the EE could not mentally function with current level of depression/anxiety.

Psychiatric impairments are supported from 12/24/20 through 1/25/2021 for an inability to modulate mood, sustain interpersonal relations or maintain focus/attention. She has had anxiety/depression since her open heart surgery in 2018 and had been on an antidepressant Lexapro. Her level of symptoms changed and became severe impacting her daily function around 12/14/20 primarily due to work stress and family drama and her PCP added another antidepressant and an anxiety medication. Her level of clinical presentation, severity of symptoms and treatment plan changes support impairments from 12/24/20 through 1/25/21 to allow time for the medication to take effect. Although no actual OV note is provided from 12/24/20, she was markedly symptomatic on 12/11 and had medication changes made and it is reasonable to conclude she continued to have ongoing symptoms. Her somatic complaints can be associated with her anxiety/depression and also with her morbid obesity. The medical information suggests she may be treating at Monarch psychiatry. To determine R/Ls beyond 1/25/2021 NDC recommends CS obtain the evaluation and treatment notes from Monarch psychiatry and any updated records from Dr. Prucha for further review. CS informed of NDC assessment. Case removed from assignment.

C. Piechowiak, RN

Nurse Disability Consultant, Lincoln Financial Group

<u>Siemens STD Self-Audit Worksheet</u>

- Are the correct benefits assigned? yes
- Is there a linked leave?  no
- Did the leave unlink? yes
- Did I email the LS to advise of approval of claim if unlinked? yes
- Does the Type Effective Date match Benefit Begin Date?  yes
- If you changed the Date of Disability, did you notify HR? na
- Did I update the dx code? no
- Is it W/C? no
- Injury – Subro? no
- Is the Disability Type indicator correct on Claim Detail Screen? yes
- Did I call the Employee to advise of status?yes
- Did I enter a Salary Calculation note? yes
- What is the Employee's Work State?  nc
- Is it Stat? Are there Offsets? No stat applied,
- Did I calculate the Stat Benefit and add the Stat Benefit calculation to a claim note? Did you review Stat with Will or Allyson? na
- If Partial Payment, did I review with Will or Allyson? na
- Does my approved through and payment through date match?  yes
- Did I set a Payment Review task for Payment Buddy? yes

- Did I drag and drop all documents and correspondence to Doc List? yes
- Did I add an Approval/Action and Status Note?  yes
- Did I set a Follow up Task?  yes
- Did I double check payment / work state / stat offset again and set task for a payment review? yes
- STOP!  Did I review all of the above and drag this audit into the claim completed?

# WakeMed Physician Practices

**WakeMed Primary Care Cary**

222 Ashville Avenue, Suite 10
Cary, North Carolina 27518

Telephone: 919.235.6575
Fax: 919.235.6598

**To:** Lincoln Financial **From:**

**Fax:** 603-334-5219 **Pages:**

**Phone:** 877-294-3423 **Date:** Jan 25 2021

**Re:** **CC:**

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

**If the reader is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone so that we may arrange for the return of the original message.**

- **Comments:** Attn: Robert Chase

# Naugle, Kim Romero

MRN: 4119042

**Telemedicine** 12/11/2020
WakeMed Primary Care-Kildaire Farm Rd

Provider: Ronald Joseph Prucha Jr., MD (Family Medicine)
Primary diagnosis: Bacterial sinusitis
Reason for Visit: stomach cramping, Diarrhea, Cough

## Progress Notes

Ronald Joseph Prucha Jr., MD (Physician) • Family Medicine

**Subjective:**

**Patient ID:** Kim Romero Naugle is a 57 y.o. female.
**Date of Service:** 12/11/20

Is this a CM Visit?: No

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- stomach cramping
  *no vitals*
- Diarrhea
- Cough
  *post nasal drip*

**History of Present Illness:**
here today on the phone for intestinal problems all week gas painful gas, diarrhea and nausea and her eye is swollen shut and she sleeps with a cpap and she always has psot nasal drip. She cleans her cpap and has had a low-grade HA as well. She has no know covid exposure. She is with sinus pressure and sinus drainage. Bilateral sinus HA and pressure and low-grade HA and she is w/o sick contacts. Husband is not sick. She works from home. She was seen at cardiology last week.
I conducted this encounter via secure, live face-to-face video conference using a Video Visit with the patient. Kim was located at .home in North Carolina, with the patient and the provider participating in the encounter. Prior to the interview, the risks and benefits of telemedicine were discussed with the patient and verbal consent was obtained.

**Patient Active Problem List**
Diagnosis
- Essential hypertension
- Anxiety
- Hypothyroidism
- Cervical cancer screening
- OSA on CPAP
- Gastroenteritis
- Other chest pain
- Coronary artery disease of native artery of native heart with stable angina pectoris (CMS/HCC)
- S/P CABG x 2; Left EVH; Sternal Plating; 8/7/18
- Morbid obesity with BMI of 45.0-49.9, adult (CMS/HCC)
- Healthcare maintenance

- URI, acute
- Need for influenza vaccination
- Need for hepatitis C screening test
- BMI 45.0-49.9, adult (CMS/HCC)
- Bacterial sinusitis

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arachnoid cyst | |
| • Arthritis | |
| • CAD in native artery | |
| • Cervical cancer screening<br>*normal per pt* | 2014 |
| • Congenital heart disease<br>*Congenital heart mumur* | |
| • CTS (carpal tunnel syndrome) | |
| • Depression | |
| • Disease of thyroid gland | |
| • Fibroid | |
| • Gestational diabetes | |
| • Heart murmur | |
| • Herpes | |
| • High cholesterol<br>*Borderline* | |
| • History of recurrent miscarriages | |
| • Hx of colonoscopy<br>*3 polyps* | 2015 |
| • Hx of mammogram<br>*normal per pt* | 2014 |
| • Hx of pregnancy | |
| • Hypertension | |
| • Meniscus tear | |
| • Post-traumatic stress | |
| • Sleep apnea | 2009 |
| • STD (sexually transmitted disease)<br>*Genital Herpes* | |
| • Torn ACL | |
| • Urogenital trichomoniasis | |
| • Varicella | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CARDIAC CATHETERIZATION | | |
| • CARPAL TUNNEL RELEASE | | 2015 |
| • CESAREAN SECTION | | |
| • COLPOSCOPY | | |
| • CONDYLOMA EXCISION/FULGURATION | | |
| • CORONARIES LHC WITH OR WITHOUT LV | Left | 8/3/2018 |

*Procedure: Coronaries LHC with or without LV; Surgeon: Hemant Solomon, MD; Location: WCH INVASIVE CARDIOLOGY; Service: Cardiovascular; Laterality: Left;*

| | |
|---|---|
| • CORONARY ARTERY BYPASS GRAFT<br>*CAB x 2* | 08/07/2018 |
| • double open heart by pass | |
| • laminectomy | 1989 |
| • LUMBAR DISCECTOMY | 1989 |
| • TONSILECTOMY, ADENOIDECTOMY, BILATERAL MYRINGOTOMY AND TUBES | 1968 |
| • TONSILLECTOMY | 1968 |
| • TUBAL LIGATION | 2011 |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hypertension | Mother | |
| • Colon polyps | Mother | |
| • Cancer<br>*Cervical & Skin* | Mother | |
| • Diabetes | Mother | |
| • Heart attack | Father | |
| • Hypertension | Father | |
| • Heart disease | Father | |
| • Diabetes | Father | |
| • Vision loss<br>*Macular Degeneration* | Father | |
| • Hypertension | Brother | |
| • Cancer<br>*Breast & Bone* | Maternal Grandmother | |
| • Vision loss | Maternal Grandmother | |
| • Anemia | Maternal Grandmother | |
| • Breast cancer | Maternal Grandmother | 40 |
| • Cancer<br>*Throat* | Maternal Grandfather | |
| • Hypertension | Maternal Grandfather | |
| • Heart disease | Maternal Grandfather | |
| • Diabetes | Maternal Grandfather | |
| • Cancer | Paternal Grandmother | |
| • Vision loss<br>*Macular Degeneration* | Paternal Grandmother | |
| • Cancer<br>*Stomach/Stomach cancer* | Paternal Grandfather | |
| • Alcohol abuse<br>*Both Brothers* | Brother | |
| • Diabetes<br>*Both Brothers* | Brother | |
| • Heart disease<br>*Older Brother* | Brother | |
| • Hypertension<br>*Both Brothers* | Brother | |
| • Diabetes | Brother | |
| • Hypertension | Brother | |
| • Diabetes | Brother | |
| • Hypertension<br>*Younger Brother* | Brother | |

**Social History**

Occupational History
- Not on file

Tobacco Use
- Smoking status: Former Smoker
  - Packs/day: 0.50
  - Years: 3.00
  - Pack years: 1.50
  - Types: Cigarettes
  - Quit date: 1/1/1985
  - Years since quitting: 35.9
- Smokeless tobacco: Never Used
- Tobacco comment: 15 thru 19

Substance and Sexual Activity
- Alcohol use: Yes
  - Alcohol/week: 1.0 standard drinks
  - Types: 1 Glasses of wine per week
  - *Comment: once a month (Rarely)*
- Drug use: No
- Sexual activity: Yes
  - Partners: Male
  - Birth control/protection: Surgical
  - *Comment: Tubes Tied!*

**Outpatient Medications Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT | 90 tablet | 1 |
| • benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | TAKE 2 TABLETS BY MOUTH EVERY DAY | 180 tablet | 1 |
| • calcium carbonate (CALCIUM 600 ORAL) | Take 600 Units by mouth. | | |
| • cetirizine (ZYRTEC) 10 MG tablet | Take 10 mg by mouth daily. | | |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | Take 1 tablet (10 mg total) by mouth daily. | 90 tablet | 1 |
| • hydrALAZINE (APRESOLINE) 25 MG tablet | TAKE 2 TABLETS (50 MG TOTAL) BY MOUTH 2 (TWO) TIMES A DAY. | 360 tablet | 3 |
| • metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet | Take 1 tablet (100 mg total) by mouth daily. | 90 tablet | 3 |

PAGE 6/12 * RCVD AT 1/25/2021 3:59:11 PM [Eastern Standard Time] * SVR:VA1PWFAX401/1 * DNIS:6033345219 * CSID:WakeMed Urgent Care * ANI:19192330899 * DURATION (mm-ss):(



| | | |
|---|---|---|
| • multivitamin capsule | Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 | |
| • NON FORMULARY | nightly. CPAP | |
| • SYNTHROID 137 mcg tablet | TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK | 1 |

No facility-administered medications prior to visit.

The following portions of the patient's history were reviewed and updated as appropriate: medications, allergies, past medical history, family history, social history, surgical history, current problems.

**Review of Systems:** All of the patient's ROS were normal except as documented in the HPI.

**Objective:**

BP 140/82 | Ht 1.795 m (5' 10.67") | Wt (!) 156.9 kg (346 lb) | LMP 05/14/2020 (Approximate)
Comment: pmp had period 3 wks ago | BMI 48.71 kg/m²

**Physical Exam:**

Gen: alert and oriented, NAD, well appearing
Resp: normal RR, no tachypnea, no retractions
Skin: no visualized rash on observed skin
**Psych:** normal mood, A and O x3

**Assessment and Plan:**

1. **Bacterial sinusitis**

**Bacterial sinusitis**
Actue, worsening problem poorly controlled
She will continue conservative measures for now: fluids, rest and over-the-counter measures discussed today and will also provide antimicrobial therapy, which is currently indicated based upon my clinical assessment today.
I have asked her to be on the alert for new or increasing symptoms such as new rash, fevers, chills, shortness of breath, wheezing, worsening cough or increased respiratory effort, chest pains or coughing blood and to call directly if such should occur.
She verbalized satisfaction and understanding of this treatment plan and she was afforded the opportunity to ask questions regarding this plan today.

I spent 22 minutes providing patient care, education, and counseling.

**Follow-Up:**

No follow-ups on file.

**Patient Goals:**

**Goals**

- Avoid prcessed foods
  Avoid processed foods or "fast food."
- Blood Pressure < 130/80
  Your blood pressure should generally be less than 130/80. Please let your provider know if your blood pressure numbers are over this goal.
- Increase Daily Activity
  Attempt to increase exertion around daily activities (take the stairs instead of the elevator, walk instead of driving a few blocks, etc.).
- Weight < 68 kg (150 lb)
  3 month goal is to loose 26 lbs based on body fat percent

**Patient Instructions :**

There are no Patient Instructions on file for this visit.

## Instructions

After Visit Summary (Automatic SnapShot taken 12/11/2020)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 140/82 Ht 1.795 m (5' 10.67") Wt 156.9 kg (346 lb) ! (Abnormal)<br>LMP 05/14/2020 (Approximate) BMI 48.71 kg/m² BSA 2.8 m² |
| Flowsheets: | Appriss Scores, Travel Screening, Nurse Questions, PCMH Documentation, Vital Signs, Peak Flow Calculation CAC, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 12/11/2020 11:06 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: doxycycline (VIBRA-TABS) 100 MG tablet** | 0 | 12/11/2020 | 12/21/2020 |
| Take 1 tablet (100 mg total) by mouth 2 (two) times a day for 10 days. - Oral | | | |

Naugle, Kim Romero (MRN 4119042) DOB: 04/04/1963 Encounter Date: 12/11/2020

## Visit Diagnoses

Bacterial sinusitis J32.9, B96.89

# Naugle, Kim Romero

MRN: 4119042

**Office Visit** 12/14/2020
WakeMed Primary Care
Kildaire Farm Rd

Provider: Ronald Joseph Prucha Jr., MD (Family Medicine)
Primary diagnosis: Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC)
Reason for Visit: Annual Exam, Health Concerns

## Progress Notes

Ronald Joseph Prucha Jr., MD (Physician) • Family Medicine

**Subjective:**

**Subjective**

**Patient ID:** Kim Romero Naugle is a 57 y.o. female.

Is this a CM Visit?: No

**Chief Complaint:**
Annual Exam and Health Concerns

**History of Present Illness:**
Ms. Naugle presents to the office today with her husband for multiple issues: Aches and pains bursitis, elbow aches. She stood up from her couch and blew her knee out and can't stand more than 10 min at a timea nd she cannot exercise vg/c of this. No gym b/c of corona as per pt and she is hesitant to go now that they are open secondary to her open heart surgeyr. She is obese4 and realizes this as a risk factor. She has anxiety, depression and PTSD. Her heart surgery and job are causes of her mental health issues. The cuase is her job as per pt She has a VERY high stress job. She also has a high drama family and is the centerpiece of her family and is having to push family members away b/c of the addes stress they provide. She was previously in with Monarch psychiatry and sough treatment with them and struggled with them to get a diagnosis, but was ultimately able to see them.

**Anxiety**
Presents for follow-up visit. Symptoms include excessive worry, insomnia, irritability, muscle tension, nervous/anxious behavior, panic and restlessness. Symptoms occur constantly. The severity of symptoms is severe and causing significant distress. The quality of sleep is fair. Nighttime awakenings: several.

Outpatient Medications Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT | 90 tablet | 1 |

| | | | |
|---|---|---|---|
| • benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | TAKE 2 TABLETS BY MOUTH EVERY DAY | 180 tablet | 1 |
| • calcium carbonate (CALCIUM 600 ORAL) | Take 600 Units by mouth. | | |
| • doxycycline (VIBRA-TABS) 100 MG tablet | Take 1 tablet (100 mg total) by mouth 2 (two) times a day for 10 days. | 20 tablet | 0 |
| • hydrALAZINE (APRESOLINE) 25 MG tablet | TAKE 2 TABLETS (50 MG TOTAL) BY MOUTH 2 (TWO) TIMES A DAY. | 360 tablet | 3 |
| • metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet | Take 1 tablet (100 mg total) by mouth daily. | 90 tablet | 3 |
| • multivitamin capsule | Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 | | |
| • SYNTHROID 137 mcg tablet | TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK | | 1 |
| • escitalopram oxalate (LEXAPRO) 10 MG tablet | Take 1 tablet (10 mg total) by mouth daily. | 90 tablet | 1 |
| • cetirizine (ZYRTEC) 10 MG tablet | Take 10 mg by mouth daily. | | |
| • NON FORMULARY | nightly. CPAP | | |

No facility-administered medications prior to visit.

Review of Systems
Constitutional: Positive for irritability.
Psychiatric/Behavioral: The patient is nervous/anxious and has insomnia.

**Objective:**

**Objective**

BP 130/82 Comment: readings outside of the medical setting on average. | Pulse 61 | Temp 98.5 °F (36.9 °C) (Oral) | Resp 16 | Ht 1.795 m (5' 10.67") | Wt (!) 161 kg (354 lb 14.4 oz) | LMP 05/14/2020 (Approximate) Comment: pmp had period 3 wks ago | SpO2 98% | BMI 49.96 kg/m²

Physical Exam

**Assessment:**

## Assessment

1. **Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC)**
2. Morbid obesity with BMI of 45.0-49.9, adult (CMS/HCC)
3. Anxiety about health
4. Work stress

**Work stress**
Chronic worsening problem
Poorly controlled
She is desiring FMLA and will get the forms for me to complete.

**Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC)**
Chronic worsening problem
Poorly conrolled
Will start her on paxil 20 mg daily
The side effects of this medication were explained in detail to her and she verbalized understanding of these and will contact me to let me know if any occur.
F/u 6 weeks.
FMLA pending.

**Plan:**

## Plan

**Medications Ordered This Encounter**
Medications
- PARoxetine (PAXIL) 20 mg tablet
  Sig: Take 1 tablet (20 mg total) by mouth daily.
  Dispense: 90 tablet
  Refill: 1
- clonazepam (KLONOPIN) 0.5 MG tablet
  Sig: Take 1 tablet (0.5 mg total) by mouth daily as needed for anxiety.
  Dispense: 30 tablet
  Refill: 0

## Goals

- Avoid prcessed foods
  Avoid processed foods or "fast food."
- Blood Pressure < 130/80
  Your blood pressure should generally be less than 130/80. Please let your provider know if your blood pressure numbers are over this goal.
- Increase Daily Activity

Attempt to increase exertion around daily activities (take the stairs instead of the elevator, walk instead of driving a few blocks, etc.).

- Weight < 68 kg (150 lb)
  3 month goal is to loose 26 lbs based on body fat percent

**Follow-Up:**

Return in about 3 months (around 3/14/2021) for Depression follow up, Anxiety.

## Instructions

Return in about 3 months (around 3/14/2021) for Depression follow up, Anxiety.

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 130/82 Pulse 61 Temp 98.5 °F (36.9 °C) (Oral) Resp 16 Ht 1.795 m (5' 10.67") Wt 161 kg (354 lb 14.4 oz) ! (Abnormal) LMP 05/14/2020 (Approximate) SpO2 98% BMI 49.96 kg/m² BSA 2.83 m² More Vitals |
| Flowsheets: | Patient-Reported Data, Travel Screening, Appriss Scores, Nurse Questions, PCMH Documentation, Vital Signs, Peak Flow Calculation CAC, Anthropometrics, Annual Physical, GAD 7 Anxiety Scale |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 12/14/2020 4:30 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: clonazepam (KLONOPIN) 0.5 MG tablet** | 0 | 12/14/2020 | |
| Take 1 tablet (0.5 mg total) by mouth daily as needed for anxiety. - Oral | | | |
| **Added: PARoxetine (PAXIL) 20 mg tablet** | 1 | 12/14/2020 | 12/14/2021 |
| Take 1 tablet (20 mg total) by mouth daily. - Oral | | | |
| **Discontinued or Completed: escitalopram oxalate (LEXAPRO) 10 MG tablet** (Dose adjustment) | | | |

## Visit Diagnoses

Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC) F33.2
Morbid obesity with BMI of 45.0-49.9, adult (CMS/HCC) E66.01, Z68.42
Anxiety about health F41.8
Work stress Z56.6

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

| | |
|---|---|
| Date: | January 8, 2021 |
| To: | RONALD PRUCHA |
| Attn: | Medical Records |
| Fax: | (919) 235-6598 |
| From: | Robert Chase<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (877) 294-3423<br>Secure Fax No.: (603) 334-5219 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 10839136<br>Claimant: Kim Naugle<br><br>Siemens |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 294-3423 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

January 8, 2021

Ronald Prucha

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136
Claimant: Kim Naugle
Claimant D.O.B.:

Dear Ronald Prucha:

We are the Disability Claim Administrator for your patient, Kim Naugle.

To evaluate Ms. Naugle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2020 through the present

We ask that you provide this information by January 14, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5219 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Robert Chase
Disabil Claims Case Mgr I
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334-5219

WakeMed Physician Practices

**WakeMed Primary Care Cary**

222 Ashville Avenue, Suite 10
Cary, North Carolina 27518

Telephone: 919.235.6575
Fax: 919.235.6598

**To:** Lincoln Financial
**From:**
**Fax:** 603-334-5219
**Pages:** 22
**Phone:** 877-294-3423
**Date:** 1/6/21
**Re:**
**CC:**

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

**If the reader is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone so that we may arrange for the return of the original message.**

• **Comments:** Allen Robert Chase

# Medication

aspirin 81 MG tablet [9151]

## aspirin 81 MG tablet [179766775]

Order Details

Dose, Route, Frequency: As Directed
Dispense Quantity: 90 tablet  Refills: 3

Sig: TAKE 1 TABLET BY MOUTH EVERY DAY

Start Date: 05/26/20  End Date: --
Written Date: 05/26/20  Expiration Date: 05/26/21

Diagnosis Association: Chest pain on breathing (R07.1)
Original Order: aspirin 81 MG tablet [162090458]

### Providers

Authorizing Provider: Hemant Solomon, MD  NPI: 1518174747  DEA #: FS4370007
Ordering User: Amber L Scoggins, RN
Cosigner: Hemant Solomon, MD  Signed: 5/26/2020 11:50

### Pharmacy

CVS/pharmacy #7548 - FUQUAY VARINA, NC - 605 N. MAIN STREET
605 N. MAIN STREET, FUQUAY VARINA NC 27526
Phone: 919-552-0855 Fax: 919-567-0015
DEA #: BR0883442

## Infusion Orders

No relevant orders to display.

## Cosign Order Info

| Action | Created on | Responsible Provider | Signed by | Signed on |
|---|---|---|---|---|
| Ordering | 05/26/20 1111 | Hemant Solomon, MD | Hemant Solomon, MD | 05/26/20 1150 |

## Order Reconciliation Actions

Order Reconciliation Actions

## Warnings History

No Interaction Warnings Shown

## E-Prescribing Status

### Outpatient Medication Detail

aspirin 81 MG tablet

## Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| aspirin 81 MG tablet | 90 tablet | 3 | 5/26/2020 | |

Sig: TAKE 1 TABLET BY MOUTH EVERY DAY
Sent to pharmacy as: aspirin 81 mg tablet,delayed release

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Cosign for Ordering: Accepted by Hemant Solomon, MD on 5/26/2020 11:50 AM
E-Prescribing Status: Receipt confirmed by pharmacy (5/26/2020 11:11 AM EDT)

## Event History

Event History

## Tracking Links

Cosign Tracking    Order Transmittal Tracking

## Intervention summary for Naugle, Kim Romero

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

# Medication

atorvastatin (LIPITOR) 40 MG tablet [19177]

## atorvastatin (LIPITOR) 40 MG tablet [179766780]

Order Details

Dose, Route, Frequency: As Directed
Dispense Quantity: 90 tablet    Refills: 1

Sig: TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT

Start Date: 08/26/20    End Date: --
Written Date: 08/26/20    Expiration Date: 08/26/21

Diagnosis Association: S/P CABG x 2 (V45.1)
Original Order: atorvastatin (LIPITOR) 40 MG tablet [179766767]

### Providers

Authorizing Provider: Hemant Solomon, MD    NPI: 1518174747  DEA #: FS4370007
Ordering User: Amber L Scoggins, RN
Cosigner: Hemant Solomon, MD    Signed: 8/26/2020 09:50

### Pharmacy

CVS/pharmacy #7548 FUQUAY VARINA, NC - 605 N. MAIN STREET
605 N. MAIN STREET, FUQUAY VARINA NC 27526
Phone: 919-552-0855 Fax: 919-567-0015
DEA #: BR0883442

## Infusion Orders

No relevant orders to display.

## Cosign Order Info

| Action | Created on | Responsible Provider | Signed by | Signed on |
|---|---|---|---|---|
| Ordering | 08/26/20 0906 | Hemant Solomon, MD | Hemant Solomon, MD | 08/26/20 0950 |

## Lab Test Results

| Component | Date/Time | Value | Range & Unit | Status |
|---|---|---|---|---|
| LDL, Calculation | 10/04/19 0905 | 67 | 0 - 100 mg/dL | Final |
| ALT | 09/22/19 1154 | 24 | 7 - 52 IU/L | Final |

## Order Reconciliation Actions

Order Reconciliation Actions

## Warnings History

No Interaction Warnings Shown

## E-Prescribing Status

### Outpatient Medication Detail

atorvastatin (LIPITOR) 40 MG tablet

## Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| atorvastatin (LIPITOR) 40 MG tablet | 90 tablet | 1 | 8/26/2020 | |

Sig: TAKE 1 TABLET BY MOUTH EVERY DAY AT NIGHT
Sent to pharmacy as: atorvastatin 40 mg tablet (LIPITOR)
Cosign for Ordering: Accepted by Hemant Solomon, MD on 8/26/2020 9:50 AM
E-Prescribing Status: **Receipt confirmed by pharmacy** (8/26/2020 9:06 AM EDT)

## Event History

Event History

## Tracking Links

Cosign Tracking

Order Transmittal Tracking

## Intervention summary for Naugle, Kim Romero

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

# Medication

benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet [12732]

## benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet [179766789]

Order Details

Dose, Route, Frequency: As Directed
Dispense Quantity: 180 tablet Refills: 1

Sig: TAKE 2 TABLETS BY MOUTH EVERY DAY

Start Date: 12/16/20 End Date: --
Written Date: 12/16/20 Expiration Date: 12/16/21

Diagnosis Association: Essential hypertension (I10)
Original Order: benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet [179766776]

### Providers

Authorizing Provider: Hemant Solomon, MD NPI: 1518174747 DEA #: FS4370007
Ordering User: Amber L Scoggins, RN
Cosigner: Hemant Solomon, MD Signed: 12/16/2020 10:23

### Pharmacy

CVS/pharmacy #7548 - FUQUAY VARINA, NC - 605 N. MAIN STREET
605 N. MAIN STREET, FUQUAY VARINA NC 27526
Phone: 919-552-0855 Fax: 919-567-0015
DEA #: BR0883442

## Infusion Orders

No relevant orders to display.

## Cosign Order Info

| Action | Created on | Responsible Provider | Signed by | Signed on |
|---|---|---|---|---|
| Ordering | 12/16/20 0907 | Hemant Solomon, MD | Hemant Solomon, MD | 12/16/20 1023 |

## Lab Test Results

| Component | Date/Time | Value | Range & Unit | Status |
|---|---|---|---|---|
| Creatinine | 09/22/19 1154 | 1.00 | 0.51 - 1.00 mg/dL | Final |
| Potassium | 09/22/19 1154 | 4.4 | 3.5 - 5.1 mmol/L | Final |
| Potassium, Point of Care | 08/07/18 1151 | 4.1 | 3.5 - 5.1 mmol/L | Final |
| Sodium | 09/22/19 1154 | 139 | 136 - 145 mmol/L | Final |
| Sodium, Point of Care | 08/07/18 1151 | 141 | 136 - 145 mmol/L | Final |

## Order Reconciliation Actions

Order Reconciliation Actions

## Warnings History

No Interaction Warnings Shown

## E-Prescribing Status

### Outpatient Medication Detail

benazepril-hydrochlorthiazide (LOTENSIN HCT)
20-12.5 mg per tablet

## Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| benazepril-hydrochlorthiazide (LOTENSIN HCT) 20-12.5 mg per tablet | 180 tablet | 1 | 12/16/2020 | |

Sig: TAKE 2 TABLETS BY MOUTH EVERY DAY
Sent to pharmacy as: benazepriL 20 mg hydrochlorothiazide 12.5 mg tablet (LOTENSIN HCT)
Cosign for Ordering: Accepted by Hemant Solomon, MD on 12/16/2020 10:23 AM
E-Prescribing Status: Receipt confirmed by pharmacy (12/16/2020 9:07 AM EST)

## Event History

Event History

## Tracking Links

Cosign Tracking
Order Transmittal Tracking

## Intervention summary for Naugle, Kim Romero

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

# Medication

calcium carbonate (CALCIUM 600 ORAL) [134487]

## calcium carbonate (CALCIUM 600 ORAL) [147192617]

Order Details

Dose: 600 Units
Route: Oral
Frequency: --
Dispense Quantity: --
Refills: --

Sig: Take 600 Units by mouth.

Start Date: --
End Date: --
Written Date:
Expiration Date: --
Ordering Date: 01/02/19

### Providers

Authorizing Provider: Historical Provider, MD
NPI: · DEA #: --
Ordering User: Kimberly A Dail, RN

### Pharmacy

CVS/pharmacy #7548 FUQUAY VARINA, NC - 605 N. MAIN STREET
605 N. MAIN STREET, FUQUAY VARINA NC 27526

Phone: 919-552-0855 Fax: 919-567-0015
DEA #: BR0883442

## Infusion Orders

No relevant orders to display.

## Order Reconciliation Actions

Order Reconciliation Actions

## Warnings History

No Interaction Warnings Shown

## E-Prescribing Status

### Outpatient Medication Detail

calcium carbonate (CALCIUM 600 ORAL)

## Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| calcium carbonate (CALCIUM 600 ORAL)<br>Sig - Route: Take 600 Units by mouth. - Oral<br>Class: Historical Med | | | | |

## Event History

Event History

## Tracking Links

Cosign Tracking

Order Transmittal Tracking

## Intervention summary for Naugle, Kim Romero

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

# Medication

cetirizine (ZYRTEC) 10 MG tablet [9506]

## cetirizine (ZYRTEC) 10 MG tablet [179766761]

Order Details

Dose: 10 mg
Route: Oral
Frequency: Daily
Dispense Quantity: --
Refills: --

Sig: Take 10 mg by mouth daily.

Start Date: -- End Date: --
Written Date: -- Expiration Date: --
Ordering Date: 01/08/20

**Providers**

Authorizing Provider: Historical Provider, MD NPI: -- DEA #: --
Ordering User: Cindy L Segrist, MA

**Pharmacy**

CVS/pharmacy #7548 - FUQUAY VARINA, NC - 605 N. MAIN STREET
605 N. MAIN STREET, FUQUAY VARINA NC 27526
Phone: 919-552-0855 Fax: 919-567-0015
DEA #: BR0883442

## Infusion Orders

No relevant orders to display.

## Order Reconciliation Actions

Order Reconciliation Actions

## Warnings History

No Interaction Warnings Shown

## E-Prescribing Status

### Outpatient Medication Detail

cetirizine (ZYRTEC) 10 MG tablet

## Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| cetirizine (ZYRTEC) 10 MG tablet<br>Sig - Route: Take 10 mg by mouth daily. - Oral<br>Class: Historical Med | | | | |

## Event History

Event History

## Tracking Links

Cosign Tracking Order Transmittal Tracking

## Intervention summary for Naugle, Kim Romero

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

# Medication

clonazepam (KLONOPIN) 0.5 MG tablet [9637]

## clonazepam (KLONOPIN) 0.5 MG tablet [179766786]

Order Details

Dose: 0.5 mg | Route: Oral | Frequency: Daily PRN for anxiety
Dispense Quantity: 30 tablet | Refills: 0

Sig: Take 1 tablet (0.5 mg total) by mouth daily as needed for anxiety.

Start Date: 12/14/20 | End Date: --
Written Date: 12/14/20 | Expiration Date: 06/12/21

Diagnosis Association: Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC) (F33.2); Anxiety about health (F41.8); Work stress (Z56.6)

### Providers

Authorizing Provider: Ronald Joseph Prucha Jr., MD NPI: 1982674362 DEA #: BP9178321
Ordering User: Ronald Joseph Prucha Jr., MD

### Pharmacy

CVS/pharmacy #7548 - FUQUAY VARINA, NC - 605 N. MAIN STREET
605 N. MAIN STREET, FUQUAY VARINA NC 27526
Phone: 919-552-0855 Fax: 919-567-0015
DEA #: BR0883442

## Infusion Orders

No relevant orders to display.

## Warnings History

No Interaction Warnings Shown

## E-Prescribing Status

### Outpatient Medication Detail

clonazepam (KLONOPIN) 0.5 MG tablet

## Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| clonazepam (KLONOPIN) 0.5 MG tablet | 30 tablet | 0 | 12/14/2020 | |

Sig - Route: Take 1 tablet (0.5 mg total) by mouth daily as needed for anxiety. - Oral
Sent to pharmacy as: clonazePAM 0.5 mg tablet (KlonoPIN)
E-Prescribing Status: Receipt confirmed by pharmacy (12/14/2020 9:53 AM EST)

## Event History

Event History

## Tracking Links

Cosign Tracking | Order Transmittal Tracking

## Intervention summary for Naugle, Kim Romero

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

# Medication

hydrALAZINE (APRESOLINE) 25 MG tablet [3700]

## hydrALAZINE (APRESOLINE) 25 MG tablet [179766774]

Order Details

Dose: 50 mg Route: Oral Frequency: 2 times daily
Dispense Quantity: 360 tablet Refills: 3

Sig: TAKE 2 TABLETS (50 MG TOTAL) BY MOUTH 2 (TWO) TIMES A DAY.

Start Date: 04/27/20 End Date: 04/27/21 after 730 doses
Written Date: 04/27/20 Expiration Date: 04/27/21

Diagnosis Association: Essential hypertension (I10)
Original Order: hydrALAZINE (APRESOLINE) 25 MG tablet [162090455]

### Providers

Authorizing Provider: Hemant Solomon, MD NPI: 1518174747 DEA #: FS4370007
Ordering User: Amber L Scoggins, RN
Cosigner: Hemant Solomon, MD Signed: 4/27/2020 09:24

### Pharmacy

CVS/pharmacy #7548 - FUQUAY VARINA, NC - 605 N. MAIN STREET
605 N. MAIN STREET, FUQUAY VARINA NC 27526
Phone: 919-552-0855 Fax: 919-567-0015
DEA #: BR0883442

### Infusion Orders

No relevant orders to display.

### Cosign Order Info

| Action | Created on | Responsible Provider | Signed by | Signed on |
|---|---|---|---|---|
| Ordering | 04/27/20 0922 | Hemant Solomon, MD | Hemant Solomon, MD | 04/27/20 0924 |

### Order Reconciliation Actions

Order Reconciliation Actions

### Warnings History

No Interaction Warnings Shown

## E-Prescribing Status

### Outpatient Medication Detail

hydrALAZINE (APRESOLINE) 25 MG tablet

## Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| hydrALAZINE (APRESOLINE) 25 MG tablet | 360 tablet | 3 | 4/27/2020 | 4/27/2021 |

Sig - Route: TAKE 2 TABLETS (50 MG TOTAL) BY MOUTH 2 (TWO) TIMES A DAY. - Oral
Sent to pharmacy as: hydrALAZINE 25 mg tablet (APRESOLINE)
Cosign for Ordering: Accepted by Hemant Solomon, MD on 4/27/2020 9:24 AM
E-Prescribing Status: Receipt confirmed by pharmacy (4/27/2020 9:22 AM EDT)

## Event History

Event History

## Tracking Links

Cosign Tracking | Order Transmittal Tracking

## Intervention summary for Naugle, Kim Romero

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

# Medication

metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet [30071]

## metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet [179766769]

Order Details

Dose: 100 mg | Route: Oral | Frequency: Daily
Dispense Quantity: 90 tablet | Refills: 3

Sig: Take 1 tablet (100 mg total) by mouth daily.

Start Date: 03/23/20 | End Date: --
Written Date: 03/23/20 | Expiration Date: 03/23/21

Diagnosis Association: Essential hypertension (I10)
Original Order: metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet [179766766]

### Providers

Authorizing Provider: Hemant Solomon, MD | NPI: 1518174747 DEA #: FS4370007
Ordering User: Amber L Scoggins, RN
Cosigner: Hemant Solomon, MD | Signed: 3/23/2020 12:04

### Pharmacy

CVS/pharmacy #7548 - FUQUAY VARINA, NC - 605 N. MAIN STREET
605 N. MAIN STREET, FUQUAY VARINA NC 27526
Phone: 919-552-0855 Fax: 919-567-0015
DEA #: BR0883442

## Infusion Orders

No relevant orders to display.

## Cosign Order Info

| Action | Created on | Responsible Provider | Signed by | Signed on |
| --- | --- | --- | --- | --- |
| Ordering | 03/23/20 0859 | Hemant Solomon, MD | Hemant Solomon, MD | 03/23/20 1204 |

## Order Reconciliation Actions

Order Reconciliation Actions

## Warnings History

No Interaction Warnings Shown

## E-Prescribing Status

### Outpatient Medication Detail

**metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet**

## Outpatient Medication Detail

| | Disp | Refills | Start | End |
| --- | --- | --- | --- | --- |
| **metoprolol succinate (TOPROL-XL) 100 MG 24 hr tablet** | 90 tablet | 3 | 3/23/2020 | |

Sig - Route: Take 1 tablet (100 mg total) by mouth daily. - Oral
Sent to pharmacy as: metoprolol succinate ER 100 mg tablet,extended release 24 hr (TOPROL-XL)
Cosign for Ordering: Accepted by Hemant Solomon, MD on 3/23/2020 12:04 PM
E-Prescribing Status: **Receipt confirmed by** pharmacy (3/23/2020 8:59 AM EDT)

## Event History

Event History

## Tracking Links

Cosign Tracking

Order Transmittal Tracking

## Intervention summary for Naugle, Kim Romero

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
| --- | --- | --- | --- | --- | --- | --- |
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

# Medication

multivitamin capsule [5244]

## multivitamin capsule [136401901]

Order Details

Dose: 1 capsule  Route: Oral  Frequency: 2 times daily
Dispense Quantity: --  Refills: --

Sig: Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2

Start Date: --  End Date: --
Written Date:  Expiration Date: --
Ordering Date: 08/01/18

### Providers

Authorizing Provider: Historical Provider, MD  NPI:  DEA #: --
Ordering User: Kelly D Henderson, RN

### Pharmacy

CVS/pharmacy #7548 - FUQUAY VARINA, NC - 605 N. MAIN STREET
605 N. MAIN STREET, FUQUAY VARINA NC 27526
Phone: 919-552-0855 Fax: 919-567-0015
DEA #: BR0883442

## Infusion Orders

No relevant orders to display.

## Order Reconciliation Actions

Order Reconciliation Actions

## Warnings History

Total number of overridden warnings: 1

Full Warnings History

## E-Prescribing Status

### Outpatient Medication Detail

multivitamin capsule

## Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| multivitamin capsule | | | | |

Sig - Route: Take 1 capsule by mouth 2 (two) times a day. Bausch and lomb areds2 - Oral
Class: Historical Med

## Event History

Event History

## Tracking Links

Cosign Tracking | Order Transmittal Tracking

## Intervention summary for Naugle, Kim Romero (Adm: 8/1/18)

Current encounter

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

# Medication

NON FORMULARY [900003]

## NON FORMULARY [147192614]

Order Details

Dose: -- | Route: -- | Frequency: Nightly

Dispense Quantity: | Refills: --

Sig: nightly, CPAP

Start Date: -- | End Date:

Written Date: -- | Expiration Date: --

Ordering Date: 12/05/18

### Providers

Authorizing Provider: Historical Provider, MD | NPI: -- DEA #:

Ordering User: Ruth Berzinis, RN

### Pharmacy

CVS/pharmacy #7548 - FUQUAY VARINA, NC - 605 N. MAIN STREET
605 N. MAIN STREET, FUQUAY VARINA NC 27526
Phone: 919-552-0855 Fax: 919-567-0015
DEA #: BR0883442

## Infusion Orders

No relevant orders to display.

## Order Reconciliation Actions

Order Reconciliation Actions

## Warnings History

No Interaction Warnings Shown

## E-Prescribing Status

### Outpatient Medication Detail

NON FORMULARY

## Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| NON FORMULARY<br>Sig: nightly. CPAP<br>Class: Historical Med | | | | |

## Event History

Event History

## Tracking Links

Cosign Tracking

Order Transmittal Tracking

## Intervention summary for Naugle, Kim Romero

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

# Medication

PARoxetine (PAXIL) 20 mg tablet [10855]

## PARoxetine (PAXIL) 20 mg tablet [179766785]

Order Details

Dose: 20 mg  Route: Oral  Frequency: Daily
Dispense Quantity: 90 tablet  Refills: 1

Sig: Take 1 tablet (20 mg total) by mouth daily.

Start Date: 12/14/20  End Date: 12/14/21 after 365 doses
Written Date: 12/14/20  Expiration Date: 12/14/21

Diagnosis Association: Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC) (F33.2); Anxiety about health (F41.8); Work stress (Z56.6)

### Providers

Authorizing Provider: Ronald Joseph Prucha Jr., MD  NPI: 1982674362  DEA #: BP9178321
Ordering User: Ronald Joseph Prucha Jr., MD

### Pharmacy

CVS/pharmacy #7548 - FUQUAY VARINA, NC - 605 N. MAIN STREET
605 N. MAIN STREET, FUQUAY VARINA NC 27526
Phone: 919-552-0855  Fax: 919-567-0015
DEA #: BR0883442

## Infusion Orders

No relevant orders to display.

## Warnings History

No Interaction Warnings Shown

## E-Prescribing Status

### Outpatient Medication Detail

PARoxetine (PAXIL) 20 mg tablet

## Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| PARoxetine (PAXIL) 20 mg tablet | 90 tablet | 1 | 12/14/2020 | 12/14/2021 |

Sig - Route: Take 1 tablet (20 mg total) by mouth daily. - Oral
Sent to pharmacy as: PARoxetine 20 mg tablet (PAXIL)
E-Prescribing Status: Receipt confirmed by pharmacy (12/14/2020 9:53 AM EST)

## Event History

Event History

## Tracking Links

Cosign Tracking

Order Transmittal Tracking

## Intervention summary for Naugle, Kim Romero

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

# Medication

SYNTHROID 137 mcg tablet [33604]

## SYNTHROID 137 mcg tablet [179766755]

Order Details

Dose, Route, Frequency: As Directed
Dispense Quantity: --    Refills: 1

Sig: TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK

Start Date: 10/10/19    End Date: --
Written Date: --    Expiration Date: --
Ordering Date: 11/07/19
Source: Received from: External Pharmacy

### Providers

Authorizing Provider: Historical Provider, MD    NPI: --    DEA #: --

Ordering User: Karla M Warren, MA

**Pharmacy**

CVS/pharmacy #7548 - FUQUAY VARINA, NC - 605 N. MAIN STREET
605 N. MAIN STREET, FUQUAY VARINA NC 27526
Phone: 919-552-0855 Fax: 919-567-0015
DEA #: BR0883442

## Infusion Orders

No relevant orders to display.

## Order Reconciliation Actions

Order Reconciliation Actions

## Warnings History

No Interaction Warnings Shown

## E-Prescribing Status

### Outpatient Medication Detail

SYNTHROID 137 mcg tablet

## Outpatient Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| SYNTHROID 137 mcg tablet | | 1 | 10/10/2019 | |

Sig: TAKE 1 TABLET BY MOUTH 6 DAYS A WEEK AND 2 TABLETS BY MOUTH ONCE A WEEK
Class: Historical Med

## Event History

Event History

## Tracking Links

Cosign Tracking

Order Transmittal Tracking

## Intervention summary for Naugle, Kim Romero

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Closed By | Closed On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

December 24, 2020

Ronald Prucha

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136
Claimant: Kim Naugle
Claimant D.O.B.:

Dear Ronald Prucha:

We are the Disability Claim Administrator for your patient, Kim Naugle.

To evaluate Ms. Naugle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  _X_ Functional Status Evaluation
  ___ Other

We ask that you provide this information by December 30, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5219 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Robert Chase
Disabil Claims Case Mgr I
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334-5219

Attachments: Functional Status Evaluation

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

**Return To:** Robert Chase



EMPLOYEE/CLAIMANT NAME: Kim Naugle
CLAIM NO: 10839136
EMPLOYER/SPONSOR: Siemens DATE OF BIRTH:

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:**

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)
Socially Appropriate

**EMOTIONAL STATE:** (mood and affect)
Sad Slightly anxious

**EXPERIENCES:** (describe hallucinations/delusions)
none

**SENSORIUM:** (level of alertness, patient's orientation)
A&Ox3

**MEMORY:** (Define status and what testing determines impairment)
Immediate:
Short Term: not tested @ visit
Long Term:

DP 532 Rev. 06/01

Lincoln Financial Group®

*Functional Mental Status Evaluation*
*page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment)

CNL

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

Intact s Deficits

**RISK BEHAVIORS:**

Suicidal thoughts, plans, actions: None

Homicidal thoughts, plans, actions: None

**SUBSTANCE ABUSE:** (abuse, dependency)

None endorsed

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

Unable to mentally function c̄ current level of depression and anxiety

**What functional abilities are still retained?**

Social engagement

**What job tasks can this person perform?**

None

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Quiet Stress-free environment

Lincoln Financial Group®

*Functional Mental Status Evaluation*
*page 3 of 3*

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?** Self-Monitoring Ther as per.

Goal: ______ Success Indicator: ______ Timeline: ______

**Diagnosis (DSM-5)**
Z56.6
F32.2
F43.10

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?
Mental Health Referral Pending

List all current medications: See attached list.

| | Dosage: | Frequency: | Begin Date: | End Date: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Next scheduled office visit: TBD

Comments:

WakeMed Primary Care - Kildaire Farm Rd
222 Ashville Ave, Suite 10
Cary, NC 27518
Phone: 919-235-6575
Fax: 919-235-6598

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|
| Ronald J Prucha, Jr., MD | | | | |

Signature required: [signature] Date: 1-4-21

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

| | |
|---|---|
| Date: | December 30, 2020 |
| To: | RONALD PRUCHA |
| Attn: | Medical records |
| Fax: | (919) 235-6598 |
| From: | Iola Gilman<br>Dis Claims Std Case Mgr II<br>On Behalf Of: Robert Chase<br>Phone No.: Phone No.: (877) 294-3423<br>Secure Fax No.: (603) 334-5219 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 10839136<br>Claimant: Kim Naugle<br><br>Siemens |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 294-3423 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

December 30, 2020

Ronald Prucha

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136
Claimant: Kim Naugle
Claimant D.O.B.:

Dear Ronald Prucha:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Siemens's Group Disability Plan. We are writing in reference to Kim Naugle's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Mr. Prucha. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 7, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Iola Gilman
Dis Claims Std Case Mgr II
On Behalf Of: Robert Chase
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334-5219

Attachments: 10839136-REQUEST-PROVIDER-12.24.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

| | |
|---|---|
| Date: | December 24, 2020 |
| To: | RONALD PRUCHA |
| Attn: | Medical Records |
| Fax: | (919) 235-6598 |
| From: | Robert Chase<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (877) 294-3423<br>Secure Fax No.: (603) 334-5219 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 10839136<br>Claimant: Kim Naugle<br><br>Siemens |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 294-3423 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

December 24, 2020

Ronald Prucha

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136
Claimant: Kim Naugle
Claimant D.O.B.:

Dear Ronald Prucha:

We are the Disability Claim Administrator for your patient, Kim Naugle.

To evaluate Ms. Naugle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

 X  Functional Status Evaluation
 __  Other

We ask that you provide this information by December 30, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5219 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Robert Chase
Disabil Claims Case Mgr I
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334-5219

Attachments: Functional Status Evaluation

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

**Return To:** Robert Chase



EMPLOYEE/CLAIMANT NAME: Kim Naugle

CLAIM NO: 10839136

EMPLOYER/SPONSOR: Siemens DATE OF BIRTH: ________

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

________

**EMOTIONAL STATE:** (mood and affect)

________

**EXPERIENCES:** (describe hallucinations/delusions)

________

**SENSORIUM:** (level of alertness, patient's orientation)

________

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ________

**Short Term:** ________

**Long Term:** ________

Lincoln
Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

________________________________________________
________________________________________________
________________________________________________
________________________________________________

Goal: ______________ Success Indicator: ______________ Timeline: ______________

**Diagnosis (DSM-5)**

____________________
____________________
____________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

________________________________________________
________________________________________________
________________________________________________
________________________________________________

List all current medications:

________________ Dosage: _______ Frequency: _______ Begin Date: ________ End Date: ________
________________ Dosage: _______ Frequency: _______ Begin Date: ________ End Date: ________
________________ Dosage: _______ Frequency: _______ Begin Date: ________ End Date: ________
________________ Dosage: _______ Frequency: _______ Begin Date: ________ End Date: ________

Next scheduled office visit: ____________________________

Comments:

________________________________________________
________________________________________________
________________________________________________
________________________________________________

________________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ________________________________ Date: ________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

| | |
|---|---|
| Date: | December 24, 2020 |
| To: | RONALD PRUCHA |
| Attn: | Medical Records |
| Fax: | (919) 235-6598 |
| From: | Robert Chase<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (877) 294-3423<br>Secure Fax No.: (603) 334-5219 |
| Total Pages<br>(Including Cover): | 6 |
| RE: | Claim #: 10839136<br>Claimant: Kim Naugle<br><br>Siemens |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 294-3423 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

December 24, 2020

Ronald Prucha

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136
Claimant: Kim Naugle
Claimant D.O.B.:

Dear Ronald Prucha:

We are the Disability Claim Administrator for your patient, Kim Naugle.

To evaluate Ms. Naugle's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

- Completion of the Enclosed Forms:

  _X_ Functional Status Evaluation
  ___ Other

We ask that you provide this information by December 30, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5219 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for

medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Robert Chase
Disabil Claims Case Mgr I
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334-5219

Attachments: Functional Status Evaluation

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

**Return To:** Robert Chase



EMPLOYEE/CLAIMANT NAME: Kim Naugle

CLAIM NO: 10839136

EMPLOYER/SPONSOR: Siemens DATE OF BIRTH: ____

**TO BE COMPLETED BY PHYSICIAN:**

Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ____

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ____

**Short Term:** ____

**Long Term:** ____

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** __________

**Homicidal thoughts, plans, actions** __________

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

______________

______________

______________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________

______________________________________________

______________________________________________

______________________________________________

List all current medications:

| | | | | |
|---|---|---|---|---|
| ______ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ______ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ______ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ______ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |

Next scheduled office visit: ____________________

Comments:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ______________________ Date: ____________

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, December 24, 2020 11:05:18 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Siemens Claim No. 10839136 Kim Naugle |
| Attachments: | hlahzd4jnqqswxdddxgu_9634560.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 294-3423
Secure Fax No.: (603) 334-5219

December 24, 2020

Ms. Kim R. Naugle

RE: Short Term Disability (STD) Benefits
Siemens Corporation ("Siemens")
Claim #: 10839136

Dear Ms. Kim Naugle:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Siemens's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On December 24, we requested medical records from Dr. Prucha. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2020 through the present from Dr. Prucha

Siemens's STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation. In the absence of this information, your claim may be denied. We ask that you provide us with this information no later than February 6, 2020 as required under the terms of the Plan.

IMPORTANT NOTE: You will receive Short Term Disability (STD) pay from Siemens on your regular Siemens pay dates and payment will be based on the approval status in place for your Short Term Disability (STD) the Saturday prior to your regularly scheduled pay date.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Chase
Disabil Claims Case Mgr I
Phone No.: (877) 294-3423 Ext. 16119
Secure Fax No.: (603) 334-5219

**From:** LincolnAbsenceNotification@lfg.com
**To:** GINA.WEINER@SIEMENS.COM;ROBERT.YANCE@SIEMENS.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Acknowledgement of Short Term Disability/Leave request for Kim Naugle 337827 Claim 10839136

**This e-mail is to inform you Kim Naugle applied for a short term disability leave of absence.** The disability claim and Leave requests are currently under review. You will receive an additional notification once a determination is made.

The employee reported a Last Day Worked of 12/13/2020.

If your employee works a variable work schedule that deviates from the typical Monday-Friday workweek, please contact Lincoln immediately to provide the accurate work schedule. Failure to provide this information timely could impact your employee's disability pay.

**IMPORTANT NOTE** -- *If the Last Day Worked by the employee reflected above is different than your records please advise Lincoln immediately of the discrepancy.*

If you have further questions, please call Lincoln Financial at (888) 440-6118 ext. 16119 or contact the assigned Case Manager at Robert.Chase@lfg.com. Please be sure to reference claim number 10839136.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

KIM NAUGLE

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

December 21, 2020

KIM NAUGLE

RE: SIEMENS CORPORATION
Short Term Disability Benefits
Claim #: 10839136

MS. NAUGLE

Your application for Short Term Disability (STD) benefits has been received and is currently under review.

Lincoln Life Assurance Company of Boston (Lincoln Financial Group) will be working with your treating provider to gather additional information in order to evaluate your claim. Your treating provider may require a signed authorization to release requested information. A copy of the "Authorization to Release Information" form is attached for your convenience. Please encourage your treating provider to comply timely with our requests to avoid any delay or denial of your STD benefits.

We will notify you of the status of your STD claim once a decision has been made. Your STD benefit will be reduced by other income or benefits you are receiving or are eligible for (e.g., State Disability Benefits).

**Important Information About your Return to Work (RTW)**

Please see the attached instructions for reporting your RTW date from STD. You will need to know your employee ID #, **337827**, to report your return to work date. Once you are ready to return to work, you will also need to provide documentation from your treating provider that you are released to return to full-duty. If there is an opportunity to return to work with restrictions, Lincoln Financial Group will work with your treating provider and Siemens to review and approve a return to work with restrictions plan.

If you have questions regarding your claim or you have returned to work, please contact me at the phone number listed below. In addition to calling, you may check the status of your disability claim online at www.mylincolnportal.com. First time users will need to register using the Company Code of SIEMENS. If you are accessing the website through Siemens' intranet you will not need to complete the registration process.

Sincerely,

Robert Chase
Disability Case Manager
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Robert Chase

EMPLOYEE/CLAIMANT NAME: KIM NAUGLE
CLAIM NO: 10839136
EMPLOYER/SPONSOR: SIEMENS CORPORATION DATE OF BIRTH: ____

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Lincoln Financial Group to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.
2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.
3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Lincoln Financial Group to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Lincoln Financial Group to which I submit a claim.

____________________ ____________________
Print Name Date of Birth

____________________ ____________________
Signature Date

DP 432 Rev 02/09

Lincoln/Naugle 1117

# Reporting Your Short Term Disability Return to Work Date

*Follow the steps below to report your return to work date associated with your Short Term Disability claim 24 hours a day, 7 days a week.*

## Is a release required for Return to Work (RTW)?

- If there is an opportunity to return to work with a reduced schedule or with restrictions, your disability case manager will facilitate the process with Siemens and your treating provider(s) to finalize the RTW plan. The RTW plan must be approved before you return to work.
- When you return to work full-time with no restrictions, you are required to have a release to return to work from your treating provider(s) submitted to Lincoln Financial Group (fax: 603-422-0117).

## When Do I Report My RTW Date Associated with my Short Term Disability Claim?

- Report your RTW date when you have a known date, no more than 7 days in advance

## How Do I Report My Part-time or Full-time Return to Work Date?

- To report your RTW date, contact Lincoln Financial Group's automated disability reporting line at

**(877) 294-3423, Option #4**

## What Will I Be Asked When Reporting My Return To Work Date?

- Your Siemens employee ID # - see your STD acknowledgement letter for your employee ID#
- Date of birth (for verification purposes)
- Return to work date
- Return to work type: full-time or part-time

## Things to Remember When Reporting Return To Work

- Notify your Disability Case Manager immediately if your plans for RTW change
- Lincoln Financial Group will notify Siemens of your RTW date, including your manager

## What Will I Be Provided?

- You will receive a confirmation number. Please have a pen and paper available. **PLEASE DO NOT HANG UP UNTIL YOU HAVE RECEIVED YOUR CONFIRMATION NUMBER OR YOUR RETURN TO WORK DATE WILL NOT BE COMPLETED & REPORTED.**